Name: Irvin Musgrove

Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

Telephone Phone: 442-237-8886

Email: imusgrove174@gmail.com

**FILED**

Mar 31 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ soniad   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Irvin Musgrove - Pro Se

Plaintiff(s),

v.

Angie Hanifin
Susana Soto
Oceanside Housing Authority

Defendant(s).

Case No.: **'20CV0614 GPC BLM**
(assigned at time of filing)

**COMPLAINT**

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes   ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Beginning July of 2018, Susana Soto (my Caseworker), of the Oceanside Housing Authority in Oceanside, CA, refused my 'Reasonable Accommodation' request for the final inspection, that I didn't realized hadn't been rescheduled by the landlord & the OHA inspector, be rescheduled because the repair had been completed 1 1/2 weeks before the deadline date. She & Angie Hanifin (her Supervisor) blatantly refused my 'RAR' request that they reinstate my family's terminated voucher, a week later, because the inspection passed due to the OHA inspector's impromptu inspection, which she completed in order that it be reinstated. They refused to no matter how many times I pleaded with them to do so in order tor me & my son to maintain stability and the hardships a move would have on my hip, that was due for surgery. None of the repairs that were needed were tenant caused. As a result, my son (Noah) & I would spend the next 1 1/2+ years homeless and the majority of it separated because CPS targeted us because we were homeless. For the 1st 5-6 months I had an extremely difficult time securing an apartment, which I didn't understand because it was simple the st 2 times. I happened to explain this issue with my Psychiatrist and she discovered I now had PTSD besides my chronic depression, which was caused by the severe trauma I'd suffered when my most beloved fiance suddenly died in my arms from an asthma attack. I had somehow managed to affect my effectiveness when it came to the apartment acquirement process. After a brief discussion we found out what area was causing me the problem. She proceeded to make a 'Reasonable Accommodation' request, which she addressed to Margery Pierce (the OHA Director), because she knew about Susana & Angie, who passed it to Angie anyway. I did figure Angie may be thrilled to realize there was a problem from my disability that had been the answer to difficulties. But to the contrary, she frowned up with the thought of having to

2

having to help me, so when Judy & I went to meet with Angie for our scheduled meeting, she presented the document to us. She explained as we read how OHA doesn't help clients with apartment searches not is it required to along with what they are obligated to give their clients to help them. She ultimately killed 2 RAR's with 1 stone. After informing me how other voucher holders obtain apartments (which made me feel inferior) she went on to tell us that since I'd need help from a 3rd party, that an extension wouldn't be effective. She then asked about my complaint on Susana. I told her because Susana a few things and how she had sentenced my family to homelessness for close to a year, at that time. I told her their website had an abatement and 120 days of additional residency and how the apartment needed to pass by that time. She strongly denied the validity of that fact during our March of 2019 meeting, although they both remain a part of their website currently. The only help I'd requested was for someone to make the initial call to any perspective landlord to announce my anticipated arrival. For me to know ahead of time if they were receptive would minimize my fear of rejection & need to remain positive. Judy & Joanne (of The Legal Aid Society), forced them to port me out to the San Diego County Housing Authority a few months later. They also surprised me when they handed me a paper and told me the Veterans Villas in Escondido, CA were expecting me. I went there and secured it on the very 1st try and I'm there currently. I am however still waiting to be reunited with Noah. I would have had stable housing months prior if Angie wouldn't have blatantly refused my RAR due to me being handicapped. I'm also waiting for my blood work to come back so I can finally get the hip surgery I've needed from the time we were forced to move out, because recovery while homeless wouldn't have worked.

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Due to the 18+ months my family was affected by homelessness, the 12+ months my family has been torn apart, the traumatic affects homelessness & 12+ months that CPS custody has had on Noah, the 18+ months I've had to endure the extreme pain in my right hip due to postponing surgery from being homeless, the malicious intent of Angie & Susana to deny RAR's to be reinstated or inspection to be rescheduled to force us into being homeless with other options available, Angies refusal to grant 2 RAR's for an extension & help after finding out my disability caused my inability to effectively apartment search which extended my homelessness by a few additional months, etc. I'd like to be substantially compentsated for all of these violations of my civil rights & right to treatment.

3

**DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

03/31/2020
Date

*[Signature]*
Signature

Irvin Musgrove
Printed Name

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO:   (A) Keysa Machado

as   (B) Supervisor   of (C) Oceanside Housing Authority

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) District Court Southern District of California District of and has been assigned docket number (E)            .

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F)            days after the date designated below a the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from the date is you address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff this 31 day of March             .

_[signature]_ - Pro Se
Signature of Plaintiff's Attorney or Unrepresented Plaintiff

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of action
F - Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

::ODMA\PCDOCS\WORDPERFECT\14565\1 May 5, 1999 (10:00am)



Irvin Musgrove
1540 S. Escondido Blvd Apt 2310
Escondido, CA 92025
Cell
Ph: ~~[redacted]~~
442-237-8886