IRVIN MUSGROVE
irvinvsoha2020@gmail.com
1540 S Escondido Blvd Apt 2310
Escondido, CA 92025
Tel: 442-286-1876

FILED
APR 27 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE<br><br>　　　　Plaintiff<br><br>ANGIE HANIFIN<br>SUSANA SOTO<br>OCEANSIDE HOUSING AUTHORITY<br><br>　　　　Defendant | Case No. 20CV0614<br><br>MOTION TO BE GRANTED LEAVE TO E-FILE IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA AS A PRO SE PLAINTIFF.<br><br>DATE: 27 APRIL 2020<br>TIME:<br>CTRM: 2D<br>JUDGE: HON GONZALO P CURIEL |

I'm the single father who's had sole custody of my 13 year old son, Noah, since August of 2011. I'm also disabled with a hip in need of surgery. Therefore, manual filing would cause a great hardship for me. I live in Escondido, CA at the Veteran's Villa Apartments. I have Cox WIFI and I have a Lenovo Core i3 Laptop with a 2.2 GHZ processor. I also have the Adobe Acrobat 7 PDF software which I'm very familiar with. I've also familiarized myself with the CM/ECF system and I agree to follow all rules & policies in the CM/ECF Administrative Policies & Procedures Manual.

2

1  **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3  ☒ Yes     ☐ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6
   _27 April 2020_____      _Irvin Musgrove - Pro Se_____
7  Date                                  Signature
8                                        _Irvin Musgrove_____
9                                        Printed Name

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Irvin Musgrove - Pro Se )
    Plaintiff )
    )
vs. )
Susana Soto )
Oceanside Housing Authority )
    Defendant )
    )
_____ )

Case No. 20CV0614

**DECLARATION OF SERVICE**

Person Served: Amanda Bionco

Date Served: 24 April 2020

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: Complaint, Notice of Lawsuit And Request For Waiver of Service of Summons, Waiver of Service of Summons

in the following manner: (check one)

1) _____ By personally delivering copies to the person served.

2) ✓ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) _____ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _____ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on _____, 20 _____.

Executed on 24 April, 20 20 at San Diego, California.

_____ (signature)

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)