# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>                    Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, SUSANA SOTO, OCEANSIDE HOUSING AUTHORITY,<br><br>                    Defendants. | Case No.: 3:20-cv-614-GPC-BLM<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE BY ECF**<br><br><br><br>[ECF No. 5] |

     On April 27, 2020, *pro se* Plaintiff Irvin Musgrove filed a motion seeking leave to use electronic filing. ECF No. 5. In order to be eligible for leave, Defendant "must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *See* ELECTRONIC CASE

FILING ADMINISTRATIVE POLICIES & PROCEDURES MANUAL ("THE MANUAL") at 8, available at https://www.casd.uscourts.gov/cmecf.aspx#undefined2.

Here, Plaintiff's motion states that he has reviewed, and consents to abiding by, the requirements for e-filing.  ECF No. 5 at 1.  Plaintiff also attests that he has access to software and technology that would be required to file on the CM/ECF system.  *Id.* In light of Plaintiff's representations, the Court **GRANTS** Plaintiff leave to use electronic case filing.  Plaintiff "must register as a user with the Clerk's Office and as a subscriber to PACER within five (5) days" of receiving notice of this Order. *See* THE MANUAL at 8.

**IT IS SO ORDERED.**

Dated:  April 28, 2020

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge