# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
IRVIN MUSGROVE - PRO SE

## DEFENDANTS
ANGIE HANIFIN   Margery Pierce
SUSANA SOTO   Keysa Machado
OCEANSIDE HOUSING AUTHORITY

**(b)** County of Residence of First Listed Plaintiff: **SAN DIEGO**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **SAN DIEGO**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Irvin Musgrove - Pro Se
1540 S Escondido Blvd Apt 2310
Escondido, CA 92025

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability |  | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
|  |  | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending |  | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
|  |  | [ ] 790 Other Labor Litigation |  | [ ] 895 Freedom of Information Act |
|  |  | [ ] 791 Employee Retirement Income Security Act |  | [ ] 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |  |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  |  |  |
| [ ] 240 Torts to Land | [X] 443 Housing/ Accommodations / [ ] 530 General |  |  |  |
| [ ] 245 Tort Product Liability |  | [ ] 535 Death Penalty | **IMMIGRATION** |  |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment / **Other:** | [ ] 462 Naturalization Application |  |  |
|  | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 448 Education / [ ] 550 Civil Rights |  |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1  Original Proceeding
[ ] 2  Removed from State Court
Brief description of cause:
[ ] 4  Reinstated or Reopened Appellate Court
[ ] 5  Transferred from Another District *(specify)*
[ ] 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Section 504 of the Rehabilitation Act of 1973
Federally Funded Program must grant the requested reasonable accommodation, unless it constitutes an undue financial and administrative burden or fundamental alteration of the program.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ 7,500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE:
DOCKET NUMBER:

DATE: 05/18/2022
SIGNATURE OF ATTORNEY OF RECORD: *Irvin Musgrove*

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

1  Name: Irvin Musgrove
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 442-286-1876
4  Email: imusgrove174@gmail.com
5
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11                                              Case No.: 20CV0614
12                                                       (assigned at time of filing)
13     Irvin Musgrove - Pro Se
                                    Plaintiff(s),    Amended
14  v.
                                                     Complaint
15     Angie Hanifin
       Susana Soto
16     Margery Pierce                           DATE: 20 MAY 2020
       Keysa Machado                            TIME:
17     Oceanside Housing Authority              ROOM: 2D
                                    Defendant(s).    JUDGE: HON. GONZALO P CURIEL
18
19
20  I.    RELATED CASES
21        a.    Do you have other Civil Case(s) in this or any other federal court?
22              ☐ Yes      ☒ No
23        b.    If yes, please list the case numbers here:
24
25  II.   STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how*
26        *each defendant is involved, and tell what each defendant did to you that caused*
27        *you to file this suit against them. Include names of any other persons involved,*
28        *dates, and places.)*

1

Beginning July of 2018, Susana Soto (my Caseworker), of the Oceanside Housing Authority in Oceanside, CA, refused my 'Reasonable Accommodation' request for the final inspection, that I didn't realized hadn't been rescheduled by the landlord & the OHA inspector, be rescheduled because the repair had been completed 1 1/2 weeks before the deadline date. She & Angie Hanifin (her Supervisor) blatantly refused my 'RAR' request that they reinstate my family's terminated voucher, a week later, because the inspection passed due to the OHA inspector's impromptu inspection, which she completed in order that it be reinstated. They refused to no matter how many times I pleaded with them to do so in order tor me & my son to maintain stability and the hardships a move would have on my hip, that was due for surgery. None of the repairs that were needed were tenant caused. As a result, my son (Noah) & I would spend the next 1 1/2+ years homeless and the majority of it separated because CPS targeted us because we were homeless. For the 1st 5-6 months I had an extremely difficult time securing an apartment, which I didn't understand because it was simple the st 2 times. I happened to explain this issue with my Psychiatrist and she discovered I now had PTSD besides my chronic depression, which was caused by the severe trauma I'd suffered when my most beloved fiance suddenly died in my arms from an asthma attack. I had somehow managed to affect my effectiveness when it came to the apartment acquirement process. After a brief discussion we found out what area was causing me the problem. She proceeded to make a 'Reasonable Accommodation' request, which she addressed to Margery Pierce (the OHA Director), because she knew about Susana & Angie, who passed it to Angie anyway. I did figure Angie may be thrilled to realize there was a problem from my disability that had been the answer to difficulties. But to the contrary, she frowned up with the thought of having to

having to help me, so when Judy & I went to meet with Angie for our scheduled meeting, she presented the document to us. She explained as we read how OHA doesn't help clients with apartment searches not is it required to along with what they are obligated to give their clients to help them. She ultimately killed 2 RAR's with 1 stone. After informing me how other voucher holders obtain apartments (which made me feel inferior) she went on to tell us that since I'd need help from a 3rd party, that an extension wouldn't be effective. She then asked about my complaint on Susana. I told her because Susana a few things and how she had sentenced my family to homelessness for close to a year, at that time. I told her their website had an abatement and 120 days of additional residency and how the apartment needed to pass by that time. She strongly denied the validity of that fact during our March of 2019 meeting, although they both remain a part of their website currently. The only help I'd requested was for someone to make the initial call to any perspective landlord to announce my anticipated arrival. For me to know ahead of time if they were receptive would minimize my fear of rejection & need to remain positive.
Judy & Joanne (of The Legal Aid Society), forced them to port me out to the San Diego County Housing Authority a few months later. They also surprised me when they handed me a paper and told me the Veterans Villas in Escondido, CA were expecting me. I went there and secured it on the very 1st try and I'm there currently. I am however still waiting to be reunited with Noah. I would have had stable housing months prior if Angie wouldn't have blatantly refused my RAR due to me being handicapped. I'm also waiting for my blood work to come back so I can finally get the hip surgery I've needed from the time we were forced to move out, because recovery while homeless wouldn't have worked.

III.    **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Due to the 18+ months my family was affected by homelessness, the 12+ months my family has been torn apart, the traumatic affects homelessness & 12+ months that CPS custody has had on Noah, the 18+ months I've had to endure the extreme pain in my right hip due to postponing surgery from being homeless, the malicious intent of Angie & Susana to deny RAR's to be reinstated or inspection to be rescheduled to force us into being homeless with other options available, Angies refusal to grant 2 RAR's for an extension & help after finding out my disability caused my inability to effectively apartment search which extended my homelessness by a few additional months, etc. I'd like to be substantially compentsated for all of these violations of my civil rights & right to treatment.

**DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| _19 MAY 2020_ | _Irvin Musgrove_ |
| Date | Signature |
| | Irvin Musgrove |
| | Printed Name |

4