```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS123113
Cashier ID: akukura
Transaction Date: 08/03/2020
Payer Name: Irvin Musgrove
-----------------------------------
CRIMINAL DEBT
 For: Irvin Musgrove
 Case/Party: D-CAS-3-20-CV-000614-001
 Amount:        $400.00
-----------------------------------
CHECK
 Check/Money Order Num: 19-121853522
 Amt Tendered:  $400.00
-----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```