JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
IRVIN MUSGROVE - PRO SE

**DEFENDANTS**
ANGIE HANIFIN          MARGERY PIERCE
SUSANA SOTO            KEYSA MACHADO
OCEANSIDE HOUSING AUTHORITY

(b) County of Residence of First Listed Plaintiff: SAN DIEGO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: SAN DIEGO
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
1540 S ESCONDIDO BLVD, APT 2310
ESCONDIDO, CA 92025
442-286-1876

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☒ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Section 504 of the Rehabilitation Act of 1973
Brief description of cause: Federally Funded Program must grant the reasonable accommodation unless it constitutes an undue financial and administrative burden or fundamental alteration of the program.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 7,500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: 
DOCKET NUMBER:

DATE:                 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

Print Form

Name: Irvin Musgrove - Pro Se
Address: 1540 S Escondido Blvd, Apt 2310
Escondido, CA 92025
Telephone Phone: 442-286-1876

Email: irvinvsoha2020@gmail.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

IRVIN MUSGROVE - PRO SE ,
Plaintiff(s),

v.
ANGIE HANIFIN
SUSANA SOTO
KEYSA MACHADO
MARGERY PIERCE
OCEANSIDE HOUSING AUTHORITY ,
Defendant(s).

Case No.: 20-CV-0614
(assigned at time of filing)

# AMENDED COMPLAINT

DATE: 05 AUGUST 2020
TIME:
CTRM: 2D
JUDGE: HON GONZALO P CURIEL

I. **RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes   ☒ No

b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

1. On June 30, 2018, was the Section 8 annual inspection deadline for my apartment to have it's repairs completed. The apartment manager & the Oceanside Housing Authority (OHA)inspector had a lapse in communication, and therefore the inspection didn't get scheduled. The final repair had actually been completed 1 1/2 weeks prior to the deadline date. It had totally slipped my mind due to my memory problem which Susana & the apartment manager knew about. On July 03, 2018, my apartment manager informed me that the OHA hadn't paid its rent portion so I went immediately to the office to ask why. Patricia, the receptionist, looked it up on the computer and told me that it said I didn't want to live there anymore & decided to move. I told her I'd paid my portion and this was a mistake because I had given Susana a statement a month prior to confirm I wanted to remain at Oceana in order to provide stability for my son Noah, and gave it to Susana at her request. She asked that I write a new one so that HUD's portion could be paid, and so I did; Susana was off that day. On July 09, 2018, I received a housing 'Housing Choice Voucher Termination Notice' due to a failed inspection], which I received in the mail and immediately called Susana to ask why. She told me that it was due to a failed inspection. I informed her that I'd forgotten about it but that it had been completed 1 1/2 weeks prior and I'd call Sara who has inspected years for OHA. I called Sara to explain and she said that she and Wendy, my apartment manager, had been missing one another. She then said she'd come out shortly to inspect because she knew of my situation and so I could be reinstated. She came out about an hour later and it passed. On July 10, 2020, I called Susana to tell her the good news and she said her hands were tied and Sara didn't know what she was talking about. I told her about my desire for my family to be stable, the severe hardship a move would have on me since I had a hip that was in need of surgery, not being able to afford to move or hire anyone or pay for storage, and asked where Noah & I were supposed to go. I told her it never failed only hadn't been scheduled. She stood firm and told me that I needed to hurry because my HCV voucher had been terminated on July 01, 2018 so days had already passed and for me to come in and get a new HCV. I didn't actually move from there until mid August because I was avoiding homelessness and didn't want to be away from my son who I'd made some temporary arrangements for to live with a family, so he wouldn't have to suffer the same fate. *There's much more but I'll move on.*

I began my apartment search in August. For a few months I was unable for some reason to get an apartment as I had before but I kept rationalizing it in my head, as frustration doubled due to being homeless, away from my son & failing miserably at getting a place for us. Over the course of the next 9 months, from July of 2018 - April of 2019, I wrote the OHA Director, Margery Pierce, to complain of the way we were forced into homelessness & treated, and also pleading with her by asking her to Reasonably Accommodate my family by a needed intervention to provide us relief from literal suffering. I had gotten to know her approximately 3 years prior with an issue I had with Keysa Machado, my Case Manager at the time, and to inform

2

1. her of how my apartments at that time were breaking laws in regards to disabled clients of OHA. She never answered either of
2. my complaints in the beginning or what turned into pleas near the end, which ended up as pleas for my son, at the end because
3. CPS had taken him due to the fact that we were homeless and exposed and I gave her some borderline suicidal expressions
4. he'd said while there. She only managed to pass us off to another one of her supervisors, Angie Hanifin, who only continued
5. the inferior treatment.
6. I finally mentioned my apartment search hardships to my Psychiatrist, Dr. Shayna Walker, who knew almost instantly what the
7. issue had been. Susana had taken the right that Noah & I had to grieve & mourn the loss of my fiance' of 2 years and the mom
8. that he never really had. She had died on December 11, 2017 from an asthma attack as I held her in my arms, which I'm not
9. over presently nor will I ever be I suppose. I have never mourned anyone before her in my life nor had Noah in his short life
10. thus far on earth. She informed me that I had a new & severe disorder called PTSD, which had been effecting my approach to
11. life. We discussed it and came to and understanding what the underlying problem was. So she wrote me a 'Reasonable
12. Accommodation Request', which she made out directly to Margery. Of course Margery passed it down to Angie so she could
13. handle me. We had a meeting set for another extention to look for a place and for me to receive the help necessary for me &
14. Noah to finally have a home again after over a year of me being homeless a couple of months of Noah being in CPS. Judy
15. Davis, of The Legal Aid Society of San Diego based in Oceanside, accompanied me to the meeting to my surprise. It turned
16. out I'd need her on this occasion or I may not have been able to maintain my composure as I had done. Even though Angie's
17. question as to why I couldn't get an apartment as others had was answered by my Psychiatrist, in writing she informed me &
18. Judy that since I needed help from a  3rd party, that an extension wouldn't be effective and they had no obligation or
19. requirement to help me in any way. When I explained what type of help I'd need, she told Judy that it would cause a
20. 'Fundamental Alteration' of their program, and that my Dr. hadn't met the 'nexus' requirement of a Reasonable
21. Accommodation. The only help my Dr. and I requested was for any staff member to call 2 or 3 apartment managers in the
22. morning in order to inform them that I'd be coming to look at their apartments, because my handicap had to deal with the
23. initial contact, which was caused by my PTSD & Depression. We never understood how calling 2-3 apartment managers  for
24. approximately 1 minute each would cause a Fundamental Alteration, when their foundation is built on landlord encounters &
25. communication.
26. A few months later, Joanne a Legal Aid Attorney who I've worked with on a couple of occasions, somehow forced them to
27. port me to the San Diego County Housing Authority. She also surprised me by calling a landlord and expressing my need to
28. secure it. I did just that and that's where I currently reside and where Noah & I live since I regained custody recently.

2

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Due to the 18+ my family was affected by homelessness, the 12+ months my family had been torn apart, the traumatic effects homelessness & the 12+ months that CPS custody had & has on Noah, the 2 years I've been forced to endure the extreme pain in my hip that was in need of surgery then and the complications that have come as a result, the damages from the malicious cooperative & corruptive actions of these 4 women who were morally & ethically deprived that they had not one voice of reason between them, and the punitive damages which were most definitely substantiated & will serve as an example to any who'd even consider following such a lead & the expectation for any who ever succeed in doing so: We deserve to be substantially compensated not only for the damages & pain, but also for being victimized by those sworn to protect our civil rights & that of fair & indifferent treatment.

But most of all, that these woment who have obviously been found without the moral & ethical qualities to remain in such positions where individuals & families are deserving of looking to & receiving from those with honorable intentions, but are committed to maintaining this pinnacle as well. As a result, they should no longer as of this moment, be allowed to hold positions where morals & ethics are a requirement. Also, due to the fact that they acted with such a well oiled style of disgrace, there are certainly more who've suffered at their hands and all cases are deserving of a review & investigation. Corruption has ruled for some time where not a voice of reason exists, especially at the top.

1  **IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2         *pursuant to FRCP, Rule 38?)*
3                    ☒ Yes        ☐ No

5  I declare under penalty of perjury that the foregoing is true and correct.

   05 August 2020                              *Irvin Musgrove*
   Date                                        Signature

                                               Irvin Musgrove
                                               Printed Name