Print Form

1  Name: Irvin Musgrove - Pro Se

2  Address: 1540 S Escondido Blvd, Apt 2310, Escondido, CA 92025

3  Telephone Phone: 442-286-1876

4  Email: irvinvsoha2020@gmail.com

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  Musgrove                          Case No.: __20-CV-0614__

12                                         (assigned at time of filing)

13                    Plaintiff(s),    Brief

14  v.                                  Summary

15  Hanifin
                                        DATE: 12 May 2020
16                                      TIME:
                                        CTRM:2D
17                    Defendant(s).     JUDGE:Hon. Gonzalo P. Curiel
18

19

20
    My family didn't stand a chance, even though we'd been on Section 8
21
    for 7 1/2 years and in good standing. There were a total of 6 repairs
22
    that needed to be completed and the last being the small light on the
23
    exaust fan in the bathroom. When it all began, it went so fast that I
24
    couldn't keep up with how cold, inconsiderate & uncompassionate the
25
26  everything seemed to be. Everytime I'd hear the words 'too late' or

27
    'hands are tied', my heart would sink and my thoughts were of Noah.
28

To The San Diego District Court:                    November 01, 2020

Our journey towards homelessness began with a small light being out on the bathroom exhaust fan, which was the last repair that was needed to satisfy the year's 'Annual Inspection' for Section 8 housing. The repair was completed 1 ½ weeks prior to the June 30, 2018 annual inspection deadline. There were originally 6 repairs that were noted by the housing inspector, Sara, and it was determined that none of the 6 were caused by tenant neglect or abuse. Unfortunately, Wendy the apartment manager, and Sara kept missing one another, so the final inspection didn't get scheduled or performed by the deadline. Susana Soto who's now referred to as Susana Sandoval, my 'Housing Specialist' during this period, filed it as a failed inspection even though it hadn't been inspected. I paid my rent as I normally do, which was the 2nd of July 2018. On July 05, '18, Wendy told me OHA hadn't paid their portion of the rent. I went to the OHA office immediately and inquired as to why. Patricia, the 'Receptionist' and my 1st case worker, looked it up on the computer and told me it said I had decided that I didn't want to live there anymore. I told her that was totally false and that I had filled out a paper 30 days prior at Susana's request, confirming that I had no intention of moving. Susana was off, so she told me to fill out another one so that their portion could be released. I did just that and I was content. But on July 10, '18, I received a 'Termination of Residency' from Susana due to a failed

1 -

inspection. My disability has a terrible effect on my memory so I'd forgotten all about it. I immediately called Sara after getting the number from Wendy, to ask what had happened with the inspection and told her about my termination. She said her and Wendy never made contact with each other, and that she come out immediately to inspect because she knew of my situation. She came out and it failed due to roaches. She came after it got fumigated a week later, and overlooked any roaches, due to my situation as well, and we passed. I immediately called Susana and asked her to reinstate my voucher and she said no. I told her how Sara had come out and inspected special for that reason but she told me her hands were tied and that Sara didn't know what she was talking about and wasn't aware of the termination, even though it was the 1st thing I told Sara which was her reason for the impromptu inspection. Susana then told me that I'd better hurry to the office because my new voucher had been activated on the 1st of July 2018 and time was running. I then began to plead with her about how we didn't want to move, how I wanted stability for Noah, that he loved his school, how I couldn't afford to hire help or rent a truck, the hardship it would be for me to move furniture needing hip surgery, that we'd be homeless and to please allow us to stay. She just said her hands were tied and for me to pick up the voucher asap. *(Section 504 | HUD.gov/U.S. Department of Housing and Urban Development (HUD), 2020).* *Goldberg v. Kelly, 397 U.S. 254, 90 S. Ct. 1011, 25 L. Ed. 2d 287 (1970)*

Note : *I've attached FAQs from their website of their normal procedure in this exact same situation, that's stated as fact and the choice the family has if they don't want to move, which is also stated as fact & as their normal method of operation.*

I'd had a past experience with Margery Pierce, the OHA Director, when I had an issue with Keysa Machado who was my Housing Specialist at that time and another when I reported an issue with another Section 8 recipient being taken advantage of. I felt responded very promptly There was only a minor threat on that occasion, therefore, I naturally reached out to her when Susana began making decisions that would be detrimental to my family security & structure, being aware that she had the power to make an immediate difference . I 1st left her a message at the front desk and soon thereafter began to email her as I had done in the past on a few occasions . I ultimately emailed her 7-8 times over the course of a 9-10 month period in order to complain about Susana's actions, explain how my family was being treated, that we were forced into homelessness and the last 2 were pleas for her support at least for Noah's sake who had been taken by CPS on March 5, '19, and was saying suicidal types of things . She eventually began to pass them off to Angie Hanifin , Susana's Supervisor, but never responded or offered support in any form, to address my concerns or accusations . I had been looking for an apartment for about 8-9 months and not only had no success, but

then began to notice something within me didn't feel the same as it had. I even felt troubled when approaching the office of a complex and hesitant when the time came to speak with a perspective landlord. I reluctantly mentioned how things felt to Dr. Shayna Walker, my Psychiatrist since 2014 and my struggle with obtaining an apartment. She realized what had changed within me and why I was experiencing such a hard time. She diagnosed me with and said I had acquired PTSD from the experience we'd discussed on occasion. A few months prior, the very 1st person I'd ever fallen in love with, Patricia Trudy Grivas, whom Noah also loved very much because she treated him as if he were her own child, died in my arms from an asthma attack. In fact, at the time we were forced into homelessness, we were actively supporting one another through the grieving that continues through this day. I'd never mourned or experienced grief even with my parents, due to my childhood, and neither had Noah. We realized that I had and issue with the initial contact part of the apartment search process. She said I'd need help, so she wrote me out a 'Reasonable Accommodation Request' directly to Margery because of our recent discussions. I emailed it to Margery and once again she passed it down to Angie who set up a meeting with me. Judy Davis, of The Legal Aid Society of San Diego, who I'd spoken with on the phone before the meeting to keep her updated & who had been supporting me throughout my struggles with OHA, showed up by surprise to sit through the meeting with me

4

even though I'd told her not to bother because I would be fine. During this meeting, Angie went on to explain and inform us why they had no intention or obligation to provide the help we had requested. She gave us a copy of the email that further explained their stance in great detail. In it she compared me as disabled to other voucher holders who actually succeed in securing a place for their families. She not only refused my RAR for help but also denied my extension request because of the fact that I'm disabled and required the assistance from a 3rd party which would make another extension ineffective. She also threatened to call NCHS to inform them that they don't provide this type of service for clients, because of my Dr's RAR. She later realized there were only 2 legitimate reasons to refuse and RAR, so she said it would cause a 'Fundamental Alteration' of their program. Judy & I wondered how making 2 or 3 calls at 1 minute each at the most, to perspective landlords each morning only to announce my planned arrival, could possible cause the fundamental alteration of a Section 8 Housing program? It was actually a God-sent for Judy taking her time to be there to support me because of what happened next, which makes this more of a hate crime, according to me. Margery, who hadn't spoken to, called, texted, or sent a message to me over the course of 10 months, although I'd pleaded steadily for her intervention, stuck her head in the door of Angie's office. She asked Angie to meet with her asap after the meeting and then looked at me and said, "Don't I recognize you from a year or

5

2 ago? Aren't you the one with the little boy?" I looked at Judy
and humbled myself and replied, "yes." That wasn't what I had in
mind at that particular  moment  but Judy's presence  insured  it.
Judy asked what that look I gave her was about when we walked out
of the front door. I told her that I'd been emailing Margery for
months and that the last 2 were pleas for help, at least for Noah,
who had been taken from me months earlier by CPS, so she knew he
wasn't with me and wanted to rub salt on my obvious wound. She
only gasped in disbelief . She must have known that would be my
last time in their office.

Joanne  Franciscus , an Attorney  at the Legal  Aid Society  of San
Diego , totally  ignored  my venting  tantrums  when  asked  about
continuing  to work with them if they could convince  them to
continue with me, because they knew I had been wronged . A couple
of months down the road, I received a call from Judy asking me to
come to the office, to which I reminded her I no longer wanted it,
but I agreed because of my appreciation for their efforts without
my knowledge of it. I got there and Joanne told me they'd firmly
convinced the OHA to port me out to San Diego County Housing and
to this I agreed. When I got there, the difference was like night
and day, when it came to how attentive & in tune they were with
their clients. A week or 2 later when the port was complete, Joanne
called to inform me that she had made a call to a perspective
landlord, just as OHA could have done for no other reason than to

6

give me the same opportunity at securing a place as normal people do . As a result , I agreed to go and meet with the manager of the Veteran's Villas apartments in Escondido , CA., which is where I've remained a resident since November of 2019, and where I regained permanent custody of Noah that he's thankfully been able to call his home since June 11, 2020.

Final Note: Susana flat refused each of my verbal RAR's and didn't feel the need to confer with her superiors. She did however succeed in conspiring with them. If there weren't a conspiracy, there would have been at least 1 voice of reason amongst them; especially at the Director position. With the voice of reason also remains an ear to listen in order to be of assistance to any who face indifferent or discriminatory treatment from any under her/him. None existed here, even when it came to a child who walked the line of a possible self-inflicted fatality. In this case she only chose to throw salt on an already gaping wound.

*Under paragraphs (a)(1)(ii) and (iii) of § 100.7 Liability for discriminatory housing practices:*

Angie, Keysa & Margery are 'Directly Liable' for their failure to take prompt action to correct and put an end to the discriminatory housing practice by Susana. They also failed to take prompt action and put an end to the discriminatory housing practices practiced and carried out by one another whether they knew, or should have known about it.

Under paragraph (2) of the same section, they're responsible for the action that led up to the unlawful eviction of my family that also

7

went against their FAQ's section that pertains to annual inspections and what the procedure is when it fails.

The Oceanside Housingv Authority has the moral obligation to treat its tenants with fairness & equality. There's no way that a case worker or supervisor, should have the power to make a choice that could possibly ot most likely become a 'Homeless' sentence for any family and especially not with children. There was a due process set in place, which was put in that place to be followed in order for there to be order. In this case they were purposefully ignored and/or refused. *Goldberg v. Kelly, 397 U.S. 254, 90 S. Ct. 1011, 25 L. Ed. 2d 287 (1970)*

In closing, Angie's written refusal of the RAR during the final meeting, was threatening, belittling, bullyish, superiority speaking, crushing, etc.

Margery's 10 month M.I.A. sudden re-emergence, to acknowledge personal recognition and then to mention personal rememberance of the son with a bright smile symbolizes: power to make an entrance when ready, building on Angie's assault and rubbing the rockiest salt ever on a gaping wound. The overall action roles of each and the carefully prepared farewell words of Angie & Margery = An extended *'**Hate Crime**'* due to its methods & damage caused. The impact on my spirit & being were devastating.

Sincerely,

Irvin Musgrove

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes        ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

12 November 2020
Date

Signature

Irvin Musgrove
Printed Name

4