| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>IRVIN MUSGROVE - PRO SE<br>1540 S. ESCONDIDO BLVD. APT 2310<br>ESCONDIDO, CA 92025<br>TELEPHONE NO.: 442-286-1876   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): irvinvsoha2020@outlook.com<br>ATTORNEY FOR (Name): Irvin Musgrove | | **POS-010**<br>FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 333 W. BROADWAY #420<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO 92101<br>BRANCH NAME: James M. Carter & Judith N. Keep U.S. Courthouse | | |
| PLAINTIFF/PETITIONER: MUSGROVE<br>DEFENDANT/RESPONDENT: HANIFIN | | CASE NUMBER:<br>20-cv-0614 |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✔ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✔ other *(specify documents):* Application to Enter Default, Statement of Damages

3. a. Party served *(specify name of party as shown on documents served):*
      **OCEANSIDE HOUSING AUTHORITY**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   321 N. NEVADA ST., OCEANSIDE, CA 92054

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. ✔ **by substituted service.** On *(date):* 03/10/2021 at *(time):* 3:20pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      **PATRICIA LOZANO, COWORKER**
      (1) ✔ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ✔ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3/10/21 from *(city):* OCEANSIDE or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: MUSGROVE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HANIFIN | 20-cv-0614 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)  ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)  ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: TONY CHRISTIAN
   b. Address: 1872 COLLEGE BLVD APT 109, OCEANSIDE, CA 92056
   c. Telephone number: 619-724-7885
   d. **The fee** for service was: $0
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 03/10/2021

Tony Christian
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*(signed)*
(SIGNATURE)