# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**Musgrove**

vs.

Hanifin

Case No. **20-cv-0614**

**DECLARATION OF NON-SERVICE**

Person Not Served:
_Susana Sandoval-Soto_
Date:
_3/12/21_

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
in the following manner: (check one)

1)        By personally delivering copies to the person served.

2) ✓     I attempted to serve the Defendant on 3/7/21 at 5:30pm, which followed the successful service of Angie Hanifin & Margery Pierce, but Susana wasn't home. I tried to serve her again on 3/8/21 at 11:30am & 6:00pm. However, I did serve the Defendant on 3/10/21 at 3:20m at the OHA where she works, but I had no choice but to put it in the drop box, as instructed by Patricia Lozano (who has worked for OHA for 23 years & 7 months). Due to the, 'Court's Order Denying Request...,', the Plaintiff wanted 'Reasonable Diligence' to be the focus. We decided on one last attempt on Friday 3/12/21. I drove by at 10:30am but it looked like no one was home so I made the u-turn at the dead end and left. I had plans with a friend that lived blocks from her place. That evening at 7:00pm, the Defendant picked me up and we drove by to see if anyone was home, for what we considered to be 'one last time'. It appeared to be as before, so we kept straight to the dead end and turned around headed back towards Mesa Drive. On the times prior I had approached the door, which was caught on their 'Ring Security Camera'. We took a right on Mesa Dr. and stopped at Santa Fe Dr. We turned right and suddenly a silver Toyota SUV emerged from the upcoming traffic veered in front of us and stopped and I stopped behind him. A man jumped out and walked to my car in a rage. He threatened & warned us never to go to his house again. Afterwards, I decided I'd served enough.

Executed on 3/12 , 20    at

_[signature]_