Clear Form

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Musgrove )
)
)
vs. )
)
)
Hanifin )
)
)

Case No. __20-cv-0614__

**DECLARATION OF NON-SERVICE**

Person Not Served:
__Keysa Machado__
Date Served:
__03/12/21__

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
in the following manner: (check one)

1)      By personally delivering copies to the person served.

2) ✓    I made attempts to serve the Defendant on 3/7/21 at 5:45pm and again on 3/8/21 at 11:15am & 6:15pm at her 4345 Shoreline Way Unit 2, Oceanside, CA 92056 residence. I did serve the Defendant on 3/10/21 at 3;20pm at the OHA where she works at 321 N. Nevada St., Oceanside, CA 92054. I had no choice but to put the documents in the drop box close to the OHA entrance, as instructed by Patricia Lozano, who has worked for OHA for 23 years & 7 months. We also decided to make one last attempt at the 2 Defendants, Susana & Keysa's, homes on 3/12/21. But to the contrary, due to the incident that occurred after we drove by Susana's, turned around & left, at appoximately 7:15pm, I declined to do so in the interest of my health.

Executed on __03/12__ / 20 __21__ at

_[signature]_