# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Gonzalo P. Curiel

| FROM: D. Frank, Deputy Clerk | RECEIVED DATE: April 14, 2021 |
|---|---|
| CASE NO. 20-cv-00614-GPC-BLM | DOC FILED BY: Irvin Musgrove |
| CASE TITLE: Musgrove v. Hanifin et al | |
| DOCUMENT ENTITLED: Motion for default Judgement | |

Upon the submission of the attached document(s), the following discrepancies are noted:

LR 5.1(j)(4) – Incorrect hearing time/date listed

Date Forwarded: **April 15, 2021**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: May 17, 2021         CHAMBERS OF: The Honorable Gonzalo P. Curiel

cc: All Parties        By: *[signature] Gonzalo Curiel*