UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, SUSANA SOTO, MARGERY PIERCE, KEYSA MACHADO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-00614-GPC<br><br>**ORDER**<br><br>**[ECF No. 93.]** |

Plaintiff filed a motion for default judgment based upon the Fifth Amended Complaint. ECF No. 93. Because the Court has dismissed Plaintiff's Fifth Amended Complaint with leave to amend, ECF No. 91, the Court hereby DENIES AS MOOT the motion for default judgment.

**IT IS SO ORDERED.**

Dated: May 17, 2021

Hon. Gonzalo P. Curiel
United States District Judge

1

20-cv-00614-GPC