Name: Irvin Musgrove - Pro Se

Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

Telephone Phone: 442-341-1034

Email: irvinvsoha2020@outlook.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MUSGROVE,

Plaintiff(s),

v.

ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO AND OCEANSIDE HOUSING AUTHORITY,

Defendant(s).

Case No.: 20-cv-0614
(assigned at time of filing)

## 6th Amended Complaint

Date: 05/29/2021
Time:
Room: 2D
Judge: Hon Gonzalo P Curiel

**I, Irvin Musgrove, the Plaintiff in this matter, do solemnly swear that the following is my testimony and true.**

## HQS Inspection Procedures

The Oceanside Housing Authority, who's funded by the U.S. Department Housing & Urban Development, conducts an annual inspection in order to ensure that their clients are living up to the proper safety & sanitary conditions. They conduct the initial inspection, notify the owners & tenants of HQS deficiencies in writing and indicate a time period or deadline date on which HQS corrections are to be completed. When the repairs are completed, the **owner** has the responsibility of contacting the inspector so that the final inspection can be conducted. In case the HQS deficiencies aren't corrected in the specified time, an Abatement will occur the day after and the owner will receive no further HAP payments until the repair(s) are made and the unit passes the re-inspection. The owner & tenant will be notified in writing of the abatement and/or termination of housing assistance payments to the owner for failure to correct HQS deficiencies. The HAP contract will be terminated

1

for an owner's failure to comply with HQS. Both owner & tenant will be notified of the intent to terminate. If the repairs were tenant caused, there will be no abatement of the HAP for non-compliance.

**Discrimination via 1st RAR Denial**

The HQS Inspection deadline date for the remainder of the mandatory repairs was on 6/30/2018. The only repair that remained was a tiny light on the exhaust fan in the master bathroom, which had been completed on 1 1/2 weeks prior on 6/19/2018. It had been over a month since the initial inspection had been conducted, but had slipped my mind due to my substantial memory loss issue which I've been stricken with for over 8 years. The apartment manager's before Wendy, apartment manager, would leave reminders on my door, which was the 1st door you'd see when leaving the office, provided you look up to the 2nd floor. I hadn't remembered the deadline itself which is probably why tenants aren't expected to schedule or reschedule the inspections. It's totally the owner's/manager's responsibility to make contact with the inspector to schedule the final inspection **(ref EXHIBIT )** 1 and the inspector/OHA schedules the 1st. On July 3, 2018, Wendy informed me that the OHA hadn't paid its rent portion. I immediately went to the OHA office to ask why. Patricia Lozano, my former Case Manager & current receptionist, looked it up on the computer and told me it said I didn't want to live there anymore. I told her that was impossible because I'd given Susana Sandoval-Soto, mu Case Manager who was off that day, a statement of my intent to stay a month prior at her request. She had heard that I had received a 60 day notice to vacate the premises because of the month-to-month loophole, which Legal Aid had been assisting me with. She asked me to write another statement re my intent to stay so that OHA could release its portion, and so I did. I felt content again and went back to tell Wendy. 6 days later on 7/9/2018, went to the mailbox and received a 'Housing Choice Voucher Termination Notice. I opened it only to learn that it was due to a failed 'Annual Inspection'. I called Susana to ask why and she confirmed it was due to a failed annual inspection. I told her that the repair was completed 1 1/12 weeks before the deadline date. I told her I'd call her back. I then went to the Oceana office and spoke to Wendy. She told me she hadn't been able to reach Sara and so she gave me Sara's number. I called and caught Sara in the OHA office and she said she'd been trying & Wendy and me on a couple of occasions. I told her that our HCV had been terminated and she told me how she know of our situation and that she was coming out special, within the hour, so that it could be reinstated. She showed up minutes short of an hour. She walked in and saw a couple of roaches and refused to inspect until exterminator could come out. The exterminator came later that week and so did she. She said she'd start with the item in need this time and our unit passed. She told me she was going to take it personally to Susana so

1

that it could be reinstated. I thanked her for everything and she left. About 30 minutes later I called Susana to give her the good news and ask that she reinstate us. She told me that it was too late so I'd have to move and that her hands were tied. I expected congratulations so I was stunned. I then told her how Sara had come out special so that we could be reinstated and she told me Sara didn't know what she was talking about, although Sara had been working there a lot longer. I asked could she please try to make it where we wouldn't have to move out ans she said Sara didn't realize the voucher was terminated. I didn't mention the fact that it was why Sara came out on the spur of the moment because I could hear how determined she was to prove that point and I didn't want to get Sara into any trouble. She could have reinstated us in order to maintain the voucher **(ref EXHIBIT 3B)**. While very crushed inside I went on to tell her how: much of a hardship it would be for us to move, I was incapable of carrying our furniture down from the 2nd floor with my right hip bone-on-bone and i need of surgery, i wouldn't be able to afford a U-Haul, a storage space and a mover, Noah needed to remain stable and he loved it there and what it could do to him, my depression would triple and I'd remain healthier at home, homelessness was the only alternative for a father & son, etc.

This was a verbal RAR and she was supposed to use 'Appropriate Consideration or AC' for an RAR **(ref EXHIBIT 20A).** Her instant 'hands are tied' response along the demand proves no AC was given. She also was supposed to let us find a place before forcing us into being homeless **(ref EXHIBIT 14).** She was so determined to destroy us that she totally forgot about the guarantee on their own website for up to 120 days in the apartment **(ref EXHIBIT 3A),** in hopes that the inspection would pass. Their website also supports exactly what HUD utilizes except in my case **(ref EXHIBITS 14 & 3A).** No matter what verbal concern or reasonable request I had she would shoot it down **(ref EXHIBITS 14, 20, 20A).** *I need to fast forward for a clearer understanding and return.*

During my final meeting at OHA, Angie Hanifin, supervisor, admitted that she was hands-on with Susana during this time of wrongful eviction & pompous persecution of my family. Her being a supervisor makes their actions much worse and malicious. She admitted to it after my complaint about Susana's actions to Margery Pierce, Director, were handed off to her by Margery. Instead of my family's termination on 7/1/2018, that was the day that they were actually supposed to begin the 'Abatement' and things would have been fine within the week. *751 Walton/Gerard LLC v. N.Y.C. Dep't of Hous. Pres., & Dev., 2013 NY Slip Op 31106 (N.Y. Sup. Ct. 2013)* She never mentioned asking Margery if my voucher could be reinstated. Why were we evicted for a tiny light in the master bathroom and because owner played phone tag with the inspector? We had absolutely no fault in the damage that called for repairs or any responsibility with the

scheduling of the re-inspection. Either Susana or Angie decided to lie by entering the inspection as failed or all 4 decided it was the best way to terminate our voucher. Angie chose to terminate my voucher **(ref EXHIBIT 25).** Why with all of the remedies available, did Susana & Angie feel so determined to and ultimately succeed at bullying my family onto the streets literally as homeless? Susana was serious when she insisted that her hands were tied, because they were bound by those she received her directions from and where more discriminatory treatment would derive from over the course of the next few months.

**She Looked Around & Section 8 was Gone**

Here's proof of how fabricated Susana's claim of their hands being tied from a case I've mentioned previously. On 5/31/2020, an OHA Case Worker terminated her client Kimberly Buntin who had been a reciepient of Section 8 through OHA for 31 years. Because of extensive medical issues during that time, Kim wasn't able to return a single document out of her re-certification packet. Her worker knew of her condition and of her being a fall risk. The worker sent a 'Notice of Termination' to her apartment manager but failed to send Kim a copy, which would have allowed for her to correct the issue or appeal the decision. Due to Covid 19 restrictions, Kim didn't hear about it until November of 2020, when it came up in conversation with a manager. There was 6 months of mounting debt from OHA's portion she was now responsible for. She was able to reach a supervisor in January. Keysa Machado, a supervisor, was really rude & blunt and wouldn't hear Kim out, only proceeded to tell her she'd have to reapply for Section 8 all over again. Her unwillingness to listen would give Kim additional months of stress. Kim sent in an appeal and RAR on January 13, 2021, and never received a reply. She inquired again in late March and OHA claimed that they never received the documents. Kim resent he appeals form, the RAR and a statement in re to not receiving the termination notice, not being contacted, and learning about it 6 months later with a mounting debt attachment. She received the document marked **EXHIBIT 22,** on April 23, 2021. It only depressed her much more with the July 1, 2021 date approaching rapidsly, which is the day all operations are expected to return to normal. This would mean that her apartments would make a demand for payment in full, which would be the OHA portion and the dreaded reality of homelessness. So she stressed and stressed. She obtained a Dr.'s letter and I wrote them a detailed document restating the facts surrounding the only 2 issues that ultimately led to this problem; her worker's failure to communicate with Kim about the termination and Covid 19 restrictions that kept the apartments from informing her when the rent wasn't paid the 1st time by Housing. Then on May 20, 2021, Kim received an email **(ref EXHIBIT 22A),** from OHA that informed her that her Section 8 would be reinstated and the past due amount would be paid; this

followed 6 months of stress & worry. The OHA was able to successfully & quickly reinstate her Voucher once the process began. If I hadn't have known her and been there, where would her case have been? Trivia: If OHA's hands couldn't be untied to reinstate my case after a week, then how could they be untied to reinstate Kim's case after a year? Because Susana & Angie had lied to me again from the beginning and thus they acted with 'Malicious Intent', while being well aware that their actions would force a father & son into homelessness, which automatically leaves their lives with substantial health & security risks.

**A Brief Background on Margery, Keysa & Me**

**What led to me meeting Margery the 1st time?**
On May 30, 2014, I received a call from the Boulevard Apartments office asking me to come in asap. I was home so I walked there immediately. Danielka, the office manager, told me she had received a voucher termination notice from Keysa. She said with that in place, if anyone came to look at apartments and decided they wanted my apartment, I'd have to move out of where we'd live for 2 years. I asked could they wait until Monday and she said no. I proceeded to call Keysa to see exactly what she needed. Keysa told me she needed verification form my Doctor and proof of income. Since I have no car and it was the afternoon on a Friday, I asked could I bring them both in on Monday and explained what Danielka had just told me about the risk involved, and she said yes. I then asked if she could remove the termination notice and if I didn't produce them on Monday she could reenter it. She told me no she wouldn't do that and I told her to look at my file and see that I always follow through and I happened to have an appointment with my Doctor on Monday. She said no again. So I got off of the phone with her before I said the wrong thing. Danielka told me that this includes the weekend. Therefore, all of that weekend I was on pins and needles, restless and irritable until Monday finally arrived. My Dr.'s appointment was early morning as usual. I got there and the nurse took my vitals and asked what was wrong. I told her I was stressing big time and filled her in a little. She told me it shows because for the 1st time ever, before & since, my blood pressure was very elevated. This is how I know that stress is hurtful. My Doctor came to get me and I told her what I needed and why, and I didn't have time to complete our appointment and she said it was fine because I needed to stop stressing asap. She gave me the document I needed and I was off to the Welfare office. I only had use of public transportation which made it more stressful. I finally reached the OHA office and told the receptionist I needed to speak with someone in charge and why, because Keysa was off that day I believe. Margery actually came and then we went to her office. I asked her could she please contact my apartments and let them know the termination was lifted. Then I whistle-blew on Keysa for what she had subjected me to, when she could have trusted me until Monday. Then Margery & I talked about some other things that were

happening and we were done. I emailed her on a couple of more occasions, to which she responded **(ref EXHIBIT 5.)** This is why I felt comfortable reaching out to her. Unfortunately this past experience, made it harder to face the truth that this time Margery wouldn't show. I emailed the following and the last 3 I hoped would inspire her because they pertained to Noah being taken, his state of mind and were to appeal to her being a mother:

**10/23/18** - I emailed Margery to complain about the wrong Susana was doing against my family.

**11/18/18** - Sent her an email document that I'd sent to Susana and an update on Noah.

**1/20/19** - Complained about Susana mailing my mail to the hostile address I'd told her about in writing.

**3/18/19** - Feeling more desperate than ever, I wrote a lengthy document about Susana with a timeline, and CPS taking Noah due to our being homeless

**3/22/19** - More about Noah & Susana.

**3/28/19** - A final desperate plea for Noah's sake.

Margery intentionally ignored my pleas for her help with the discriminatory actions over that 8 month period, which leaves her **Directly & Vicariously Liable** for her failure to stop it and mostly for her direct involvement in it **(ref EXHIBIT 11).** I somehow kept justifying her absence in my mind by insisting to self that she was working on it, until 4/15/19. This true realization came immediately after a scheduled meeting between me & Angie on 04/15/19, that Judy happened to show up to for support. As soon as the meeting began Angie took control. Margery had handed my & my Dr.'s RAR, which she'd gotten a week prior and the last email I'd sent to her. So she led the meeting off by asking what I alleged about Susana, which was in Margery's email and atop an email I'd recently gotten from Angie, but what she handed a copy of to me & Judy. I told her Susana had wrongfully evicted us, how the inspection had passed... before I could go on, this was when she informed me & Judy that she was actually with Susana when the decision was made about the 'Termination, Eviction, etc.', and they had decided together. Then she moved on. *She said it and moved on as if to say, because she was involved in it that everything was legitimate and proper*. I mentioned Sara and she said the same thing Susana had said. Then she presented a copy of the email I'd gotten **(ref EXHIBIT 8).** She went on to explain the limit of the responsibility that they were willing to reach, which was to provide a list of available units. She then referred to my Dr.'s document **(ref EXHIBIT 6),** to pick its NEXUS apart and their refusal. (On May 3, 2019, Judy sent her a document that address her NEXUS statement and ongoing

occurrences at that time **(ref EXHIBIT 7))**. I then mentioned their website guarantee of an abatement & more days in the apartment for the family and she firmly stated of it being an error and in no way correct or possible **(ref EXHIBIT 3A)**. I then explained the accommodation that we were asking for: For a staff member to contact 2-3 apartments each morning at 15-30 seconds each, to inform the complex that I would be there to fill out an application that day. Judy then tried to shed light on the situation but Angie had no consideration for it. On the email I received and at the meeting, she said they were refusing the RAR because I'd need help from an outside source. At a later date she changed into being a 'Fundamental Alteration of the Nature of Their Program'. How can a Housing Authority that calls a Landlord, alter the fundamental nature of its program? **Note:** Margery's office door is 2 feet from Angie' Judy & I were just about to leave when Margery show as if she were on que. She looked at Angie, by the chalk board, and told her she needed to see her ASAP after the meeting. She then looked directly at me with this 'cat who swallowed the canary' smile and said, "Don't I know you from a year or 2 ago? Aren't you the one with the little boy?" I'll never forget the look of satisfaction she had. I said "yes ", even though I had much more fitting words for this occasion, but thank God Judy was there. Judy asked me what Margery meant when we walked out and I told her that was Margery's way of rubbing salt on the wound they'd given me. I told her how my last 3 emails to her were about Noah being taken and what he was being subjected to or how he felt. Margery & Angie knew that would be my last time at OHA. That was Margery's last word. Margery, Keysa and Angie were all aware of the decisions and actions done by the other which makes them all, Directly & Vicariously Liable **(ref EXHIBIT 11).** They happened to reach a point where it was too late to turn around.

**In Closing:**

The hateful & immoral actions taken against my family weren't done by an awful organization or entity; these actions were done by sinister individual 's within that organization or entity. For wrong to be committed by a case worker, manager or supervisor is one thing, but when it's supported by the Director, who regulates all aspects of the business, there are more who have been violated because 'Director 's' normally maintain their moral & ethical course and won't be influenced by what would cause them to steer from their highly respected & integrity filled course. When the Director strays, many follow out of feelings of loyalty and others from their related fears. Their corrupt ways & actions had a very devastating effect on my family. Susana felt content making a life-altering decision that she knew would cause immediate pain & suffering for my family and Angie was there in total support to confirm the bad intent & 'spur of the moment' decisions. Angie participated in Susana's decision making and actions, noted on page 2 above, and

made the immediate decisions that they knew would cause devastation & pain, which surely were made without giving what must be given: 'Appropriate Consideration'. **(ref EXHIBIT 20A**) Susana's use of 'hands are tied' was by way of her own determination or by order of her superiors, and it's firm & factual because of the related outcome. Therefore, no 'AC' was given from the moment 'hands are tied' was spoken. This definitely made it a violation of my right to 'due process' in malicious fashion. Margery's malicious disregard for my numerous requests for help left me in place to suffer months more of the same. This would pertain to normal or disabled person's. Her malicious disregard of my emailed complaints, her timely recognition of me with a 'long lost friend' acknowledgment and mention of Noah whom she'd never met or spoken with me about, actually proves: she did recognize me from 2014, she had become very familiar with my circumstances through the emails she received & passed off, there was a purpose behind her sudden emergence and chosen words, and her knowledge of Noah's true location but question as if he were home, confirms her intent to gain pleasure by inflicting pain. It's unfair when faced with deliberate indifference from any who lead the way, but it's inhumane when faced with deliberate indifference that's hurled from the top because there's nowhere to go & no one left to turn to. Her actions are the same as a black, white or Hispanic that:

1. Assaults a gay perosn while calling him an a..hole, stupid, moth..fu.... or
2. Assaults a gay person while calling him a queer, baggot, or homo!
Answer with approx. times: #1 - 1-2 years in prison as simple assault.
　　　　　　　　　　　#2 - 10-20 years in prison w/specials
　　　　　　　　　　　　　circumstances: 'hate crime'

I've researched and searched through countless case laws during the past year and thought it was me with the problem, until I found the case below, which is the mirror image to this case. There's a voice of reason in lots of cases that prevent cases like mine from occurring on such a level. But here, none existed, so those with common interests & ways pulled together as one and were shocked that they had encountered a person that was different and not tolerant of being treated as less than equal or at least like a human being.

*Gonzalez v. Lee County Housing Authority, 161 F.3d 1290 (11th Cir. 1998)*

From the case above (last paragraph): *"in the extremely rare case a government official's conduct may be so egregious, in fact evil, as to be obviously contrary to federal law, so that no case law or statute needs to have recognized previously that materially similar conduct is unlawful."*

IV.  **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

| 5/29/21 | *Irvin Musgrove* |
|---|---|
| Date | Signature |

| | Irvin Musgrove |
|---|---|
| | Printed Name |