UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>          Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>          Defendants. | Case No.: 20-cv-00614-GPC<br><br>**ORDER DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF SIXTH AMENDED COMPLAINT**<br><br>**[ECF No. 95.]** |

On August 4, 2020, this Court granted Plaintiff's motion to proceed *in forma pauperis* ("IFP"). ECF No. 15. On May 12, 2021, the Court dismissed Plaintiff's Fifth Amended Complaint without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 91. Plaintiff has now filed a Sixth Amended Complaint. ECF No. 95.

The Court finds that for the limited purpose of *sua sponte* screening under 28 U.S.C. § 1915(e)(2)(B), Plaintiff has fixed the deficiencies that the Court identified in its previous order at least with respect to the failure to identify the relief Plaintiff requests. As the Court previously found that Plaintiff potentially stated a Rehabilitation Act claim arising from the denial of the Reasonable Accommodation Request relating to ability to

1

contact apartment managers, *see* ECF No. 91, and Plaintiff again alleges those facts in the Sixth Amended Complaint and specifies that he seeks damages, the Court will not *sua sponte* dismiss the case for failure to state a claim at this time.

The Court therefore **ORDERS** that:

1. The Clerk of Court is DIRECTED to issue a summons with respect to Plaintiff's Sixth Amended Complaint (ECF No. 95) upon Defendants. The Clerk should then provide Plaintiff with the summons. When sending the summons to Plaintiff, the Clerk of Court should include with the summons: (a) new blank U.S. Marshal Form 285s for Defendants; (b) a letter instructing Plaintiff on how to complete this Form 285; (c) a certified copy of the Order granting Plaintiff's motion to proceed in forma pauper (ECF No. 15); (d) a certified copy of the Complaint (ECF No. 95); and (e) copies of the attachments to the Complaint (ECF Nos. 96, 97, 98, 99, 100, 101, 102, 103).[1] Together, the summons and additional documents are Plaintiff's "IFP Package."

2. Plaintiff is DIRECTED to complete the following actions to aid the U.S. Marshal in serving his Complaint:
    a. First, upon receiving the IFP Package, Plaintiff must complete the IFP Package, including the U.S. Marshal Form 285s, as accurately as possible.

---

[1] Plaintiff filed a number of documents that appear to be intended as attachments to the Sixth Amended Complaint but do not appear on the electronic filing system as attachments. *See* ECF Nos. 96–103. To ensure that Defendants receive notice of the entire complaint and intended attachments, the Court will direct the Clerk to include ECF Nos. 96, 97, 98, 99, 100, 101, 102, and 103 along with the Sixth Amended Complaint (ECF No. 95). The Court informs Plaintiff that going forward, he must file documents and their attachments as a single filing on CM/ECF with attachments, rather than uploading attachments as separate filings. *See* CASD Electronic Case Filing Administrative Policies and Procedures Manual Section 2(g)(2) at 12–13 ("Any supporting memorandum of points and authorities, declarations, and exhibits associated with motions, applications, or other requests for ruling by the Court, must be filed as attachments to the motion in the CM/ECF system.").

b. Second, Plaintiff must return the completed IFP Package and Form 285s to the U.S. Marshal according to the instructions provided by the Clerk's letter.

   c. Third, Plaintiff must include on the Form 285s an address where the U.S. Marshal can serve Defendants. *See* S.D. Cal. CivLR 4.1.c.

3. Upon receipt, the U.S. Marshal is ORDERED to serve a copy of the Complaint and summons upon Defendants as directed by Plaintiff on his completed U.S. Marshal Form 285s. All costs of service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED.**

Dated: June 2, 2021

Hon. Gonzalo P. Curiel
United States District Judge