Office of the City Attorney
JOHN P. MULLEN
City Attorney, CA Bar No. 160510
**Barbara Hamilton**
**Assistant City Attorney, CA Bar No. 163806**
**Lisa Ricksecker**
**Sr. Deputy City Attorney, CA Bar No. 201746**
300 North Coast Highway
Oceanside, CA 92054
(760) 435-3969 FAX: (760) 439-3877

Attorneys for Defendants
Angie Hanifin, Margery Pierce, Keysa Machado,
Susana Sandoval-Soto and Oceanside Housing Authority

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY<br><br>　　　　　　　　Defendants. | CASE NO.: 20-cv-00614-GPC<br><br>ACTION FILED: March 31, 2020<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 41(b), OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT (12(e))**<br><br>DATE:　　October 15, 2021<br>TIME:　　1:30 p.m.<br>DEPT:　　333 West Broadway<br>　　　　　San Diego, CA 92101<br>　　　　　Courtroom 2D<br>JUDGE:　Hon. Gonzalo P. Curiel |

　　　TO PLAINTIFF, IRVIN MUSGROVE: PLEASE TAKE NOTICE that on October 15, 2021 at 1:30 p.m., in Courtroom 2D of the above entitled Court located at 333 W. Broadway, San Diego, CA 92101, before the Honorable Gonzalo P. Curiel, defendants will move this Court for an Order dismissing the Sixth Amended Complaint ("SAC"), or in the alternative, for an Order requiring Plaintiff to provide a more definite statement.

This Motion will be made on the following grounds:

1. Failure to state a claim upon which relief can be granted (FRCP 12(b)(6). If the attachments to the SAC are considered, the action should be dismissed because content in the attachments contradict the fundamental allegations in the SAC.

2. Failure to comply with a court order (FRCP 41(b)). Plaintiff failed to abide by the Court's June 2, 2021, Order (ECF Doc. 104) in that he did not serve the exhibits outlined in the Order (ECF Docs. 96-103) or the Order itself as directed (Order, ¶1). (See Declaration of Maddison Zafra, filed herewith).

3. Alternatively, Plaintiff should be ordered to provide a more definite statement because the Sixth Amended Complaint is so vague and ambiguous the Defendants cannot reasonably prepare a response.

This Motion shall be based upon this Notice, the Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Madison Zafra, the complete files and records of this action, and such other evidence as may be presented at the hearing on this motion.

DATED: July 1, 2021            CITY OF OCEANSIDE
OFFICE OF THE CITY ATTORNEY

By:    *s/ Lisa L. Ricksecker*

BARBARA L. HAMILTON
LISA L. RICKSECKER
Attorneys for Defendants