1  Office of the City Attorney
   JOHN P. MULLEN
2  City Attorney, CA Bar No. 160510
   **Barbara Hamilton**
3  **Assistant City Attorney, CA Bar No. 163806**
   **Lisa Ricksecker**
4  **Sr. Deputy City Attorney, CA Bar No. 201746**
   300 North Coast Highway
5  Oceanside, CA  92054
   (760) 435-3969 FAX: (760) 439-3877
6
7  Attorneys for Defendant
   City of Oceanside
8  **Exempt from filing fees pursuant to**
   **Gov. Code §§ 6103 & 26857**
9

10              UNITED STATES DISTRICT COURT

11            SOUTHERN DISTRICT OF CALIFORNIA

12

13  IRVIN MUSGROVE                          CASE NO.: 20-cv-00614-GPC
                              Plaintiff,
14                                          ACTION FILED:    June 4, 2021

15        v.                                DECLARATION OF MADDISON ZAFRA
                                            IN SUPPORT OF DEFENDANTS'
16  ANGIE HANIFIN, MARGERY PIERCE,          MOTION TO DISMISS
    KEYSA MACHADO, SUSANA
17  SANDOVAL-SOTO, AND OCEANSIDE            DATE:      October 15, 2021
    HOUSING AUTHORITY                       TIME:      1:30 p.m.
18                           Defendants.    DEPT:      333 West Broadway
                                                       San Diego, CA 92101
19                                                     Courtroom 2D
                                            JUDGE:     Hon. Gonzalo P. Curiel
20

21         I, Maddison Zafra, declare as follows:

22         1.      I am over the age of 18, am a resident of the County of San Diego and am

23  competent to testify in a court of law.  I have personal knowledge of all the matters stated

24  herein and, if called as a witness, I could competently testify thereto, except as to those

25  matters stated upon information and belief, and as to those matters, I believe them to be true.

26  I submit this declaration in support of Defendants' Motion to Dismiss.

27

28
                                           1
    DECLARATION OF MADDISON ZAFRA IN SUPPORT OF DEFENDANTS' MOTION TO
    DISMISS

2. I am employed by the City of Oceanside and am a Document Technician in the City Clerk's office. Among other duties, I work at the counter at the City Clerk's office and regularly accept service of pleadings.

3. On June 10, 2021 I was served with the following documents in this matter:

 1) Third Amended Complaint Summons in a Civil Action to: Oceanside Housing Authority and 6th Amended Complaint, a true and correct copy is attached to this declaration as Exhibit "A".

 2) Third Amended Complaint Summons in a Civil Action to: Angie Hanifin and 6th Amended Complaint, a true and correct copy is attached to this declaration, a true and correct copy is attached to this declaration as Exhibit "B".

 3) Third Amended Complaint Summons in a Civil Action to: Margery Pierce and 6th Amended Complaint, a true and correct copy is attached to this declaration as Exhibit "C".

 4) Third Amended Complaint Summons in a Civil Action to: Keysa Machado and 6th Amended Complaint, a true and correct copy is attached to this declaration as Exhibit "D".

 5) Third Amended Complaint Summons in a Civil Action to: Susana Sandoval-Soto and 6th Amended Complaint, a true and correct copy is attached to this declaration as Exhibit "E".

4. When these documents (Exhibits A-E) were delivered and served on me at the Clerk's office, there were no attachments or exhibits included in the delivery of the Summons and 6TH Amended Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 30, 2021

MADDISON ZAFRA

2
DECLARATION OF MADDISON ZAFRA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

# Exhibit A

Case 3:20-cv-00614-GPC-BLM   Document 105   Filed 06/02/21   PageID.375   Page 1 of 2

AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
S/CA
2021 JUN -4 PM 4:27

IRVIN MUSGROVE

*Plaintiff*

Civil Action No.    20-cv-0614-GPC

## RECEIVED

v.

JUN 10 2021

ANGIE HANIFIN, MARGERY PIERCE, KEYSA
MACHADO, SUSANA SANDOVAL-SOTO, AND
OCEANSIDE HOUSING AUTHORITY

OCEANSIDE CITY CLERK

*Defendant*

### Third Amended Complaint    SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

Oceanside Housing Authority
321 N. Nevada St.
Oceanside, CA 92054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Irvin Musgrove
1540 South Escondido Boulevard
Apartment 2310
Escondido, CA 92025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  _____6/2/21_____



John Morrill
_____
*CLERK OF COURT*
S/ _____
            D. Gilbert
          *Signature of Clerk or Deputy Clerk*

Received by: M. Zafra
Via: Counter
Copy to: CAO, Risk, Clerk

Print Form

1  **Name:** Irvin Musgrove - Pro Se

2  **Address:** 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

RECEIVED
U.S. MARSHALS-S/CA

2021 JUN -4  PM 4: 27

3  **Telephone Phone:** 442-341-1034

4  **Email:** irvinvsoha2020@outlook.com

5

6

7

8  # UNITED STATES DISTRICT COURT

9  # SOUTHERN DISTRICT OF CALIFORNIA

10

11  MUSGROVE

Case No.:  __20-cv-0614_____

12

(assigned at time of filing)

13  Plaintiff(s),

14  v.

# 6th Amended
# Complaint

15  ANGIE HANIFIN, MARGERY PIERCE,
16  KEYSA MACHADO, SUSANA
SANDOVAL-SOTO AND OCEANSIDE
17  HOUSING AUTHORITY

Date: 05/29/2021
Time:
Room: 2D
Judge: Hon Gonzalo P Curiel

18  Defendant(s).

19  I, Irvin Musgrove, the Plaintiff in this matter, do solemnly swear that the following is my testimony and true.

20  **HQS Inspection Procedures**

21  The Oceanside Housing Authority, who's funded by the U.S. Department Housing & Urban Development,

22  conducts an annual inspection in order to ensure that their clients are living up to the proper safety & sanitary

23  conditions. They conduct the initial inspection, notify the owners & tenants of HQS deficiencies in writing and

24  indicate a time period or deadline date on which HQS corrections are to be completed . When the repairs are

25  completed , the **owner** has the responsibility of contacting the inspector so that the final inspection can be

26  conducted. In case the HQS deficiencies aren't corrected in the specified time, an Abatement will occur the day

27  after and the owner will receive no further HAP payments until the repair (s) are made and the unit passes the

re-inspection . The owner & tenant will be notified in writing of the abatement and/or termination of housing

28  assistance payments to the owner for failure to correct HQS deficiencies . The HAP contract will be terminated

1

Print Form

1    for an owner's failure to comply with HQS. Both owner & tenant will be notified of the intent to terminate. If the

2    re pairs were tenant caused, there will be no abatement of the HAP for non-compliance.

3    **Discrimination via 1st RAR Denial**

4    The HQS Inspection deadline date for the remainder of the mandatory repairs was on 6/30/2018. The only

5    repair that remained was a tiny light on the exhaust fan in the master bathroom, which had been completed

6    on 1 1/2 weeks prior on 6/19/2018. It had been over a month since the initial inspection had been conducted,

7    but had slipped my mind due to my substantial memory loss issue which I've been stricken with

8    for over 8 years. The apartment manager's before Wendy, apartment manager, would leave reminders on my

9    door, which was the 1st door you'd see when leaving the office, provided you look up to the 2nd floor. I

10   hadn't remembered the deadline itself which is probably why tenants aren't expected to schedule or

11   reschedule the inspections. It's totally the owner's/manager's responsibility to make contact with the

12   inspector to schedule the final inspection **(ref EXHIBIT )** 1 and the inspector/OHA schedules the 1st. On

13   July 3, 2018, Wendy informed me that the OHA hadn't paid its rent portion. I immediately went to the OHA

14   office to ask why. Patricia Lozano, my former Case Manager & current receptionist, looked it up on the

15   computer and told me it said I didn't want to live there anymore. I told her that was impossible because I'd

16   given Susana Sandoval-Soto, mu Case Manager who was off that day, a statement of my intent to stay a

17   month prior at her request. She had heard that I had received a 60 day notice to vacate the premises because

18   of the month-to-month loophole, which Legal Aid had been assisting me with. She asked me to write

19   another statement re my intent to stay so that OHA could release its portion, and so I did. I felt content again

20   and went back to tell Wendy. 6 days later on 7/9/2018, went to the mailbox and received a 'Housing Choice

21   Voucher Termination Notice. I opened it only to learn that it was due to a failed 'Annual Inspection'. I called

22   Susana to ask why and she confirmed it was due to a failed annual inspection. I told her that the repair was

23   completed 1 1/12 weeks before the deadline date. I told her I'd call her back. I then went to the Oceana

24   office and spoke to Wendy. She told me she hadn't been able to reach Sara and so she gave me Sara's

25   number. I called and caught Sara in the OHA office and she said she'd been trying & Wendy and me on a

26   couple of occasions. I told her that our HCV had been terminated and she told me how she know of our

27   situation and that she was coming out special, within the hour, so that it could be reinstated. She showed up

28   minutes short of an hour. She walked in and saw a couple of roaches and refused to inspect until

   exterminator could come out. The exterminator came later that week and so did she. She said she'd start with

   the item in need this time and our unit passed. She told me she was going to take it personally to Susana so

Print Form

1   that it could be reinstated. I thanked her for everything and she left. About 30 minutes later I called Susana
2   to give her the good news and ask that she reinstate us. She told me that it was too late so I'd have to move
3   and that her hands were tied. I expected congratulations so I was stunned. I then told her how Sara had
4   come out special so that we could be reinstated and she told me Sara didn't know what she was talking
5   about, although Sara had been working there a lot longer. I asked could she please try to make it where we
6   wouldn't have to move out ans she said Sara didn't realize the voucher was terminated. I didn't mention the
7   fact that it was why Sara came out on the spur of the moment because I could hear how determined she was
8   to prove that point and I didn't want to get Sara into any trouble. She could have reinstated us in order to
9   maintain the voucher **(ref EXHIBIT 3B)**. While very crushed inside I went on to tell her how: much of a
10  hardship it would be for us to move, I was incapable of carrying our furniture down from the 2nd floor with
11  my right hip bone-on-bone and i need of surgery, i wouldn't be able to afford a U-Haul, a storage space and
12  a mover, Noah needed to remain stable and he loved it there and what it could do to him, my depression
    would triple and I'd remain healthier at home, homelessness was the only alternative for a father & son, etc.

13  This was a verbal RAR and she was supposed to use 'Appropriate Consideration or AC' for an RAR **(ref**
14  **EXHIBIT 20A)**. Her instant 'hands are tied' response along the demand proves no AC was given. She also
15  was supposed to let us find a place before forcing us into being homeless **(ref EXHIBIT 14)**. She was so
16  determined to destroy us that she totally forgot about the guarantee on their own website for up to 120 days
17  in the apartment **(ref EXHIBIT 3A)**, in hopes that the inspection would pass. Their website also supports
18  exactly what HUD utilizes except in my case **(ref EXHIBITS 14 & 3A)**. No matter what verbal concern or
19  reasonable request I had she would shoot it down **(ref EXHIBITS 14, 20, 20A)**. *I need to fast forward for*
    *a clearer understanding and return.*

20  During my final meeting at OHA, Angie Hanifin, supervisor, admitted that she was hands-on with Susana
21  during this time of wrongful eviction & pompous persecution of my family. Her being a supervisor makes
22  their actions much worse and malicious. She admitted to it after my complaint about Susana's actions to
23  Margery Pierce, Director, were handed off to her by Margery. Instead of my family's termination on 7/1/
24  2018, that was the day that they were actually supposed to begin the 'Abatement' and things would have
25  been fine within the week. *751 Walton/Gerard LLC v. N.Y.C. Dep't of Hous. Pres., & Dev., 2013 NY Slip*
26  *Op 31106 (N.Y. Sup. Ct. 2013)* She never mentioned asking Margery if my voucher could be reinstated.
27  Why were we evicted for a tiny light in the master bathroom and because owner played phone tag with the
28  inspector? We had absolutely no fault in the damage that called for repairs or any responsibility with the

1

Print Form

1   scheduling of the re-inspection. Either Susana or Angie decided to lie by entering the inspection as failed or

2   all 4 decided it was the best way to terminate our voucher. Angie chose to terminate my voucher (**ref**

3   **EXHIBIT 25).** Why with all of the remedies available, did Susana & Angie feel so determined to and

4   ultimately succeed at bullying my family onto the streets literally as homeless? Susana was serious when

5   she insisted that her hands were tied, because they were bound by those she received her directions from

6   and where more discriminatory treatment would derive from over the course of the next few months.

7   **She Looked Around & Section 8 was Gone**

8   Here's proof of how fabricated Susana's claim of their hands being tied from a case I've mentioned

9   previously. On 5/31/2020, an OHA Case Worker terminated her client Kimberly Buntin who had been a

10   reciepient of Section 8 through OHA for 31 years. Because of extensive medical issues during that time,

11   Kim wasn't able to return a single document out of her re-certification packet. Her worker knew of her

12   condition and of her being a fall risk. The worker sent a 'Notice of Termination' to her apartment manager

13   but failed to send Kim a copy, which would have allowed for her to correct the issue or appeal the decision.

14   Due to Covid 19 restrictions, Kim didn't hear about it until November of 2020, when it came up in

15   conversation with a manager. There was 6 months of mounting debt from OHA's portion she was now

16   responsible for. She was able to reach a supervisor in January. Keysa Machado, a supervisor, was really

17   rude & blunt and wouldn't hear Kim out, only proceeded to tell her she'd have to reapply for Section 8 all

18   over again. Her unwillingness to listen would give Kim additional months of stress. Kim sent in an appeal

19   and RAR on January 13, 2021, and never received a reply. She inquired again in late March and OHA

20   claimed that they never received the documents. Kim resent he appeals form, the RAR and a statement in re

21   to not receiving the termination notice, not being contacted, and learning about it 6 months later with a

22   mounting debt attachment. She received the document marked **EXHIBIT 22,** on April 23, 2021. It only

23   depressed her much more with the July 1, 2021 date approaching rapidsly, which is the day all operations

24   are expected to return to normal. This would mean that her apartments would make a demand for payment

25   in full, which would be the OHA portion and the dreaded reality of homelessness. So she stressed and

26   stressed. She obtained a Dr.'s letter and I wrote them a detailed document restating the facts surrounding the

27   only 2 issues that ultimately led to this problem; her worker's failure to communicate with Kim about the

28   termination and Covid 19 restrictions that kept the apartments from informing her when the rent wasn't paid

the 1st time by Housing. Then on May 20, 2021, Kim received an email (**ref EXHIBIT 22A),** from OHA

that informed her that her Section 8 would be reinstated and the past due amount would be paid; this

1

Print Form

1  followed 6 months of stress & worry. The OHA was able to successfully & quickly reinstate her Voucher

2  once the process began. If I hadn't have known her and been there, where would her case have been? Trivia:

3  If OHA's hands couldn't be untied to reinstate my case after a week, then how could they be untied to

4  reinstate Kim's case after a year? Because Susana & Angie had lied to me again from the beginning and thus

5  they acted with 'Malicious Intent', while being well aware that their actions would force a father & son into

6  homelessness, which automatically leaves their lives with substantial health & security risks.

7  **A Brief Background on Margery, Keysa & Me**

8  **What led to me meeting Margery the 1st time?**
On May 30, 2014, I received a call from the Boulevard Apartments office asking me to come in asap. I was

9  home so I walked there immediately. Danielka, the office manager, told me she had received a voucher

10  termination notice from Keysa. She said with that in place, if anyone came to look at apartments and

11  decided they wanted my apartment, I'd have to move out of where we'd live for 2 years. I asked could they

12  wait until Monday and she said no. I proceeded to call Keysa to see exactly what she needed. Keysa told me

13  she needed verification form my Doctor and proof of income. Since I have no car and it was the afternoon

14  on a Friday, I asked could I bring them both in on Monday and explained what Danielka had just told me

15  about the risk involved, and she said yes. I then asked if she could remove the termination notice and if I

16  didn't produce them on Monday she could reenter it. She told me no she wouldn't do that and I told her to

17  look at my file and see that I always follow through and I happened to have an appointment with my Doctor

18  on Monday. She said no again. So I got off of the phone with her before I said the wrong thing. Danielka

19  told me that this includes the weekend. Therefore, all of that weekend I was on pins and needles, restless

20  and irritable until Monday finally arrived. My Dr.'s appointment was early morning as usual. I got there and

21  the nurse took my vitals and asked what was wrong. I told her I was stressing big time and filled her in a

22  little. She told me it shows because for the 1st time ever, before & since, my blood pressure was very

23  elevated. This is how I know that stress is hurtful. My Doctor came to get me and I told her what I needed

24  and why, and I didn't have time to complete our appointment and she said it was fine because I needed to

25  stop stressing asap. She gave me the document I needed and I was off to the Welfare office. I only had use

26  of public transportation which made it more stressful. I finally reached the OHA office and told the

27  receptionist I needed to speak with someone in charge and why, because Keysa was off that day I believe.

28  Margery actually came and then we went to her office. I asked her could she please contact my apartments
and let them know the termination was lifted. Then I whistle-blew on Keysa for what she had subjected me
to, when she could have trusted me until Monday. Then Margery & I talked about some other things that were

1

Print Form

1   happening and we were done. I emailed her on a couple of more occasions, to which she responded **(ref**
2   **EXHIBIT 5.)** This is why I felt comfortable reaching out to her. Unfortunately this past experience, made it
3   harder to face the truth that this time Margery wouldn't show. I emailed the following and the last 3 I hoped
4   would inspire her because they pertained to Noah being taken, his state of mind and were to appeal to her
5   being a mother:

6   **10/23/18** - I emailed Margery to complain about the wrong Susana was doing against my family.

7   **11/18/18** - Sent her an email document that I'd sent to Susana and an update on Noah.

8   **1/20/19** - Complained about Susana mailing my mail to the hostile address I'd told her about in writing.

9   **3/18/19** - Feeling more desperate than ever, I wrote a lengthy document about Susana with a timeline, and
10  CPS taking Noah due to our being homeless

11  **3/22/19** - More about Noah & Susana.

12  **3/28/19** - A final desperate plea for Noah's sake.

13  Margery intentionally ignored my pleas for her help with the discriminatory actions over that 8 month period,
14  which leaves her **Directly & Vicariously Liable** for her failure to stop it and mostly for her direct
15  involvement in it **(ref EXHIBIT 11).** I somehow kept justifying her absence in my mind by insisting to self
16  that she was working on it, until 4/15/19. This true realization came immediately after a scheduled meeting
17  between me & Angie on 04/15/19, that Judy happened to show up to for support. As soon as the meeting
18  began Angie took control. Margery had handed my & my Dr.'s RAR, which she'd gotten a week prior and the
19  last email I'd sent to her. So she led the meeting off by asking what I alleged about Susana, which was in
20  Margery's email and atop an email I'd recently gotten from Angie, but what she handed a copy of to me &
21  Judy. I told her Susana had wrongfully evicted us, how the inspection had passed... before I could go on, this
22  was when she informed me & Judy that she was actually with Susana when the decision was made about the '
23  Termination, Eviction, etc.', and they had decided together. Then she moved on. *She said it and moved on as*
24  *if to say, because she was involved in it that everything was legitimate and proper.* I mentioned Sara and she
25  said the same thing Susana had said. Then she presented a copy of the email I'd gotten **(ref EXHIBIT 8).** She
26  went on to explain the limit of the responsibility that they were willing to reach, which was to provide a list
27  of available units. She then referred to my Dr.'s document **(ref EXHIBIT 6),** to pick its NEXUS apart and
28  their refusal. (On May 3, 2019, Judy sent her a document that address her NEXUS statement and ongoing

Print Form

1  occurrences at that time (ref EXHIBIT 7)). I then mentioned their website guarantee of an abatement &

2  more days in the apartment for the family and she firmly stated of it being an error and in no way correct or

3  possible (ref EXHIBIT 3A). I then explained the accommodation that we were asking for: For a staff

4  member to contact 2-3 apartments each morning at 15-30 seconds at each, to inform the complex that I would

5  be there to fill out an application that day. Judy then tried to shed light on the situation but Angie had no

6  consideration for it. On the email I received and at the meeting, she said they were refusing the RAR

7  because I'd need help from an outside source. At a later date she changed into being a 'Fundamental

8  Alteration of the Nature of Their Program'. How can a Housing Authority that calls a Landlord, alter the

9  fundamental nature of its program? **Note:** Margery's office door is 2 feet from Angie' Judy & I were just

10  about to leave when Margery show as if she were on que. She looked at Angie, by the chalk board, and told

11  her she needed to see her ASAP after the meeting. She then looked directly at me with this 'cat who

12  swallowed the canary' smile and said, "Don't I know you from a year or 2 ago? Aren't you the one with the

13  little boy?" I'll never forget the look of satisfaction she had. I said "yes ", even though I had much more

14  fitting words for this occasion, but thank God Judy was there. Judy asked me what Margery meant when we

15  walked out and I told her that was Margery's way of rubbing salt on the wound they'd given me. I told her

16  how my last 3 emails to her were about Noah being taken and what he was being subjected to or how he felt.

17  Margery & Angie knew that would be my last time at OHA. That was Margery's last word. Margery, Keysa

18  and Angie were all aware of the decisions and actions done by the other which makes them all, Directly &

19  Vicariously Liable (ref EXHIBIT 11). They happened to reach a point where it was too late to turn around.

**In Closing:**

20  The hateful & immoral actions taken against my family weren't done by an awful organization or entity;

21  these actions were done by sinister individual 's within that organization or entity. For wrong to be

22  committed by a case worker, manager or supervisor is one thing, but when it's supported by the Director,

23  who regulates all aspects of the business, there are more who have been violated because 'Director 's'

24  normally maintain their moral & ethical course and won't be influenced by what would cause them to steer

25  from their highly respected & integrity filled course. When the Director strays, many follow out of feelings

26  of loyalty and others from their related fears. Their corrupt ways & actions had a very devastating effect on

27  my family. Susana felt content making a life-altering decision that she knew would cause immediate pain &

28  suffering for my family and Angie was there in total support to confirm the bad intent & 'spur of the

moment' decisions. Angie participated in Susana 's decision making and actions, noted on page 2 above, and

Print Form

1  made the immediate decisions that they knew would cause devastation & pain, which surely were made without

2  giving what must be given: 'Appropriate Consideration'. **(ref EXHIBIT 20A)** Susana's use of 'hands are tied'

3  was by way of her own determination or by order of her superiors, and it's firm & factual because of the related

4  outcome. Therefore, no 'AC' was given from the moment 'hands are tied' was spoken. This definitely made it a

5  violation of my right to 'due process' in malicious fashion. Margery's malicious disregard for my numerous

6  requests for help left me in place to suffer months more of the same. This would pertain to

7  normal or disabled person's. Her malicious disregard of my emailed complaints, her timely recognition of me

8  with a 'long lost friend' acknowledgment and mention of Noah whom she'd never met or spoken with me

9  about, actually proves: she did recognize me from 2014, she had become very familiar with my circumstances

10  through the emails she received & passed off, there was a purpose behind her sudden emergence and chosen

11  words, and her knowledge of Noah's true location but question as if he were home, confirms her intent to

12  gain pleasure by inflicting pain. It's unfair when faced with deliberate indifference from any who lead the

13  way, but it's inhumane when faced with deliberate indifference that's hurled from the top because there's

14  nowhere to go & no one left to turn to. Her actions are the same as a black, white or Hispanic that:

15  1. Assaults a gay perosn while calling him an a..hole, stupid, moth..fu.... or
   2. Assaults a gay person while calling him a queer, baggot, or homo!

16  Answer with approx. times: #1 - 1-2 years in prison as simple assault.
                             #2 - 10-20 years in prison w/specials

17                             circumstances: 'hate crime'

18  I've researched and searched through countless case laws during the past year and thought it was me with the

19  problem, until I found the case below, which is the mirror image to this case.There's a voice of reason in lots

20  of cases that prevent cases like mine from occurring on such a level. But here, none existed, so those with

21  common interests & ways pulled together as one and were shocked that they had encountered a person that was

22  different and not tolerant of being treated as less than equal or at least like a human being.

23  *Gonzalez v. Lee County Housing Authority, 161 F.3d 1290 (11th Cir. 1998)*

24  From the case above (last paragraph): *"in the extremely rare case a government official's conduct may be so*

25  *egregious, in fact evil, as to be obviously contrary to federal law, so that no case law or statute needs to*

26  *have recognized previously that materially similar conduct is unlawful."*

27

28

1

1   **IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2          *pursuant to FRCP, Rule 38?)*

3                  ☒ Yes           ☐ No

4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   _____5/29/21_____        _____*Irvin Musgrove*_____
     Date                                                Signature

8                                                                    Irvin Musgrove
9                                                          Printed Name

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Exhibit B

AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
MARSHALS-S/CA

2021 JUN -4  PM 4: 26

IRVIN MUSGROVE

|  |  |
|---|---|
| *Plaintiff* | Civil Action No. ___20-cv-0614-GPC___ |

**v.**

ANGIE HANIFIN, MARGERY PIERCE, KEYSA
MACHADO, SUSANA SANDOVAL-SOTO, AND
OCEANSIDE HOUSING AUTHORITY

**RECEIVED**

JUN 1 0 2021

OCEANSIDE CITY CLERK

*Defendant*

**Third Amended Complaint   SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Angie Hanifin
    2467 Melissa Ct.
    Vista, CA 92081

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Irvin Musgrove
    1540 South Escondido Boulevard
    Apartment 2310
    Escondido, CA 92025

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____6/2/21_____

John Morrill
*CLERK OF COURT*

S/         D. Gilbert
    *Signature of Clerk or Deputy Clerk*

Received by: M. Zabra
Via: Counter
Copy to: CAO, Risk, Clerk

1  | Name: Irvin Musgrove - Pro Se

2  | Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

RECEIVED
U.S. MARSHALS-S/CA
2021 JUN -4  PM 4: 26

3  | Telephone Phone: 442-341-1034

4  | Email:  irvinvsoha2020@outlook.com

5

6

7

8  | **UNITED STATES DISTRICT COURT**

9  | **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MUSGROVE

Case No.:  20-cv-0614
(assigned at time of filing)

12

13 | Plaintiff(s),

14 | v.

**6th Amended
Complaint**

15 | ANGIE HANIFIN, MARGERY PIERCE,
   | KEYSA MACHADO, SUSANA
16 | SANDOVAL-SOTO AND OCEANSIDE
17 | HOUSING AUTHORITY

Date: 05/29/2021
Time:
Room: 2D
Judge: Hon Gonzalo P Curiel

18 | Defendant(s).

19 | I, Irvin Musgrove, the Plaintiff in this matter, do solemnly swear that the following is my testimony and true.

20 | **HQS Inspection Procedures**

21 | The Oceanside Housing Authority, who's funded by the U.S. Department Housing & Urban Development,

22 | conducts an annual inspection in order to ensure that their clients are living up to the proper safety & sanitary

23 | conditions. They conduct the initial inspection, notify the owners & tenants of HQS deficiencies in writing and

24 | indicate a time period or deadline date on which HQS corrections are to be completed . When the repairs are

25 | completed , the **owner** has the responsibility of contacting the inspector so that the final inspection can be

26 | conducted. In case the HQS deficiencies aren't corrected in the specified time, an Abatement will occur the day

27 | after and the owner will receive no further HAP payments until the repair (s) are made and the unit passes the

   | re-inspection . The owner & tenant will be notified in writing of the abatement and/or termination of housing

28 | assistance payments to the owner for failure to correct HQS deficiencies . The HAP contract will be terminated

1

for an owner's failure to comply with HQS. Both owner & tenant will be notified of the intent to terminate. If the repairs were tenant caused, there will be no abatement of the HAP for non-compliance.

**Discrimination via 1st RAR Denial**

The HQS Inspection deadline date for the remainder of the mandatory repairs was on 6/30/2018. The only repair that remained was a tiny light on the exhaust fan in the master bathroom, which had been completed on 1 1/2 weeks prior on 6/19/2018. It had been over a month since the initial inspection had been conducted, but had slipped my mind due to my substantial memory loss issue which I've been stricken with

for over 8 years. The apartment manager's before Wendy, apartment manager, would leave reminders on my door, which was the 1st door you'd see when leaving the office, provided you look up to the 2nd floor. I hadn't remembered the deadline itself which is probably why tenants aren't expected to schedule or reschedule the inspections. It's totally the owner's/manager's responsibility to make contact with the inspector to schedule the final inspection (**ref EXHIBIT**) 1 and the inspector/OHA schedules the 1st. On July 3, 2018, Wendy informed me that the OHA hadn't paid its rent portion. I immediately went to the OHA office to ask why. Patricia Lozano, my former Case Manager & current receptionist, looked it up on the computer and told me it said I didn't want to live there anymore. I told her that was impossible because I'd given Susana Sandoval-Soto, mu Case Manager who was off that day, a statement of my intent to stay a month prior at her request. She had heard that I had received a 60 day notice to vacate the premises because of the month-to-month loophole, which Legal Aid had been assisting me with. She asked me to write another statement re my intent to stay so that OHA could release its portion, and so I did. I felt content again and went back to tell Wendy. 6 days later on 7/9/2018, went to the mailbox and received a 'Housing Choice Voucher Termination Notice. I opened it only to learn that it was due to a failed 'Annual Inspection'. I called Susana to ask why and she confirmed it was due to a failed annual inspection. I told her that the repair was completed 1 1/12 weeks before the deadline date. I told her I'd call her back. I then went to the Oceana office and spoke to Wendy. She told me she hadn't been able to reach Sara and so she gave me Sara's number. I called and caught Sara in the OHA office and she said she'd been trying & Wendy and me on a couple of occasions. I told her that our HCV had been terminated and she told me how she know of our situation and that she was coming out special, within the hour, so that it could be reinstated. She showed up minutes short of an hour. She walked in and saw a couple of roaches and refused to inspect until exterminator could come out. The exterminator came later that week and so did she. She said she'd start with the item in need this time and our unit passed. She told me she was going to take it personally to Susana so

that it could be reinstated. I thanked her for everything and she left. About 30 minutes later I called Susana to give her the good news and ask that she reinstate us. She told me that it was too late so I'd have to move and that her hands were tied. I expected congratulations so I was stunned. I then told her how Sara had come out special so that we could be reinstated and she told me Sara didn't know what she was talking about, although Sara had been working there a lot longer. I asked could she please try to make it where we wouldn't have to move out ans she said Sara didn't realize the voucher was terminated. I didn't mention the fact that it was why Sara came out on the spur of the moment because I could hear how determined she was to prove that point and I didn't want to get Sara into any trouble. She could have reinstated us in order to maintain the voucher **(ref EXHIBIT 3B)**. While very crushed inside I went on to tell her how: much of a hardship it would be for us to move, I was incapable of carrying our furniture down from the 2nd floor with my right hip bone-on-bone and i need of surgery, i wouldn't be able to afford a U-Haul, a storage space and a mover, Noah needed to remain stable and he loved it there and what it could do to him, my depression would triple and I'd remain healthier at home, homelessness was the only alternative for a father & son, etc.

This was a verbal RAR and she was supposed to use 'Appropriate Consideration or AC' for an RAR **(ref EXHIBIT 20A).** Her instant 'hands are tied' response along the demand proves no AC was given. She also was supposed to let us find a place before forcing us into being homeless **(ref EXHIBIT 14)**. She was so determined to destroy us that she totally forgot about the guarantee on their own website for up to 120 days in the apartment **(ref EXHIBIT 3A),** in hopes that the inspection would pass. Their website also supports exactly what HUD utilizes except in my case **(ref EXHIBITS 14 & 3A)**. No matter what verbal concern or reasonable request I had she would shoot it down **(ref EXHIBITS 14, 20, 20A).** *I need to fast forward for a clearer understanding and return.*

During my final meeting at OHA, Angie Hanifin, supervisor, admitted that she was hands-on with Susana during this time of wrongful eviction & pompous persecution of my family. Her being a supervisor makes their actions much worse and malicious. She admitted to it after my complaint about Susana's actions to Margery Pierce, Director, were handed off to her by Margery. Instead of my family's termination on 7/1/ 2018, that was the day that they were actually supposed to begin the 'Abatement' and things would have been fine within the week. *751 Walton/Gerard LLC v. N.Y.C. Dep't of Hous. Pres., & Dev., 2013 NY Slip Op 31106 (N.Y. Sup. Ct. 2013)* She never mentioned asking Margery if my voucher could be reinstated. Why were we evicted for a tiny light in the master bathroom and because owner played phone tag with the inspector? We had absolutely no fault in the damage that called for repairs or any responsibility with the

1

scheduling of the re-inspection. Either Susana or Angie decided to lie by entering the inspection as failed or all 4 decided it was the best way to terminate our voucher. Angie chose to terminate my voucher **(ref EXHIBIT 25).** Why with all of the remedies available, did Susana & Angie feel so determined to and ultimately succeed at bullying my family onto the streets literally as homeless? Susana was serious when she insisted that her hands were tied, because they were bound by those she received her directions from and where more discriminatory treatment would derive from over the course of the next few months.

**She Looked Around & Section 8 was Gone**

Here's proof of how fabricated Susana's claim of their hands being tied from a case I've mentioned previously. On 5/31/2020, an OHA Case Worker terminated her client Kimberly Buntin who had been a reciepient of Section 8 through OHA for 31 years. Because of extensive medical issues during that time, Kim wasn't able to return a single document out of her re-certification packet. Her worker knew of her condition and of her being a fall risk. The worker sent a 'Notice of Termination' to her apartment manager but failed to send Kim a copy, which would have allowed for her to correct the issue or appeal the decision. Due to Covid 19 restrictions, Kim didn't hear about it until November of 2020, when it came up in conversation with a manager. There was 6 months of mounting debt from OHA's portion she was now responsible for. She was able to reach a supervisor in January. Keysa Machado, a supervisor, was really rude & blunt and wouldn't hear Kim out, only proceeded to tell her she'd have to reapply for Section 8 all over again. Her unwillingness to listen would give Kim additional months of stress. Kim sent in an appeal and RAR on January 13, 2021, and never received a reply. She inquired again in late March and OHA claimed that they never received the documents. Kim resent he appeals form, the RAR and a statement in re to not receiving the termination notice, not being contacted, and learning about it 6 months later with a mounting debt attachment. She received the document marked **EXHIBIT 22,** on April 23, 2021. It only depressed her much more with the July 1, 2021 date approaching rapidsly, which is the day all operations are expected to return to normal. This would mean that her apartments would make a demand for payment in full, which would be the OHA portion and the dreaded reality of homelessness. So she stressed and stressed. She obtained a Dr.'s letter and I wrote them a detailed document restating the facts surrounding the only2 issues that ultimately led to this problem; her worker's failure to communicate with Kim about the termination and Covid 19 restrictions that kept the apartments from informing her when the rent wasn't paid the 1st time by Housing. Then on May 20, 2021, Kim received an email **(ref EXHIBIT 22A),** from OHA that informed her that her Section 8 would be reinstated and the past due amount would be paid; this

1

1  followed 6 months of stress & worry. The OHA was able to successfully & quickly reinstate her Voucher

2  once the process began. If I hadn't have known her and been there, where would her case have been? Trivia:

3  If OHA's hands couldn't be untied to reinstate my case after a week, then how could they be untied to

4  reinstate Kim's case after a year? Because Susana & Angie had lied to me again from the beginning and thus

5  they acted with 'Malicious Intent', while being well aware that their actions would force a father & son into

6  homelessness, which automatically leaves their lives with substantial health & security risks.

**A Brief Background on Margery, Keysa & Me**

**What led to me meeting Margery the 1st time?**

On May 30, 2014, I received a call from the Boulevard Apartments office asking me to come in asap. I was

home so I walked there immediately. Danielka, the office manager, told me she had received a voucher

termination notice from Keysa. She said with that in place, if anyone came to look at apartments and

decided they wanted my apartment, I'd have to move out of where we'd live for 2 years. I asked could they

wait until Monday and she said no. I proceeded to call Keysa to see exactly what she needed. Keysa told me

she needed verification form my Doctor and proof of income. Since I have no car and it was the afternoon

on a Friday, I asked could I bring them both in on Monday and explained what Danielka had just told me

about the risk involved, and she said yes. I then asked if she could remove the termination notice and if I

didn't produce them on Monday she could reenter it. She told me no she wouldn't do that and I told her to

look at my file and see that I always follow through and I happened to have an appointment with my Doctor

on Monday. She said no again. So I got off of the phone with her before I said the wrong thing. Danielka

told me that this includes the weekend. Therefore, all of that weekend I was on pins and needles, restless

and irritable until Monday finally arrived. My Dr.'s appointment was early morning as usual. I got there and

the nurse took my vitals and asked what was wrong. I told her I was stressing big time and filled her in a

little. She told me it shows because for the 1st time ever, before & since, my blood pressure was very

elevated. This is how I know that stress is hurtful. My Doctor came to get me and I told her what I needed

and why, and I didn't have time to complete our appointment and she said it was fine because I needed to

stop stressing asap. She gave me the document I needed and I was off to the Welfare office. I only had use

of public transportation which made it more stressful. I finally reached the OHA office and told the

receptionist I needed to speak with someone in charge and why, because Keysa was off that day I believe.

Margery actually came and then we went to her office. I asked her could she please contact my apartments

and let them know the termination was lifted. Then I whistle-blew on Keysa for what she had subjected me

to, when she could have trusted me until Monday. Then Margery & I talked about some other things that were

1

happening and we were done. I emailed her on a couple of more occasions, to which she responded **(ref EXHIBIT 5.)** This is why I felt comfortable reaching out to her. Unfortunately this past experience, made it harder to face the truth that this time Margery wouldn't show. I emailed the following and the last 3 I hoped would inspire her because they pertained to Noah being taken, his state of mind and were to appeal to her being a mother:

**10/23/18** - I emailed Margery to complain about the wrong Susana was doing against my family.

**11/18/18** - Sent her an email document that I'd sent to Susana and an update on Noah.

**1/20/19** - Complained about Susana mailing my mail to the hostile address I'd told her about in writing.

**3/18/19** - Feeling more desperate than ever, I wrote a lengthy document about Susana with a timeline, and CPS taking Noah due to our being homeless

**3/22/19** - More about Noah & Susana.

**3/28/19** - A final desperate plea for Noah's sake.

Margery intentionally ignored my pleas for her help with the discriminatory actions over that 8 month period, which leaves her **Directly & Vicariously Liable** for her failure to stop it and mostly for her direct involvement in it **(ref EXHIBIT 11).** I somehow kept justifying her absence in my mind by insisting to self that she was working on it, until 4/15/19. This true realization came immediately after a scheduled meeting between me & Angie on 04/15/19, that Judy happened to show up to for support. As soon as the meeting began Angie took control. Margery had handed my & my Dr.'s RAR, which she'd gotten a week prior and the last email I'd sent to her. So she led the meeting off by asking what I alleged about Susana, which was in Margery's email and atop an email I'd recently gotten from Angie, but what she handed a copy of to me & Judy. I told her Susana had wrongfully evicted us, how the inspection had passed... before I could go on, this was when she informed me & Judy that she was actually with Susana when the decision was made about the ' Termination, Eviction, etc.', and they had decided together. Then she moved on. *She said it and moved on as if to say, because she was involved in it that everything was legitimate and proper.* I mentioned Sara and she said the same thing Susana had said. Then she presented a copy of the email I'd gotten **(ref EXHIBIT 8).** She went on to explain the limit of the responsibility that they were willing to reach, which was to provide a list of available units. She then referred to my Dr.'s document **(ref EXHIBIT 6),** to pick its NEXUS apart and their refusal. (On May 3, 2019, Judy sent her a document that address her NEXUS statement and ongoing

1

1  occurrences at that time **(ref EXHIBIT 7))**. I then mentioned their website guarantee of an abatement &

2  more days in the apartment for the family and she firmly stated of it being an error and in no way correct or

3  possible **(ref EXHIBIT 3A)**. I then explained the accommodation that we were asking for: For a staff

4  member to contact 2-3 apartments each morning at 15-30 seconds each, to inform the complex that I would

5  be there to fill out an application that day. Judy then tried to shed light on the situation but Angie had no

6  consideration for it. On the email I received and at the meeting, she said they were refusing the RAR

7  because I'd need help from an outside source. At a later date she changed into being a 'Fundamental

8  Alteration of the Nature of Their Program'. How can a Housing Authority that calls a Landlord, alter the

9  fundamental nature of its program? **Note:** Margery's office door is 2 feet from Angie' Judy & I were just

10  about to leave when Margery show as if she were on que. She looked at Angie, by the chalk board, and told

11  her she needed to see her ASAP after the meeting. She then looked directly at me with this 'cat who

12  swallowed the canary' smile and said, "Don't I know you from a year or 2 ago? Aren't you the one with the

13  little boy?" I'll never forget the look of satisfaction she had. I said "yes ", even though I had much more

14  fitting words for this occasion, but thank God Judy was there. Judy asked me what Margery meant when we

15  walked out and I told her that was Margery's way of rubbing salt on the wound they'd given me. I told her

16  how my last 3 emails to her were about Noah being taken and what he was being subjected to or how he felt.

17  Margery & Angie knew that would be my last time at OHA. That was Margery's last word. Margery, Keysa

18  and Angie were all aware of the decisions and actions done by the other which makes them all, Directly &

19  Vicariously Liable **(ref EXHIBIT 11).** They happened to reach a point where it was too late to turn around.

**In Closing:**

20  The hateful & immoral actions taken against my family weren't done by an awful organization or entity;

21  these actions were done by sinister individual 's within that organization or entity. For wrong to be

22  committed by a case worker, manager or supervisor is one thing, but when it's supported by the Director,

23  who regulates all aspects of the business, there are more who have been violated because 'Director 's'

24  normally maintain their moral & ethical course and won't be influenced by what would cause them to steer

25  from their highly respected & integrity filled course. When the Director strays, many follow out of feelings

26  of loyalty and others from their related fears. Their corrupt ways & actions had a very devastating effect on

27  my family. Susana felt content making a life-altering decision that she knew would cause immediate pain &

28  suffering for my family and Angie was there in total support to confirm the bad intent & 'spur of the

moment' decisions. Angie participated in Susana's decision making and actions, noted on page 2 above, and

1

made the immediate decisions that they knew would cause devastation & pain, which surely were made without giving what must be given: 'Appropriate Consideration'. **(ref EXHIBIT 20A)** Susana's use of 'hands are tied' was by way of her own determination or by order of her superiors, and it's firm & factual because of the related outcome. Therefore, no 'AC' was given from the moment 'hands are tied' was spoken. This definitely made it a violation of my right to 'due process' in malicious fashion. Margery's malicious disregard for my numerous requests for help left me in place to suffer months more of the same. This would pertain to normal or disabled person's. Her malicious disregard of my emailed complaints, her timely recognition of me with a 'long lost friend' acknowledgment and mention of Noah whom she'd never met or spoken with me about, actually proves: she did recognize me from 2014, she had become very familiar with my circumstances through the emails she received & passed off, there was a purpose behind her sudden emergence and chosen words, and her knowledge of Noah's true location but question as if he were home, confirms her intent to gain pleasure by inflicting pain. It's unfair when faced with deliberate indifference from any who lead the way, but it's inhumane when faced with deliberate indifference that's hurled from the top because there's nowhere to go & no one left to turn to. Her actions are the same as a black, white or Hispanic that:

1. Assaults a gay perosn while calling him an a..hole, stupid, moth..fu.... or
2. Assaults a gay person while calling him a queer, baggot, or homo!
Answer with approx. times: #1 - 1-2 years in prison as simple assault.
                          #2 - 10-20 years in prison w/specials
                              circumstances: 'hate crime'

I've researched and searched through countless case laws during the past year and thought it was me with the problem, until I found the case below, which is the mirror image to this case. There's a voice of reason in lots of cases that prevent cases like mine from occurring on such a level. But here, none existed, so those with common interests & ways pulled together as one and were shocked that they had encountered a person that was different and not tolerant of being treated as less than equal or at least like a human being.

*Gonzalez v. Lee County Housing Authority, 161 F.3d 1290 (11th Cir. 1998)*

From the case above (last paragraph): *"in the extremely rare case a government official's conduct may be so egregious, in fact evil, as to be obviously contrary to federal law, so that no case law or statute needs to have recognized previously that materially similar conduct is unlawful."*

1

1  **IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2          *pursuant to FRCP, Rule 38?)*

3                  ☒ Yes          ☐ No

4

5  I declare under penalty of perjury that the foregoing is true and correct.

6
7  _____5/29/21_____        _____*Irvin Musgrove*_____
   Date                            Signature

8                                  _____Irvin Musgrove_____
9                                  Printed Name

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit C

Case 3:20-cv-00614-GPC-BLM   Document 105   Filed 06/02/21   PageID.376   Page 2 of 2

AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED S-S/CA

2021 JUN -4  PM 4: 26

IRVIN MUSGROVE

*Plaintiff*

v.

ANGIE HANIFIN, MARGERY PIERCE, KEYSA
MACHADO, SUSANA SANDOVAL-SOTO, AND
OCEANSIDE HOUSING AUTHORITY

*Defendant*

Civil Action No.    20-cv-0614-GPC

## RECEIVED

JUN 10 2021

OCEANSIDE CITY CLERK

### Third Amended Complaint    SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

Margery Pierce
817 Caminito Verde
Carlsbad, CA 92011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Irvin Musgrove
1540 South Escondido Boulevard
Apartment 2310
Escondido, CA 92025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:        6/2/21



John Morrill
*CLERK OF COURT*

S/                    D. Gilbert
            *Signature of Clerk or Deputy Clerk*

Received by: M. Zafra
Via: Counter
Copy to: CAO, Risk, Clerk

Case 3:20-cv-00614-GPC-BLM   Document 95   Filed 05/29/21   PageID.324   Page 1 of 9

1   **Name:** Irvin Musgrove - Pro Se

2   **Address:** 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

RECEIVED
U.S. MARSHALS-S/CA

3   **Telephone Phone:** 442-341-1034

2021 JUN -4  PM 4: 26

4   **Email:** irvinvsoha2020@outlook.com

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MUSGROVE                            Case No.:   __20-cv-0614__

12                                                   (assigned at time of filing)
                                     ,
13                        Plaintiff(s),
                                              **6th Amended**
14   v.                                       **Complaint**

15   ANGIE HANIFIN, MARGERY PIERCE,
     KEYSA MACHADO, SUSANA
16   SANDOVAL-SOTO AND OCEANSIDE          Date: 05/29/2021
     HOUSING AUTHORITY                    Time:
17                                   ,    Room: 2D
                       Defendant(s).      Judge: Hon Gonzalo P Curiel
18

19   **I, Irvin Musgrove, the Plaintiff in this matter, do solemnly swear that the following is my testimony and true.**

20   ## HQS Inspection Procedures

21   The Oceanside Housing Authority, who's funded by the U.S. Department Housing & Urban Development,

22   conducts an annual inspection in order to ensure that their clients are living up to the proper safety & sanitary

23   conditions. They conduct the initial inspection, notify the owners & tenants of HQS deficiencies in writing and

24   indicate a time period or deadline date on which HQS corrections are to be completed . When the repairs are

25   completed , the **owner** has the responsibility of contacting the inspector so that the final inspection can be

26   conducted. In case the HQS deficiencies aren't corrected in the specified time, an Abatement will occur the day

27   after and the owner will receive no further HAP payments until the repair (s) are made and the unit passes the

28   re-inspection . The owner & tenant will be notified in writing of the abatement and/or termination of housing

     assistance payments to the owner for failure to correct HQS deficiencies . The HAP contract will be terminated

                                            1

1  for an owner's failure to comply with HQS. Both owner & tenant will be notified of the intent to terminate. If the
2  re pairs were tenant caused, there will be no abatement of the HAP for non-compliance.

3  **Discrimination via 1st RAR Denial**

4  The HQS Inspection deadline date for the remainder of the mandatory repairs was on 6/30/2018. The only
5  repair that remained was a tiny light on the exhaust fan in the master bathroom, which had been completed
6  on 1 1/2 weeks prior on 6/19/2018. It had been over a month since the initial inspection had been conducted,
7  but had slipped my mind due to my substantial memory loss issue which I've been stricken with

8  for over 8 years. The apartment manager's before Wendy, apartment manager, would leave reminders on my
9  door, which was the 1st door you'd see when leaving the office, provided you look up to the 2nd floor. I
10 hadn't remembered the deadline itself which is probably why tenants aren't expected to schedule or
11 reschedule the inspections . It's totally the owner's/manager's responsibility to make contact with the
12 inspector to schedule the final inspection **(ref EXHIBIT)** 1 and the inspector/OHA schedules the 1st. On
13 July 3, 2018, Wendy informed me that the OHA hadn't paid its rent portion. I immediately went to the OHA
14 office to ask why. Patricia Lozano, my former Case Manager & current receptionist, looked it up on the
15 computer and told me it said I didn't want to live there anymore. I told her that was impossible because I'd
16 given Susana Sandoval-Soto, mu Case Manager who was off that day, a statement of my intent to stay a
17 month prior at her request. She had heard that I had received a 60 day notice to vacate the premises because
18 of the month-to-month loophole, which Legal Aid had been assisting me with. She asked me to write
19 another statement re my intent to stay so that OHA could release its portion, and so I did. I felt content again
20 and went back to tell Wendy. 6 days later on 7/9/2018, went to the mailbox and received a 'Housing Choice
21 Voucher Termination Notice. I opened it only to learn that it was due to a failed 'Annual Inspection'. I called
22 Susana to ask why and she confirmed it was due to a failed annual inspection. I told her that the repair was
23 completed 1 1/12 weeks before the deadline date. I told her I'd call her back. I then went to the Oceana
24 office and spoke to Wendy. She told me she hadn't been able to reach Sara and so she gave me Sara's
25 number. I called and caught Sara in the OHA office and she said she'd been trying & Wendy and me on a
26 couple of occasions . I told her that our HCV had been terminated and she told me how she know of our
27 situation and that she was coming out special, within the hour, so that it could be reinstated. She showed up
28 minutes short of an hour. She walked in and saw a couple of roaches and refused to inspect until
   exterminator could come out. The exterminator came later that week and so did she. She said she'd start with
   the item in need this time and our unit passed. She told me she was going to take it personally to Susana so

1

that it could be reinstated. I thanked her for everything and she left. About 30 minutes later I called Susana to give her the good news and ask that she reinstate us. She told me that it was too late so I'd have to move and that her hands were tied. I expected congratulations so I was stunned. I then told her how Sara had come out special so that we could be reinstated and she told me Sara didn't know what she was talking about, although Sara had been working there a lot longer. I asked could she please try to make it where we wouldn't have to move out ans she said Sara didn't realize the voucher was terminated. I didn't mention the fact that it was why Sara came out on the spur of the moment because I could hear how determined she was to prove that point and I didn't want to get Sara into any trouble. She could have reinstated us in order to maintain the voucher **(ref EXHIBIT 3B)**. While very crushed inside I went on to tell her how: much of a hardship it would be for us to move, I was incapable of carrying our furniture down from the 2nd floor with my right hip bone-on-bone and i need of surgery, i wouldn't be able to afford a U-Haul, a storage space and a mover, Noah needed to remain stable and he loved it there and what it could do to him, my depression would triple and I'd remain healthier at home, homelessness was the only alternative for a father & son, etc.

This was a verbal RAR and she was supposed to use 'Appropriate Consideration or AC' for an RAR **(ref EXHIBIT 20A)**. Her instant 'hands are tied' response along the demand proves no AC was given. She also was supposed to let us find a place before forcing us into being homeless **(ref EXHIBIT 14)**. She was so determined to destroy us that she totally forgot about the guarantee on their own website for up to 120 days in the apartment **(ref EXHIBIT 3A)**, in hopes that the inspection would pass. Their website also supports exactly what HUD utilizes except in my case **(ref EXHIBITS 14 & 3A)**. No matter what verbal concern or reasonable request I had she would shoot it down **(ref EXHIBITS 14, 20, 20A)**. *I need to fast forward for a clearer understanding and return.*

During my final meeting at OHA, Angie Hanifin, supervisor, admitted that she was hands-on with Susana during this time of wrongful eviction & pompous persecution of my family. Her being a supervisor makes their actions much worse and malicious. She admitted to it after my complaint about Susana's actions to Margery Pierce, Director, were handed off to her by Margery. Instead of my family's termination on 7/1/ 2018, that was the day that they were actually supposed to begin the 'Abatement' and things would have been fine within the week. *751 Walton/Gerard LLC v. N.Y.C. Dep't of Hous. Pres., & Dev., 2013 NY Slip Op 31106 (N.Y. Sup. Ct. 2013)* She never mentioned asking Margery if my voucher could be reinstated. Why were we evicted for a tiny light in the master bathroom and because owner played phone tag with the inspector? We had absolutely no fault in the damage that called for repairs or any responsibility with the

1

scheduling of the re-inspection. Either Susana or Angie decided to lie by entering the inspection as failed or all 4 decided it was the best way to terminate our voucher. Angie chose to terminate my voucher **(ref EXHIBIT 25).** Why with all of the remedies available, did Susana & Angie feel so determined to and ultimately succeed at bullying my family onto the streets literally as homeless? Susana was serious when she insisted that her hands were tied, because they were bound by those she received her directions from and where more discriminatory treatment would derive from over the course of the next few months.

**She Looked Around & Section 8 was Gone**

Here's proof of how fabricated Susana's claim of their hands being tied from a case I've mentioned previously. On 5/31/2020, an OHA Case Worker terminated her client Kimberly Buntin who had been a reciepient of Section 8 through OHA for 31 years. Because of extensive medical issues during that time, Kim wasn't able to return a single document out of her re-certification packet. Her worker knew of her condition and of her being a fall risk. The worker sent a 'Notice of Termination' to her apartment manager but failed to send Kim a copy, which would have allowed for her to correct the issue or appeal the decision. Due to Covid 19 restrictions, Kim didn't hear about it until November of 2020, when it came up in conversation with a manager. There was 6 months of mounting debt from OHA's portion she was now responsible for. She was able to reach a supervisor in January. Keysa Machado, a supervisor, was really rude & blunt and wouldn't hear Kim out, only proceeded to tell her she'd have to reapply for Section 8 all over again. Her unwillingness to listen would give Kim additional months of stress. Kim sent in an appeal and RAR on January 13, 2021, and never received a reply. She inquired again in late March and OHA claimed that they never received the documents. Kim resent he appeals form, the RAR and a statement in re to not receiving the termination notice, not being contacted, and learning about it 6 months later with a mounting debt attachment. She received the document marked **EXHIBIT 22,** on April 23, 2021. It only depressed her much more with the July 1, 2021 date approaching rapidsly, which is the day all operations are expected to return to normal. This would mean that her apartments would make a demand for payment in full, which would be the OHA portion and the dreaded reality of homelessness. So she stressed and stressed. She obtained a Dr.'s letter and I wrote them a detailed document restating the facts surrounding the only2 issues that ultimately led to this problem; her worker's failure to communicate with Kim about the termination and Covid 19 restrictions that kept the apartments from informing her when the rent wasn't paid the 1st time by Housing. Then on May 20, 2021, Kim received an email **(ref EXHIBIT 22A),** from OHA that informed her that her Section 8 would be reinstated and the past due amount would be paid; this

1

followed 6 months of stress & worry. The OHA was able to successfully & quickly reinstate her Voucher once the process began. If I hadn't have known her and been there, where would her case have been? Trivia: If OHA's hands couldn't be untied to reinstate my case after a week, then how could they be untied to reinstate Kim's case after a year? Because Susana & Angie had lied to me again from the beginning and thus they acted with 'Malicious Intent', while being well aware that their actions would force a father & son into homelessness, which automatically leaves their lives with substantial health & security risks.

**A Brief Background on Margery, Keysa & Me**

**What led to me meeting Margery the 1st time?**
On May 30, 2014, I received a call from the Boulevard Apartments office asking me to come in asap. I was home so I walked there immediately. Danielka, the office manager, told me she had received a voucher termination notice from Keysa. She said with that in place, if anyone came to look at apartments and decided they wanted my apartment, I'd have to move out of where we'd live for 2 years. I asked could they wait until Monday and she said no. I proceeded to call Keysa to see exactly what she needed. Keysa told me she needed verification form my Doctor and proof of income. Since I have no car and it was the afternoon on a Friday, I asked could I bring them both in on Monday and explained what Danielka had just told me about the risk involved, and she said yes. I then asked if she could remove the termination notice and if I didn't produce them on Monday she could reenter it. She told me no she wouldn't do that and I told her to look at my file and see that I always follow through and I happened to have an appointment with my Doctor on Monday. She said no again. So I got off of the phone with her before I said the wrong thing. Danielka told me that this includes the weekend. Therefore, all of that weekend I was on pins and needles, restless and irritable until Monday finally arrived. My Dr.'s appointment was early morning as usual. I got there and the nurse took my vitals and asked what was wrong. I told her I was stressing big time and filled her in a little. She told me it shows because for the 1st time ever, before & since, my blood pressure was very elevated. This is how I know that stress is hurtful. My Doctor came to get me and I told her what I needed and why, and I didn't have time to complete our appointment and she said it was fine because I needed to stop stressing asap. She gave me the document I needed and I was off to the Welfare office. I only had use of public transportation which made it more stressful. I finally reached the OHA office and told the receptionist I needed to speak with someone in charge and why, because Keysa was off that day I believe. Margery actually came and then we went to her office. I asked her could she please contact my apartments and let them know the termination was lifted. Then I whistle-blew on Keysa for what she had subjected me to, when she could have trusted me until Monday. Then Margery & I talked about some other things that were

1

happening and we were done. I emailed her on a couple of more occasions, to which she responded (ref **EXHIBIT 5.**) This is why I felt comfortable reaching out to her. Unfortunately this past experience, made it harder to face the truth that this time Margery wouldn't show. I emailed the following and the last 3 I hoped would inspire her because they pertained to Noah being taken, his state of mind and were to appeal to her being a mother:

**10/23/18** - I emailed Margery to complain about the wrong Susana was doing against my family.

**11/18/18** - Sent her an email document that I'd sent to Susana and an update on Noah.

**1/20/19** - Complained about Susana mailing my mail to the hostile address I'd told her about in writing.

**3/18/19** - Feeling more desperate than ever, I wrote a lengthy document about Susana with a timeline, and CPS taking Noah due to our being homeless

**3/22/19** - More about Noah & Susana.

**3/28/19** - A final desperate plea for Noah's sake.

Margery intentionally ignored my pleas for her help with the discriminatory actions over that 8 month period, which leaves her **Directly & Vicariously Liable** for her failure to stop it and mostly for her direct involvement in it (ref **EXHIBIT 11**). I somehow kept justifying her absence in my mind by insisting to self that she was working on it, until 4/15/19. This true realization came immediately after a scheduled meeting between me & Angie on 04/15/19, that Judy happened to show up to for support. As soon as the meeting began Angie took control. Margery had handed my & my Dr.'s RAR, which she'd gotten a week prior and the last email I'd sent to her. So she led the meeting off by asking what I alleged about Susana, which was in Margery's email and atop an email I'd recently gotten from Angie, but what she handed a copy of to me & Judy. I told her Susana had wrongfully evicted us, how the inspection had passed... before I could go on, this was when she informed me & Judy that she was actually with Susana when the decision was made about the ' Termination, Eviction, etc.', and they had decided together. Then she moved on. *She said it and moved on as if to say, because she was involved in it that everything was legitimate and proper*. I mentioned Sara and she said the same thing Susana had said. Then she presented a copy of the email I'd gotten (ref **EXHIBIT 8**). She went on to explain the limit of the responsibility that they were willing to reach, which was to provide a list of available units. She then referred to my Dr.'s document (ref **EXHIBIT 6**), to pick its NEXUS apart and their refusal. (On May 3, 2019, Judy sent her a document that address her NEXUS statement and ongoing

1

occurrences at that time **(ref EXHIBIT 7)**). I then mentioned their website guarantee of an abatement & more days in the apartment for the family and she firmly stated of it being an error and in no way correct or possible **(ref EXHIBIT 3A)**. I then explained the accommodation that we were asking for: For a staff member to contact 2-3 apartments each morning at 15-30 seconds each, to inform the complex that I would be there to fill out an application that day. Judy then tried to shed light on the situation but Angie had no consideration for it. On the email I received and at the meeting, she said they were refusing the RAR because I'd need help from an outside source. At a later date she changed into being a 'Fundamental Alteration of the Nature of Their Program'. How can a Housing Authority that calls a Landlord, alter the fundamental nature of its program? **Note:** Margery's office door is 2 feet from Angie' Judy & I were just about to leave when Margery show as if she were on que. She looked at Angie, by the chalk board, and told her she needed to see her ASAP after the meeting. She then looked directly at me with this 'cat who swallowed the canary' smile and said, "Don't I know you from a year or 2 ago? Aren't you the one with the little boy?" I'll never forget the look of satisfaction she had. I said "yes", even though I had much more fitting words for this occasion, but thank God Judy was there. Judy asked me what Margery meant when we walked out and I told her that was Margery's way of rubbing salt on the wound they'd given me. I told her how my last 3 emails to her were about Noah being taken and what he was being subjected to or how he felt. Margery & Angie knew that would be my last time at OHA. That was Margery's last word. Margery, Keysa and Angie were all aware of the decisions and actions done by the other which makes them all, Directly & Vicariously Liable **(ref EXHIBIT 11).** They happened to reach a point where it was too late to turn around.

**In Closing:**

The hateful & immoral actions taken against my family weren't done by an awful organization or entity; these actions were done by sinister individual 's within that organization or entity. For wrong to be committed by a case worker, manager or supervisor is one thing, but when it's supported by the Director, who regulates all aspects of the business, there are more who have been violated because 'Director 's' normally maintain their moral & ethical course and won't be influenced by what would cause them to steer from their highly respected & integrity filled course. When the Director strays, many follow out of feelings of loyalty and others from their related fears. Their corrupt ways & actions had a very devastating effect on my family. Susana felt content making a life-altering decision that she knew would cause immediate pain & suffering for my family and Angie was there in total support to confirm the bad intent & 'spur of the moment' decisions. Angie participated in Susana 's decision making and actions, noted on page 2 above, and

made the immediate decisions that they knew would cause devastation & pain, which surely were made without giving what must be given: 'Appropriate Consideration'. **(ref EXHIBIT 20A)** Susana's use of 'hands are tied' was by way of her own determination or by order of her superiors, and it's firm & factual because of the related outcome. Therefore, no 'AC' was given from the moment 'hands are tied' was spoken. This definitely made it a violation of my right to 'due process' in malicious fashion. Margery's malicious disregard for my numerous requests for help left me in place to suffer months more of the same. This would pertain to normal or disabled person's. Her malicious disregard of my emailed complaints, her timely recognition of me with a 'long lost friend' acknowledgment and mention of Noah whom she'd never met or spoken with me about, actually proves: she did recognize me from 2014, she had become very familiar with my circumstances through the emails she received & passed off, there was a purpose behind her sudden emergence and chosen words, and her knowledge of Noah's true location but question as if he were home, confirms her intent to gain pleasure by inflicting pain. It's unfair when faced with deliberate indifference from any who lead the way, but it's inhumane when faced with deliberate indifference that's hurled from the top because there's nowhere to go & no one left to turn to. Her actions are the same as a black, white or Hispanic that:

1. Assaults a gay perosn while calling him an a..hole, stupid, moth..fu.... or
2. Assaults a gay person while calling him a queer, baggot, or homo!
Answer with approx. times: #1 - 1-2 years in prison as simple assault.
                             #2 - 10-20 years in prison w/specials
                                   circumstances: 'hate crime'

I've researched and searched through countless case laws during the past year and thought it was me with the problem, until I found the case below, which is the mirror image to this case. There's a voice of reason in lots of cases that prevent cases like mine from occurring on such a level. But here, none existed, so those with common interests & ways pulled together as one and were shocked that they had encountered a person that was different and not tolerant of being treated as less than equal or at least like a human being.

*Gonzalez v. Lee County Housing Authority, 161 F.3d 1290 (11th Cir. 1998)*

From the case above (last paragraph): *"in the extremely rare case a government official's conduct may be so egregious, in fact evil, as to be obviously contrary to federal law, so that no case law or statute needs to have recognized previously that materially similar conduct is unlawful."*

1

1   **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2   *pursuant to FRCP, Rule 38?)*

3   ☒ Yes        ☐ No

4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   _____5/29/21_____        _____*Irvin Musgrove*_____
    Date                             Signature

8                                    _____Irvin Musgrove_____

9                                    Printed Name

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# Exhibit D

Case 3:20-cv-00614-GPC-BLM   Document 105   Filed 06/02/21   PageID.376   Page 1 of 2

AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

IRVIN MUSGROVE

*Plaintiff*

**v.**

ANGIE HANIFIN, MARGERY PIERCE, KEYSA
MACHADO, SUSANA SANDOVAL-SOTO, AND
OCEANSIDE HOUSING AUTHORITY

*Defendant*

Civil Action No.    20-cv-0614-GPC

**RECEIVED**

JUN 1 0 2021

OCEANSIDE CITY CLERK

**Third Amended Complaint    SUMMONS IN A CIVIL ACTION**

To:  *(Defendant's name and address)*

>    Keysa Machado
>    4345 Soreline Way Unit 2
>    Oceanside, CA 92056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>    Irvin Musgrove
>    1540 South Escondido Boulevard
>    Apartment 2310
>    Escondido, CA 92025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:    6/2/21



John Morrill

*CLERK OF COURT*

S/                    D. Gilbert

*Signature of Clerk or Deputy Clerk*

**Received by:** M. Zagra

**Via:** Counter

**Copy to:** CAO, Risk, Clerk

Case 3:20-cv-00614-GPC-BLM    Document 95    Filed 05/29/21    PageID.324    Page 1 of 9

1  Name: Irvin Musgrove - Pro Se

2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

3  Telephone Phone: 442-341-1034

4  Email: irvinvsoha2020@outlook.com

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  MUSGROVE                          Case No.:    20-cv-0614
12                                                 (assigned at time of filing)
13                    Plaintiff(s),
                                       6th Amended
14  v.                                 Complaint
15  ANGIE HANIFIN, MARGERY PIERCE,
    KEYSA MACHADO, SUSANA
16  SANDOVAL-SOTO AND OCEANSIDE        Date: 05/29/2021
17  HOUSING AUTHORITY                  Time:
                      Defendant(s).    Room: 2D
18                                     Judge: Hon Gonzalo P Curiel

19  I, Irvin Musgrove, the Plaintiff in this matter, do solemnly swear that the following is my testimony and true.

20  **HQS Inspection Procedures**

21  The Oceanside Housing Authority, who's funded by the U.S. Department Housing & Urban Development,

22  conducts an annual inspection in order to ensure that their clients are living up to the proper safety & sanitary

23  conditions. They conduct the initial inspection, notify the owners & tenants of HQS deficiencies in writing and

24  indicate a time period or deadline date on which HQS corrections are to be completed. When the repairs are

25  completed, the **owner** has the responsibility of contacting the inspector so that the final inspection can be

26  conducted. In case the HQS deficiencies aren't corrected in the specified time, an Abatement will occur the day

27  after and the owner will receive no further HAP payments until the repair (s) are made and the unit passes the

    re-inspection. The owner & tenant will be notified in writing of the abatement and/or termination of housing

28  assistance payments to the owner for failure to correct HQS deficiencies. The HAP contract will be terminated

1

1    for an owner's failure to comply with HQS. Both owner & tenant will be notified of the intent to terminate. If the

2    re pairs were tenant caused, there will be no abatement of the HAP for non-compliance.

3    **Discrimination via 1st RAR Denial**

4    The HQS Inspection deadline date for the remainder of the mandatory repairs was on 6/30/2018. The only

5    repair that remained was a tiny light on the exhaust fan in the master bathroom, which had been completed

6    on 1 1/2 weeks prior on 6/19/2018. It had been over a month since the initial inspection had been conducted,

7    but had slipped my mind due to my substantial memory loss issue which I've been stricken with

8    for over 8 years. The apartment manager's before Wendy, apartment manager, would leave reminders on my

9    door, which was the 1st door you'd see when leaving the office, provided you look up to the 2nd floor. I

10    hadn't remembered the deadline itself which is probably why tenants aren't expected to schedule or

11    reschedule the inspections. It's totally the owner's/manager's responsibility to make contact with the

12    inspector to schedule the final inspection **(ref EXHIBIT)** 1 and the inspector/OHA schedules the 1st. On

13    July 3, 2018, Wendy informed me that the OHA hadn't paid its rent portion. I immediately went to the OHA

14    office to ask why. Patricia Lozano, my former Case Manager & current receptionist, looked it up on the

15    computer and told me it said I didn't want to live there anymore. I told her that was impossible because I'd

16    given Susana Sandoval -Soto, mu Case Manager who was off that day, a statement of my intent to stay a

17    month prior at her request. She had heard that I had received a 60 day notice to vacate the premises because

18    of the month -to-month loophole, which Legal Aid had been assisting me with. She asked me to write

19    another statement re my intent to stay so that OHA could release its portion, and so I did. I felt content again

20    and went back to tell Wendy. 6 days later on 7/9/2018, went to the mailbox and received a 'Housing Choice

21    Voucher Termination Notice. I opened it only to learn that it was due to a failed 'Annual Inspection'. I called

22    Susana to ask why and she confirmed it was due to a failed annual inspection. I told her that the repair was

23    completed 1 1/12 weeks before the deadline date. I told her I'd call her back. I then went to the Oceana

24    office and spoke to Wendy. She told me she hadn't been able to reach Sara and so she gave me Sara's

25    number. I called and caught Sara in the OHA office and she said she'd been trying & Wendy and me on a

26    couple of occasions. I told her that our HCV had been terminated and she told me how she know of our

27    situation and that she was coming out special, within the hour, so that it could be reinstated. She showed up

28    minutes short of an hour. She walked in and saw a couple of roaches and refused to inspect until

   exterminator could come out. The exterminator came later that week and so did she. She said she'd start with

   the item in need this time and our unit passed. She told me she was going to take it personally to Susana so

that it could be reinstated. I thanked her for everything and she left. About 30 minutes later I called Susana to give her the good news and ask that she reinstate us. She told me that it was too late so I'd have to move and that her hands were tied. I expected congratulations so I was stunned. I then told her how Sara had come out special so that we could be reinstated and she told me Sara didn't know what she was talking about, although Sara had been working there a lot longer. I asked could she please try to make it where we wouldn't have to move out ans she said Sara didn't realize the voucher was terminated. I didn't mention the fact that it was why Sara came out on the spur of the moment because I could hear how determined she was to prove that point and I didn't want to get Sara into any trouble. She could have reinstated us in order to maintain the voucher **(ref EXHIBIT 3B)**. While very crushed inside I went on to tell her how: much of a hardship it would be for us to move, I was incapable of carrying our furniture down from the 2nd floor with my right hip bone-on-bone and i need of surgery, i wouldn't be able to afford a U-Haul, a storage space and a mover, Noah needed to remain stable and he loved it there and what it could do to him, my depression would triple and I'd remain healthier at home, homelessness was the only alternative for a father & son, etc.

This was a verbal RAR and she was supposed to use 'Appropriate Consideration or AC' for an RAR **(ref EXHIBIT 20A).** Her instant 'hands are tied' response along the demand proves no AC was given. She also was supposed to let us find a place before forcing us into being homeless **(ref EXHIBIT 14).** She was so determined to destroy us that she totally forgot about the guarantee on their own website for up to 120 days in the apartment **(ref EXHIBIT 3A),** in hopes that the inspection would pass. Their website also supports exactly what HUD utilizes except in my case **(ref EXHIBITS 14 & 3A).** No matter what verbal concern or reasonable request I had she would shoot it down **(ref EXHIBITS 14, 20, 20A).** *I need to fast forward for a clearer understanding and return.*

During my final meeting at OHA, Angie Hanifin, supervisor, admitted that she was hands-on with Susana during this time of wrongful eviction & pompous persecution of my family. Her being a supervisor makes their actions much worse and malicious. She admitted to it after my complaint about Susana's actions to Margery Pierce, Director, were handed off to her by Margery. Instead of my family's termination on 7/1/2018, that was the day that they were actually supposed to begin the 'Abatement' and things would have been fine within the week. *751 Walton/Gerard LLC v. N.Y.C. Dep't of Hous. Pres., & Dev., 2013 NY Slip Op 31106 (N.Y. Sup. Ct. 2013)* She never mentioned asking Margery if my voucher could be reinstated. Why were we evicted for a tiny light in the master bathroom and because owner played phone tag with the inspector? We had absolutely no fault in the damage that called for repairs or any responsibility with the

scheduling of the re-inspection. Either Susana or Angie decided to lie by entering the inspection as failed or all 4 decided it was the best way to terminate our voucher. Angie chose to terminate my voucher **(ref EXHIBIT 25).** Why with all of the remedies available, did Susana & Angie feel so determined to and ultimately succeed at bullying my family onto the streets literally as homeless? Susana was serious when she insisted that her hands were tied, because they were bound by those she received her directions from and where more discriminatory treatment would derive from over the course of the next few months.

**She Looked Around & Section 8 was Gone**

Here's proof of how fabricated Susana's claim of their hands being tied from a case I've mentioned previously. On 5/31/2020, an OHA Case Worker terminated her client Kimberly Buntin who had been a reciepient of Section 8 through OHA for 31 years. Because of extensive medical issues during that time, Kim wasn't able to return a single document out of her re-certification packet. Her worker knew of her condition and of her being a fall risk. The worker sent a 'Notice of Termination' to her apartment manager but failed to send Kim a copy, which would have allowed for her to correct the issue or appeal the decision. Due to Covid 19 restrictions, Kim didn't hear about it until November of 2020, when it came up in conversation with a manager. There was 6 months of mounting debt from OHA's portion she was now responsible for. She was able to reach a supervisor in January. Keysa Machado, a supervisor, was really rude & blunt and wouldn't hear Kim out, only proceeded to tell her she'd have to reapply for Section 8 all over again. Her unwillingness to listen would give Kim additional months of stress. Kim sent in an appeal and RAR on January 13, 2021, and never received a reply. She inquired again in late March and OHA claimed that they never received the documents. Kim resent he appeals form, the RAR and a statement in re to not receiving the termination notice, not being contacted, and learning about it 6 months later with a mounting debt attachment. She received the document marked **EXHIBIT 22,** on April 23, 2021. It only depressed her much more with the July 1, 2021 date approaching rapidsly, which is the day all operations are expected to return to normal. This would mean that her apartments would make a demand for payment in full, which would be the OHA portion and the dreaded reality of homelessness. So she stressed and stressed. She obtained a Dr.'s letter and I wrote them a detailed document restating the facts surrounding the only 2 issues that ultimately led to this problem; her worker's failure to communicate with Kim about the termination and Covid 19 restrictions that kept the apartments from informing her when the rent wasn't paid the 1st time by Housing. Then on May 20, 2021, Kim received an email **(ref EXHIBIT 22A),** from OHA that informed her that her Section 8 would be reinstated and the past due amount would be paid; this

1

followed 6 months of stress & worry. The OHA was able to successfully & quickly reinstate her Voucher once the process began. If I hadn't have known her and been there, where would her case have been? Trivia: If OHA's hands couldn't be untied to reinstate my case after a week, then how could they be untied to reinstate Kim's case after a year? Because Susana & Angie had lied to me again from the beginning and thus they acted with 'Malicious Intent', while being well aware that their actions would force a father & son into homelessness, which automatically leaves their lives with substantial health & security risks.

**A Brief Background on Margery, Keysa & Me**

**What led to me meeting Margery the 1st time?**
On May 30, 2014, I received a call from the Boulevard Apartments office asking me to come in asap. I was home so I walked there immediately. Danielka, the office manager, told me she had received a voucher termination notice from Keysa. She said with that in place, if anyone came to look at apartments and decided they wanted my apartment, I'd have to move out of where we'd live for 2 years. I asked could they wait until Monday and she said no. I proceeded to call Keysa to see exactly what she needed. Keysa told me she needed verification form my Doctor and proof of income. Since I have no car and it was the afternoon on a Friday, I asked could I bring them both in on Monday and explained what Danielka had just told me about the risk involved, and she said yes. I then asked if she could remove the termination notice and if I didn't produce them on Monday she could reenter it. She told me no she wouldn't do that and I told her to look at my file and see that I always follow through and I happened to have an appointment with my Doctor on Monday. She said no again. So I got off of the phone with her before I said the wrong thing. Danielka told me that this includes the weekend. Therefore, all of that weekend I was on pins and needles, restless and irritable until Monday finally arrived. My Dr.'s appointment was early morning as usual. I got there and the nurse took my vitals and asked what was wrong. I told her I was stressing big time and filled her in a little. She told me it shows because for the 1st time ever, before & since, my blood pressure was very elevated. This is how I know that stress is hurtful. My Doctor came to get me and I told her what I needed and why, and I didn't have time to complete our appointment and she said it was fine because I needed to stop stressing asap. She gave me the document I needed and I was off to the Welfare office. I only had use of public transportation which made it more stressful. I finally reached the OHA office and told the receptionist I needed to speak with someone in charge and why, because Keysa was off that day I believe. Margery actually came and then we went to her office. I asked her could she please contact my apartments and let them know the termination was lifted. Then I whistle-blew on Keysa for what she had subjected me to, when she could have trusted me until Monday. Then Margery & I talked about some other things that were

1

happening and we were done. I emailed her on a couple of more occasions, to which she responded **(ref EXHIBIT 5.)** This is why I felt comfortable reaching out to her. Unfortunately this past experience, made it harder to face the truth that this time Margery wouldn't show. I emailed the following and the last 3 I hoped would inspire her because they pertained to Noah being taken, his state of mind and were to appeal to her being a mother:

**10/23/18** - I emailed Margery to complain about the wrong Susana was doing against my family.

**11/18/18** - Sent her an email document that I'd sent to Susana and an update on Noah.

**1/20/19** - Complained about Susana mailing my mail to the hostile address I'd told her about in writing.

**3/18/19** - Feeling more desperate than ever, I wrote a lengthy document about Susana with a timeline, and CPS taking Noah due to our being homeless

**3/22/19** - More about Noah & Susana.

**3/28/19** - A final desperate plea for Noah's sake.

Margery intentionally ignored my pleas for her help with the discriminatory actions over that 8 month period, which leaves her **Directly & Vicariously Liable** for her failure to stop it and mostly for her direct involvement in it **(ref EXHIBIT 11).** I somehow kept justifying her absence in my mind by insisting to self that she was working on it, until 4/15/19. This true realization came immediately after a scheduled meeting between me & Angie on 04/15/19, that Judy happened to show up to for support. As soon as the meeting began Angie took control. Margery had handed my & my Dr.'s RAR, which she'd gotten a week prior and the last email I'd sent to her. So she led the meeting off by asking what I alleged about Susana, which was in Margery's email and atop an email I'd recently gotten from Angie, but what she handed a copy of to me & Judy. I told her Susana had wrongfully evicted us, how the inspection had passed... before I could go on, this was when she informed me & Judy that she was actually with Susana when the decision was made about the 'Termination, Eviction, etc.', and they had decided together. Then she moved on. *She said it and moved on as if to say, because she was involved in it that everything was legitimate and proper.* I mentioned Sara and she said the same thing Susana had said. Then she presented a copy of the email I'd gotten **(ref EXHIBIT 8).** She went on to explain the limit of the responsibility that they were willing to reach, which was to provide a list of available units. She then referred to my Dr.'s document **(ref EXHIBIT 6),** to pick its NEXUS apart and their refusal. (On May 3, 2019, Judy sent her a document that address her NEXUS statement and ongoing

1

occurrences at that time **(ref EXHIBIT 7)**). I then mentioned their website guarantee of an abatement & more days in the apartment for the family and she firmly stated of it being an error and in no way correct or possible **(ref EXHIBIT 3A)**. I then explained the accommodation that we were asking for: For a staff member to contact 2-3 apartments each morning at 15-30 seconds each, to inform the complex that I would be there to fill out an application that day. Judy then tried to shed light on the situation but Angie had no consideration for it. On the email I received and at the meeting, she said they were refusing the RAR because I'd need help from an outside source. At a later date she changed into being a 'Fundamental Alteration of the Nature of Their Program'. How can a Housing Authority that calls a Landlord, alter the fundamental nature of its program? **Note:** Margery's office door is 2 feet from Angie' Judy & I were just about to leave when Margery show as if she were on que. She looked at Angie, by the chalk board, and told her she needed to see her ASAP after the meeting. She then looked directly at me with this 'cat who swallowed the canary' smile and said, "Don't I know you from a year or 2 ago? Aren't you the one with the little boy?" I'll never forget the look of satisfaction she had. I said "yes", even though I had much more fitting words for this occasion, but thank God Judy was there. Judy asked me what Margery meant when we walked out and I told her that was Margery's way of rubbing salt on the wound they'd given me. I told her how my last 3 emails to her were about Noah being taken and what he was being subjected to or how he felt.

Margery & Angie knew that would be my last time at OHA. That was Margery's last word. Margery, Keysa and Angie were all aware of the decisions and actions done by the other which makes them all, Directly & Vicariously Liable **(ref EXHIBIT 11)**. They happened to reach a point where it was too late to turn around.

**In Closing:**

The hateful & immoral actions taken against my family weren't done by an awful organization or entity; these actions were done by sinister individual 's within that organization or entity. For wrong to be committed by a case worker, manager or supervisor is one thing, but when it's supported by the Director, who regulates all aspects of the business, there are more who have been violated because 'Director 's' normally maintain their moral & ethical course and won't be influenced by what would cause them to steer from their highly respected & integrity filled course. When the Director strays, many follow out of feelings of loyalty and others from their related fears. Their corrupt ways & actions had a very devastating effect on my family. Susana felt content making a life-altering decision that she knew would cause immediate pain & suffering for my family and Angie was there in total support to confirm the bad intent & 'spur of the moment' decisions. Angie participated in Susana 's decision making and actions, noted on page 2 above, and

1

1  made the immediate decisions that they knew would cause devastation & pain, which surely were made without

2  giving what must be given: 'Appropriate Consideration'. (ref EXHIBIT 20A) Susana's use of 'hands are tied'

3  was by way of her own determination or by order of her superiors, and it's firm & factual because of the related

4  outcome. Therefore, no 'AC' was given from the moment 'hands are tied' was spoken. This definitely made it a

5  violation of my right to 'due process' in malicious fashion. Margery's malicious disregard for my numerous

6  requests  for help left me in place to suffer months  more of the same. This would  pertain  to

7  normal or disabled person's. Her malicious disregard of my emailed complaints, her timely recognition of me

8  with a 'long lost friend' acknowledgment  and mention of Noah whom she'd never met or spoken with me

9  about,  actually proves: she did recognize me from 2014, she had become very familiar with my circumstances

10  through the emails she received & passed off, there was a purpose behind her sudden emergence and chosen

11  words, and her knowledge of Noah's true location but question as if he were home,  confirms her intent to

12  gain pleasure by inflicting pain. It's unfair when faced with deliberate indifference  from any who lead the

13  way, but it's inhumane  when faced with deliberate  indifference  that's hurled from the top because there's

14  nowhere to go & no one left to turn to.  Her actions are the same as a black, white or Hispanic that:

15  1. Assaults a gay perosn while calling him an a..hole, stupid, moth..fu.... or
    2. Assaults a gay person while calling him a queer, baggot, or homo!

16  Answer with approx. times: #1 - 1-2 years in prison as simple assault.
                     #2 - 10-20 years in prison w/specials

17                    circumstances: 'hate crime'

18  I've researched and searched through countless case laws during the past year and thought it was me with the

19  problem, until I found the case below, which is the mirror image to this case. There's a voice of reason in lots

20  of cases that prevent cases like mine from occurring on such a level. But here, none existed, so those with

21  common interests & ways pulled together as one and were shocked that they had encountered a person that was

22  different and not tolerant of being treated as less than equal or at least like a human being.

23  *Gonzalez v. Lee County Housing Authority, 161 F.3d 1290 (11th Cir. 1998)*

24  From the case above (last paragraph): *"in the extremely rare case a government official's conduct may be so*

25  *egregious, in fact evil, as to be obviously  contrary  to federal law, so that no case law or statute needs to*

26  *have recognized previously that materially similar conduct is unlawful."*

27

28

1

1   **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2         *pursuant to FRCP, Rule 38?)*

3                ☒ Yes          ☐ No

4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   _____5/29/21_____         _____*Irvin Musgrove*_____
    Date                          Signature

8                                         Irvin Musgrove

9                                 _____
                                  Printed Name

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Exhibit E

AO 441     Summons in a Civil Action

# United States District Court

RECEIVED
NALS-S/CA

### SOUTHERN DISTRICT OF CALIFORNIA

2021 JUN -4  PM 4: 27

IRVIN MUSGROVE

|                    |                    |
|--------------------|--------------------|
|                    | Civil Action No.   20-cv-0614-GPC |

*Plaintiff*

**v.**

ANGIE HANIFIN, MARGERY PIERCE, KEYSA
MACHADO, SUSANA SANDOVAL-SOTO, AND
OCEANSIDE HOUSING AUTHORITY

**RECEIVED**

JUN 10 2021

OCEANSIDE CITY CLERK

*Defendant*

### Third Amended Complaint    SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

    Susana Sandoval-Soto
    1355 Woodview Ct.
    Oceanside, CA 92056

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days
if you are the United States or a United States agency, or an office or employee of the United States described
in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

    Irvin Musgrove
    1540 South Escondido Boulevard
    Apartment 2310
    Escondido, CA 92025

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

Date:  _____6/2/21_____



John Morrill
_____
*CLERK OF COURT*
S/         D. Gilbert
_____
*Signature of Clerk or Deputy Clerk*

**Received by:** M. Zafra
**Via:** Counter
**Copy to:** CAO, Risk, Clerk

1   Name: Irvin Musgrove - Pro Se

2   Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

3   Telephone Phone: 442-341-1034

4   Email: irvinvsoha2020@outlook.com

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MUSGROVE | Case No.: __20-cv-0614__ |
|             , | (assigned at time of filing) |
|         Plaintiff(s), | |
| v. | **6th Amended Complaint** |
| ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO AND OCEANSIDE HOUSING AUTHORITY | |
|         Defendant(s). | Date: 05/29/2021<br>Time:<br>Room: 2D<br>Judge: Hon Gonzalo P Curiel |

19   I, Irvin Musgrove, the Plaintiff in this matter, do solemnly swear that the following is my testimony and true.

20   **HQS Inspection Procedures**

21   The Oceanside Housing Authority, who's funded by the U.S. Department Housing & Urban Development,

22   conducts an annual inspection in order to ensure that their clients are living up to the proper safety & sanitary

23   conditions. They conduct the initial inspection, notify the owners & tenants of HQS deficiencies in writing and

24   indicate a time period or deadline date on which HQS corrections are to be completed. When the repairs are

25   completed, the **owner** has the responsibility of contacting the inspector so that the final inspection can be

26   conducted. In case the HQS deficiencies aren't corrected in the specified time, an Abatement will occur the day

27   after and the owner will receive no further HAP payments until the repair (s) are made and the unit passes the

re-inspection. The owner & tenant will be notified in writing of the abatement and/or termination of housing

28   assistance payments to the owner for failure to correct HQS deficiencies. The HAP contract will be terminated

for an owner's failure to comply with HQS. Both owner & tenant will be notified of the intent to terminate. If the repairs were tenant caused, there will be no abatement of the HAP for non-compliance.

**Discrimination via 1st RAR Denial**

The HQS Inspection deadline date for the remainder of the mandatory repairs was on 6/30/2018. The only repair that remained was a tiny light on the exhaust fan in the master bathroom, which had been completed on 1 1/2 weeks prior on 6/19/2018. It had been over a month since the initial inspection had been conducted, but had slipped my mind due to my substantial memory loss issue which I've been stricken with

for over 8 years. The apartment manager's before Wendy, apartment manager, would leave reminders on my door, which was the 1st door you'd see when leaving the office, provided you look up to the 2nd floor. I hadn't remembered the deadline itself which is probably why tenants aren't expected to schedule or reschedule the inspections. It's totally the owner's/manager's responsibility to make contact with the inspector to schedule the final inspection **(ref EXHIBIT)** 1 and the inspector/OHA schedules the 1st. On July 3, 2018, Wendy informed me that the OHA hadn't paid its rent portion. I immediately went to the OHA office to ask why. Patricia Lozano, my former Case Manager & current receptionist, looked it up on the computer and told me it said I didn't want to live there anymore. I told her that was impossible because I'd given Susana Sandoval-Soto, mu Case Manager who was off that day, a statement of my intent to stay a month prior at her request. She had heard that I had received a 60 day notice to vacate the premises because of the month-to-month loophole, which Legal Aid had been assisting me with. She asked me to write another statement re my intent to stay so that OHA could release its portion, and so I did. I felt content again and went back to tell Wendy. 6 days later on 7/9/2018, went to the mailbox and received a 'Housing Choice Voucher Termination Notice. I opened it only to learn that it was due to a failed 'Annual Inspection'. I called Susana to ask why and she confirmed it was due to a failed annual inspection. I told her that the repair was completed 1 1/12 weeks before the deadline date. I told her I'd call her back. I then went to the Oceana office and spoke to Wendy. She told me she hadn't been able to reach Sara and so she gave me Sara's number. I called and caught Sara in the OHA office and she said she'd been trying & Wendy and me on a couple of occasions. I told her that our HCV had been terminated and she told me how she know of our situation and that she was coming out special, within the hour, so that it could be reinstated. She showed up minutes short of an hour. She walked in and saw a couple of roaches and refused to inspect until exterminator could come out. The exterminator came later that week and so did she. She said she'd start with the item in need this time and our unit passed. She told me she was going to take it personally to Susana so

1

that it could be reinstated. I thanked her for everything and she left. About 30 minutes later I called Susana to give her the good news and ask that she reinstate us. She told me that it was too late so I'd have to move and that her hands were tied. I expected congratulations so I was stunned. I then told her how Sara had come out special so that we could be reinstated and she told me Sara didn't know what she was talking about, although Sara had been working there a lot longer. I asked could she please try to make it where we wouldn't have to move out ans she said Sara didn't realize the voucher was terminated. I didn't mention the fact that it was why Sara came out on the spur of the moment because I could hear how determined she was to prove that point and I didn't want to get Sara into any trouble. She could have reinstated us in order to maintain the voucher **(ref EXHIBIT 3B)**. While very crushed inside I went on to tell her how: much of a hardship it would be for us to move, I was incapable of carrying our furniture down from the 2nd floor with my right hip bone-on-bone and i need of surgery, i wouldn't be able to afford a U-Haul, a storage space and a mover, Noah needed to remain stable and he loved it there and what it could do to him, my depression would triple and I'd remain healthier at home, homelessness was the only alternative for a father & son, etc.

This was a verbal RAR and she was supposed to use 'Appropriate Consideration or AC' for an RAR **(ref EXHIBIT 20A).** Her instant 'hands are tied' response along the demand proves no AC was given. She also was supposed to let us find a place before forcing us into being homeless **(ref EXHIBIT 14).** She was so determined to destroy us that she totally forgot about the guarantee on their own website for up to 120 days in the apartment **(ref EXHIBIT 3A),** in hopes that the inspection would pass. Their website also supports exactly what HUD utilizes except in my case **(ref EXHIBITS 14 & 3A).** No matter what verbal concern or reasonable request I had she would shoot it down **(ref EXHIBITS 14, 20, 20A).** *I need to fast forward for a clearer understanding and return.*

During my final meeting at OHA, Angie Hanifin, supervisor, admitted that she was hands-on with Susana during this time of wrongful eviction & pompous persecution of my family. Her being a supervisor makes their actions much worse and malicious. She admitted to it after my complaint about Susana's actions to Margery Pierce, Director, were handed off to her by Margery. Instead of my family's termination on 7/1/2018, that was the day that they were actually supposed to begin the 'Abatement' and things would have been fine within the week. *751 Walton/Gerard LLC v. N.Y.C. Dep't of Hous. Pres., & Dev., 2013 NY Slip Op 31106 (N.Y. Sup. Ct. 2013)* She never mentioned asking Margery if my voucher could be reinstated. Why were we evicted for a tiny light in the master bathroom and because owner played phone tag with the inspector? We had absolutely no fault in the damage that called for repairs or any responsibility with the

scheduling of the re-inspection. Either Susana or Angie decided to lie by entering the inspection as failed or all 4 decided it was the best way to terminate our voucher. Angie chose to terminate my voucher **(ref EXHIBIT 25).** Why with all of the remedies available, did Susana & Angie feel so determined to and ultimately succeed at bullying my family onto the streets literally as homeless? Susana was serious when she insisted that her hands were tied, because they were bound by those she received her directions from and where more discriminatory treatment would derive from over the course of the next few months.

**She Looked Around & Section 8 was Gone**

Here's proof of how fabricated Susana's claim of their hands being tied from a case I've mentioned previously. On 5/31/2020, an OHA Case Worker terminated her client Kimberly Buntin who had been a reciepient of Section 8 through OHA for 31 years. Because of extensive medical issues during that time, Kim wasn't able to return a single document out of her re-certification packet. Her worker knew of her condition and of her being a fall risk. The worker sent a 'Notice of Termination' to her apartment manager but failed to send Kim a copy, which would have allowed for her to correct the issue or appeal the decision. Due to Covid 19 restrictions, Kim didn't hear about it until November of 2020, when it came up in conversation with a manager. There was 6 months of mounting debt from OHA's portion she was now responsible for. She was able to reach a supervisor in January. Keysa Machado, a supervisor, was really rude & blunt and wouldn't hear Kim out, only proceeded to tell her she'd have to reapply for Section 8 all over again. Her unwillingness to listen would give Kim additional months of stress. Kim sent in an appeal and RAR on January 13, 2021, and never received a reply. She inquired again in late March and OHA claimed that they never received the documents. Kim resent he appeals form, the RAR and a statement in re to not receiving the termination notice, not being contacted, and learning about it 6 months later with a mounting debt attachment. She received the document marked **EXHIBIT 22,** on April 23, 2021. It only depressed her much more with the July 1, 2021 date approaching rapidsly, which is the day all operations are expected to return to normal. This would mean that her apartments would make a demand for payment in full, which would be the OHA portion and the dreaded reality of homelessness. So she stressed and stressed. She obtained a Dr.'s letter and I wrote them a detailed document restating the facts surrounding the only 2 issues that ultimately led to this problem; her worker's failure to communicate with Kim about the termination and Covid 19 restrictions that kept the apartments from informing her when the rent wasn't paid the 1st time by Housing. Then on May 20, 2021, Kim received an email **(ref EXHIBIT 22A),** from OHA that informed her that her Section 8 would be reinstated and the past due amount would be paid; this

followed 6 months of stress & worry. The OHA was able to successfully & quickly reinstate her Voucher once the process began. If I hadn't have known her and been there, where would her case have been? Trivia: If OHA's hands couldn't be untied to reinstate my case after a week, then how could they be untied to reinstate Kim's case after a year? Because Susana & Angie had lied to me again from the beginning and thus they acted with 'Malicious Intent', while being well aware that their actions would force a father & son into homelessness, which automatically leaves their lives with substantial health & security risks.

**A Brief Background on Margery, Keysa & Me**

**What led to me meeting Margery the 1st time?**
On May 30, 2014, I received a call from the Boulevard Apartments office asking me to come in asap. I was home so I walked there immediately. Danielka, the office manager, told me she had received a voucher termination notice from Keysa. She said with that in place, if anyone came to look at apartments and decided they wanted my apartment, I'd have to move out of where we'd live for 2 years. I asked could they wait until Monday and she said no. I proceeded to call Keysa to see exactly what she needed. Keysa told me she needed verification form my Doctor and proof of income. Since I have no car and it was the afternoon on a Friday, I asked could I bring them both in on Monday and explained what Danielka had just told me about the risk involved, and she said yes. I then asked if she could remove the termination notice and if I didn't produce them on Monday she could reenter it. She told me no she wouldn't do that and I told her to look at my file and see that I always follow through and I happened to have an appointment with my Doctor on Monday. She said no again. So I got off of the phone with her before I said the wrong thing. Danielka told me that this includes the weekend. Therefore, all of that weekend I was on pins and needles, restless and irritable until Monday finally arrived. My Dr.'s appointment was early morning as usual. I got there and the nurse took my vitals and asked what was wrong. I told her I was stressing big time and filled her in a little. She told me it shows because for the 1st time ever, before & since, my blood pressure was very elevated. This is how I know that stress is hurtful. My Doctor came to get me and I told her what I needed and why, and I didn't have time to complete our appointment and she said it was fine because I needed to stop stressing asap. She gave me the document I needed and I was off to the Welfare office. I only had use of public transportation which made it more stressful. I finally reached the OHA office and told the receptionist I needed to speak with someone in charge and why, because Keysa was off that day I believe. Margery actually came and then we went to her office. I asked her could she please contact my apartments and let them know the termination was lifted. Then I whistle-blew on Keysa for what she had subjected me to, when she could have trusted me until Monday. Then Margery & I talked about some other things that were

1

happening and we were done. I emailed her on a couple of more occasions, to which she responded **(ref EXHIBIT 5.)** This is why I felt comfortable reaching out to her. Unfortunately this past experience, made it harder to face the truth that this time Margery wouldn't show. I emailed the following and the last 3 I hoped would inspire her because they pertained to Noah being taken, his state of mind and were to appeal to her being a mother:

**10/23/18** - I emailed Margery to complain about the wrong Susana was doing against my family.

**11/18/18** - Sent her an email document that I'd sent to Susana and an update on Noah.

**1/20/19** - Complained about Susana mailing my mail to the hostile address I'd told her about in writing.

**3/18/19** - Feeling more desperate than ever, I wrote a lengthy document about Susana with a timeline, and CPS taking Noah due to our being homeless

**3/22/19** - More about Noah & Susana.

**3/28/19** - A final desperate plea for Noah's sake.

Margery intentionally ignored my pleas for her help with the discriminatory actions over that 8 month period, which leaves her **Directly & Vicariously Liable** for her failure to stop it and mostly for her direct involvement in it **(ref EXHIBIT 11).** I somehow kept justifying her absence in my mind by insisting to self that she was working on it, until 4/15/19. This true realization came immediately after a scheduled meeting between me & Angie on 04/15/19, that Judy happened to show up to for support. As soon as the meeting began Angie took control. Margery had handed my & my Dr.'s RAR, which she'd gotten a week prior and the last email I'd sent to her. So she led the meeting off by asking what I alleged about Susana, which was in Margery's email and atop an email I'd recently gotten from Angie, but what she handed a copy of to me & Judy. I told her Susana had wrongfully evicted us, how the inspection had passed... before I could go on, this was when she informed me & Judy that she was actually with Susana when the decision was made about the 'Termination, Eviction, etc.', and they had decided together. Then she moved on. *She said it and moved on as if to say, because she was involved in it that everything was legitimate and proper.* I mentioned Sara and she said the same thing Susana had said. Then she presented a copy of the email I'd gotten **(ref EXHIBIT 8).** She went on to explain the limit of the responsibility that they were willing to reach, which was to provide a list of available units. She then referred to my Dr.'s document **(ref EXHIBIT 6),** to pick its NEXUS apart and their refusal. (On May 3, 2019, Judy sent her a document that address her NEXUS statement and ongoing

1

occurrences at that time **(ref EXHIBIT 7))**. I then mentioned their website guarantee of an abatement & more days in the apartment for the family and she firmly stated of it being an error and in no way correct or possible **(ref EXHIBIT 3A)**. I then explained the accommodation that we were asking for: For a staff member to contact 2-3 apartments each morning at 15-30 seconds each, to inform the complex that I would be there to fill out an application that day. Judy then tried to shed light on the situation but Angie had no consideration for it. On the email I received and at the meeting, she said they were refusing the RAR because I'd need help from an outside source. At a later date she changed into being a 'Fundamental Alteration of the Nature of Their Program'. How can a Housing Authority that calls a Landlord, alter the fundamental nature of its program? **Note:** Margery's office door is 2 feet from Angie' Judy & I were just about to leave when Margery show as if she were on que. She looked at Angie, by the chalk board, and told her she needed to see her ASAP after the meeting. She then looked directly at me with this 'cat who swallowed the canary' smile and said, "Don't I know you from a year or 2 ago? Aren't you the one with the little boy?" I'll never forget the look of satisfaction she had. I said "yes ", even though I had much more fitting words for this occasion, but thank God Judy was there. Judy asked me what Margery meant when we walked out and I told her that was Margery's way of rubbing salt on the wound they'd given me. I told her how my last 3 emails to her were about Noah being taken and what he was being subjected to or how he felt.

Margery & Angie knew that would be my last time at OHA. That was Margery's last word. Margery, Keysa and Angie were all aware of the decisions and actions done by the other which makes them all, Directly & Vicariously Liable **(ref EXHIBIT 11)**. They happened to reach a point where it was too late to turn around.

**In Closing:**

The hateful & immoral actions taken against my family weren't done by an awful organization or entity; these actions were done by sinister individual 's within that organization or entity. For wrong to be committed by a case worker, manager or supervisor is one thing, but when it's supported by the Director, who regulates all aspects of the business, there are more who have been violated because 'Director 's' normally maintain their moral & ethical course and won't be influenced by what would cause them to steer from their highly respected & integrity filled course. When the Director strays, many follow out of feelings of loyalty and others from their related fears. Their corrupt ways & actions had a very devastating effect on my family. Susana felt content making a life-altering decision that she knew would cause immediate pain & suffering for my family and Angie was there in total support to confirm the bad intent & 'spur of the moment' decisions. Angie participated in Susana's decision making and actions, noted on page 2 above, and

made the immediate decisions that they knew would cause devastation & pain, which surely were made without giving what must be given: 'Appropriate Consideration'. (ref **EXHIBIT 20A**) Susana's use of 'hands are tied' was by way of her own determination or by order of her superiors, and it's firm & factual because of the related outcome. Therefore, no 'AC' was given from the moment 'hands are tied' was spoken. This definitely made it a violation of my right to 'due process' in malicious fashion. Margery's malicious disregard for my numerous requests for help left me in place to suffer months more of the same. This would pertain to normal or disabled person's. Her malicious disregard of my emailed complaints, her timely recognition of me with a 'long lost friend' acknowledgment and mention of Noah whom she'd never met or spoken with me about, actually proves: she did recognize me from 2014, she had become very familiar with my circumstances through the emails she received & passed off, there was a purpose behind her sudden emergence and chosen words, and her knowledge of Noah's true location but question as if he were home, confirms her intent to gain pleasure by inflicting pain. It's unfair when faced with deliberate indifference from any who lead the way, but it's inhumane when faced with deliberate indifference that's hurled from the top because there's nowhere to go & no one left to turn to. Her actions are the same as a black, white or Hispanic that:

1. Assaults a gay perosn while calling him an a..hole, stupid, moth..fu.... or
2. Assaults a gay person while calling him a queer, baggot, or homo!
Answer with approx. times: #1 - 1-2 years in prison as simple assault.
#2 - 10-20 years in prison w/specials<br>circumstances: 'hate crime'

I've researched and searched through countless case laws during the past year and thought it was me with the problem, until I found the case below, which is the mirror image to this case.There's a voice of reason in lots of cases that prevent cases like mine from occurring on such a level. But here, none existed, so those with common interests & ways pulled together as one and were shocked that they had encountered a person that was different and not tolerant of being treated as less than equal or at least like a human being.

*Gonzalez v. Lee County Housing Authority, 161 F.3d 1290 (11th Cir. 1998)*

From the case above (last paragraph): *"in the extremely rare case a government official's conduct may be so egregious, in fact evil, as to be obviously contrary to federal law, so that no case law or statute needs to have recognized previously that materially similar conduct is unlawful."*

1

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes      ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

____5/29/21_____          ____Irvin Musgrove____
Date                          Signature

                              ____Irvin Musgrove____
                              Printed Name

4