UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-00614-GPC<br><br>**ORDER:**<br><br>**(1) SETTING BRIEFING SCHEDULE [ECF No. 117]; AND**<br><br>**(2) DENYING MOTIONS FOR DEFAULT [ECF Nos. 118, 119, 120, 121, 122]** |

　　　On July 1, 2021, Defendants filed a motion to dismiss Plaintiff's complaint. ECF No. 117. The Court will set the following briefing schedule. Any response shall be filed on or before **August 13, 2021**. Any reply shall be filed on or before **September 10, 2021**. A hearing on this matter is scheduled for **October 15, 2021** at **1:30 P.M.** in Courtroom 2D.

　　　Additionally, Plaintiff has filed motions for entry of default against Defendants. ECF Nos. 118, 119, 120, 121, 122. However, Defendants filed their motion to dismiss before any default was entered by the Clerk and within the 21 days allotted to serve a response after being served under the Federal Rules of Civil Procedure. Fed. R. Civ. P.

1

12(a)(1)(A)(i); 55(a); ECF Nos. 106, 107, 108, 109, 110 (showing service effected on June 10, 2021). Accordingly, the Court **DENIES** Plaintiff's motions for default.

**IT IS SO ORDERED.**

Dated: July 2, 2021

Hon. Gonzalo P. Curiel
United States District Judge

2