Name: Irvin Musgrove - Pro Se

Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

Telephone Phone: 442-341-1034

Email: irvinvsoha2020@outlook.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Musgrove, <br><br> Plaintiff(s), <br><br> v. <br><br> Hanifin, Machado, Sandoval-Soto Pierce, Oceanside Housing Authority, <br><br> Defendant(s). | Case No.: 20-cv-0614 <br> (assigned at time of filing) <br><br> **MOTION TO DISMISS CASE AS FRIVOLOUS** <br><br> Date: 8/1/2021 <br> Time: <br> Room: 2D <br> Judge: Hon. Gonzalo P. Curiel |

I, Irvin Musgrove, solemnly swear to the truthfulness & accuracy of all of the facts I have/will present in this case. This case in itself & in its entirety was built with the highest degree of integrity in every aspect. I used no exaggerations or added any words to either glorify my involvement or demoralize the Defendants involvement for effect. I have presented the spoken testimony exactly as it was said and any written evidence exactly how it was presented to me. As a disabled person & Pro Se Plaintiff, I'm not proficient in writing, I haven't had an understanding or retentive in what I read in many years nor do I have the ability to match wits and words with Atty Barbara Hamilton. But one thing that's worldwide is the fact that words of truth don't waiver, they remain the same even if asked a year later, provided their memory is still in order. But when it comes to this case and the details surrounding it, I have superior knowledge vs Atty Hamilton in every aspect, due to the fact that we were forced to live it & the horrible existence OHA chose for us.

1

I filed my complaint on March 31, 2020, as a disabled Pro Se Plaintiff because I was determined to let those who were obviously able to sleep at night, know that they hadn't done enough to destroy us nor break us down. I was even more determined to make certain that no one else would have to be treated in such a way and hopefully to inspire any before us to step up and get the closure they needed. I'm Pro Se because I couldn't afford an attorney and I knew Noah & me needed closure in order to put the memory behind us. I filed this case 15 months ago and have been consistent with my efforts to do everything by the book. The Courts served my violators on 4/28/2020 with the 'Order Granting Motion for Leave to Electronically File Documents'. Then nearly a month later on 5/21/2020, I had them served with an Amended Complaint. After wards they were served on: 8/6, & 11/5 of 2020, followed by 2/3, 2/24 & 3/11 of 2021. Either of these times could have been followed by a default judgment as the 'Summons' informs them will be done, and it informs them that the default will include the total amount of the 'Demand'. In other words, they haven't cared one way or another about this warning from the Courts, although they worked each day and each lived less than 30 miles away. While I was thought of not using 'Reasonable Diligence' in serving them, were content paying no attention to my complaint or the Courts warnings. I also was having an issue 'Stating a Claim' on my 'Amended Complaints'. But I was here. Even though all of the service of the documents were questioned, they were all served with 'Reasonable Diligence', it was the limited operations & restrictions that resulted from the attack by Covid 19 crippled the ability to serve as usual, that should have received more consideration vs a questioning of my integrity and that of who took their time and energy to make the service happen. We served in the heat of Covid. On the last service in June, the Marshals served and were only able to serve as we had because they were allowed inside either. They however, were given the advise to take the papers to the City Clerk, which I too would have had my server do if I'd known. The important thing is Atty Hamilton, who's looked through the files, didn't attempt to use this as another excuse for their defense, which means they received their papers but chose not to respond. In fact, the service attempts on 3/6-3/11, had 2 successful executions. The 1st to Angie & the 2nd to Margery, but still at least those 2 chose not to respond. The last attempts that were done with more than Reasonable Diligence, came to a halt because there was a car pursuit and cut off in the middle of traffic by Susana's husband, who jumped out and threatened me & the server with violence if another attempt was made. At the end of this 'Summons' period, there was still no default entered. But after this last service, all of a sudden the missing Defendants were allowed to show and further delay the closure me & Noah need and definitely deserve.

It's just ironic: 3 years ago I was in my home with Noah awaiting a re-inspection. I had no reason to think about it because none of the needed repairs, especially the little light on the bathroom exhaust fan was tenant error. Later I'd plead for my voucher to be reinstated especially since the inspection passed. I'm still feeling taken back to how this could be because I was happy and suddenly I received a HCV 'Termination of Residency' from Susana. I thought, 'But I signed another form so OHA could release payment, and that was on the 3rd or July'. Sara also had come to inspect so that we could be reinstated but Susana just told me 'her hands were tied no matter how much I pleaded with her'. I told her how moving with this hip would be effected by it and what I'd lose, like the deep freeze I'd just bought, how homelessness would effect both of us, etc. but she still coldly said her hands were tied. She & Angie, with Keysa & Margery observing, denied my verbal RAR's to be reinstated on the spot, without the use of 'Appropriate Consideration'. No due process, interactive process or discussion. The ironic part is: I filed my complaint 15 months ago and they have had 7 different occasions to answer because they were served on each occasion because as thorough as Atty Hamilton appears to be, that would have been her opening argument. So they intentionally ignored the services I had executed on 7 occasions wasting my & my server's time & money, while they worked each day so they'd keep money coming in and less than 30 miles from the courts. If they would have just filed I wouldn't have had to have them served again. When they did show at the final hour, they were re-instated without question, while I've been questioned for possibly not having the service completed as I'd sworn to the courts. They refused to re-instate me for having no fault whatsoever but they were reinstated after intentionally serving as their own repetitive faults. This was very discouraging and I was sad for a while until I got focus from their roles in my life.

## The Defendants Procrastination

The Defendants failure to show was not only not fair to me in regards to time & money, but also because it kept me from being able to 'State a Claim' due to the fact of my mind telling me they'd never answer & more each time I'd serve and they'd choose to refuse. I became more upset with the Courts when I received the document I had to respond to that appeared as if the Court brought my integrity into question, even though at the same time I considered it as the Court's protocol to insure everything was on the up and up. I didn't agree with the Defendants being allowed to make a late entrance mainly because of what hardships their choices brought into our lives that we in no way deserved. However, I do understand the Court's moral obligation to take every precaution to make sure no rights are violated.

## The Initial Remedy I Seek in re to The Defendants Objective

Atty Hamilton has made some opinions in re to conflicting testimony & exhibits that don't provide confirmation towards what I've alleged and that they don't confirm that I lost my voucher. Atty Hamilton's entire focus is for my Complaint to be dismissed for actions I claim that happened that in fact she has concluded never happened. In all fairness, I'm asking the Court for the same action she is asking the Court to decide as a consequence for my complaint, to serve as a consequence for the case she now defends. To state it as a Matter of Fact: I will prove that Atty Hamilton's assumptions are without merit and in fact serve to be both the worst interpretation of my 'Gravamen' that I could have expected and too the understanding & conclusion drawn in re to what I plainly wrote in my complaint. I'm really thrown by her failure to mention or even make reference to the true 'Gravamen'.

## Atty Hamilton's Awful Misinterpretations & Tainted Understanding as a Result

The facts are plain as well as the facts surrounding the 'Gravamen' that laid the foundation of my case. These documented events are directly related to the exhibits, which serve as the compliment & confirm the validity of what will make perfect sense. On the other hand, when part or all of it is misinterpreted, none of it is going to make sense nor is it supposed to. In fact, a tainted viewpoint will give need to see more the same way or see what's said to match as contradictory.

<span style="color:red">Below I will list her points in the introduction (in blue), then I'll touch briefly on the truth and more detail can be found in the 6th Amended Complaint itself.</span>

**Under Introduction** : Atty Hamilton stated -
<span style="color:blue">1. The gravamen of Plaintiff's claim is that his voucher was terminated and he was denied the benefits...
2. However, Plaintiff appears to confuse and conflate his Housing Choice Voucher with the particular...
3. In fact, and as demonstrated by a close review of the exhibits to the operative complaint, Plaintiff's voucher...</span>

## True Account:

On July 3, 2018, Wendy informed me that the OHA hadn't paid its rent portion. I immediately went to the OHA Office to ask why. Patricia Lozano, my former Case Manager & current receptionist, looked it up on the computer and told me it said I didn't want to live there anymore. I told her that was impossible because I'd given Susana Sandoval-Soto, mu Case Manager who was off that day, a statement of my intent to stay a month prior at her request. She had heard that I had received a 60 day notice to vacate the premises because of the month-to-month loophole, which Legal Aid had been assisting me with. She asked me to write another statement re my intent to stay so that OHA could release its portion, and so I did. I felt content again and went back to tell Wendy.

4

6 days later on 7/9/2018, went to the mailbox and received a 'Housing Choice Voucher Termination Notice. I opened it only to learn that it was due to a failed 'Annual Inspection'. I called Susana to ask why and she confirmed it was due to a failed annual inspection. I told her that the repair was completed 1 1/12 weeks before the deadline date. I told her I'd call her back. I then went to the Oceana office and spoke to Wendy. She told me she hadn't been able to reach Sara and so she gave me Sara's number. I called and caught Sara in the OHA office and she said she'd been trying & Wendy and me on a couple of occasions. I told her that our HCV had been terminated and she told me that she knew of our situation and that she would soon come out special, within the hour, so that it could be reinstated. She showed up minutes short of an hour. She walked in and saw a couple of roaches and refused to inspect until exterminator could come out. The exterminator came later that week and so did she. She said she'd start with the item in need this time and our unit passed. She told me she was going to take it personally to Susana so that we could be reinstated.

After careful review, Atty Hamilton also conveniently left out how Susana & Angie managed to alter the facts surrounding how instead of entering the truth which would have been **An Unscheduled Inspection,** they intentionally entered it into the system and permanent records as **A Failed Inspection** which would lead anyone to believe an inspection was performed. Which is an **Intentional & Malicious LIE**. I've cut & pasted their website guarantee below (which is also a part of the exhibits Atty Hamilton also carefully reviewed but failed to mention: *When a lie is utilized there's a bad motive behind it or truths would be told.*

**What happens if the owner still doesn't correct the problems?**
The Housing Authority will automatically re-inspect the unit. If the owner fails to correct the problems, the Housing Authority will stop paying the landlord. The owner will not receive any Housing Assistance Payments until the repairs have been made and verified by a Housing Authority Inspector. However, you must still keep paying your portion of the rent so that you are still meeting the terms of the lease. The Housing Authority's abatement of the unit should not lead to an eviction.

**What happens if I don't want to move?**
In order to receive Section 8 assistance, you must live a unit which is decent, safe and sanitary. You will have up to 120 days to find new housing. If you do not find housing within 120 days, and the unit still does not pass inspection, you will lose your Section 8

Above is their normal procedure done in cases except for my case. Pure Discrimination of the Disabled. The portions highlighted in red are spoken in definitive terms, not possibilities.

**My Gravamen was the fact of being forced out of my apartment into homelessness, with no fault in damages, no responsibility in the re-scheduling of the final inspection, but left no choice but to take my son to the streets where bad happened. No Due Process, Reinstatement, or 'Appropriate Consideration'.**

5

According to page 13 in the HCV Landlord Guidebook, it's the Public Housing Authority's (PHA's) to both enforce the failed inspection with and abatement then termination if necessary. It speaks the proper order by stating it in this fashion: Enforcing the HAP contract and family obligations including through abatement and termination , respectively , *(2021) Hud.gov. Available at: https://www.hud.gov/sites/dfiles/PIH/ documents/HCV_LLGuidebook_Inspections_FULL_chapter.pdf (Accessed: 13 July 2021).* The OHA website guarantees the same procedure: *City of Oceanside, California - FAQs (2021). Available at: https ://www.ci.oceanside.ca.us/gov/ns/housing/section8/faqs.asp#731 (Accessed: 14 July 2021)* These are the 2 guarantees that are in the order they're meant to be in which is stated in the 2nd line from the top which ends 'abatement and termination, respectively' (the word respectively means to do in the order mentioned; and the mention is abatement 1st and termination 2nd). In my case, had Susana & Angie followed HUD & their own procedure or if Margery & Keysa would have enforced the procedure vs urging them on, all would have been done in the next 7-8 days because the inspection passed. This is why they opted to deny us that right, amongst others, because I'd assured Susana & Angie that the 1 repair had been completed, which was a tiny light on the exhaust fan in the bathroom.

**The Alleged HAP & HCV Issue**

Atty Hamilton believes I am confused with the HAP and the HCV acronyms and how they're used. First of all, I have never used the HAP acronym ever, probably because I may confuse them if I did. When I spoke of Susana & Angie terminating my HCV voucher, I was talking about me being terminated from the Oceana Apartments specifically. I knew she had terminated me from Oceana which is why I had pleaded with her to allow us to stay. Besides when OHA didn't pay their rent portion that's exactly what I called it 'their rent portion . I also never said they'd terminated my from the Section 8 program until April or May of 2019, because they had and I'd given up. But the Legal Aid Society continued, even knowing how I felt about ever being in their presence again, but stayed on them until they forced them to port me out. Joanne also made that call, my Dr and I requested the OHA to do as a RAR, and I went and applied and that's where me & Noah currently live. OHA didn't want to help because they had no remorse for the homelessness they created for us. If I had believed I was terminated, why would I have apartment searched and wrote RAR's for extensions? In July 2018, on the day my apartment passed inspection, I'd called Susana to plead for us to stay, which I did relate to my disability, to which she said her hands were tied, but she told me to hurry down to the office because my new HCV had been ready since July 1, 2018 and that time was running. I knew that to be the sheet they issue to apartment search that's filled out by the new apartment complex. So her allegation is FALSE.

## My RAR Request to Susana & Angie

When I had asked Susana to allow us to stay in our home, she just said her hands were tied . I elobarated and told her how impossible it would be for me to move from the 2nd floor with a hip bone on bone and in need of surgery, I explained how the move and especially how being homeless would affect my depression but I didn't know about the dawn. The accommodation I asked of Susana & Angie was to keep our home because of the devastating affect the move, homelessness , being separated , leaving our secure environment , etc would have on my mental state & physical because my hip would worsen. I didn't have to ask for a specific disability because I only had one at that time that I was aware of. I didn't learn about the other disability until a few months later. That's when she kept saying her hands were tied, which they weren't. Why not say she would talk to Margery to see if there were something they could work out since I passed the inspection. She could have taken into consideration that it was their job to reschedule it with the landlord, none of the repairs to be made were caused by us, THE GUARANTEES ON THEIR WEBSITE AND THE FACT THAT A FATHER AND SON WOULD BECOME HOMELESS DEFINITELY. They gave our RAR absolutely NO consideration, which is an enormous break in the law, because it was a flat out denial without at least a small minute of "Appropriate Consideration', which classifies it as blatant discrimination.

## Our RAR Request to Angie

I never said that I hadn't received extensions from OHA for apartment search, although I should have never been forced to search. I searched for 8 months with no success. I knew if I didn't get one soon it was over and I was frustrated. I'd gotten my 1st 2 on the 1st try. I had an appoint with my psychiatrist Dr. Walker and decided to explain what I didn't realize was an issue to her. She discovered I now had PTSD from the death of my fianee in my arms a few months prior, who we both were in the process of grieving together before we were ripped apart. After discussing it we realized I had an issue with the beginning of the process. So Dr. Walker made out an RAR to Margery to be certain I'd get the help I'd need. She handed it down to Angie to refuse & attack me. Judy showed up by surprise for the meeting I had with Angie. I informed Angie that I'd been unable to get an apartment due to my new disorder PTSD. She showed us the RAR and that it had been handed down to her. She went on about what OHA's responsibilites were and that was all they were required to do. I then explained what exactly the help I needed entailed; for someone to call 2 or 3 apartments each morning, which would take less than a minute each. to inform them of my intent to apply. She had an email in her hand that she had mentioned to us when we came in. She handed it to us and I read it. It had a sarcastic, belittling and was firmly stated. The following are the main things she said a couple sarcastic:

Her belittling remark began after some firmly stated rules & reasons she would not honor the RAR: She began: *'Other voucher holders are able to locate units.'* She went on to threaten to put NCHS on notice- *'I will be sending a letter to North County Health Services that the Housing Authority does not provide services that help participants locate units, other than providing referrals as listed above'*. The next line was for me: *'The letter indicates that you are not able to search for housing on your own, so without additional help from an outside source, providing an extension would not be effective*. Then came another sarcastic remark: *'Will NCHS help you find a unit?* Then she said to end it: *I don't see anything in the case history indicating that you reported that your son is no longer living with you. Has your income changed as well'?*

**This remark made me feel less than others who get apartments.**
**This remark made me feel as though she planned to contact my Dr. to make her feel in a way that she wouldn't risk writing me any more of what I'd need.**
**They all knew this was the last time I'd be in their office. They demoralized me, reassured me they had no intention to help by mentioning an outside source and for their last and final act, killed 2 birds with 1 stone, by refusing to grant the RAR for an extension & help due to the fact that I was handicapped.**
**Angie's last chance to ridicule & belittle me knowing that NCHS couldn't leave patients to help.**
**She knew from pleas to Margery & my Dr's RAR that Noah was taken. Her way of throwing salt.**

*This both covered refusal of the extension & assistance requests at one time. It basically says they wouldn't help me due to my disability with the words  you are not able to search for housing on your own, so without help from an outside source. Later   he said to Judy that it would cause a 'fundamental alteration' of the nature of their program.*

    1   The 1st was written and said naturally and was definitely how she really felt.
           a) Makes this act very malicious in nature and others she's and influenced.

2. Her 2nd mention at a later date was both done under pressure and with the knowledge that it was 1 of the 2 legal ways to refuse an RAR.

It's very obvious from Atty Hamilton's failure to see the  discrimination  surrounding  this email at such a high level & that's stated with malicious intent, her bias will continue. It's also obvious in other parts of this case.

## Keysa Machado

Keysa Machado was behind the scenes because we had a not so smooth past encounter   in 2014 , which brought me to the point of whistle blowing on her with a request for a new worker. She had lots of participation in the signing of related documents and received email updates.  She is much like that person who goes with friends who commit a murder but only watched. They think because they watched they're innocent, but if they didn't try to stop it, they're guilty.

## Margery Pierce - The Director

The reason I worded certain things the way I did was because they worked together. This is why Susana had enough confidence to make a choice as a Case Manager without any worry about her Superiors being furious. Angie admitted she was by her side making decisions during the final meeting with Angie. Again, Atty Hamilton, even following her **Careful Review of Plaintiff's** allegations, put my descriptions as limited to descriptions of background conversations with her in 2014 and **UNRELATED** to my present claims and that my impression that she maliciously disregarded my numerous requests for help. Also that they are without supporting factual detail.

I began emailing Margery in October of 2018, after I went to the office on a couple of occasions only to hear she had a new male employee who'd intercept persons who actually didn't need a face to face. He did go and ask her but she declined. So I agreed to meet with him but he sent me directly to Angie. As a result, I kept emailing Margery 7 more times between October & March 28, 2019. Noah was taken on March 5, 2019. So I emailed her 3 times in March after he was taken, that were actually pleas for her intervention because he'd been taken and I'd hoped that the mother instinct and passion would gain her involvement. She didn't make contact me me once over the 6 month period of emails pleas. My emails to her were also RAR's which she blatantly denied.

At that meeting with Judy Angie & myself it was close to the end. I asked Angie about the guarantees on their website and she referred to them as impossible and a mistake, though they remain today. Just when we were going to stand up, Margery suddenly appeared at Angie's door. Angie's door is 2-3 feet from Margery's. Margery stuck her head in a little and told Angie she needed to see her ASAP after the meeting. She nodded at Judy then looked at me with this smug face. She said, "Don't I know you from about a year or two ago?" She kept the smirky look and continued, "Aren't you the one with the little boy?" I choked up and managed not to say what came to my mind as fitting for the occasion. I simply said, "yes". I knew immediately what she was doing but Judy waited until we walked outside before asking. I told her that Margery must had been listening for the timing and that I had sent her 3 recent emails to tell her about Noah being taken by CPS and to ask for her to intervene. I then said she'd done that on purpose to rub salt in the wound they'd created. She was blown away. I then knew for sure why Margery hadn't responded to me over the 6 months; because she was involved in it. Why else do something so heartless. Of course, Atty Hamilton also did her careful review of this fact, but failed to mention it; which further proves her warped view of this case and that she had no defense. Margery is 'Directly & Vicariously' liable for her actions & lack of.

She purposely & maliciously allowed their discriminatory treatment against me to continue. **EXHIBIT 11**

When I had to deal with Margery in 2014 in re to Keysa and wrongful actions by my apartments, she emailed me back promptly on each occasion.

Atty Hamilton also went over this fact but stated it as if my allegations are limited to descriptions of background conversations I'd had with her several years ago, so they are **unrelated** to my present claims. She went on to say my conclusory allegations are without factual detail. She conveniently missed the proof that I emailed Margery over the course of October 2018 - March 2019. **EXHIBIT 12**

### The Statement of Damages

This is the reason why the 'Statement of Damages' was served days later. I normally download the Summons & other files to serve. Why should this occasion have been different than any other occasion? I had run out of printer paper so I put the other necessary documents in their packages. I went to the Post Office and mailed them to the Marshal's Office. A couple of days later, upon returning to my apartment, there was a very thick package at my front door. When I took it in and opened it, there were copies of the ,Summons, Complaint & Statement of Damages. Although I'd been issued a 'Summons' on 2 prior occasions to have served, this was the 1st occasion where copies were sent to my address by the clerks for me to have served. Because there was a 'Statement of Damages' in the package I'd received, I immediately called the Marshal's office to let them know it was missing and that I'd deliver it to them. The lady on the other line looked it up and told me that they had all they were required to serve and it would be fine. Then she inquired about the serving issue we had and I told her. So on 6/24/2021, I had the 'SOD's' served on each Defendant. Why would I have been inclined to believe that this time would differ from the 7 times they refused to answer my complaint? I wasn't in a huge rush to spend any more wasted money on them. They have much more fault in operations not running smoothly for them than anyone else and they should stress not one hair due to a small inconvenience. I will get confirmation of the conversation with the Marshal if needed.

This should serve as the undeniable proof that she has blundered her opinions and reviews of any documentation and exhibits, that she has left up to her analysis in regards to my case, that all of her overall findings should be Stricken. Her various opinions in this case were presented in a way that wasn't presented in disagreement with the merits of my case, but as if my facts contradicted one another, incompetent towards my understanding of the particulars and totally flawed on the vital Gravamen that served as the foundation for which my case was built. This vital opinion led to her many mistaken conclusions that were

drawn from a fabricated foundation, which were in total contradiction to my family's overall experiences with Margery Pierce, Angie Hanifin, Keysa Machado, Susana Sandoval-Soto & The Oceanside Housing Authority. If I failed to cover any point, it's surely in compliance with truth & sincerity to this Court because my case was formed in truth & with integrity in every aspect. As a result, the Defendants case should be thrown out and I be granted leave to file a 8th Amended Complaint , due to the fact that I will succeed in creating a legally acceptable complaint, that will state a claim on which relief can be sought.

I now will be forced to deal with an issue that would have worked itself out after the Court made its ruling. I haven't had a question about the outcome because I know my testimony to be true. I was so fed up with the actions & nerve of the OHA, that I promptly opened a HUD investigation that was only supposed to last 100 days. I'd hoped to use that to hopefully prove to the Courts that it wasn't my fault that we had to be homeless. I have/had a lot of faith in HUD's integrity and sincerity when it comes to what they say about their investigative process. I proceeded to file in their Regional location in San Francisco. It was a relatively quick process and then it went to the Field Office in Los Angeles. I had to wait for my Investigator to call. That day came and we talked a little bit about the case, but more about what I wanted out of it which I had no opinion on at the time. When we were about to get off of the phone, Connie Fisher the Investigator, asked once more what I wanted out of it. I repeated the fact that it wasn't my major concern and that getting my son back was. She insisted that I provide her with an amount. This was on a Thursday, so I told her I'd know by Monday after I spoke with Judy of Legal Aid 1st. She asked more firmly and I repeated the same. She then shocked me by screaming extremely loud that she wanted it no later than the following day and not with Judy. I remained humble and said ok. We hung up. I proceeded to write her a letter of not appreciating how she treated me, which I included within more testimony about my case. I then decided to give her exactly what she wanted, but not with an amount that she'd like because obviously she had stake in it or why be so irate. I itemized it and made sure it came to $10,000,000 and told my roommate that she'd contact me 1st thing Friday morning. As soon as I figured the office would open the phone rang. I explained how I was really upset withher for how she scolded me and reminded her how I didn't act the same way although I could have . She then went on how ridiculous it was what I asked for . She then said she could probaly produce anywhere from $300,000-$500,000. I remained silent. She then said there was one catch, that everything would be forgotten and that no one would admit fault. I told her in that case I'd have to decline.

She didn't try to convince me different and I hung up. We talked briefly once more before the 100 days and she attempted to tell me what they said they'd done for me and I told her they said it but I lived it and I didn't

11

appreciate her telling me as if she was trying to convince me. In the mean time her supervisor called me out of the blue and asked me to explain how she'd treated me and did I have a copy of the letter I'd sent her and so I sent it to him. She didn't call me again until the 100th day and told me it was over and began speak to me as if she made the determination and I said I knew ya'll would take their side as she again tried to convince me of their efforts for me. She then informed me she didn't make the final determination. I told her I needed to go. I didn't want to say anything bad. So I hit end on my phone. I then vented to my girlfriend who heard everything. I received a phone call from her supervisor a couple of days later. He asked how it was going and I told him what had happened and that I had gotten upset but was glad it was over. He then asked me did I use the word bit.. and I told him I didn't think so, but maybe when I vented to my girlfriend. He then said Connie had told him that **when I thought I'd hung up the phone**, I used the word bitch. I then said probably so because i was mad with her for acting as if she'd ruled on it. I apologized. I got off the phone and it hit me. I then wrote him an email telling him that I was no longer sorry for what I'd said. I told him now I was very offended. I told him that when she told him I thought I'd hung up the phone, so therefore there was no way that I was talking to her or would believe I was talking to her so I did nothing wrong. But I was now upset because of the type of investigation she was conducting and that a person who was supposed to be professional, would stoop to the low of eavesdropping. How she had to be listening hard to know that I thought I'd hung the phone up but more so because she had the audacity to bring it to him in a way to cause problems for me. I heard no more. I called the Regional Office the next day because that's where the report was sent. I spoke to Anne Quesada, the Regional Director. She informed me that the case had been sent back to Los Angeles because it wasn't over. I asked how could an Investigator think it was over and it not be over. She had no answer and I told her I wanted a differerent Investigator. She had no reply. I called Connie's Supervisor and asked him about it and he only said they'd let me know when it was over.

**Long Story Short**

Connie texted me at day 250 -270 and asked for permission to speak with my witness. I wrote her Supervisor and asked him wouldn't she have spoken to my witness during the original time period. I received a response a few days later but no answer to my question. I'd asked them during the 1st 100 days about expediting the case. They never would replace her and the case ran over 1 year and I wasn't questioned again. I have all of the related proof. When I received the case results from Anne, there was no surprise for me. I went as far as to contact HUD Headquarters in Washington, DC. I sent my evidence and about the investigation so they could see how they reached such a decision and quickly sided with the Investigation. I really don't get it. I really can't stand corruption and biased investigations. I feel they took that long on purpose because how is it said to be over at 100 days and go on another 265+ days?

## 'My Hands Are Tied Fabrication'

The reason I included a different case was to refute what Susana said when I plead with her to allow us to remain. A friend had Section 8 taken away from her from 5/31/2020, her Section 8 was wrongfully taken by her worker. She found out 6 months later due to Covid 19. The termination notice was sent to the apartments but not to my friend. She finally got through to Keysa who was rude and told her she'd have to reapply all over again. My friend had been on Section 8 for 31+ years. She had been denied an appeal, due process, etc. She received a document on 4/23/2021, was more bad news. I helped her write another more informative document restating the facts her worker's failure to contact her & her right to due process. On 5/20/2021, she received an email that informed her of her reinstatement & her past due would be paid. She was off of it 1 year. What makes her reinstatement a reality after a year without being on Section 8 & my case an impossibility after 2 weeks because their 'Hands Were Tied'? **EXHIBITS 22 & 22A**

## Atty Hamilton's Opinion in My Case

Atty Hamilton interprets the 'Gravamen' of my claim is that my Section 8 housing voucher was terminated on July 9, 2018 and that as a result I lost the benefits of the housing program. That's an odd summarization of what I made reference to many times. First of all, there's only 1 benefit that person actually gets from the Section 8 Housing program, an apartment or house to remain stable for self or family. The fact that in the 10 pages she wrote in the 'Defendant's Memorandum of Points & Authorities...', that Susana & Angie did not follow HUD's or OHA's posted 'abatement process' in order that the correct procedure is followed that's likely to keep the tenant in place for years to come, that Susana & Angie quickly & blatantly denied my RAR without giving it a thought, which defines 'intentional discrimination', that Susana & Angie sentenced us to homeless even after the inspection passed, that Susana & Angie easily could have rescheduled the inspection since it wasn't my place to arrange it, that Susana & Angie wrongfully entered the inspection as failed vs unscheduled. that Susana & Angie had premeditated my terminated voucher over a month before the June 30, 2018 instead of using that effort to insure the apartment got inspected, that Susana & Angie punished us to the extreme for what actually was a failure between the Housing Inspector & the Apartment Manager, that homelessness was a discriminatory degree of punishment for a small light on the exhaust fan in the bathroom, etc. She also mentioned Margery and my allegations being limited to descriptions of background conversations I had with her several years ago & unrelated to my present claims...After a 'CAREFUL REVIEW' that's all she discovered pertaining to my claims. She failed to note that our 2014 experience took up 2/3 pages and 1 page pertained to this case with a notable time line references that

highlighted 2019. She never mentioned any of my allegations on Margery past 2014. She never mentioned how she intentionally ignored my numerous RAR 's and pleas from October of 2018 through March of 2019. She also forgot to mention Margery's words to me after the meeting between Angie, Judy & myself, which were also said in the commission of a RAR crime. Stuck her head in on que, because her office was less than 2 feet from Angie's. She so haughtily said, "Don't I know you from a year or 2 ago? Aren't you the one with the little boy?" Although she'd never laid eyes on Noah, but she did receive the 2 emails in March which were pleas for her intervention for Noah's sake, because he'd been taken less than a month prior by CPS.

She never Angie's email with the sarcastic remarks that accompanied her malicious refusal to extend my voucher, because I was unable to search without the need of help from an outside source, so the extension would not be effective.

I presented this court with truthful evidence, exhibits & testimony. Atty Hamilton on the other hand, presented this court with testimony she's sworn to, as an officer of the Courts, altered testimony taken from my Complaint, that edits the truth out, makes unrealistic assumptions, reconstructs my thoughts & intentions, boosts the intent & actions of her clients and slanders any reference towards me, my intentions & my actions. What I claim above in re to Atty Hamilton, can be seen easily, simply by a review of my 6th Amended Complaint and making an honest comparison of the facts surrounding them. She has presented no evidence to dispute my allegations, she's only tried to convince the Courts that I either mean something other than what I'm trying to say or I'm confused towards the meanings. If Atty Hamilton read & reviewed my 6th Amended Complaint and couldn't get its 'Gravamen' correct, how can her decipher-ability of the body of the pleadings formed with her failed gravamen be considered or trusted? *Question: How many normal people or students would come to the same or similar gravamen determination? Answer: People ☐ or Students ☐*

Pages 9 & 10 of Atty Hamilton 's, 'Defendants Memorandum of Points and ...', pertains to emails that were Angie's emails to me & Judy, as well as the letter from my Dr. Page 9 & 10 were made to attest to the proper following of the procedures by Angie Hanifin while denying that she ever terminated my voucher or refused the RAR. She professes how Angie asks for more information and how she did so in compliance with applicable laws and the local Administrative Plan. However, again she intentionally omits the key email that Judy & I were handed personally by Angie at the meeting. It overtakes and other emails unless instruction is given to disregard it and its content, **which did not happen.** This email I will attach as the following page.

Angie Hanifin <AHanifin@oceansideca.org>
Attachments
Apr 4, 2019, 4:47 PM
to Keysa, me

> *The following statements & decisions, were made after the OHA learned that for the initial 9 months that I'd unsuccessfully searched for a home and which they often referred to; my disability's recently acquired PTSD, which derived from trauma caused by the death of a loved one, was to blame for my failure to acquire a dwelling on what would be my 3rd apartment search in 8 years.*

Hello Mr. Musgrove:

The Housing Authority has received your request for extension and reasonable accommodation. Additional information is needed as you have already had 9 months to find a unit, far longer than allowed by our administrative policy. I would like to discuss with you further what Susana Sandoval (Soto) did to your family. I am not clear as to what you are alleging specifically.

1. Please provide how much longer of an extension you are requesting? The Housing Authority will not grant indefinite extensions.
2. Extension request form and list of units you have looked for.
3. The Housing Authority does not provide the services you are asking for - assistance needed to find and obtain an apartment. The Housing Authority is required to:

When issuing a Housing Choice Voucher to a family which includes an individual with disabilities, include a current listing of available accessible units known to the PHA and, if necessary, otherwise assist the family in locating an available accessible dwelling unit;

III. Take into account the special problems of locating an accessible unit when considering requests by eligible individuals with disabilities for extensions of Housing Choice Vouchers

You have not indicated that you need an accessible unit. The Housing Authority has provided you with information about available units. Other voucher holders are able to locate units. If you do need an accessible unit, I have attached information put together for persons with disabilities. In addition, following is a link to the Housing Authority website
https://www.ci.oceanside.ca.us/gov/ns/housing/section8/tenants.asp#disabled Please review the Community Resources for Persons with Disabilities for a list of accessible units in Oceanside. The page also includes links to apartment complexes and property management companies that have worked with the Section 8 program in the past, as well as a link to Go Section 8 Online Rental Listings.

The Housing Authority provides these resources and it is the participant's job to contact landlords and find a unit. If you need resources for a security deposit, you may contact 211 or Interfaith Community Services for possible assistance.

Please update your request, as well as provide an extension request listing the units you have looked at. Upon returning to the office, I will be sending a letter to North County Health Services that the Housing Authority does not provide services to help participants locate units, other than providing referrals as listed above. The letter indicates that you are not able to search for housing on your own, so without additional help from an outside source, providing an extension would not be effective. Will NCHS help you find a unit? Their letter seems to say that they can provide this service. I don't see anything in the case history indicating that you reported that our son is no longer living with you. Has your income changed as well?

Please feel free to contact me so we can discuss this further. I will return to the office on April 11th.

Color Key:

- **[blue]** States their right to deny my RAR, makes clear their obligations & offers to only help to locate accessible dwelling unit.
- **[yellow]** Blatantly degrades me by comparing my inability to locate a unit to other voucher holders who do.
- **[teal]** Reconfirming their role and the disabled person's job to contact landlords & find units even when unable to do so.
- **[purple]** Put me on notice that they will contact NCHS vs my doctor, to put them on notice to prevent further misunderstandings.
- **[pink]** Blatantly refused my RAR extension request because I was disabled and in need of assistance from a 3rd party.
- **[orange]** Sarcastic shot at NCHS re: apartment search assistance and intentional misinterpretation of my doctor's statement.

15

Regardless of what Atty Hamilton, has alleged, fabricated, expressed or insisted, the facts remain the same. Her choice to selectively include all the scenarios deriving from her thoughts using my words, makes their case unrealistic. The only allegation that she has stated that's true, definitely is true and also something I've already admitted to knowing & **had** an issue with until Atty Hamilton arrived. STATING A CLAIM

**Atty Hamilton's Misconceptions:**

Her misconception
My truth
Follow up comment

From: DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES

1. The gravamen that my voucher was terminated and I was denied benefits of the program due to their failure to grant my RAR.

    a) My gravamen was simply being bullied into homelessness. What benefits to the program does she refer to? There is but 1 benefit: 'Stable Housing', which they maliciously robbed us of.

    * Susana & Angie disregarded the guarantees posted on their website of an 'Abatement' which was to begin on July 1, 2018 instead of the voucher termination for Oceana Apts. and 120 days to find new housing unless it passed in the meantime [**ref to Page 5, Lines 17-23**][**EXHIBIT 3A**]. They could have rescheduled since it was their job to schedule the re-inspection [**EXHIBITS 1 & 14**], yet the refused to reinstate the voucher after it passed [**EXHIBIT 3B**] no matter how much I pleaded (claiming their hands were tied after 1 1/2 weeks), even though I've presented proof that they reinstated a friend's after an exact year [**EXHIBITS 22 & 22A**] had passed (which means that was another lie).

2. That I confused the HCV with the HAP

    a. I stated that on July 1, 2018 Susana terminated my HCV for Oceana Apts. and on July 3, 2018, Wendy told me OHA hadn't paid their portion (HAP), which I refer to only as 'their portion'.

    * That's correctly stated and I don't get her issue with it. The HCV is just that: A Voucher which can be terminated. The HAP is the payment made by OHA on the tenant's behalf.

3. That I said my HCV was terminated but she goes on to mention extensions.

    a) My HCV was terminated as I stated, for Oceana Apts. I carried in hand on my apartment search, my new HCV that was to be filled out after I obtained a residence by the Landlord. Yes, I did receive extensions as a direct result of my disability's acquisition of PTSD.

    * I really don't understand her idea that I claimed that I was terminated and that they went above & beyond in their efforts, as if I'm lying on the victims. My voucher was terminated at Oceana and won't

become active again until a residence is acquired. Hence the search for an apartment.

4. That I said my HCV was terminated on July 9, 2018 and as a result I lost my benefit to housing. [**Pg 7 Lines 14-19**]

   a) I said I received a letter from Susana on July 9, 2019, stating my my voucher was terminated due to a failed inspection. Although I forgot the page numbers, on Page 3 Lines 23 & 24 of the 6th Amended Complaint , I clearly state that instead of my voucher termination on 7/1/2018, that was the day the abatement process should have begun. On page 4 Lines 2 - 6 I stated that Angie terminated my voucher and sent us to the streets literally homeless, with other remedies available.

   * It seems as though she has changed my meaning of termination in order to glorify their efforts. When I said termination it was directly related to from Oceana and becoming homeless and never to the program itself. She also has failed to mention the word 'Homeless' throughout the entire document. The fact that she couldn't see that being forced to become homeless for a father & child, when OHA's website & HUD's have procedures in place in order maintain the voucher and prevent homelessness , means she's intentionally slandering my case & testimony for her clients.

5. That OHA granted extensions far longer that administrative policy and went above & beyond.

   a) When Angie & Susana forced us out to live on the streets, we were still at the very beginning stages of the grieving process , which we were also robbed of the right to do. Grieving was only complicated by homelessness, which severely affected my depression & PTSD. Therefore, until I found out I had an issue , I was incapable of obtaining a residence , and I wouldn't have been put in that situation in the 1st place if they would have followed their procedures like they do in other cases. So when Dr. Walker discovered my problem I naturally asked for help. If they would have felt any kind of guilt of remorse for their discriminatory actions, they would have gladly made 2-3 calls each morning for me as an accommodation. But they felt the opposite. This is why they not only refused but ridiculed me in the process and made hurtful remarks. Atty Hamilton said they wanted more information for compliance with their 'Administrative Plan', where was that concern when it came to following the guarantees on their site or HUDS for my family's safety & stability?

   * During the 1st few months I was incapable of obtaining a residence due to their actions. They were supposed to use 'Appropriate Consideration' when deciding whether to grant an RAR [**EXHIBIT 20 & 20A],** but Susana used none by an immediate response. Judy also tried to reach Angie **[EXHIBIT 7]**

17

6. Again, on Page 9, Atty Hamilton, glorifies their efforts by insisting they didn't deny our RAR, but only requested additional information. Then she discredits my Drs. Statement as Angie had done, when it states the obvious. She again mentions the 9 months I'd already had even though I was unsuccessful as a direct result of my disability, which they made worse by their homeless sentence on a father and son in the process of grieving for the 1st time in life. Then Atty Hamilton mentions how they provided me with resources that could have assisted me and property management companies & complexes.

    a) Atty Hamilton is sickeningly selective. Providing me with resources, apartment complexes and property management resources was the same as telling me to go out and apply at that time, I was incapable of it as a direct result of my disability, my Dr. had informed them of that on March 25, 2018, 3 weeks beforehand , which proves it was given absolutely no regular consideration much less appropriate. Why can't Atty Hamilton see that? Angie said my Drs note was insufficient, even though my Dr said if you have any further questions to get my ok and call her at the number she listed which they had from March 25 - April 15th 2019 to do, and this is the same lady that said for OHA to make 2-3 phone calls to **LANDLORDS** each morning, which would take less than 1 1/2 minutes for all 3, would cause a 'Fundamental Alteration' to the nature of their **HOUSING PROGRAM**. This is the person who's opinion I'm supposed to rely on? Atty Hamilton, obviously reviewed Exhibit 8, but again missed 3-4 vital points. **1)** Where Angie belittled me by saying, '*Other voucher holders are able to locate units*', which did its job at the time because I was homeless, failing, not confident in myself, afraid, etc. They then threatened to bother my Dr by stating, "*Upon returning to the office, I will be sending a letter to North County Health Services that the Housing Authority does not provide the services to help participants locate units.*" I didn't want my Dr to have to face their attitude because she may have seen me as the source of trouble. Then there was the other sarcastic put down, "*Will NCHS help you find a unit?*" which shattered all hope because it confirmed the comment prior to it. Obviously Atty Hamilton, either agrees with or sees nothing wrong with what they said just prior to asking would NCHS help. They said, "*The letter indicates that you are not able to search for housing on your own, so without additional help from an outside source, providing an extension would not be effective.*" With my mindset being as it was at that time, this devastated me and my hopes for having a place with Noah again, so my depression skyrocketed, which I had no control over. It's plainly put, definitive and malicious in nature. It told my brain that because I was disabled they weren't willing to take 1 1/2 minutes to help someone who was handicapped. [**Page 15 Above or EXHIBIT 8**]

<span style="color:red">* Margery's hateful comments following it took my depression to an even deeper state than I'd experience before. [Page 9 Lines 16-23] They had stated their intent definitively and no, I didn't have any positive thoughts about the future, especially with them.</span>

**As a result**: I told Joanne & Judy of Legal Aid I was done and didn't want Housing anymore. At a later date, Joanne called me and asked me to come to her office. When I arrived, they mentioned how they had forced OHA to port me out to the San Diego County Housing Authority, and I agreed to go there. The difference between the two places was like night and day. When my porting was complete, Joanne called me again and told me to go to Veterans Villas in Escondido, CA to apply. She had made the call my Dr asked that OHA refused to do. I moved in late November of 2019 [**EXHIBIT 10**]. I also got the live in trial with Noah on July 11, 2020, and permanent custody on February 4, 2021 [**EXHIBIT 9**]. I'm currently living there with Noah.

## In Conclusion

Atty Hamilton, began her interpretation of my case with entirely the wrong 'Gravamen', in fact her Gravamen was nowhere close to the much more serious and damaging foundation on which my case was built. Hers had to do with a voucher termination that she assumed I had mixed up & program benefits that are non-existent being there is only 1 benefit: Stable Housing for 1/3 or 1/4 of the recipients income. There are no food hand outs, free house cleaning, etc. Then there were selective areas from my exhibits, that were never edited to leave certain information or advantages out, that she chose to point out in an attempt to glorify the Defendants efforts & actions, that were actually neutralized by the parts that she selected not to mention or explain away because they can't be. She attempts to focus on my understanding of trivial parts even though I wasn't wrong from the beginning. She also minimizes Margery's part by attempting to date my mention of her back to 2014, while skipping my email communication, which is proven she received because she physically passed them down, and failed to mention the fact that Margery failed to respond over the course of 6 months. Then she spoke only of Angie's noble asking for more information and view of my Drs statement, while she doesn't mention Angie's hateful belittling comments, threat to inform NCHS of what they don't do for the disabled, or maliciously refusing my RAR because since I wasn't able and needed help from an outside source an extension wouldn't be effective. She also mentions many times the voucher wasn't terminated, when it was for Oceana, but put like I said it was program termination which i never said, but what Angie's statement about 'Extension wouldn't be effective' was actually an undocumented ' termination because with no extension or help, there was no way to secure a residence **for us.** She chose to skip these parts for a reason, otherwise she would have explained them.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

| 8/1/2021 | *Irvin Musgrove* |
|---|---|
| Date | Signature |
| | Irvin Musgrove |
| | Printed Name |