Name: Irvin Musgrove - Pro Se

Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

Telephone Phone: 442-341-1034

Email: irvinvsoha2020@outlook.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Musgrove, <br> Plaintiff(s), <br> v. <br> Hanifin, Pierce, Machado, Sandoval-Soto Oceanside Housing Authority, <br> Defendant(s). | Case No.: 20-cv-0614 <br> (assigned at time of filing) <br><br> **MOTION FOR LEAVE TO FILE 7TH & FINAL AMENDED COMPLAINT** <br><br> DATE: 8/1/2021 <br> TIME: <br> ROOM: 2D <br> JUDGE: Hon. Gonzalo P. Curiel |

I, Irvin Musgrove, solemnly swear the testimony I'm about to give is true and of my own will. I've written a few Complaints, none of which stated a claim. I can't really explain why, but since the Defendants have answered, things came in clearer for me. My disability has a lot to do with it because normally I'm too rapped up in no direction from having 'major depression' and 'PTSD'. PTSD brought on more complications seems like. But since the Defendant's have answered, I've felt even more determined. I never filed this case intent on the Defense not showing but I can't explain the way I felt. But not I do feel a sense of purpose, if that makes sense. I know that each time they failed to answer, I felt less motivated even though I knew I couldn't quit at the same time. I only wanted to try to explain to the Court why I feel different now and to apologize for my failure to state a claim previously. In all fairness, the Defendants attorney came in asking the Court to dismiss my 'Complaint' on the grounds of it not stating a claim, which I totally agree with. But I've been here firm regardless of the errors I've made

1

which I rightfully heard about from the Courts, but yet I remained. Atty. Hamilton came in last minute and simply wants what I've struggled to put together, dismissed. If her clients would have taken the time to answer during their numerous opportunities before, I'm certain things would have been different. I blame them for wasting my time as well as the Courts, and I know their failure to show was the reason why I had so much difficulty with 'Stating a Claim'. So I believe arriving with an apology to the Courts & myself would have been decent, but not an entitlement entry, which only reminds me of the way they chose to treat my family. I don't know how the courts actually work and I'm sure my saying this may be considered wrong, but I'm saying it because of how I truly feel, I need the Court to understand how I feel because I'm asking for the Courts approval of my 7th Amended Complaint which is probably unheard of. It's much like when I got the initial extensions to look for housing when my disability wouldn't allow me to be effective at it, but when my problem with acquiring an apartment was directly related to my disability, the Defendant's refused to help me. Well, the Defendant's absence somehow had its effect on my ability to state a claim, but now that they're here, which is like Joanne making the call that I'd needed OHA to do, which allowed me to acquire the apartment that Noah and I live in currently. The Defendant's depressingly late answer, made my ability to state a claim a reality unlike before. I'm just understanding this as I type and I will obtain a letter from Dr. Walker confirming this fact if I'm correct, if the Court needs it to make a determination.

I'm asking the Court for leave to file the attached 8th Amended Complaint. I can't explain how things became more simple they just did. I'm not objecting to their dreadfully late answer, which wouldn't do any good anyway, and I'm asking the Court to be just as fair to me in my late filing of a valid and more detailed complaint. If they were allowed to begin then I should be allowed a new beginning because it actually is. My family's rights were totally violated and I need the opportunity to prove it, which won't take much because it's the truth. No biased investigation or Attorney's last minute opinion, no matter how far off base it is, will change the truth of this matter I've brought forth. This case differs from many others for various reasons, and it also should stand apart from others in the interest of being an example that others can use with extreme cases that seem 'far fetched. I'm only here at their request which was made by their treatment & actions taken against my family. I'm just not the one who could take it lying down. My case is valid and in review of my newly formed 7th amended complaint, you'll know this to be true. I didn't find cases similar to my case because in most that I've reviewed, actions taken in them didn't have Defendants who acted in such a way as the ones I humbly happened upo

## DISCUSSION

I'm certain that this case is unlike others when it comes to the amount of time that it's taken for the Defendants to answer, as well as the number of opportunities that I have been given to 'Amend' my Complaint that 'States a Claim'. For this I'm guilty. The Attorney for the Defense claims that for me to State a Claim is futile because of how she interpreted the facts surrounding my 7th Amended Complaint, which was extremely far off base. I suppose if I interpreted it the same way she did, I'd most likely draw the same conclusion. Fact is, Atty Hamilton opinion couldn't be further from the truth. In this case and because of the unique differences surrounding it in comparison to other cases, the Court should freely give leave when justice so requires Fed. R. Civ. P. 15(a)(2), and in this case it certainly does. As I stated above, my depression heightened in the Defendants absence and only subsided upon the moment they answered as they should have months ago. Compensation did not serve as the motivation behind my effectiveness in this case, to face my violators owned that part of me due to my heightened depressive state after the realization they wouldn't appear before this Court. I thought and wrote from a mind without the stimulation it needed to think outside of its own box. When they finally answered, was the only time that the answers came to me re the 'Claim I'd State'. I in no way, acted in bad faith nor did I think for even 1 second that they wouldn't show in defense of themselves, especially since they'd have experienced representation in opposition of me as Pro Se. I assure the Court that my 7th Amended Complaint if granted, is proper, not futile in any way and is absolutely necessary for my case to be heard exactly as it would have been if they had showed months ago and my case would be prejudiced without this 7th Amended Complaint. I've been present at this Court for 17 months and they for 1 month, therefore I should be given the same opportunity to amend my complaint with all of the possibilities given for its thoroughness as long as they are genuine, as I would have, with my focus, determination and motivation in place as it would have been if they had exercised promptness at that time. Otherwise, my case would be prejudiced, which our judicial system is opposed to.

1  IV.  **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2     *pursuant to FRCP, Rule 38?)*
3          ☒ Yes     ☐ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6
7  _8/1/2021_                                  _Irvin Musgrove_
   Date                                         Signature
8
                                                Irvin Musgrove
9                                              Printed Name