# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-00614-GPC<br><br>**ORDER:**<br><br>**(1) DIRECTING DEFENDANTS TO FILE REPLY [ECF No. 124];**<br><br>**(2) SETTING BRIEFING SCHEDULE AND HEARING [ECF No. 125]; AND**<br><br>**(3) DIRECTING CLERK TO STRIKE IMPROPERLY FILED AMENDED COMPLAINT [ECF No. 126].** |

Plaintiff has filed a "Motion to Dismiss Case as Frivolous against Defendants" (ECF No. 124); a "Motion for Leave to File 7th & Final Amended Complaint" (ECF No. 125); and an Amended Complaint (ECF No. 126).

The Court construes ECF No. 124 as an opposition to Defendants' motion to dismiss and **DIRECTS** Defendants to file their reply to that document within the time set by the briefing schedule, on or before **September 10, 2021** (ECF No. 123).

1

The Court will also set a briefing schedule on Plaintiff's Motion for Leave to Amend (ECF No. 125). Defendants may file a response on or before **September 3, 2021**. Plaintiff may file a reply on or before **September 24, 2021**. The Court shall consider Plaintiff's Motion for Leave to Amend at the same hearing as Defendants' Motion to Dismiss, which is currently set for **October 15, 2021** at **1:30 P.M.** in Courtroom 2D. Plaintiff is reminded that should he wish to file further motions in this case, he must obtain a hearing date by calling Judge Curiel's chambers before filing the document, or the document may be stricken from the docket.

The Court lastly **DIRECTS** the Clerk to strike from the docket the Amended Complaint filed at ECF No. 126, as Plaintiff has not yet been granted leave to amend.

**IT IS SO ORDERED.**

Dated: August 10, 2021

Hon. Gonzalo P. Curiel
United States District Judge