# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>                  Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>                  Defendants. | Case No.: 20-cv-00614-GPC<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS**<br><br>**[ECF No. 131]** |

Before the Court is Plaintiff's Ex Parte Application for Leave to File Documents Late. ECF No. 131. Plaintiff has asked the Court to consider these additional documents when it evaluates Plaintiff's pending motion for leave to file an amended complaint, ECF No. 125, along with Defendants' pending motion to dismiss Plaintiff's Sixth Amended Complaint, ECF No. 117.

The Court has carefully reviewed the documents Plaintiff appended to the instant motion, which he wishes to supplement the papers he has filed related to the pending motions. *See* ECF No. 131 at 2-6. The Court finds that the additional details Mr. Musgrove provided therein would be most appropriately appended to Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Leave to File a Seventh Amended Complaint (ECF No. 128). When Plaintiff replied (ECF No. 130) to Defendants'

1  Opposition to Plaintiff's Motion for Leave (ECF No. 128), Plaintiff combined the
2  briefing with his brief in Opposition to Defendants' Motion to Dismiss, and filed them in
3  the same document (ECF No. 130).
4      Due to the complex procedural circumstances of multiple pending motions in this
5  case, the Court finds it reasonable to allow Plaintiff to file additional documents for the
6  Court to consider as part of his reply to Defendants' opposition to his motion for leave to
7  amend.  The Court hereby **GRANTS** Plaintiff's Motion for Leave to File Documents
8  Late, and takes the documents attached to the motion under consideration.
9      **IT IS SO ORDERED.**
10 Dated:  October 18, 2021

Hon. Gonzalo P. Curiel
United States District Judge