# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>    Defendants. | Case No.: 20-CV-614-GPC-BLM<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FURTHER AMEND SEVENTH AMENDED COMPLAINT**<br><br>**[ECF No. 143]** |

On October 18, 2021, the Court granted Plaintiff's motion for leave to amend the Sixth Amended Complaint, and to file the proposed amended complaint attached to Plaintiff's motion for leave as the Seventh Amended Complaint ("7AC"). ECF No. 133. Pursuant to the Court's Order, Plaintiff filed the 7AC on October 19, 2021. ECF No. 134.

Now before the Court is Plaintiff's motion for leave to further amend his complaint to add an additional cause of action against Defendants. ECF No. 143. As the Court explained in its October 18 Order, the Court provided Plaintiff notice on numerous occasions of the deficiencies in the Third, Fourth, Fifth, and Sixth Amended complaints,

*see* ECF No. 133 at 4, which Plaintiff sought to remedy in the 7AC. In granting leave to amend the complaint, the Court found that it was reasonable, under the circumstances, to allow Plaintiff to file the proposed amended complaint as the 7AC, and to allow Defendants to respond to the 7AC. ECF No. 133 at 5.

In the instant motion, Plaintiff has failed to provide the Court with a proposed amendment to the 7AC, nor does Plaintiff explain the factual basis or elements of the cause of action he would like to add to the 7AC beyond his belief that it should be included in the complaint. *See* ECF No. 143 at 2. Because the Court is unable to evaluate the proposed amendment to the complaint, and because the Court has granted Plaintiff ample opportunities to craft a complaint that alleges all claims relevant to his case, the Court **DENIES** Plaintiff's motion for leave to further amend the 7AC.

Defendants are directed to respond to Plaintiff's Seventh Amended Complaint **on or before November 17, 2021**.

**IT IS SO ORDERED.**

Dated: October 27, 2021

Hon. Gonzalo P. Curiel
United States District Judge