# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>               Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>               Defendants. | Case No.: 20-CV-614-GPC-BLM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SEVENTH AMENDED COMPLAINT**<br><br>**[ECF No. 147]** |

Before the Court is Defendants' motion to extend time to respond to Plaintiff's Seventh Amended Complaint ("7AC"). ECF No. 147. The Court's October 27, 2021 Order denying Plaintiff's motion for leave to further amend the 7AC ordered Defendants to respond to Plaintiff's 7AC on or before November 17, 2021. ECF No. 144. GOOD CAUSE appearing, the Court hereby **GRANTS** Defendants' motion to extend time, and **ORDERS** that Defendants respond to Plaintiff's 7AC **on or before December 17, 2021**.

      **IT IS SO ORDERED.**

Dated: October 28, 2021

                                                  Hon. Gonzalo P. Curiel
                                                  United States District Judge