## INTRO

I'm Irvin Musgrove, a Pro Se Plaintiff who's disabled and doing my best to represent myself in this case, in order to fight for my rights that were violated by the Defendants. I've made my share of mistakes filing but I am improving and gaining in knowledge. The mistakes I've made and being corrected by the Courts has made me more aware and appreciative of the system. As a result, when I come across a corrective measure by the Courts, I do my best to make the necessary changes to remain in compliance. These Courts have been very patient and understanding which I truly appreciate.

## RECENT BACKGROUND

The Courts scheduled a Briefing for Friday 10/15/2021 for the Defendants and myself. We were set to address Motions that we had filed during the time that we were allotted to do so by the Courts. I had a 'Motion to Dismiss as Frivolous' and a 'Motion for Leave to File a 7th Amended Complaint'. *Atty Hamilton had requested that the Courts order me to provide a more definite statement if it ruled not to dismiss it all together because of its chance for being effective or to 'State a Claim' being futile, but in her next motion, her sudden change of heart asked that it be disallowed, which came shortly after I submitted my draft of the 7$^{th}$AC, which she most likely reviewed and realized that I actually 'Stated a Claim'; she had assumed that I'd fail again, as I had on 6 prior occasions, not realizing the Defendants arrival would serve as true inspiration.*

## ARRIVAL FOR THE BRIEFING

When I submitted it on Pacer, I mentioned the fact that I'd present the Final copy at our planned Briefing. This is why on that day, I arrived in San Diego on time and made it to the Courthouse but didn't find metered parking. I proceeded 1 block to the Parking Lot and prepared to pay for the parking spot by downloading the app. I arrived at the lot at 1:10pm and our Briefing would begin at 1:30pm. In my brief case, I had 5 copies of my: 23-page EXHIBITS file, 20-page 'Motion to Dismiss as Frivolous' file & 28-page '7$^{th}$AC' file, to issue to the Judge, Defense Attys, and 1 to share between the Defendants.

## GOT THE CALL

I received a call from the courts to inform me that the Briefing had been called off because Judge Curiel had chosen to decide on the written evidence, I told her I was outside and she apologized for not contacting me sooner. This caught me totally off guard. This ended my true opportunity

to present my Completed 7th AC as I'd planned & mentioned. I drove back to Escondido and went home.

## THE ANSWER & MY ACTION

When the answer came on the site, it said that my 7th AC had been allowed but what it said next threw me as well. It cautioned I the Plaintiff, to submit the 7th Amended Complaint with the same format as originally submitted. I had been warned once previously about submitting a document the exact way it was without adding or omitting anything. As a result, I downloaded it from Pacer and resubmitted it into the system. In the excitement, the Completed copy slipped my mind.

## ABOUT THE 7TH AC

The 20-page 7th AC I'd submitted for approval was only a basic draft and I brought the 28-page 7th AC Completed file with me for the cancelled Briefing. It defines and describes the facts surrounding the case as the Courts ask that we do. I did ask to be allowed to add a 'Cause of Action' that's vital to this case, which was denied by mentioning that I've have many chances to include what I'd like to have in my 7th AC. The 7th AC contains much more than Versions 1-6. The current basic copy of it on Pacer, had 4 pages of testimony, 1 of which is about the biased investigation. If I were forced to present this incomplete file, it would put my case at a distinct disadvantage and cause it to also be disabled. Now that I finally 'Stated a Claim', what good will it be without the complete testimony in place to back it up. My depressive state with the PTSD attached, would make presenting my case to a jury nearly impossible because I have to know & believe in the material in front of me and much would be left out due to my nervousness, memory issue and because it wouldn't be on hand for me to refer to. The 6 additional pages confirm that there is much more testimony and a lot of it would totally slip my mind, meaning without it being present, I'd have an unfair disadvantage vs 2 seasoned Attys that have proven to be less than forth right. With my unintentionally leaving crucial evidence & points out, these seasoned Attys, would be able to continue their ways of selectively revealing testimony, that's worded in a way that taints its intended meaning and they'll continue to omit the testimony & exhibits that are too meaningful to explain away in favor of the Defendants, which means they'll have little to explain. This would cause an immediate handicapping of my case with me being an

unwilling part of it, from not being able to remember or refer to it. I know the difference, but those unfamiliar wouldn't necessarily know, which describes each juror. The Defendants enjoyed the advantage & advantages they had at OHA, but I refuse to allow them to have the same enjoyment here, when I am here to fight for my family's rights, as well as the rights of those that OHA have, are and will violate, who are equally underserving of such treatment.

The Courts recently told the Defendants that they weren't served until the Marshall's served them, which means they've been here by the record, for Amended Complaint's 6 & 7. This only gives them the satisfaction of rationalizing their intentional disregards of the 4-6 occasions that I had them served previously. This means the money for gas that I didn't have but used to travel from Escondido to Oceanside to serve them, the stamps to mail countless copies as the 2nd method of service, the ink to print 100's of copies & the paper I used to produce the 5 copies per Defendant, along with the countless pages that were thrown out due to errors, the risk we took when Susana's husband cut us off and forced us to stop against the median, as cars were forced to merge to the right lane to avoid hitting us, as he approached us verbally & physical aggressive & threatening us with harm for daring to serve Susana, which I felt obligated to do because the Courts questioned my use of 'Reasonable Diligence', which it rightfully felt, due to their intentional failures to answer, which brought about an undue question of my integrity; which ultimately means all of my efforts & expenses were done in vain. For the record, I witnessed each & every serving of the Defendants and swore & still swear to the legitimacy of each. In all actuality, no matter how it's looked at, they weren't aware of any procedural issues, as I wasn't in the service area, so they don't qualify for an excuse for failing to file an answer to my Complaints, especially those that were accompanied by a Clerk's Summons, which detailed the 21 days to answer, not counting the day served. In the interest of an 'Even Keel', I should receive the same consideration because if they were affected by the Courts procedural error, I was undoubtably affected to a much higher degree from being on hand to be affected and active in the creating, copying, organizing, mailing, filing & delivery of the service documents. That was unnecessary stress & pressure upon me.

## THE FORMING OF MY COMPAINT

I presented 6 prior Amended Complaints that didn't State a Claim and I had no idea as to why. My disability of depression dominant and it takes something to demand my attention at times. I didn't really get a true focus on this case, other than writing, researching & filing, until Atty Hamilton & the Defendants arrived, 15 months later, and the allegations in her initial Motion was so far off base that I snapped into myself. Her words and assumptions were offensive and provided what was needed to peak my interest. Afterwards, I managed to State a Claim with relative ease which confirms what I know to be the source of my late arriving ability, which was my violators and their representative. Therefore, my beginning should also be as if this were my 2nd Amended Complaint instead of the 7th. I was granted Leave to Amend Complaints, where each attempt became more questionable that it would successfully State a Claim. I should be granted to submit the $7^{th}$AC in its Completed form, because I was unable to present it at the Briefing, not only because it was meant to represent my case, but mostly because it guarantees to provide the missing link, and actually States a Claim.

## TO DENY ITS RIGHTFUL PLACE

To deny the incomplete 7th Amended Complaint to be replaced by the Completed $7^{th}$AC, would be the same as handicapping my case to the point of using a shallow version, that's free of depth, that's to be presented by the forgetful presenter. As I stated above, I'd be put at great disadvantage that would make me vulnerable to the rangy words, selective testimony & warped interpretations exhibited by the Defense in every file they've made reference to. My Completed $7^{th}$AC is filled with the truths that they detest because they can't research answers that will explain their discriminatory actions, because they don't exist. Their success here would definitely be the cause allowing their discriminatory treatment of others to continue. I've helped with one that the Court was made aware of in this case; but the one that's currently being acted upon, makes it look like the most innocent 'Dora the Explorer' episode. The Courts are meant to do what is necessary to ensure this type of treatment & injury is less & less likely to occur, due to the preventive measure put in place.

## IN CLOSING

I fully understand the Ethics & Morals on which the Court stands. The integrity of the case and non-biased approach to it is the Courts duty to uphold. The prime example of what the people of this Nation and the World should follow.

My case is built on and will be presented with the same. I've sworn this since the day I filed it and I've not once deviated from this honorable path.

My intent is not to assume the identity of the rebel because of the stand I must take, which is that of presenting my case only in its fullest capacity in re to it being comprised of every law that it pertains to and as thorough as it's meant to be in order for me, as Pro Se to have a fair and impartial opportunity to present the truth of every matter in order to expose and properly explain the depths of the undue hatred & actions that were used to cause irreparable harm upon my family.

Because of Covid 19 and other restrictions, I wasn't denied the full benefit of this Court and other resources to assist me in the forming of a flawless & error free case. Being disabled with PTSD & Severe Depression, didn't make the lack of such any easier. Nor did the Defendants failure to show for 15+ months add the motivation & focus I'd need to be effective.

However, the sudden arrival of the Defendants and their Atty provided a determination not experienced during their absentee period, and my will to fight is at the chosen peak.

I received an enormous amount of the Courts patience & understanding surrounding, my difficulties in Stating a Claim on a few occasions. But as confirmation that my true ability to achieve that goal came from and was dependent on the Defendants presence, is the fact that it happened as soon as they arrived and not 2 or 3 chances down the road. This is prove of the fact that I too, arrived in all fairness, at the exact time that they arrived. This is not intentional or my doing because I had no idea that they would show with only the months that had passed where they failed to show.

This is why I'm asking the Court for Leave to Replace my incomplete 7th Amended Complaint currently on file, with the 7th Amended Complaint that's completed and I'd mentioned and planned to present at the Briefing that was scheduled but canceled last minute. Also, in the interest of fairness and thoroughness, I again ask for Leave to include the Cause of Action that's directly related to this case and will make my case solid and with no more to Amend period.

Now that I have stated a claim, why would the Court give cause for my case to suffer a literal handicap. I'm the only one with a handicap and I don't need to present a case that has a handicap as well. I have to be confident and focused in order to present my case to a jury effectively and I've seen & experienced the selective testimony that's included & omitted by the Defendants Attorney. I should not be forced to enter the courtroom any less capable & prepared than they who had no issue with the literal bullying of my family. I didn't prepare for a 1 ½ years to present an empty shell of a case which they could enter. I'm asking for an equal opportunity.

1   I'm not familiar with 'Statute of Limitations' as far as how it relates to this case, in
2   particular to the filing or refiling of it. I don't want this to be the reason I lose all rights to pursue
3   this legal action which I'm destined to fulfill. My family deserves the closure needed to rightfully
    move on even with the damage that's already been done.
4       If the Court can't grant Leave to Replace the incomplete 7th Amended Complaint that's
5   currently on file with the Completed 7thAC, I request that my case be Dismissed Without Prejudice
    with the right to refile it at a date less than 1 week away. I'd also need to have the same Waivers
6   in place because my monthly income amount has not changed.
7       I'd also need the Court's help in determining the Statute of Limitation factors that could
    hinder or disqualify my case from being refiled. In the case that the Statute of Limitations has been
8   reached during this unforeseen delay, resulting from their absence and the time period in which I
9   was allowed to serve the Defendants in error, which consumed the same amount of time, which I
    hope the Court will take into consideration, and the Courts won't allow me the Leave needed to
10  Replace the incomplete 7th AC with the Completed 7th AC, I'll have no choice but to present my
11  case as it is, and to withdraw my request for my case to be Dismissed Without Prejudice.
        I've attached my Completed copy of my 7th Amended Complaint for the Courts review and
12  decision.
13      If any of the above factors will cause any type of issue with my case being filed promptly,
    I also respectfully withdraw my request for Dismissal, and will proceed even with the feeling of
14  an unfair handicap. My day in court far exceeds a denial of that day that's needed for the health of
15  my family as a whole.

PLEADING TITLE - 1