# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>                    Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>                    Defendants. | Case No.:  20-CV-614-GPC-BLM<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO FURTHER AMEND SEVENTH AMENDED COMPLAINT**<br><br>**[ECF No. 149]** |

On October 18, 2021, the Court granted Plaintiff's motion for leave to amend the Sixth Amended Complaint, and to file the proposed amended complaint attached to Plaintiff's motion for leave as the Seventh Amended Complaint ("7AC"). ECF No. 133. Pursuant to the Court's Order, Plaintiff filed the 7AC on October 19, 2021. ECF No. 134.

On October 21, 2021, Plaintiff moved the court ex parte for leave to further amend his complaint because he sought to add an additional cause of action against Defendants. ECF No. 143. The Court denied Plaintiff's motion, and reiterated the Court's findings from the October 18 Order: the Court had previously provided Plaintiff notice on

1

numerous occasions of the deficiencies in the Third, Fourth, Fifth, and Sixth Amended complaints, and as a result, Plaintiff had ample opportunities to finalize the allegations and causes of action to be included in the 7AC.  *See* ECF No. 133 at 4.  Accordingly, the Court denied Plaintiff's motion.  ECF No. 144.

Now before the Court is a second ex parte motion by Plaintiff asking for leave to amend the 7AC filed on November 3, 2021.  ECF No. 149.  For the reasons set forth in the Court's previous order denying Plaintiff's first ex parte motion, the Court **DENIES** Plaintiff's the instant motion for leave to further amend the 7AC.

The Court's deadline for Defendants to respond to Plaintiff's 7AC remains **December 17, 2021**.

**IT IS SO ORDERED.**

Dated:  November 4, 2021

Hon. Gonzalo P. Curiel
United States District Judge