Office of the City Attorney
JOHN P. MULLEN
City Attorney, CA Bar No. 160510
**Barbara Hamilton**
**Assistant City Attorney, CA Bar No. 163806**
**Lisa Ricksecker**
**Sr. Deputy City Attorney, CA Bar No. 201746**
300 North Coast Highway
Oceanside, CA  92054
(760) 435-3969 FAX: (760) 439-3877

Attorneys for Defendants
Angie Hanifin, Margery Pierce, Keysa Machado,
Susana Sandoval-Soto and Oceanside Housing Authority

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE<br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY<br>　　　　　　　Defendants. | CASE NO.: 20-cv-00614-GPC<br><br>ACTION FILED:  March 31, 2020<br><br>**DEFENDANTS'NOTICE OF MOTION TO DISMISS PLAINTIFF'S 7TH AMENDED COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br>DATE:　　March 4, 2022<br>TIME:　　1:30 p.m.<br>DEPT:　　333 West Broadway<br>　　　　　San Diego, CA 92101<br>　　　　　Courtroom 2D<br>JUDGE:　Hon. Gonzalo P. Curiel |

　　　TO PLAINTIFF, IRVIN MUSGROVE: PLEASE TAKE NOTICE that on March 4, 2022, at 1:30 p.m., in Courtroom 2D of the above entitled Court located at 333 W. Broadway, San Diego, CA 92101, before the Honorable Gonzalo P. Curiel, defendants will move this Court for an Order dismissing the Seventh Amended Complaint ("7AC").

　　　This Motion will be made on the following grounds:

///

1. Failure to state a claim upon which relief can be granted (FRCP 12(b)(6)) as to all causes of action.

2. As to the state law claims, failure to submit a government tort claim.

3. As to the Unruh Act claim, failure to submit a government tort claim, time-barred as beyond the statute of limitations, and the Act is inapplicable to the named to defendants.

4. As to the FHA claims the allegations are insufficient to establish claims under the Fair Housing Act Statutes (2nd, 4th and 5th Causes of Action) as to any of the named Defendants.

This Motion shall be based upon this Notice, the Memorandum of Points and Authorities, the Request for Judicial Notice, the complete files and records of this action, and such other evidence as may be presented at the hearing on this motion.

DATED:  December 16, 2021

CITY OF OCEANSIDE
OFFICE OF THE CITY ATTORNEY



By:   *s/ Barbara L. Hamilton*
BARBARA L. HAMILTON
LISA L. RICKSECKER
Attorneys for Defendants