UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE JINSOOK OHTA | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Gonzalo P. Curiel to the calendar of the Honorable Jinsook Ohta. After this transfer, the case number should be changed to reflect the initials of Judge Ohta. Therefore, in all case numbers, the "GPC" that appears after the case number should be changed to "JO." The assigned magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Ohta. All dates currently set before Judge Curiel are vacated and will be reset by Judge Ohta. Dates before the Magistrate Judge are unaffected by this Order.

1. 3:2021-cv-01648, *Pathway Innovations and Technologies Inc. v. Learning Glass Solutions, Inc.*
2. 3:2021-cv-00806, *Vennerholm II et al. v GEICO Casualty Company et al.*
3. 3:2020-cv-01630, *Standifird v. Saul*
4. 3:2017-cv-02594, *Moran et al. v. FCA US LLC*

| | |
|---|---|
| 5. | 3:2019-cv-01748, *Fonseca v. Hewlett-Packard Co. et al.* |
| 6. | 3:2021-cv-01389, *Gastelum v. HEES II* |
| 7. | 3:2020-cv-00413, *Hocking International Laboratories, LLC v. Vegalab, Inc.* |
| 8. | 3:2019-cv-00378, *Greer v. County of San Diego et al.* |
| 9. | 3:2019-cv-00559, *Young v. Shoe Palace Corp. et al.* |
| 10. | 3:2014-cv-02404, *Arellano, Jr. v. San Diego, County of et al.* |
| 11. | 3:2021-cv-00961, *Baker v. Saul* |
| 12. | 3:1951-cv-01247, *United States v. Fallbrook* |
| 13. | 3:2019-cv-00901, *D.T. v. MTS* |
| 14. | 3:2020-cv-00614, *Musgrove v. Hanifin et al.* |
| 15. | 3:2020-cv-01629, *Shay v. Apple, Inc. et al.* |
| 16. | 3:2021-cv-01076, *Ryan et al. v. County of Imperial et al.* |

**IT IS SO ORDERED**.

Dated: January 4, 2022

Hon. Gonzalo P. Curiel
United States District Judge