1  Name: Irvin Musgrove
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 760-672-1325
4  Email: irvinvsoha2020@outlook.com
5
6
7
8         UNITED STATES DISTRICT COURT
9         SOUTHERN DISTRICT OF CALIFORNIA
10
11 Musgrove                                Case No.: __20-c-614 JO MJNB__
12                                              (assigned at time of filing)
                                     ,
13                         Plaintiff(s),  **MOTION FOR JUDGEMENT**
14 v.                                      **ON THE PLEADINGS**
15 Hanifin, Pierce, Machado, Sandoval-Soto
   Oceanside Housing Authority
16
17                                     , DATE: 1/7/2022
                          Defendant(s).   TIME:
18                                        ROOM: 4C
                                          JUDGE: HON. JINSOOK OHTA JO BLM
19
20
21
22
23
24         **AREA LEFT BLANK INTENTIONALLY**
25
26
27
28

1

**INTRO**

This hearing was called to put my 7<sup>th</sup>AC on trial as another defensive ploy, when they should be focused on the dirt on their own porch because it's caked. I thought that the Courts had already determined that my 7<sup>th</sup>AC, 'States a Claim' and for relief to be granted. I've approached every aspect of this case with good will. I'll leave the 7<sup>th</sup>AC to discuss at the hearing.

**REDUNDANCY: THE REASON WE'RE HERE**

Answer Failure Redundancy, is the actual issue that's gives Atty Hamilton the need to deflect in desperation, in order to find anything that would nullify my case as a whole, which means a procedural failure, technical failure or filing failure. Her primary reason being: To nullify my case by way of how cases normally go, would entail addressing the specific, allegations, exhibits, documentation, etc. which would leave the Defense, Defenseless entirely. Think about it, without being able to answer a single question now why it's from the documents, what would it be like answering them under questioning by their actual victim? This causes her to desperately undergo extensive research to find that effective loophole. I have no doubt that she knew nothing about the 'government tort' requirements for the simple fact that she would have used it from the start, instead of all the misinterpreted 'Disability Law' particulars and words that sounded good but didn't relate, in her last 'Motions', which pertains to her anxiousness to nullify. To nullify as a whole by loophole, is the final desperate attempt because of her inability to produce even 1 little answer, not to mention the many in my 'Complaint'. To attempt an answer, which would have to be irrelevant, ridiculous, etc., would only destroy their case. The is exactly why Atty Hamilton has provided not 1 answer after receiving 2 'Orders' from the Courts. This is the reason why I will never understand or agree with the Court allowing the Defense to avoid the questions and answering why they hurt my family as they did, who organized their assault, etc., and yet won't allow the Plaintiff to proceed, as the victim, without answering about his integrity towards the Defendants, his not filing a government tort claim, etc. I definitely will never understand or accept that the Court used 'Out of Sight Out of Mind' when it pertained to their answers because they're never mentioned again. What

happened to the consideration for the 'Closure' that a family may possibly need or could benefit from? Any case that's brought to court where both parties are legitimate, their case is filled with testimony via: documents, evidence, exhibits, witnesses, etc. I haven't ever heard of a Defendant's written response to a 'Complaint', not containing 1 answer to the questions from the Complaint. Where there's no answer, what is there? GUILT. In other words, their 'Failure to Answer Redundancy' simply means they have no legitimate excuse for their actions against my family. This is why the 'Tort' angle was discovered and offered as a 'Motion' because it's legitimate. She knows her clients are guilty at this point because I'm sure this is her 1st case without being afforded the use of a pen or voice. Even though she knows they're guilty, it doesn't matter to her, which is sad, and why I couldn't be an Attorney. If I were, I'd have a 'No Guilt Guarantee' contract that only the innocent would dare enter into, to place the responsibility totally on my client. Those innocents would love me, which is all that would matter.

**WHAT GOVERNMENT TORT?**

When I read Atty Hamilton's 'Failure to Submit a Government Tort Claim', I was floored. It wasn't intentional in the least. It's amazing that she can point fingers but can't produce answers.

**MY ATTEMPTS TO FOLLOW THE PATH & SIMILARITY**

From my brief understanding of it, a Complaint has to be filed with the 'Department of Justice' within 6 months, in order to go after government employees. *I'd never heard of such a requirement and if a government employee, intentionally frames & damages a family, they should be made to pay for it no matter what legal avenue is taken or utilized, because it's inhumane. They should never be protected by a requirement such as this one by itself, because the family's need for closure would far outweigh the rights of any who'd intentionally destroy another.* Also, this requirement or its explanative link, should be dressed in Neon on the very front of every legal law publication. It should also be made a part of Federal Courts or any agency which associates with the DOJ as a benefit to the innocent and not a potential loophole for the guilty to jump through. In my research on this case, I learned that HUD & the DOJ are often hand in hand. As a matter of fact, I did file

3

a complaint with HUD 1st, just as is required with the DOJ. This goes to show that I wasn't in a rush to sue and I reached out to HUD which was the only place I knew, prepared to take no action while waiting for HUD's process to end. I even have email proof that I went as far as to ask the HUD Investigator for a right to sue and her emailed response to inform me that they don't give rights to sue. (File attached) This I did without any prompting or advice, so I was trying to reach out but wasn't educated as to exactly where I should do go besides HUD. Somewhere along the Investigation, they should have told me about DOJ or they could have referred me to the DOJ before Investigating, knowing it was the 1st step to take. I spoke to the Director in San Francisco at HUD Regional, a Supervisor at the Los Angeles Field Office and the Investigator, and no one told me a thing about the DOJ requirement. They work closely together so why wouldn't they? Probably for the same reason they'd lead a biased investigation. My intentions were honorable, I was failed by HUD's failure to lead me in the direction that I should take. We as victims or non-professional people truly appreciate those who take a moment or time to assist us on our daily paths. I could only ask and even though I might not have asked the perfect question, they would know what I was trying to accomplish; example: Me asking for a 'right to sue' is exactly or extremely similar to the 'Tort's' purpose. That proves I inquired and later filed in good faith with a respect for the laws, well, those I knew of. I asked HUD about a 'right to sue' approximately a week before I filed the case, which I told HUD I had planned to do in a week or s (See attachment). If I would have known about DOJ or was told about them, I would have had no problem filing through them. *I'm Pro Se, but If I would have been able to afford an Attorney, all steps would have been followed. Therefore, the 'Leniency Principle' should apply.* **Waters v. Philbin, Civil No. 7:10-cv-105 (HL) (M.D. Ga. Sep. 12, 2011)**

**MY 7TH AC IS LEGITIMATE**

My 7thAC has already been accepted by the Courts because it 'States a Claim' and one on which relief can be granted. Atty Hamilton has only used desperate maneuvers i.e.: loophole pleas, law meaning deviations, attempts to alter the basis of my understanding in re to an action, since she 1st filed for the Defendants. My 7thAC is no different for her when

4



---------- Forwarded message ---------
\* From: Fisher, Connie L <Connie.L.Fisher@hud.gov>
\* Date: Thu, Mar 19, 2020, 6:08 AM
Subject: RE: FW: Request of Court Update for May
\* To: Irvin Musgrove <imusgrove174@gmail.com>
Cc: Crespo, Gregory H <Gregory.H.Crespo@hud.gov>

Good morning Mr. Musgrove,
\* We do not issue "the right to sue" notices.
Thank you,
Connie Fisher

\* From: Irvin Musgrove <imusgrove174@gmail.com>
\* Sent: Wednesday, March 18, 2020 7:43 PM
\* To: Fisher, Connie L <Connie.L.Fisher@hud.gov>
Subject: Re: FW: Request of Court Update for May

\* I also need to know, do you have to give me the 'right to sue' like the Dept of Fair Employment & Housing has to do for employment legal suits? In



\*FROM
\*DATE
\*TO



\* MY QUESTION
\* HER RESPONSE

5

it comes to being slandered by her, even though it's been cleared by the Courts, because it clearly states a claim. With there being no doubt that this is the 1st case in which she has been totally Answer & 'There's a Good Explanation' deprived, the fact that she's this desperate is understood & empathized with, but not to the point of having enough intelligence and wisdom to realize that this type of deprivation means guilt, and have the willingness to stand in their defense; which would be even more complicated by having to knowingly belittle an innocent victim.

**A WONDERFUL THING HAPPENED**

I made a couple of calls just before New Year's Day to the Department of Justice. It's where the 'Government Tort' has to be filed. On Monday 1/3/2022, I received a phone call from Washington D.C. from # (202) 598-1010 at 12:41pm, that spanned 2 m 8s (see attachment). The lady asked my name and said she was returning my call. I thanked her and we talked. I explained that I currently had a case in San Diego District Court because the OHA had discriminated against my family causing extensive damage. I then told her that I didn't know anything about filing a complaint with the DOJ, but I did file a complaint with HUD to do an Investigation, even though it led a biased investigation. I told her I'd asked HUD if they had to give me a 'right to sue' and they told me no and never mentioned DOJ as a step I'd need to take. I went on to apologize for not knowing and I felt that HUD should be asked to mention DOJ in the future. I told her I didn't want the fact of where I filed my complaint to adversely affect my lawsuit. She told me what I did was fine and that she would most likely have sent me to HUD to file my complaint. **She then reconfirmed that I did the right thing.** If our phone conversation doesn't ring as true, the attachment contains their phone number, time, date, length of conversation and that it was an incoming call (see attachment). A call with this information, along with my name, would ultimately provide the name of the person who contacted me and the fact that she found that I did the right thing. Therefore, as long as they don't have an issue with me for filing with HUD and support it as well; considering that Atty Hamilton admitted she'd base her argument at this hearing, on the 'Government Tort' filing & the 7thAC, she now has the time to Answer some of the questions she's eluded so effectively.

6

**THEIR LAST FOCUS**

The hearing on March 3, 2022, was set to hear the Defendant's Motions to dismiss my 7$^{th}$AC, due to it not stating a claim. It was also set to dismiss my case on the grounds that I failed to submit a 'Government Tort Claim'. I do agree with the point she made (on page 2 line 3) of this Motion, because the Unruh Act targets businesses in California, not individuals. But as for the FHA being insufficient, I don't agree with in the slightest. It enforces the tenants or clients' rights for Reasonable Accommodations as stated in FHA 42 U.S.C. § 3604 (3)(B).

Because of the Plaintiff's contact with the DOJ and filing of the Complaint with HUD, who works closely with the DOJ, which was confirmed to be performed in an acceptable manner by a member of the DOJ, who replied to the Plaintiff's voicemail recording, the related concerns or argument from the Defendants has been satisfied by the Plaintiff, who explained his side and was found to have been in compliance with who the DOJ refers to.

**PROVEN AND UNPROVEN**

Because of the substantial amount of evidence that I've presented and more that I have to present if necessary, and the total lack of evidence that the Defendants have with none to present, which has been repeatedly confirmed by Atty Hamilton's failure to provide written, verbal or witness testimony to disprove or attempt to counter the Plaintiff's case in any sort of way.

**IN CLOSING**

As a result, the Defendant's case should be dismissed, due to no evidence, answers or witnesses, and the fact of Atty Hamilton's stall tactics that are being utilized, which are ultimately wastes of time and any time that's consumed by this case in the future will be the same, and there's nothing in existence that could change this fact. At this rate, this case will only mark time because the Plaintiff has laid his case on the line from the start. But the Defense has only deflected by using procedural or filing allegations, as its basis of Defense, which perfectly defines 'Frivolous'. What's more, the Plaintiff has already neutralized the Defendants next Motion and it should be known by now, that the Defendants have & never had any leg to stand on and their guilt is as the Plaintiff has sworn to from the start, up to the point of 'No Answers'. Because of the 2 years that the Plaintiff's suffered at the Defendants hands: The Plaintiffs, Irvin - officially & Noah – unofficially, deserve the closure that the Defendants stalling tactics has managed to delay for an additional 2 years, which it will be after March 31, 2022.

**IV.  DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

| 1/7/2022 | *[signature]* |
|---|---|
| Date | Signature |

Irvin Musgrove
Printed Name