

Search contacts &...

**Gloria Tricky Vicky**
↙ Mobile • Mon

**Marcus**
↗ Mobile • Mon

**+1 888-952-8138**
↗ Mon

🗨 Caller ID feedback

**K Bun (4)**
∽ Mobile • Mon

**+1 202-598-1010**
↙ Washington D.C. • Mon

**+1 760-479-6266**
↙ Encinitas, CA • Mon

**(760) 643-5742**
↗ Vista, CA • Mon

**PostalAnnex+**

Favorites   Recents   Contacts   Voicemail