1  Name: Irvin Musgrove - Pro Se
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 760-672-1325
4  Email: irvinvsoha2020@outlook.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Musgrove,
Plaintiff(s),

v.

Hanifin, Pierce, Machado, Sandoval-Soto
Oceanside Housing Authority,
Defendant(s).

Case No.: 20- cv- 0614
(assigned at time of filing)

**MOTION FOR JUDGMENT ON THE PLEADINGS**

Date: 2/23/2022
Time: 09:00AM
Room: 4C
Judge: HON JINSOOK OHTA

**THIS AREA LEFT BLANK INTENTIONALLY**

1

**INTRO**

I'm new to the legal world as a Pro Se Plaintiff. That being said, I don't know the ins & outs nor the rights & wrongs in re to what's the proper thing to do or what would be considered showing favoritism & giving an unfair advantage by Court personnel. I have an issue that I've been subjected to, that fits my definition of favoritism, and the unfair advantages that have been intentionally given to the Defendants as the results.

I filed my Complaint on 03/31/2020. On 08/03/2020, I made a conscious decision to struggle for the month of August, in order to pay the $400 Filing Fee, because the Fee Waiver still hadn't been paid. I then went to the Courts from my Escondido home and paid the $400. [ECF No. 14] On 08/04/2020, coincidentally, the Fee Waiver was granted, although it would remain non-active because my $400 payment preceded it. [ECF No. 15] **Note:** I did ask the Courts for a refund but was told that once the Courts receive a payment, it can't be refunded.

Due to Covid 19 restrictions and cautionary measures, serving the Defendants was not face to face. Over the phone, the receptionist would instruct the server to drop any documentation in the drop box, which was a couple of feet from the front entrance, for her to retrieve. Afterwards, on 03/04/2021, I received a document from the Courts re service by the Plaintiff on the Defendant. Mostly about the use of 'Reasonable Diligence'. [ECF No. 76] I had them served from 03/11-17/2020 with extreme 'Reasonable Diligence'.

**Note:** All 5 of the Defendants failed to show up and File an Answer to my Complaint from 05/21/2020 (date of 1st Service on Defendants) through 07/01/2021 (date they Answered).

**THE COURTS WRONGFUL TURN**

The Defendants identities are 4 ladies that had/have the positions of: Margery, Director – Angie, Supervisor – Keysa, Supervisor – Susana, Case Manager. I do understand how difficult it is to fathom how 4 ladies would intentionally fail to file Answers to a Complaint and not fight to prove their innocence, for 16 months. I informed the Courts that they failed to show because they were guilty without a defense for their choices & actions. It's not the Judge's job to figure out the Defendants or come to their rescue, unless he was 100% certain that I was lying about everything. I had been on my case for close to a year consistently, but Judge Curiel wrongfully assumed that I only acted as if I had the Defendants served or deceived the Courts in some other way in re to having the Defendants served. On 03/04/2021, after denying my 'Motion for Judgement by

2

Default…, He rolled the dice and contacted the Oceanside City Attorney [ECF No. 76], which changed the natural course of this case. He not only proved he favored the Defendants, but he also put my case at a great disadvantage, because this decision caused an immediate 'Conflict of Interest' that would influence future decisions re this case, in favor of the guilty that he hoped to support & rescue. In his mind, I was the problem and manipulator of the Court, or he would have never taken up this type of position and would have remained impartial. He mistakenly took their intentional failure to show as an impossibility that involved me.

1. To make this plan actually work, they'd have to find a way to get past my last service on the Defendants, that was done with Reasonable Diligence; as the others were when considering Covid 19 restrictions.

    a. Although my $400 Filing Fee payment was on the record and plain to see, on May 12, 2021, the Courts informed me that they had made a mistake by letting me have the Defendants served, due the fact that I had an active Fee Waiver, which made me ineligible. [ECF No. 91]

        i. **The Docket evidence clearly shows on [ECF No. 91 Pgs 1 & 2 Lines 26 - 5], that Judge Curiel purposely avoided the natural numerical order on the Docket, namely *ECF No. 14*, which he didn't mention either, (the $400 Filing Fee I paid *knowing we'd have a rough month*), and picked it up on ECF No. 15, where the Court granted the Fee Waiver while knowing that the Filing Fee was already paid in full. *Why did it take 5 months to grant the Fee Waiver and grant it the day after I paid the filing fee or at all knowing it was paid?***

            1. **All decisions & Orders after this point were undoubtably made with a 'Conflict of Interest'.**

            2. **He denied me the Leave to File my completed 7AC that was meant to replace the rough draft I'd submitted to make certain I was on the right track.**

3

> 3. **But he granted the Defendants additional time to reply to that 7AC.**
> 4. **He used the Fee Waiver that actually doesn't exist, to allow the Defendants to have a clean slate, which I'm certain gives them satisfaction.**
>     a. **This also slanders the costs of the 100's & 100's of pages I'd served, travel time & mileage I'd paid out of pocket.**
> 5. **But for him to intentionally skip over an important Court entry to give the advantage to the Defendants, what was next and what would be the outcome?** *I'm sure we know that.*

2. Given the fact that the Defendants have no defense for their malicious actions against my family, these actions also show that this case has been allowed to carry on & be set back to that of a 'Clean Slate' in a 'Frivolous' way, until further & final damage could be done, that would end this case in the Defense's favor. It was to continue with the actions below.
    a. On 06/02/2021 the Courts gave 'Order Directing U.S. Marshal to Effect Service…', which was carried out on 06/11/2021.
    b. This was his way of bypassing my $400 Filing Fee payment in order to give the Defendants an unfair advantage via a clean slate, so that they would not be held liable to the consequences stated on the Summons.
        i. This move, wrongfully & illegally gave them the right to enter into this case, after intentionally failing to Answer for 16 months, with clean slate & unpenalized rights, which were a direct violation of my constitutional rights by a Judge.

4

3. I've always considered Courts to be Question, Answer & Presentation based, with the ultimate goal of seeking & finding truth.
    a. The Courts Ordered the Defendants on 2 occasions to provide a Response or Reply to my 'Motion to Dismiss Case as Frivolous [ECF No. 127] and my 7th Amended Complaint with an 'Extension of Time to File a Response' to it [ECF No. 148].
        i. The Defendants failed to provide a Response or Reply to either on either occasion, and I submitted my being upset with this fact by filing a Motion for a 'Judgement on the Pleadings. [ECF No. 154 & 155]
            1. Instead of the Courts following up with an Order for the Defendants to provide those Answers, the Courts literally forgot about the Answers they sought, even though these Answers are why we're here.
    b. On the other hand, when the Courts would ask me to Answer, it had to do with questions about my integrity or a Defendant prompted procedural error on my part.
        i. I did just that and detailed each Question with an Answer in response to the Court's question, when I was asked about my integrity. [ECF No. 91]
    c. The Defendants failed to Answer the 3 times I'd served over the course of 13 months, which was an insult to me & the Courts. Then they failed the 4th time which was done with a great amount of Reasonable Diligence, but whose course was changed with bad intent from the Courts.

**Note:** When I use the term 'Courts', I'm in no way referring to or blaming the Court's as a whole. The Court itself, is not responsible for these actions against my case. It is the actions of an individual whom I hate to refer to as Judge, because of the sincere amount of respect that I have for Judges, who carry out upstanding business each day & maintain the honor in our Judicial System. This statement is my way of separating the two.

**AS A RESULT**

To continue this case is futile. With a careful or skimmed review of my documentation, exhibits and testimony, which it would take 1 day to complete, it would become obvious that their case is frivolous at best. The same goes if you were to take a look at the Defenses documentation, exhibits and testimony, which would take less than a minute to complete, it would become even more obvious.

I've been on this case for almost 2 years and Judge Curiel would have strung it out another year or 2 with no purpose other than to destroy my case or simply rule against me. It's past time for the closure that my son & I deserve, and it's up to the Courts to finally give us the well-deserved relief we have been kept from by one of its members. God made a perfect and timely correction by transferring him before he could do their bidding. This relaxed me enough to take a look at this case and find the discrepancy.

**BOTTOM LINE**

I'm asking the Court at this time for a JUDGMENT ON THE PLEADINGS. The Defense has absolutely no evidence against me because I did nothing wrong. I, on the other hand, have the evidence I've presented and much more that I haven't presented. The proof that I'm right for requesting this ending, is for the simple fact that the Defense has failed to answer any questions in re to the Complaint or the Request to Dismiss the Case as Frivolous, which was asked of the Defense to answer but abandoned when they failed to, although it still relates to their case. I'm asking that you review the evidence and rule for the Plaintiff on a Judgement on the Pleadings for the full amount of his $7,500,000 demand amount with a Punitive Damages amount that Court determines is fitting for the amount of MALICIOUS INTENT & RECKLESS DISREGARD, that was used by the Defendants along with the agonizing affect it had on my family. There should also be consideration for the way they Conspired against me, which was also why none of the 5 answered my Complaint, with 1 of them being the Oceanside Housing Authority itself, who also didn't provide a Representative to defend itself.

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes        ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

| 02/16/2022 | *Irvin Musgrove* |
|---|---|
| Date | Signature |
| | Irvin Musgrove |
| | Printed Name |