| | |
|---|---|
| 1 | Name: Irvin Musgrove - Pro Se |
| 2 | Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025 |
| 3 | Telephone Phone: 760-672-1325 |
| 4 | Email: irvinvsoha2020@outlook.com |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Musgrove,
　　　　Plaintiff(s),

v.

Hanifin, Pierce, Machado, Sandoval-Soto
Oceanside Housing Authority,
　　　　Defendant(s).

Case No.: 20-cv-0614
(assigned at time of filing)

RESPONSE IN OPPOSITON TO MOTION TO DISMISS 7TH AMENDED COMPLAINT

Date: 2/23/2022
Time: 09:00AM
Room: 4C
Judge: HON JINSOOK OHTA

**THIS AREA LEFT BLANK INTENTIONALLY**

1

**INTRO**

I'm a Pro Se Plaintiff with a mental disability. Having a disability doesn't make me have less of a reason to stand up for my rights. I try my very best to remain compliant with the Court's rules and when I've asked for help from Attorneys, the ones I've asked don't offer the help I need unless they're representing me, which I can't afford as low income and a single parent.

**WHY I'M HERE**

I filed my Complaint because of the Defendants actions that violated my rights, caused my family great harm and did so in a conspiring way. I'm also standing against them so that they won't be allowed to treat any other families like they did my family or possibly worse. I haven't been to law school and I'm not even sure I'm legal savvy, but I put forth my best effort. Those who are wronged should be encouraged to stand up for their rights and not face more hardship when they do.

**MY CASE & PRESENTING IT**

My case if an odd case because no one would expect or believe that 4 ladies in such a position would conspire in such a way as to intentionally target an undeserving family and treat them in such an inhumane way. But they did. I kept all of my documentation as proof and it was their actions that demanded that I petition this Court for help in getting the relief we deserve and prevent any further occurrences.

**AS A PRO SE PLAINTIFF**

As a Pro Se Plaintiff, I'm expected to follow the Courts rules and I try my best to present my case this way. If I had gone to law school and passed the bar, I wouldn't be writing this document. The fact is I'm not an attorney and therefore I should be given some leniency and greater flexibility with the standards for pleadings. ***McNeil v. U.S., 508 U.S. 106, 113 (1993)*** With a disability, it's even harder to focus on entering the testimony, relating it to any exhibits, organizing & ensuring the specifics are complete on 5 Defendants, etc., while focusing on the many court rules that are vital to one's case, and maintaining at least some sanity at the end of the day. But as a Pro Se Plaintiff, I will undoubtably have limitations and not be proficient in every area, therefore I shouldn't be held to the same standards in re to the formal pleadings drafted by attorneys. ***Estelle v. Gamble, 429 U.S. 97, 106 (1976)*** The guilty party shouldn't be allowed to severely damage anyone and get away with it because of the handicap or limitations of their victim(s). Because a Federal Court has the ability to relax certain procedural rules in the 'Interest of Justice'. ***Jones v. Nicholson, No. 1:07-cv-16 (WLS), 2011 WL 2160918, at \*3 (M.D. Ga. Jun. 1, 2011)***

The Defense's whole reason for their Motion to Dismiss my 7th Amended Complaint, is because they have no Answers, which they've proven, and because it's their only hope of winning this case as Guilty Defendants. I've proven that Judge Curiel purposely avoided the truth of my filing fee payment of $400, in order to use the inactive Fee Waiver to discredit my service of documents on the Defendants in order to give them a clean slate. I'm certain he also denied my request to submit my completed 7th Amended Complaint for the same purpose. Once he crossed that line, all of his future choices would have to be done to benefit the side he showed favoritism towards. Therefore, denying entry of my completed 7AC was a must. Undoubtably there's more actions that were taken against my case, but I'm too tired at this point, to seek them out. I was able to discover the one that started the corruptive ball to rolling. Thankfully I'm not having to present this to the same Judge who did it.

I have presented and built this case with the fullest degree of integrity possible for any human, and my family deserves the proper closure, not the closure of regrets and anger towards a wrong being done. We want to peacefully coexist after this long battle. I would appreciate a Judgment that weighs my case on its Merits. Most of all, I want the ones who hurt my family, to be taken from the position where they can do it to anyone else. There should also be a review of their files and a question of their past and current clients to discover the other families or individuals that they've wronged also, and if you notice, I didn't leave that as a possibility because I know of 2. They are the 'Cold Ones' who walk among the countless 'Warm Blooded Humans' who exist.

x

02/16/2022  *Irvin Musgrove*

Irvin Musgrove