1  Name: Irvin Musgrove - Pro Se
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 760-672-1325
4  Email: irvinvsoha2020@outlook.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Musgrove,
             Plaintiff(s),
v.
Hanifin, Pierce, Machado, Sandoval-Soto
Oceanside Housing Authority,
             Defendant(s).

Case No.: 20- cv- 0614
(assigned at time of filing)

MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS 7TH AMENDED COMPLAINT

Date: VACATED ECF - No. 162
Time: ?
Room: 4C
Judge: HON JINSOOK OHTA

**THIS AREA LEFT BLANK INTENTIONALLY**

1

**GOOD CAUSE**

First of all, I'd like to apologize to the Court for not filing a timely Response. I had planned on submitting it before its due date, but for the last month or so, I've been really consumed by hip pain because it had progressed to that state due to the 2 additional years, I had to live with it after OHA wrongfully terminated our residency. At that time, I didn't want to proceed with the surgery, while homeless and unsure where I'd lay my head each night.

Due to the fact that I have a really bad memory with a mental disability, the pain added to it and many things were subdued by the pain or took away my desire to do it, for this I apologize. I'm sure a lot of my case errors, hardships and limitations were also caused by the extreme amount of pain I'd endure each moment because I chose not to take pain killers, which my primary physician will gladly confirm. I slacked on a lot because doing it wasn't often worth the related pain. I was very hard for me to focus, sit and do research, etc., but I did do my best to do what was expected by the Courts. OHA new I had a hip in need of & pending a surgery date when they hatefully terminated our residency.

On a brighter note, I submitted the latest documents because I'm beginning to feel better due to the fact that I had hip replacement surgery on February 1, 2022 at 7:20am, at UCSD LaJolla. On the day I submitted the latest documents, was the day I began to feel better & ready, 02/16/2022, but actually the day before because I submitted it at around 7:00am. I'm requesting an extension to file a response to Atty Hamilton's super duper quick response/reply to my Motion. It would be refreshing if she'd focus that anxiousness on the Answers that the Court has Ordered on 2 or 3 occasions, that undoubtably cause paralysis, if you're exposed.

I ask the Court to take my condition into consideration for this point in time and during the course of nearly 2 years that I've been with the Court. My thought process was definitely distracted each moment by the pain I was forced accept & maintain, while not in my home environment. I can't think of one document on the docket that this should be linked to, I can think of several.

## ⊞ What Services You Will Receive

| | |
|---|---|
| Home Health Care Agency * | AccentCare - San Diego ▼ |
| Phone * | (858) 576-7410 ▼ |

### Future cases for Musgrove, Irvin Ulysses [11305216]

| Case ID | Status | Date | Time | Len | Procedure | Provider | Location |
|---|---|---|---|---|---|---|---|
| 1409982 | Sch | 2/1/2022 | 7:20 AM | 115 | Right Total Hip Replacement | Cidambi, Krishna Ravi, MD [62743] | LA JOLLA MAIN OR |

## Discharge Instructions



**Follow-up Appointment:**
Your clinic appointment will be:

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/2/2022 | 10:45 AM | Cidambi, Krishna Ravi, MD | KOP Ortho | Koman Pav |
| 6/1/2022 | 10:45 AM | Cidambi, Krishna Ravi, MD | KOP Ortho | Koman Pav |

If this appointment was not scheduled while you were in the hospital then our clinic scheduler will call you in the next few days to schedule this appointment. If you do not hear from us within 3 days you should call the clinic.

***General Instructions***

- Use ice to help control the swelling and pain. DO NOT USE HEAT – this will increase the swelling.

<u>What to do if you are concerned about your symptoms after discharge:</u>
- Call the office (858-657-8200) or operator (858-657-7000) if you develop fevers (over 100.5) or chills, develop drainage from the site of the wound or redness surrounding the wound, increased pain, increased leg swelling, or new/severe headache.

- Go to the emergency room if you develop chest pain or shortness of breath.

<u>When to follow up with your surgeon:</u>
- You should have an office appointment about 4 weeks following your discharge from the hospital. If you do not, please call 858-657-8200.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

| 02/22/2022 | *Irvin Musgrove* |
|---|---|
| Date | Signature |
|  | Irvin Musgrove |
|  | Printed Name |