Name: Irvin Musgrove - Pro Se

Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

Telephone Phone: 760-672-1325

Email: irvinvsoha2020@outlook.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Musgrove,

Plaintiff(s),

v.

Hanifin, Pierce, Machado, Sandoval-Soto
Oceanside Housing Authority,

Defendant(s).

Case No.: 20-cv-0614
(assigned at time of filing)

**MOTION FOR SERIOUS RECONSIDERATION OF THE FACTS & PLAINTIFF'S PERCEPTION OF THE 7AC VIA JUDGE CURIEL'S WORDS**

Date: VACATED ECF - No. 162
Time: ?
Room: 4C
Judge: HON JINSOOK OHTA

THIS AREA LEFT BLANK INTENTIONALLY

## INTRO

I filed my complaint with the San Diego District Court on March 31, 2020. **[ECF No. 1]** I filed a Motion for Leave to Proceed in forma pauperis on March 31, 2020. **[ECF No. 2]** I served the Defendants for the 1st time on May 21, 2020. **[ECF No. 10]** I waited until August 3, 2020 for the Fee Waiver to be granted by the Courts and decided to make a sacrifice for that month and pay for the Filing Fee myself, which I did on that same day. **[ECF No. 14]** The following day, the Courts decided to grant my Fee Waiver request, but they made that decision a day late because regular payment was made out-of-pocket. **[ECF No. 15]** I drove from Escondido, CA to San Diego, CA that morning to ask for a refund but was told that once the Courts accept payment, it cannot be refunded, so I graciously accepted that fact. My sacrifice cash payment, especially since it preceded the Fee Waiver, must be documented as the actual payment for my filing fee because that was also my intent.

I served the Defendants on a few occasions **[ECF No.'s 17 & 18, 43, & 52-56, 59-63 Statement of Damages(only for 59-63)]**, with no Answer from the Defendants or issue with the Courts. **Note:** *During this period of time, Covid 19 restrictions were firmly in place. The parties that I served were working out of their place of business, The Oceanside Housing Authority of Oceanside, CA. OHA wouldn't open their doors, so my server would call them and be instructed to drop all paperwork in the drop box, just outside of their front door. This is what we did on these occasions and mailed a copy as well.*

On 03/04/2021, the Court's suddenly expressed an issue with the manner in which we were serving the Defendants, saying that we weren't using 'Reasonable Diligence'. The Court's also discredited the front door lady (Amanda Segobiano), who instructed us where to put the documents. **[ECF No. 76]** It seemed to me that Judge Curiel suddenly didn't think I was having the Defendants served because of the fact that 4 lady Defendants all failed to Answer over the course of 1 year. I

informed the Court that it was because they had no case and were guilty of each of my allegations. On 03/04/2021, there was Order Denying Clerk Default, with a big write up about 'Reasonable Diligence', and 7 other headings that needed to be addressed by me. I accomplished these answers when I requested a Default Judgement and it was under 'Grounds for Default Judgement' **[ECF No. 93]**, which came after I served the Defendants on 03/07-12/2021, when I knew for sure, that they were served with the utmost amount of 'Reasonable Diligence'.

↳ *On January 27, 2021, Plaintiff filed a Fifth Amended Complaint ("5AC"). ECF No. 49* **[ECF 133 Pg 2 Lines 22&23]** ↵ -*This was Judge Curiel's entry*. Judge Curiel needs to look once more, I filed my 4AC on 01/27/2021 and served it on 01/28/2021. I filed my 5AC on 03/06/2021 and served it between the dates of 03/07-12/2021. **[ECF No.'s 77-83] Note:** *ECF No.'s 77-81, will confirm that 'Reasonable Diligence' was used for Angie & Margery. ECF No.'s 82&83, explain in detail about our experience attempting to serve Susana & Keysa and why we chose to end our attempts, which was at the point of almost losing our lives or taking a life, neither of which was our intent or desire. But we did attempt for 5 of the 6 days, which more than satisfied the requirements for 'Reasonable Diligence'.* Judge Curiel made errors, whether by mistake or on purpose, on this particular entry as well as others, which put my case at a very distinct disadvantage and definitely not fair to my family. No matter how hard Judge Curiel tried to discredit it or move it around (He claimed to have dismissed my 4AC on January 25, 2021 and that I filed my 5AC on January 27, 2021, but it was actually my 4AC that I filed on 01/27/2021 and served it between 1/30-2/2/2021. He moved my 5AC up to 01/27/2021, and the untrue fact that I inadequately served it on the Defendants. **[ECF No. 133 Pg's 2-3 Lines 26-2]** He totally skipped over my 5AC following these errors. Furthermore, according to Judge Curiel's own words, the Default Judgement should have been entered and should be entered to put things back in their proper place. **[ECF No. 133 Pg 2 Lines**

**26-2]** *He said, the only reason neither Default (Clerk or Judgement) was granted was because I hadn't adequately served the 5AC*, **which is false**. Judge Curiel denied it in order to maintain his decision to bring in the Defendants by betraying my case & complaint, by mailing the Oceanside City Attorney, a copy of my denied Motion for Default Judgement, to give the Defendants the upper hand, and it took 4 additional months for them to show, 07/01/2021. He doesn't mention my 5AC, that was filed on 03/06/2021 and served from the dates of 03/07-12/2021, with and exceptional amount of 'Reasonable Diligence'. Why? Why is the 5AC's filing date, service, etc. missing from the Docket itself, although the Summons Returned Executed remains? The denial of the Request for Entry Clerk Default & Default Judgement on 03/04/2021, would have been for the 4AC. **[ECF no. 76]** As I stated directly above Lines 7-8, my 5AC was served from the dates of 03/7-12/2021 and served with an exceptional amount of Reasonable Diligence. **[ECF No.'s 77-83]** Judge Curiel went even further by stating non facts, when he claimed the Court **ERRED** by having me to serve the Defendants, due to my receiving an IFP, **[ECF No. 133 Pg 3 Lines 2-6]** when in fact, I paid for the Filing Fee personally 5 months after filing my case, and the Courts coincidentally granted the Fee Waiver the following day, but it was 1 payment too late. **[ECF No.'s 14&15]** After 5 months of waiting on the Fee Waiver to be granted, I decided on making a sacrifice for the month of August of 2020, and to pay the $400 fee which I did on 08/03/2020. Judge Curiel had to look up the fact of which date and Docket # the Fee Waiver granting and coincidentally (again), he conveniently leaves out the fact of the $400 Filing Fee payment 1 entry above it that begins with the words, 'Filing fee received: $400' **[ECF 14&15]** All of this he did to discredit me and to make way for the surprise he had coming. He'd have to do more underhanded moves to create a solid foundation once they arrived and his assistance for them would have to continue, so his decisions & actions would drastically change from the normal unbiased Judges.

## WHAT I TOOK NOTICE OF

When I looked at Docket #76, I took notice of something out of the ordinary that really bothered me for some reason. I saw on the docket that the Judge had contacted the Oceanside City Attorney via Mail, which I took as odd. I served the Defendants on 03/07-12/2021, and did it properly because I'd located addresses in a free app on this occasion. Angie & Margery were served directly, Margery through her son, and the other 2 never were home. We had a threat of physical harm from Susana's husband on 03/12/2021, and decided it wasn't worth that type of risk, so we served in the drop box and by mail. **[ECF 82 & 83]** On 04/04/2021, I asked again for a Default Judgement **[ECF No.'s 84-88]** that was turned down because my 5th Amended Complaint had been dismissed **[ECF No. 91]**. I submitted my 6th Amended Complaint on 05/29/2021. **[ECF No. 95]**

## CHANGE IN NATURAL COURSE

Judge Curiel also found a way to make certain that the Defendants received a clean slate from which to begin as stated on **[ECF No. 133 Pg 5 Lines 1-5]**. They accomplished this by claiming that the Court erred in allowing me to serve due to my receiving an IFP, which I didn't know the meaning of at the time, so the Marshal's would have to serve. **[ECF No. 133 Pg 3 Lines 3-6]**. How and where did Judge Curiel discover this error, without also discovering that I paid out of pocket prior to the Fee Waiver; in fact, he knew about it, which is also a part of the docket. **[ECF No. 14]**

## SUMMARY OF EVENTS

The efforts that I had made for 16 months were suddenly erased. Removing my service on the Defendants and the Judge personally setting their clock to 1 day put my case at an extreme disadvantage, because they waltz in with full privileges, whom as one conspiring unit had intentionally disregarded the Courts for 15 months as agreed upon, otherwise, 1, 2 or 3 would have showed up in consideration of what

the money amount from this lawsuit could do to their families. He saved them from having a Default Judgement against them from their failure to Answer. After being 1st contacted, the Defendants still took 4 months more to Answer, and Judge Curiel knew it. This also proves that they were communicating prior to the Defendants filing their Answer. What's even more of an insult, every question that the Courts have **Ordered** the Defendants to answer, has been left unanswered and left behind and virtually forgotten by the Courts, while my procedural & other efforts are under interrogation. It's totally unfair and unethical the way my family has been done because we should have closure by now. As the new Summons entry predicted, Atty Hamilton, who's in the City Attorney office, Answered at the last minute on 07/01/2021. **[ECF No. 117]** I had no idea and filed a Motion for Entry of Default, the very next day, knowing I'd served them as ordered and relieved that the near 1 ½ years was finally over. I'd also read about when Defendants show up late, having limited rights. I was immediately insulted even more, by the way Atty Hamilton immediately exercised her power by slandering me. This actually made me very upset and that's why I was able to present a much better 7th Amended Complaint, which she now bashes. **[ECF No. 118-122]** But Judge Curiel's moves against me, because he'd wrongfully Judged me & gave the guilty the upper hand. It wasn't his business to play hero and cross the ethical lines because of his thinking that I had to be doing something crooked for them not to Answer vs believing my testimony and letting things take their natural course. He didn't even weigh the evidence. He did the exact thing that HUD did when I asked them to do an Investigation. Why have and keep evidence for a record of what wrong is done by a 3rd party if it's disregarded for whatever reason? There were 4 Defendants against me at Section 8 and when I come to the Courts for support & relief, there are now 5 against me.

**FINAL THOUGHTS**

I'm filing this Motion to have my rights reinstated which are: my $400 Filing Fee to be returned to the sole method of payment, for my 3/07-12/2021 service on the Defendants to be returned to Reasonable Diligence worthy, as they all were, and the Summons, which was discredited because of wrongful actions, be reinstated and its Default be enforced upon the Defendants who did not Answer within the time allowed on the Summons, for the record to show all of the unfortunate events that crossed ethical lines, that the Defendants be rightfully reduced to the status of Defendants who did not honor the Summons by Answering in the time allowed, that the record reflect that their answer came at the 16 month point, etc. This is just a momentary list of what would make this error right, so I'll make another list if needed. Please take the Defendants case and its testimony & evidence into consideration and you'll understand that this case was only going to drag on and cost the taxpayers money for nothing. The U.S. is known for fairness and equality. The only right thing to do is to return this case to the exact point where the discrepancies and lies commenced, and all 'In the Interest of Justice'.

Judge Curiel's 1st initial contact with the Oceanside City Attorney's Office due to his favorable stance, was a blatant abuse of his position and a blatant insult & show of support in the destruction of the Plaintiff's case, by the heartless bullies who were responsible for placing extreme pain & agony upon his family, which would also influence his decisions from making such an unethical & unprofessional move, that has changed the course of this case. Again, his case should receive the proper 'Reconsideration', by returning it back to the point where the improper changes began, which would be directly after the Defendants failed to Answer by 04/08/2021, from the service by the Plaintiff's server on dates: 03/07-12/2021; after which, things should return to the way they were. My case should not be decided by the thoughts and feelings of a 3rd party Judge, who manipulates the order of things because of

misguided thoughts & feelings. The Reconsideration point which I refer to is this same point where the facts don't match the record, to be more specific: the change was stated to be in effect because of the Plaintiff proceeding IFP, when he literally wasn't. **[ECF No.'s 14 & 15]** No one could say that his $400 that was paid 1st, can't pay for his filing fee, because it was his intent. This error wrongfully discredited the Plaintiff's eligibility to serve **[ECF No. 133 Pg 3 Lines 2-6]** & demanded the Marshals serve, which allowed the Defendants to Violate the Summons **[ECF No.'s 84 – 88]**, where I know 'Reasonable Diligence' was used. It also entered fraudulent detail to the Courts as to the Defendants being 1st served on 06/11/2021 **[ECF No. 133 Pg 5 Lines 1-5],** when the date they actually were served the 1st time was 08/05-06/2020 **[ECF No. 17 & 18].** I know that they were served with Reasonable Diligence at this time with Covid 19 restrictions firmly in place and I still consider it to be the 1st time they were served, but I consider the service occasions of 03/07-12/2021, that proven of 'Reasonable Diligence' **[ECF No.'s 77-83],** due to the fact that Angie was served personally at her residential front door, and Margery was served at her residence, shortly before Angie, through her son. Susana & Keysa were served the normal way due to an altercation which was a threat of violence. **[ECF No.'s 82-83]** If the Defendants weren't actually served on each date that reflects on the docket and that I've sworn to, do you believe that the Defendants or Atty Hamilton would have **had any problem protesting that fact**? Most definitely not, according to how she's picked out much less important or misinterpreted issues to use as leverage since day 1. That being said, for the fact that service on the Defendants has been one of the main issues and since I've mentioned it now, makes it too late for Atty Hamilton to try to resurrect this issue, from this point forward. Therefore, it should be part of the Court's record that all service attempts by the Plaintiff's Servers were done with Reasonable Diligence, successful and were also uncontested.

I'm representing this case for me & my son whom they also damaged even more than myself. I will take this to the Highest Court possible if needed, but I don't think it will make it past the next because they'll have no ties to the community nor the staff here. They will be impartial and out for justice as I am. We got abused by OHA with 4 against 1 and I have all the evidence to prove it. Another higher court will wonder what was seen here. It's plain to see that Judge Curiel manipulated the Docket and related documents in order to accomplish whatever he needed.

It's also plain to see that my case was severely compromised by his misguided acts of loyalty. I can't even understand the last entries on the docket or what to do about them because I'm too upset about his actions and the latest entry on the Docket from Judge Ohta, even though I don't know exactly what it means, but it seems to say that the Defense will prevail on the Dismiss of my 7AC for not stating a Claim. I've gone by the Judges input from the beginning as a guide and gospel. Not as much lately after Judge Curiel betrayed my trust and efforts for the guilty.

But before I became so certain of his actions against my case, I did pay attention to his words. He told the Defense & me that the 7AC 'Stated a Claim' +. In fact, how can the Courts fault me for believing what one of its own Judges says? Why not fault Atty Hamilton for not believing it in her desperate attempt to ruin my case because of having **NO ANSWERS**, but why when the Courts don't demand them but rather to attack the Plaintiff?

Plainly on **[ECF No. 133 Pg. 4 Lines 18-27],** Judge Curiel simply lays it out by these actual words, *'The 7AC adds causes of action and claims for relief'* and then, *The proposed 7AC lays out the causes of action, claims for relief, and relief sought relating to these state and federal statutes more fully than previous iterations of Plaintiff's complaint. See, e.g., ECF No. 125-1 at 11-12 (describing the Section 504 claim for which Plaintiff seeks declaratory and injunctive relief).*

**[ECF No. 133 Pg 4 Lines 18-27]** He goes on to grant it filing then he orders me to file the proposed amendment and to file it exactly as it appears in its current form. **[ECF No. 133 Pg 5 Lines 10-14]** This wasn't done prior to reviewing as before, this was done after reviewing it, which he also mentions prior to that as to his being able to review it beforehand unlike before, then testifying to it stating a claim and causes of action. Why would I, not being an expert, Judge, Attorney, etc., but only a Mentally Disabled Pro Se Plaintiff, feel the need to argue with a Judge or be expected to think differently when he'd so eloquently spoken the opposite about 6 previous Amendments? I acted as any disabled, normal, plaintiff, defendant attorney (except for the desperate Atty Hamilton who had no alternative but to question it), would do in the exact same situation, who had little or no schooling.

Judge Curiel even goes as far as to **Order** the Defendants to Respond to the newly minted Causes of Action, which once again they fail to do and it's forgotten again by the Courts, and now it's in an unattached building, who's once again on my 7AC vs demand the Answers that contain the **Reason We're Here**! **[ECF No. 133 Pg 4 Lines 7-8]**

**IN CLOSING**

I'm very beat down and depressed at this point because I feel picked on and misunderstood and I'm not a Lawyer. But I have enough fight to go forward & further if necessary because they won't get away with it that easy, it'll take much more, like the same thought from higher Courts with no ties to San Diego. I've had integrity from the beginning and will maintain it no matter! I do know what I've read, that when a Judge crosses the line, he/she often will remove themselves. It didn't say after they make some major moves to the benefit of whom they favored. I'm not going to keep trying and face more of the same that I've faced for months now. This eliminates confusion for me because I'm ready to go forward. I have more discrepancies but this is enough for now.

1  **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3  ☒ Yes          ☐ No

5  I declare under penalty of perjury that the foregoing is true and correct.

   02/22/2022                           *Irvin Musgrove*
   Date                                 Signature

                                        Irvin Musgrove
                                        Printed Name