Print Form

1  Name: Irvin Musgrove - Pro Se
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 760-672-1325
4  Email: irvinvsoha2020@outlook.com
5
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11                                              Case No.:  20- cv- 0614
12   Musgrove                                              (assigned at time of filing)
                                    ,
13                            Plaintiff(s),
                                              ERROR CORRECTION
14  v.                                        THAT IS THE
15                                            DIFFERENCE
    Hanifin, Pierce, Machado, Sandoval-Soto   TO ECF 164
16  Oceanside Housing Authority
17                                  ,         TIME:
                            Defendant(s).     DATE:
18                                            ROOM: 4C
                                              JUDGE: HON. JINSOOK OHTA
19
20
21
22
23          THIS AREA LEFT BLANK INTENTIONALLY
24
25
26
27
28

1

**DEFAULT JUDGEMENT TIME & RIGHT DENIED WITH PREJUDICE**

I made a mistake on **[ECF No. 164 Pg 8 Lines 9-13]**, which has to do with dates that make a big difference and what Judge Curiel was trying to suppress, with good reason. I had filed for a 'Default Judgement' on 04/06/2021. **[ECF No.'s 84-85]** I said that I had filed for the 'Default Judgement' on 04/06/2021 and that it was turned down because my 5AC had been dismissed. **[ECF No. 164 Pg 8 Lines 9-13]** Actually, I filed for the Default Judgement on 04/06/2021, but Judge Curiel didn't dismiss the 5AC, until 05/12/2021, which was over a month later, which left no reason not to enter the Default Judgement in favor of the Plaintiff. In fact, that's where the case should rightfully conclude, because that right was taken away from my family, due to Judge Curiel's discriminatory actions against us and in favor of the Defense whom he helped, because he had sent an ugly and ball into play that he was now obligated & loyal to. My case didn't stand a chance because was never Innocent until proven Guilty, I was simple stereotyped as Guilty and the case was conducted from that standpoint. That's when Judge Curiel was pressured to make his signature move. He 1ST claimed that I hadn't served with the Defendants with Reasonable Diligence so they had to deny the Default Judgement. Then when the Courts dismissed the 5AC, it discovered that it had erred in allowing me to serve the Defendants, so the US Marshals to effect service.

In other words, from 04/06/2021 – 05/12/2021, Judge Curiel became inactive and ignored the Default Judgement I'd requested, knowing Atty Hamilton was due to show up because they discussed and planned it. This led to the clean slate for the Defendants and various other advantageous perks.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

| 03/01/2022 | *Irvin Musgrove* |
|---|---|
| Date | Signature |
|  | Irvin Musgrove |
|  | Printed Name |