Print Form

1  Name: Irvin Musgrove - Pro Se

2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

3  Telephone Phone:  760-672-1325

4  Email:  irvinvsoha2020@outlook.com

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11                                          Case No.:  ___20- cv- 0614_____

12  Musgrove                                        (assigned at time of filing)
                                    ,
13                       Plaintiff(s),   **CORRECTION OF FACT**
                                        **AND ADDITIONAL**
14  v.                                  **DETAILS TO NOTE**
                                        **MORE DECEIT**
15  Hanifin, Pierce, Machado, Sandoval-Soto   Date:
16  Oceanside Housing Authority         Time:
                                        Room: 4C
17                       Defendant(s).  Judge:  HON JINSOOK OHTA
18

19                                                                ʹ

20

21

22

23          **THIS AREA LEFT BLANK INTENTIONALLY**

24

25

26

27

28                            1

**M.I.A. FROM DOCKET 03/07/2021**

**Note:** The Docket entry for 03/07/2021 has been removed. It pertained to the 5AC that was served from 03/07-12/2021, which was the time that I consciously used a great deal of 'Reasonable Diligence' and then docket entry that Judge Curiel saw the need and opportunity to move to the docket entry on 01/27/2021 ECF No. 49. This allowed him to claim that the Defendants weren't served until the moment Marshals served them, so my service occasions and the substantial amount of associated expenses were simply thrown out like garbage, without a single thought of consideration. He ignored my service of the 5AC, that I returned executed on 03/11/2021, and my request for a 'Default Judgement' on 04/06/2021. He responded with the claim that I had not proof of serving it properly and that it was inadequately served. **[ECF No. 91 Pg 2 Lines 8-12] & [ECF No. 133 Pg 2&3 Lines 26-2]** It's clear to see that I served the Defendants properly and adequately. **[ECF No.'s 77-83]**

*NOTE: When I'm wrong about anything, I readily admit it because of my interest in 'Fairness & Equality'. I learned today after looking into an entry, that I served the Summons, Application to Enter Default & Statement of Damages on the Defendants from the dates of 03/07-11/2021. This means that the document at* ***[ECF No. 49]*** *could possibly be the 5AC or the 4AC as shown. That's the extent of my error issue. Whether or not Judge Curiel is right or not about it being the 5AC, that would be the only thing he's said or acted on with integrity, when it comes to facts surrounding my case. I'm only being honest, not giving credit where it's not due in the least. The remainder of his afflictions are firm in their stances.*

**TIMELY CORRECTION OF SERVICE FACT**

I have a correction that needs to be made due to my referring only to the docket on some entry's vs opening the document # itself, to explore the contents:

On 03/07/2021, I received a Summons to be served on the Defendants that had nothing to do with serving the Complaint that I was accustomed to. During my research, I found out about asking the Clerks for an Application to Enter Default. I received a Summons on 03/07/2021 from the Clerks to be served on the Defendants.

That afternoon/evening of 03/07/2021, we went to serve. I'd found an app that offered free people search. Surprisingly, it also contained address information, without the need for a credit card to join or make payment arrangements. I could only hope that they were accurate. We began with Margery in Carlsbad, and we served her son at the front of her residence. Next, we drove to Angie's and served her after she answered her front door. All of these service efforts were done with the highest degree of integrity and 'Reasonable Diligence'. The details are located at: **[ECF No.'s 77-83]** On these occasions from 03/7-11/2021, we served the following on the Defendants, which was not the norm: THE SUMMONS, THE STATEMENT OF DAMAGES & AN APPLICATION TO ENTER DEFAULT. They were all entered, Returned as Executed on 03/11/2021.

The Summons that's served, is very simply stated. It says nothing that refers to being dependent on the Plaintiff's actions or dependently relying on any source for this 'Default' to take place. It states it as if the Clerk's will enforce it. The following sentence is cut & paste directly from the Summons itself: *If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.* There's not much more to say, it's definitive. It also doesn't express dependency on 'Stating Claims', etc. It should have been enforced at this failure to Answer on 04/06/2021. **[ECF No.'s 84-88]** Judge Curiel's dismissal of the 5AC, occurred 1 month and a week after this time.

**THE PURPOSE FOR HIS FALSE CLAIMS**

These service falsehoods against me, along with the $400 Filing Fee I paid that he never mentions, heightened his claim of me having received the Fee Waiver which he wrongfully & illegally chose to use against me after a year, by using it as a service ineligibility issue, that demanded that the Marshals serve, **at the Plaintiff's request** (which still spells out 'my choice' being that it's a request). He made & needed it this way because of the shocker, for me, that was just around the corner and that he himself had put in motion, that he'd use to compromise my case by design. Judge Curiel, couldn't put his belief around 4 Housing workers, Director included, just sitting by Complaint after Complaint and not filing an Answer in their own defense, therefore, I would be the stereotyped sacrificial lamb, even though I had assured the Courts they didn't answer because they had no answers. As a result, Judge Curiel reached a ruling of rescuing 4 maidens, who appeared to be damsels in distress, who didn't stand a chance against a deceitful opportunist, who acted & reported as if he were serving the Defendants but actually deceived the courts, while depriving them of their opportunity to profess & prove their innocence.

According to Judge Curiel's written testimony on 05/12/2021, under 28 U.S.C. § 1915(e)(2)(B), the Court shall first determine whether the 5AC must be dismissed before ordering the U.S. Marshals to complete service of the complaint. **[ECF No. 91 Pg 2 Lines 20-22]** But to the contrary, in order to fulfill his campaign, on 06/02/2021, Judge Curiel Ordered the U.S. Marshals to Effect Service of the 6AC, going directly against the stated Amendment determination prior to an Order to the Marshals. **[ECF No. 104]** But this was when his surprise entrance would show.

**AN EXCEPTIONALLY GRAND ENTRANCE**

On 07/01/2021, City Attorney Barbara Hamilton, waltzed in with an Answer to the Complaint, **[ECF No. 117]** 16 months after the fact, for her newly acquired

Clients/Defendants, which was arranged by and made possible by none other than, Judge Curiel, 4 months prior. **[ECF No. 76]** Atty Hamilton, waltzed in with a 'Motion to Dismiss for Failure to State a Claim' on the same 6AC, that Judge Curiel Ordered the Marshals to serve, without determining its claim stating legitimacy, as the law that he professed & admitted, states. Her appearing to have full rights was very upsetting for me because I'd been present for 16 months. Her opinionated words also, because she didn't know me, only what she had been told by the Un-Brady bunch. Her low blows gave me the will & determination to create a great 7AC, which States a Claim, according to Judge Curiel himself, in one of his precise days. From the moment Judge Curiel chose to act towards being the hero for the Defendants, everything changed in re to his decisions and actions.

He insured that they be given 1st day Answer rights, even though they were deserving of a 'Default Judgement' against them on several occasions. Judge Curiel accomplished this by fraudulently claiming that I received a Fee Waiver, knowing it wasn't the truth. He perjures himself on several occasions, even in the written testimony that he wrote. He obviously had a plan as to how to totally destroy my case as soon as he could, but it would have to look legitimate. But the cat is out of the bag, now there should be consequences for him to face.

## MY OVERALL PURPOSE

My overall purpose here was to legally fight for my rights, where they're understood, respected & protected. Instead, I got just the opposite. I'm pretty certain that I'll have my day in Court with Judge Curiel. At this point, I just want this case over because what was to be fulfilling and rewarding has bee all but that.

**THOUGHTS THAT MATTERED**

I came to these Courts, on 03/31/2020 and filed my Complaint, in order to defend my family's rights that were violated maliciously by certain employees in the Oceanside Housing Authority. As countless other people around the world, who seek justice in the appropriate manner, I would naturally look to the presiding Judge as a symbol of strength, fairness, morals, truth, properness, and devoted to the oaths that were taken, i.e.: "*I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God.*" When it says 'without respect to persons', I take it as not favoring anyone and to stay impartial. I'm what it speaks of and doesn't spell out: the poor, black & disabled which is the opposite of the Defendants, although we're equal under God's eyes. Betrayal doesn't describe what I felt/feel about Judge Curiel's actions. I'm just brutally honest, so I have no fear of being outspoken when it comes to even a Judge, because when one crosses the ethical lines, he or she is deserving of it when it affects others. I know how to filter so as not to offend or hurt others, but in a case like this it doesn't apply because he formed a discriminatory & stereotypical opinion about me, and used it to guide his thoughts, beliefs and actions that were anti-Plaintiff. If he would have formed this opinion and just stepped down, I wouldn't be saying this. He put some unfair and immoral actions into the case, which compromised it, with an intent for it to fail. I respected the Clerks when they told me that they couldn't give legal advice, because I totally understood why. But Judge Curiel clearly bypassed the advantage points of advice. He provided weapons & artillery to the Defenses City Attorneys vs an unarmed Plaintiff, unless the Truth of the Matter counts. In that way, their bullets were blanks to begin with, hence not filing an Answer with 2 Orders to.

**THE MISLEADING**

I didn't understand or realize it at the time when Judge Curiel mentioned that Rule 4(c)(3) stated the Marshals would be required to serve AT THE PLAINTIFF'S REQUEST, because of proceeding IFP. **[ECF No. 91 Pg 14 Lines 7-9]** He then claims that the Court erred in requiring me to complete service because I received and IFP. He then says according to Rule 4(c)(3), the Federal Rule of Civil Procedure 4(c)(3), required the Court to Order the U.S. Marshals to complete service in cases where the Plaintiff is proceeding IFP. **[ECF No. 133 Pg 3 Lines 2-6]** Lines 2-4 above contradicts with Lines 6-8 just above.

Furthermore, I volunteered to have the Defendants served on each occasion, to insure it was done, so the Court never required it of me. Secondly, the Court never erred because I never proceeded IFP, because I paid for the Filing Fee prior to the Fee Waiver being granted. **[ECF No.'s 14&15]** Thirdly, Rule 4(c)(3) basically says that the Plaintiff may request for the Courts to Order the Marshals to serve, but if no request is made, there's no law against the Fee Waiver recipient having it served themselves. He changed this fact to sound like I'd have no choice in ECF No. 133, by stating FRCP… requires the court to order the United States Marshals to complete service in cases where Plaintiff proceeds IFP. *He never expected this opportunity to compare the 2 and learn the **truth**.* So, Judge Curiel misled the Court & me with the Fee Waiver existence, that the Plaintiff had no choice with a Fee Waiver that didn't exist and there not being a $400 Filing Fee payment, by his selective choice not to mention it. His disregard of my Filing Fee payment and the successful fraudulent acts that allowed for the Marshals to serve, was for the purpose of another fraudulent act: Allowing the Defendants Answer clock to begin with the Marshals service and to totally erase the memory & fact that I'd had them served on each occasion that's noted on the Docket, which is more fraud to the Court and us all. **[ECF No. 133 Pg 5 Lines 1-5]**

IV.     **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes          ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

04/02/2022

Date

*Irvin Musgrove*

Signature

Irvin Musgrove

Printed Name