Print Form

1  Name: Irvin Musgrove - Pro Se

2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

3  Telephone Phone: 760-672-1325

4  Email: irvinvsoha2020@outlook.com

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11                                         Case No.: ___20- cv- 0614___
                                           (assigned at time of filing)
12   Musgrove
                                     ,
13                        Plaintiff(s),    **MOTION FOR JUDGE TO RELEASE
                                           THE DECISION THAT'S NECESSARY
14   v.                                    FOR ME TO FILE MY APPEAL**

15
     Hanifin, Pierce, Machado, Sandoval-Soto
16   Oceanside Housing Authority            Date: 2/16/2022
                                            Time:
17                                    ,     Room: 4C
                        Defendant(s).       Judge: HON JINSOOK OHTA
18

19

20

21

22

23          **THIS AREA LEFT BLANK INTENTIONALLY**

24

25

26

27

28

1

1

**FACTS**

2

This case has been victimized by a Judge that: **1)** purposely prolonged it in order to

3

create & follow through with an advantage given to the Defendants & against the

4

Plaintiff **2)** complimented that advantage by use of document manipulation, docket

5

entry blatant disregard & discredit, intentional & meritless slander of Plaintiff's

6

'Reasonable Diligence' in serving the Defendants, in order that the Marshals serve

7

the Defendants in order to erase the 15 months that they refused to answer & avoid

8

Default **[ECF No. 133 Pg 5 Lines 1-5].** Contacted the Oceanside City Attorney in

9

support of the Defendants, because Judge Curiel discriminated against me by

10

stereotyping me, as guilty in re to my Service of the Summons, because of their

11

failure to answer, by wrongfully placing the blame on me as if I had deceived the

12

Court. **3)** defrauded the Court, falsified documents, misrepresented facts, made

13

deceptive preparations, intentionally discredited my $400 Fee Waiver payment in

14

order to trick me into allowing the Marshals to serve for the purpose of declaring

15

the times I had the Defendants served as non-existent, in order that the Defendants

16

arrival be legally entered as the day that they were served by the Marshals. This

17

also blatantly disregarded the time I'd used to serve, especially on the final time,

18

35+ copies x 5 Defendants, the travel expenses from the 40+ miles round trip from

19

Escondido to Oceanside, were simply disregarded **4)** purposely prolonged the case

20

until, including a Default Judgement, until his agreed upon arrival of the City

21

Attorney he conspired with, which occurred on 07/01/2021 when the Defendants

22

Answered. **5)** used a question of 'Reasonable Diligence' towards my service upon

23

the Defendants, as a tactful plot to wrongfully discredit & slander my integrity, in

24

defense of the Defendants he'd sworn to support and rescue **6)** granted the

25

Defendants more time to provide answers to my complaint, even though they had

26

not provided any answers demanded by the Court prior, while denying the Plaintiff

27

leave to enter the completed 7th Amended Complaint to replace the current 7AC,

28

that the Plaintiff informed the Court that he'd present at the scheduled Briefing that was cancelled by the Courts. **6)** crossed all of the moral and ethical lines that I was deserving of as a Pro Se Plaintiff and human being. 2 years is enough for a family who had previously spent 2 years of dreadful living at the hands of the Defendants, whom the Judge supported. WE DESERVE CLOSURE!! I didn't defy the Courts of break any rules, Judge Curiel did. Why are we being punished more?

**MY POINT**

The Minute Order was entered on 02/22/2022, which states, '*the motion to dismiss is fit for resolution without oral argument and submits the motion on the parties' papers*.' I've looked for those papers and even contacted the clerk's office to ask for them because my appeal is prepared. It's been another waiting occasion because it's been nearly 2 months and I've been ready for over a month. I only want a change of venue because I don't want this to go to Judges who know one another, which I can only request. I need the ruling in order to continue, so could you please provide the 'Dismiss' that you see as fitting, because I don't agree? Could you please provide it by the end of next week which would be, Friday April 15, 2022?

1  **IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2        *pursuant to FRCP, Rule 38?)*

3              ☒ Yes        ☐ No

4

5  I declare under penalty of perjury that the foregoing is true and correct.

6

      04/07/2022                              *Irvin Musgrove*

7   Date                               Signature

8                                     Irvin Musgrove

9                                  Printed Name

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28