1 | Name: Irvin Musgrove - Pro Se

2 | Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

3 | Phone:  (760) 672-1325

4 | Email:  irvinvsoha2020@outlook.com

5

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | Case No.:  __20-cv-0614-RBM-BLM____

12 | Musgrove

   | ,

13 | Plaintiff(s),

   | **MOTION FOR CASE TO**

14 | v.

   | **BE RETURNED TO THE**

15 | Hanifin, Pierce, Machado, Sandoval-Soto

   | **POINT BEFORE JUDGE**

   | **WRONGFULLY CHANGED**

16 | Oceanside Housing Authority

   | **ITS NATURAL COURSE**

17 | ,

   | DATE:

   | TIME:

18 | Defendant(s).

   | ROOM:  3B

   | JUDGE:  HON. RUTH BERMUDEZ MONTENEGRO

19

20

21

22

23 | **THIS AREA LEFT BLANK INTENTIONALLY**

24

25

26

27

28

1

I haven't found any similar cases that contain details in re to a Judge choosing a side and doing unethical actions to destroy the other side's case. In this case Judge Curiel:

1) Wrongfully initiated contact with the Oceanside City Attorney after convincing himself that I was the cause of their failure to answer for 1 year +. Made complimentary moves in support of their case and against my case. **[ECF No. 76]**

2) Wrongfully & intentionally lied when he stated that the Plaintiff had a current & active IFP, while undoubtably seeing that I had paid the Filing Fee in cash, and added another lie stating that because the Plaintiff had an IFP the Courts state that the Marshals must serve because of the IFP. **[ECF No. 91 Pg 2 Lines 11-19] & [ECF No. 133 Pg 3 Lines 5-6]** It actually states that because the Plaintiff is proceeding IFP, the Courts may or may not Order the Marshals to serve or the Plaintiff may request it or proceed to have it served themselves. Due to the fact that my service on the Defendants had been legitimate and because I'd had them served 4-5 times, I preferred to continue it because I'd started it. I had the expense of printer ink & serving 20–30-page of complaints x 5 Defendants on 4-5 occasions, 15-20 pages of exhibits x 5 Defendants, and the gas from Escondido, CA to Oceanside, CA on 4-5 occasions, plus San Marcos, CA & Carlsbad, CA on the final occasion. The Courts never forced me to serve, it was totally voluntary. This expressed urgency of service with 'Reasonable Diligence', etc. wasn't mentioned until after Judge Curiel had contacted the Oceanside City Attorney. In fact, they would have to find a way to discontinue my service by disqualification, in order for his supported Defendants to have their Answer timeframe slate cleaned. They could have argued with the fact that the Defendants would face Default Judgement prior to the 03/11/2021 service occasions. But when their entry timeframe allowed

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

for the 03/11/2021 service occasions to evolve, they lost the ability to question or oppose my reaching the 'Reasonable Diligence' level, they were left with no legitimate service argument, because the Summons, the Statement of Damages and Application to Enter Judgement of Default were properly served and in total compliance with the Rules of the Court. Their sudden and shocking use of criticism towards service efforts and misrepresentation of the facts had the motive attached to get the Defendants a clean slate who were unfairly & undeservedly shielded from the Judgement of Default that their actions called for. They were saved by the Judge who had misjudged all.

3) Went as far as to say that Defendants had never received any of the Plaintiff's 5-6 Summons, Complaint, etc servings, and the 1st time was when the Marshals served on 06/11/2021, which he intentionally arranged in total support of the Defendants. **[ECF No. 133 Pg 5 Lines 1-5]** *I defended the integrity of serving the Defendants consistently, and even though Atty Hamilton knows it's been an issue, she has never mentioned it Judge Curiel stated this as fact as well as trashed all of my service occasions on the Defendants, even though the fact that I have sworn under oath as to the integrity of my service occasions, OCCASIONS, that have Never been opposed, questioned or alleged as untrue or even mentioned by the Defendants. This fact should have been sufficient for Judge Curiel.*

4) Disregarded & slandered the Plaintiff's services upon the Defendants by questioning his use of 'Reasonable Diligence' because he had stereotyped me after assuming their failure to answer for 16 months, was caused by foul play on my service occasions with Defendant, without giving a consideration for COVID 19 restrictions which made service efforts far different. **[ECF No 76]**

5) Disregarded the attached service occasions that were done with the highest degree of 'Reasonable Diligence', and served as the points where Judge

Curiel's actions caused this case the most damage, and changed its natural course of direction. **[ECF No.'s 77-83]**

6) His prejudicial actions gave the Defendants a clean slate with full rights that should never have been allowed, due to their violation of this Courts Summons and the 4 prior to it. I filed a Summons, Statement of Damages & Application to Enter Default on the ECF 77-83 occasions, which still didn't bring forth an Answer from the Defendants like those prior. On this occasion, 2 humans of the 4, were served directly. THERE WAS NO EXCUSE NOT TO ANSWER. Judge Curiel still couldn't see the message from this direct & informed failure to answer, probably because he had already made his move towards loyalty to the Defendants, 7 days prior to 03/11/2021. As a result, this case should be set back to the point before his discriminatory actions took hold, in the interest of Justice. Why should my family have to suffer more because of the unethical actions of He, who was sworn to uphold honor & integrity with fairness & equality?

**AT THIS POINT**

My case and rights were compromised by a Judge who took it upon himself to judge & stereotype me as a deceiver and victimizer of the Defendants. Unfortunately, he took steps to support his misguided belief, that severely affected my case and changed its natural course, to that of a dead end, that was totally done against my rights as a United States Citizen. My case needs to be returned back to the point that would leave it unaffected by his prejudicial actions. It must be returned to the 04/06/2021 status, where the correct decision can be reached. Closure has been needlessly delayed and is well deserved. The fact that the Defense never mentioned not receiving the documents or raised an opposition to the Plaintiff's vow of service integrity, speaks for itself.

**WHERE THIS CASE SHOULD HAVE BEEN/BE**

I've attached documents that prove the 'Natural Course' that this case should have taken. Judge Curiel stated that the Complaint should be review in order to determine whether or not it 'States a Claim', and if it did, the Marshals should be contacted only in that case. However, he did just the opposite by issuing me the Summons that was Returned Executed on 03/11/2021, **[ECF No.'s 77-83]** that should have been entered into Default on 04/06/2021, **[ECF No.'s 84-88]** and wasn't dismissed for Failure to State a Claim until 05/12/2021. **[ECF No. 91]**

**NOTE:** *The Summons for the 03/11/2021 service on the Defendants, was issued on 03/07/2021, because I had the Defendants served on each occasion on the date that the Clerks would issue the Summons. I was instructed to serve the Statement of Damages, Summons, and Application to Enter Default, which I did with 'Reasonable Diligence & beyond, and the Defendants failed to Answer as they had on the Service occasions prior. After being scrutinized by Judge Curiel for not using Reasonable Diligence, I consider this service occasion where the use of Reasonable Diligence can't be questioned.*

**NOTE:** *This case should not only be rightfully returned to its point on 04/06/2021, but the Defendants should not be given the honor of full rights, due to their failure to remain compliant with the Summons.*

IV.     **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

      ☒ Yes      ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

    04/17/2022

Date

                        *Irvin Musgrove*

Signature

                        Irvin Musgrove

Printed Name

27