POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| IRVIN MUSGROVE - PRO SE<br>1540 S. ESCONDIDO BLVD. APT 2310<br>ESCONDIDO, CA 92025 | |

TELEPHONE NO.: 442-286-1876      FAX NO. (Optional):

E–MAIL ADDRESS (Optional): irvinvsoha2020@outlook.com

ATTORNEY FOR (Name): Irvin Musgrove

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO

STREET ADDRESS: 333 W. BROADWAY #420

MAILING ADDRESS:

CITY AND ZIP CODE: SAN DIEGO  92101

BRANCH NAME: James M. Carter & Judith N. Keep U.S. Courthouse

PLAINTIFF/PETITIONER: MUSGROVE

DEFENDANT/RESPONDENT: HANIFIN

CASE NUMBER:

20-cv-0614

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ summons

   b. ☐ complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☑ other *(specify documents):* Application to Enter Default, Statement of Damages

3. a. Party served *(specify name of party as shown on documents served):*

   MARGERY PIERCE

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

   817 CAMINITO VERDE, CARLSBAD, CA 92011

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*            (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* 03/07/2021   at *(time):* 3:40pm   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   Defendant's son who declined to give name after hearing about service papers.

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3/8/21    from *(city):* Oceanside      **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| IRVIN MUSGROVE - PRO SE<br>1540 S. ESCONDIDO BLVD. APT 2310<br>ESCONDIDO, CA 92025<br><br>TELEPHONE NO.: 442-286-1876 FAX NO. (Optional):<br>E–MAIL ADDRESS (Optional): irvinvsoha2020@outlook.com<br>ATTORNEY FOR (Name): Irvin Musgrove | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 333 W. BROADWAY #420
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO 92101
BRANCH NAME: James M. Carter & Judith N. Keep U.S. Courthouse

| PLAINTIFF/PETITIONER: MUSGROVE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HANIFIN | 20-cv-0614 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Application to Enter Default, Statement of Damages

3. a. Party served *(specify name of party as shown on documents served):*

   ANGIE HANIFIN

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   2467 MELISSA CT. VISTA, CA 92081

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 03/07/2021    (2) at *(time):* 4:20pm
   b. ☐ **by substituted service.** On *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| IRVIN MUSGROVE - PRO SE<br>1540 S. ESCONDIDO BLVD. APT 2310<br>ESCONDIDO, CA 92025<br><br>TELEPHONE NO.: 442-286-1876   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): irvinvsoha2020@outlook.com<br>ATTORNEY FOR (Name): Irvin Musgrove | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO |
|---|
| STREET ADDRESS: 333 W. BROADWAY #420 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: SAN DIEGO  92101 |
| BRANCH NAME: James M. Carter & Judith N. Keep U.S. Courthouse |

| PLAINTIFF/PETITIONER: MUSGROVE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HANIFIN | 20-cv-0614 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Application to Enter Default, Statement of Damages

3. a. Party served *(specify name of party as shown on documents served):*

   OCEANSIDE HOUSING AUTHORITY

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   321 N. NEVADA ST., OCEANSIDE, CA 92054

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* 03/10/2021   at *(time):* 3:20pm   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   PATRICIA LOZANO, COWORKER

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3/10/21   from *(city):* OCEANSIDE   **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| IRVIN MUSGROVE - PRO SE<br>1540 S. ESCONDIDO BLVD. APT 2310<br>ESCONDIDO, CA 92025 | |

TELEPHONE NO.: 442-286-1876   FAX NO. (Optional):
E–MAIL ADDRESS (Optional): irvinvsoha2020@outlook.com
ATTORNEY FOR (Name): Irvin Musgrove

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 333 W. BROADWAY #420
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO 92101
BRANCH NAME: James M. Carter & Judith N. Keep U.S. Courthouse

PLAINTIFF/PETITIONER: MUSGROVE

DEFENDANT/RESPONDENT: HANIFIN

| | CASE NUMBER: |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | 20-cv-0614 |
| | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: Application to Enter Default, Statement of Damages

3. a. Party served *(specify name of party as shown on documents served)*:

   KEYSA MACHADO

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   321 N. NEVADA ST., OCEANSIDE, CA 92054

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 03/10/2021 at *(time)*: 3:20pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   PATRICIA LOZANO, COWORKER

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 3/10/21    from *(city)*: OCEANSIDE    **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>IRVIN MUSGROVE - PRO SE<br>1540 S. ESCONDIDO BLVD. APT 2310<br>ESCONDIDO, CA 92025 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 442-286-1876    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: irvinvsoha2020@outlook.com<br>ATTORNEY FOR *(Name)*: Irvin Musgrove | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 333 W. BROADWAY #420
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO 92101
BRANCH NAME: James M. Carter & Judith N. Keep U.S. Courthouse

| PLAINTIFF/PETITIONER: MUSGROVE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HANIFIN | 20-cv-0614 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: Application to Enter Default, Statement of Damages

3. a. Party served *(specify name of party as shown on documents served)*:
      OCEANSIDE HOUSING AUTHORITY

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   321 N. NEVADA ST., OCEANSIDE, CA 92054

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                    (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 03/10/2021  at *(time)*: 3:20pm  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      PATRICIA LOZANO, COWORKER
      (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 3/10/21   from *(city)*: OCEANSIDE    **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

Clear Form

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Musgrove )
)
)
vs. )
)
)
)
Hanifin )
)
_____ )

Case No. ___20-cv-0614_____

**DECLARATION OF**
**NON-SERVICE**

Person Not Served:
___Keysa Machado_____
Date Served:
_____03/12/21_____

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: in the following manner: (check one)

1)        By personally delivering copies to the person served.

2) ✔    I made attempts to serve the Defendant on 3/7/21 at 5:45pm and again on 3/8/21 at 11:15am & 6:15pm at her 4345 Shoreline Way Unit 2, Oceanside, CA 92056 residence. I did serve the Defendant on 3/10/21 at 3;20pm at the OHA where she works at 321 N. Nevada St., Oceanside, CA 92054. I had no choice but to put the documents in the drop box close to the OHA entrance, as instructed by Patricia Lozano, who has worked for OHA for 23 years & 7 months. We also decided to make one last attempt at the 2 Defendants, Susana & Keysa's, homes on 3/12/21. But to the contrary, due to the incident that occurred after we drove by Susana's, turned around & left, at appoximately 7:15pm, I declined to do so in the interest of my health.

Executed on 03/12/20 21    at

Clear Form

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**Musgrove**    )
        )
        )
 vs.      )
        )
**Hanifin**     )
        )
        )
        )

Case No. __20-cv-0614__

**DECLARATION OF**
**NON-SERVICE**

Person Not Served:
___Susana Sandoval-Soto___
Date:
    3/12/21

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: in the following manner: (check one)

1)    By personally delivering copies to the person served.

2) ✔  I attempted to serve the Defendant on 3/7/21 at 5:30pm, which followed the successful service of Angie Hanifin & Margery Pierce, but Susana wasn't home. I tried to serve her again on 3/8/21 at 11:30am & 6:00pm. However, I did serve the Defendant on 3/10/21 at 3:20m at the OHA where she works, but I had no choice but to put it in the drop box, as instructed by Patricia Lozano (who has worked for OHA for 23 years & 7 months). Due to the, 'Court's Order Denying Request...,', the Plaintiff wanted 'Reasonable Diligence' to be the focus. We decided on one last attempt on Friday 3/12/21. I drove by at 10:30am but it looked like no one was home so I made the u-turn at the dead end and left. I had plans with a friend that lived blocks from her place. That evening at 7:00pm, the Defendant picked me up and we drove by to see if anyone was home, for what we considered to be 'one last time'. It appeared to be as before, so we kept straight to the dead end and turned around headed back towards Mesa Drive. On the times prior I had approached the door, which was caught on their 'Ring Security Camera'. We took a right on Mesa Dr. and stopped at Santa Fe Dr. We turned right and suddenly a silver Toyota SUV emerged from the upcoming traffic veered in front of us and stopped and I stopped behind him. A man jumped out and walked to my car in a rage. He threatened & warned us never to go to his house again. Afterwards, I decided I'd served enough.

Executed on 3 / 12 _____ , 20   at

# Federal Rules of Civil Procedure

2022 Edition

Home » Table of Contents » Title VII – Judgment (Rules 54-63) » Rule 55 – Default; Default Judgment

# Rule 55 – Default; Default Judgment

∧

(a) **Entering a Default**. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) **Entering a Default Judgment**.

(1) *By the Clerk*. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

(2) *By the Court*. In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals

Search ... 🔍

⇒ Purchase the 2022 Edition of the Federal Rules of civil Procedure for just $19.50

MENU

- Table of Contents
- Title I – Scope of Rules; Form of Action (Rules 1 and 2)
- Title II – Commencing an Action; Service of Process; Pleadings, Motions, and Orders (Rules 3-6)
- Title III – Pleadings and Motions (Rules 7-16)
- Title IV – Parties (Rules 17-25)
- Title V – Disclosures and Discovery (Rules 26-37)