NAME: Irvin Musgrove
ADDRESS: 1540 Escondido BLVD, Escondido, CA 92025
PHONE: (760) 672-1325
EMAIL: irvinvsoha2020@outlook.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>                                          Plaintiff,<br><br>v.<br><br>ANGIE HANIFIN, MARGERY PIERCE, KEYSA MACHADO, SUSANA SANDOVAL-SOTO, AND OCEANSIDE HOUSING AUTHORITY,<br><br>                                       Defendants. | Case No.: 20-cv-00614<br><br>**MOTION FOR COURTS TO EXPEDITE RULING SET AT DOCKET #162 ON 02/22/2022**<br><br>DATE:<br>TIME:<br>ROOM: 4C<br>JUDGE: HON. JINSOOK OHTA |

THIS LEFT BLANK INTENTIONALLY

# INTRO

This case has been open since 03/31/2020. The Defendants answered my Complaint 16 months after I filed it. Their failure to answer was due to the choice they made, where they consciously & intentionally ignored each Summons they received, because they have no case nor evidence to present to the Courts. The only reason that they decided to finally answer was because they believed the Oceanside City Attorney, Barbara Hamilton, when she approached them and filled them in with the Court advantages she had, which would all but guarantee that the case would be Ruled on behalf of the Defendants.

She was able to express these convincing words & assurances to the Defendants, because on 03/04/2021, she had received an email that included the Order denying my 'Motion for Default Judgement'. **[ECF No. 76]** Long story short, Judge Curiel not only wrongfully contacted Atty Hamilton in order to give the Defendants an extreme advantage when they answered, but also personally committed to case, evidence & word manipulation, because his choice to support the Defendants and destroy my case against them, caused him to defraud the Courts by the use of tactics that were underhanded & fabricated at best.

# WHY I'M HERE

I'm here to fight for my family's rights, the Defendants demanded it. My case is legitimate and straight forward with complete honesty. When Judge Curiel did what he did, instead of this case running its natural course, an additional year was needlessly tacked on. While I'm working to make less errors and keep up, he was compromising my case. It's bad when you find out that a Judge, whom I've always admired, has crossed you. The year was enough of a delay for me and now there's more. It's not like I'm at the end of if finally, thanks to Judge Curiel and no one else being willing to listen & look honestly at the case in its entirety, no closure is in sight.

**IN CLOSING**

As I stated just above, it's not like the end of the case is finally here, I still have to go through the 'Appeals' process in order to prove the integrity of my case. I'm ready to appeal and at the least, know some progress is being made. Therefore, could you please follow through with your decision and the related actions of your docket entry ECF No. 162. I can't file the appeal without it. I see no more reason to plead my case at this level.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes  ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

| 04/26/2022 | Irvin Musgrove |
|---|---|
| Date | Signature |

*Irvin Musgrove*
Printed Name