| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 04 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| IRVIN ULYSSES MUSGROVE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ANGIE HANIFIN; SUSANA SOTO; OCEANSIDE HOUSING AUTHORITY; MARGERY PIERCE; KEYSA MACHADO; SUSANA SANDOVAL-SOTO,<br><br>        Defendants - Appellees. | No. 22-55444<br><br>D.C. No. 3:20-cv-00614-JO-BLM<br>U.S. District Court for Southern California, San Diego<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

| | |
|---|---|
| **Tue., July 5, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Fri., August 5, 2022** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7