Name: Irvin Musgrove - Pro Se

Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

Phone: (760) 672-1325

Email: irvinvsoha2020@outlook.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Musgrove,

Plaintiff(s),

v.

Hanifin, Pierce, Machado, Sandoval-Soto
Oceanside Housing Authority,

Defendant(s).

Case No.: 20-cv-0614-JO-BLM

**MOTION TO EXPEDITE & PRODUCE DOCUMENT NEEDED TO FILE AND/OR CONTINUE APPEAL WITH NINTH CIRCUIT COURT OF APPEAL AS OF 05/03/2022**

DATE:
TIME:
ROOM: 4C
JUDGE: HON. JINSOOK OHTA

## THIS AREA LEFT BLANK INTENTIONALLY

1

**INTRODUCTION**

I've been Pro Se Plaintiff on this case for over 2 years. It hasn't been a pleasant experience and not because of the clerical or procedural errors I've made. I won't go through the entire story all over again because it seems to fall on deaf ears or selectively deaf ones. I'm a very straight forward person and sometimes I don't have much of a filter and often times it's not needed, because the truth needs to be shared. It's really frustrating when a person goes to a place where relief is known to derive from, but only more drama and scandal come to the surface vs honor and integrity. The guilty are supported & taken as gospel, while the victimized are slowly disassembled and pushed to the back from being railroaded like the caboose.

**WHAT I'M BACK HERE**

I petitioned the 9th COURT OF APPEALS in San Francisco, to allow me to appeal my case with what I had, due to the fact that I'm sick of waiting while never hearing a word other than those that are written in support of the 4 Defendants, who made a choice to victimize my family without a shred of fear and having this experience has provided more than a hint as to why. They were never made to provide one answer that could perhaps help with closure for my son and myself. I can only hope that Karma is as focused on their needs as this Court has been. I can only speak of this Court and not all of the Judicial Representatives within it, because that would be like say all blacks, all whites, all men, all women, etc., for we are individuals.

I apologize, I keep drifting because of how upset I am with the 'Individual(s)' who have betrayed my trust here, whoever he/she or they may be.

**WHAT I NEED**

Judge Jinsook Ohta, I need whatever document that you made reference to on **ECF No. 162** on the docket, or whatever document that would enable me to continue with my Appeal. I made it pretty far before they opted for the proper documentation before proceeding. I assume it will continue even though it's temporarily Dismissed as Moot. I will Motion for it to be continued. I've asked you on 2 prior occasions, 04/07&26/2022 **[ECF No.'s 172 & 179],** to expedite the issuance of the necessary document and never received a response from you, in fact, I've never received a response to any Motion I've made to you. You only have responded to the Defendants Motion to Dismiss because of my 7th AC not stating a claim although Judge Curiel stated that it states a claim and ordered me to file it exactly the way it was and for the Defendants to respond, which of course they never did, at least in Answer format. In fact, I've filed 15 Motions during the time when you

were the Judge over this case, and received not 1 response from you in regards to either. But on the other hand, you made it your 1st order of business to Set a hearing on the Defendants Motion that was made before you took over for Judge Curiel. Then you were able to file the Minute order to Dismiss my case at your discretion, without oral argument and fit for resolution only 6 days after the Defendants reply to me. This was without taking into consideration that Judge Curiel himself stated that it stated more than 1 claim and for relief, with examples from the 7th Ac and that he ORDERED me to file it a few sentences later, and for the Defendants to respond. I relied purely on the Judge's opinion of my complaint and he cosigned it as legitimate.

**ACCORDING TO JUDGE CURIEL: (**Below is cut & paste from ECF No. 133)

*The 7AC adds causes of action and claims for relief that were previously unexplored in earlier complaints. Plaintiff would seek relief for violations of the Unruh Civil Rights Act (California Civil Code § 51), Section 504 of the Rehabilitation Act, and for Discriminatory Conduct Under the Fair Housing Act (42 U.S.C. § 3604(3)(B)), including the Liability for Discriminatory Housing Practices (24 CFR § 100.7) and Reasonable Accommodations (24 CFR § 100.204). ECF No. 125-1 at 1. The proposed 7AC lays out the causes of action, claims for relief, and relief sought relating to these state and federal statutes more fully than previous iterations of Plaintiff's complaint. See, e.g., ECF No. 125-1 at 11-12 (describing the Section 504 claim for which Plaintiff seeks declaratory and injunctive relief).*

*The Court finds it will conserve judicial resources to permit Plaintiff to amend his complaint, to file the attached proposed complaint as the Seventh Amended Complaint, and for Defendants to respond to the newly-minted causes of action in the 7AC.*

*III. CONCLUSION*

*The Court hereby **GRANTS** Plaintiff's motion for leave to amend his complaint, and to file the proposed amended complaint attached to Plaintiff's motion as his Seventh Amended Complaint.*

*The Court **ORDERS** Plaintiff to file the proposed amended complaint as it appears in its current form attached to Plaintiff's motion (ECF No. 125-1)*

Why would Judge Curiel go to such complete expressive lengths, in re to the 7th AC stating a claim and **ORDER (in bold print)** for me to file it in its current form if it didn't. He as a Judge can't **ORDER** me to file a document in its current form and later dismiss it for not stating a claim. In other words, you're saying that Atty Hamilton knows more than Judge Curiel, but me as a Pro Se Plaintiff only had the words of a Judge who criticized all Amendments but 1. Why would he order

me to file what was improper & inadmissible to the Courts? It was the 1st Complaint he'd been able to review prior to me filing it. So he approve of my 7th AC before it was filed, therefore you can't dismiss my case for what he allowed or in all fairness, I'd be given Leave to File an 8th AC. The Appeals Court will be the one's who make the decision, but I know they won't be able to find any fault in me. This was the only defense that the Defense had to base their case on, period.

**IN CONCLUSION**

    I need the document that I'll need to continue with my appeal because you've had enough time to have an effective plan of action. I need what you referred to as the Motion to Dismiss that's FIT FOR RESOLUTION, in document form so that I can present it to the Ninth Circuit of Appeals. This document will help to confirm that I requested you to reach the decision so that I can move forward as well as what I requested. I really need the document by the early part of next week.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

05/06/2022 — Date

*Irvin Musgrove* — Signature

Irvin Musgrove — Printed Name