1  Name: Irvin Musgrove - Pro Se

2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

3  Phone:  (760) 672-1325

4  Email: irvinvsoha2020@outlook.com

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  Case No.:   20-cv-0614-JO-BLM

12  Musgrove
                                              ,    **MOTION TO EXPEDITE**
13                              Plaintiff(s),       **& PRODUCE DOCUMENT**
                                                    **NEEDED TO FILE AND/OR**
14  v.                                              **CONTINUE APPEAL WITH**
                                                    **NINTH CIRCUIT COURT OF**
15  Hanifin, Pierce, Machado, Sandoval-Soto         **APPEAL AS OF 05/03/2022**
16  Oceanside Housing Authority
                                              ,    DATE:
17                              Defendant(s).       TIME:
                                                    ROOM:  4C
18                                                  JUDGE:  HON. JINSOOK OHTA

19

20

21

22

23  **THIS AREA LEFT BLANK INTENTIONALLY**

24

25

26

27

28

1

I'm filing this 4th Motion for a Ruling on my Case because of your failure to rule up to this point and outside of the timeline requirements. According to CALIFORNIA CONSTITUTION CONS ARTICLE VI JUDICIAL, Section 19, there's a 90-day limit to make a ruling by a Judge. According to a day counter, it's been 111 days as of 06/13/2022. This was determined from the day you entered the Minute Order on 02/22/2022, stating that granting the Defendants Motion to Dismiss my 7th AC was FIT FOR RESOLUTION (thru today), and that this ruling would be included on the parties' papers, which I never received, in order to file my Appeal Properly, Legally & Rightfully with the Ninth Circuit Court of Appeals in San Francisco, CA.

This Ruling will be done by the Judge, while the Judge is aware that the Plaintiff filed his 7thAC strictly by the **ORDER** of Judge Curiel. **[ECF No. 133 Pg. 5 Lines 12-14]**. In this same document, he also stated clearly that my 7thAC stated: causes of action, claims for relief, and relief sought relating to these state and federal statutes. **[ECF No. 133 Pg. 4 Lines 18-27]** Therefore, for the record, the Plaintiff was only following the Judges Orders, which leaves any fault with the Courts by way of the Judge who has the appropriate experiences & expertise to make such a determination and issue such an ORDER, which I was MANDATED to follow.

Therefore, could you please make this past due ruling, so that I can exercise my civil right to file my appeal, so that I can prevent any further mental damage to my family. We deserve closure, even more, since Judge Curiel decided to take the biased actions, in order to give the advantage to the Defendants, and which also added 432 days to the 371 days that would have been concluded by Default. So could you make the ruling so that my family can rightfully move on with our lives?

**IV.** **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes      ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

_____06/13/2022_____
Date

_____*Irvin Musgrove*_____
Signature

_____Irvin Musgrove_____
Printed Name