UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irvin Musgrove,<br><br>                             Plaintiff,<br><br>v.<br><br>Oceanside Housing Authority et al,<br><br>                             Defendants. | Case No.: 20cv614-JO-BLM<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS** |

      Plaintiff, proceeding *pro se*, filed a Seventh Amended Complaint asserting causes of action under Section 504 of the Rehabilitation Act ("Section 504"), the Fair Housing Act, the Unruh Civil Rights Act, intentional infliction of emotional distress, and conspiracy against Defendants Oceanside Housing Authority, its director Margery Pierce, case managers Angie Hanifin and Susana Sandoval-Soto, and supervisor Keysa Machado in their official capacities alleging they violated Plaintiff's housing rights based on his disabilities. Dkt. 134 (7AC). Defendants filed a motion to dismiss the Seventh Amended Complaint for failure to state a claim. Dkt. 151. The Court held oral argument on September 29, 2022.

1    For the reasons stated on the record during the oral argument, the motion to dismiss
2    [Dkt. 151] is GRANTED in part and DENIED in part as follows:
3    The Court GRANTS the motion with respect to the state law claims and DISMISSES
4    the claims for violation of the Unruh Civil Rights Act, intentional infliction of emotional
5    distress, and related conspiracy without leave to amend.
6    The Court GRANTS the motion with respect to the Section 504 and Fair Housing
7    Act claims to the extent these claims are based on the termination of the voucher and
8    DISMISSES these claims without prejudice.  The Court DENIES the motion with respect
9    to these claims to the extent they are based on the request to make phone calls.  Plaintiff's
10   *ex parte* motions [Dkts. 152, 154, 157, 160, 161, 163, 164, 165, 166, 167, 168, 169, 170,
11   171, 172, 174, 175, 177, 178, 179, 187, 188] are DENIED as moot.
12   Defendants shall file an answer within thirty (30) days of the date of this order.

**IT IS SO ORDERED**.

Dated:  September 29, 2022

_____
Honorable Jinsook Ohta
United States District Judge