1  Name: Irvin Musgrove - Pro Se
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 760-672-1325
4  Email: irvinvsoha2020@outlook.com
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11                                              Case No.:  __20- cv- 0614_____
12   Musgrove                                              (assigned at time of filing)
                                          ,
13                             Plaintiff(s),   PLAINTIFF'S REQUEST FOR
                                               RECONSIDERATION  DUE TO A
14  v.                                         PROPER FILING OF COMPLAINT
                                               RULED AS IMPROPER & LAW
15                                             VIOLATIONS BEING DENIED
    Hanifin, Pierce, Machado, Sandoval-Soto
16  Oceanside Housing Authority                Date:
                                               Time:
17                                        ,    Room: 4C
                              Defendant(s).    Judge:  HON JINSOOK OHTA
18
19
20
21
22
23            THIS AREA LEFT BLANK INTENTIONALLY
24
25
26
27
28

1

---

**BELOW: FROM HUD WEBSITE**

**Federal Tort Claims Center**

*The function of this Center is to provide centralized handling of tort claims filed against HUD by the Regional Counsel Office in Region I (Boston). All claims throughout the country are forwarded to the Claims Center, where staff reviews incoming tort claims, determines if additional documentation or investigation is necessary, and decides whether the claim should be denied or settled. If the claimant initiates litigation, the Claims Center is responsible for handling the litigation, including monitoring contract legal services that may be procured for this purpose. This approach ensures that tort claims are dealt with in a systematic, fair, and consistent manner.*

**Intake**

***When an individual reports possible discrimination, we check whether a formal complaint can be filed under one of the laws we enforce.***

*What to Expect:*

- *FHEO may interview the individual who wishes to file a complaint.*
- *Where appropriate, FHEO will draft a formal complaint, have the individual review and sign the complaint, and notify the parties that a complaint has been filed.*
- *As part of HUD's Fair Housing Assistance Program (FHAP), FHEO may refer a fair housing complaint to a state or local government agency for investigation.*
- *In certain circumstances, FHEO may initiate a compliance review based on the information submitted in a complaint.*

**Overview of FHEO's Complaint and Investigation Process**

*FHEO begins its complaint investigation process shortly after receiving a complaint. You must file your complaint within one year of the last date of the alleged discrimination under the Fair Housing Act. Other civil rights authorities allow for complaints to be filed after one year for good cause, but FHEO recommends filing as soon as possible. Generally, FHEO will either investigate the complaint or refer the complaint to another agency to investigate. Throughout the investigation, FHEO will make efforts to help the parties reach an agreement. If the complaint cannot be resolved voluntarily by an agreement, FHEO may issue findings from the investigation. If the investigation shows that the law has been violated, HUD or the Department of Justice may take legal action to enforce the law. Depending on the type of complaint you file, FHEO may follow a different*

*investigative process, such as referring the matter to a Fair Housing Assistance Program partner. The processes of HUD's Fair Housing Assistance Program (FHAP) partners may vary by agency.*

**You May File a Private Lawsuit:**

*You may file a private civil lawsuit, even if you have already filed a complaint with HUD. You must file your lawsuit within two (2) years of the most recent date of alleged discriminatory action. If you have already filed a complaint with HUD, the time during which HUD was processing your complaint is not counted in the 2-year filing period. You must file your lawsuit at your own expense; however, if you cannot afford an attorney, the court may appoint one for you. You may not be able to file a federal private civil suit if (1) you have already signed a HUD Conciliation Agreement to resolve your HUD complaint; or (2) an Administrative Law Judge has commenced a hearing for your complaint.*

_____

**ABOUT THE ABOVE**

The facts above, that were taken from the HUD website, provide irrefutable proof that I followed the proper & legitimate procedure, in the filing of my case. Your determination of my committing a filing error, came from the biased viewpoint of the opposing Atty. The following review of these facts, should be enough for a **RAPID** RECONSIDERATION of your ruling against me, because these facts are overwhelming and in opposition to her biased revelation to the Court, which was your expressed reason for your ruling.

**REVIEW OF THE ABOVE FACTS**

1) The Defense claimed that I failed to satisfy the Government Tort Claim requirements to sue Government employees, by not filing with the State or Local agency.
    a. This isn't true because the FHEO, has its own 'FEDERAL TORT CLAIMS CENTER', from which they forward claims throughout this Country, where there's a need, and they're the experts in this determination. They have staff who reviews, investigates and determines if a claim should be denied or settled.
2) As part of HUD's Fair Housing Assistance Program (FHAP), the FHEO may refer the fair housing complaint to a STATE or LOCAL GOVERNMENT AGENCY for investigation.
    a. The FHEO may also initiate a compliance review based on the information submitted in a complaint, if needed vs. a person having to go to 3 or 4 different organizations

    before they happen on the appropriate place. With these agencies in mind, they are seasoned in these requirements and maintain compliance with them.

  b. They will also, draft a formal complaint, have the individual review and sign the complaint, and notify the parties that a complaint has been filed. *Which means that the proper notification that Atty Hamilton is concerned about is fulfilled.*

3) What's more, a Civil Suit can be filed even if a Complaint has been filed with HUD.
  a. There are **2** reasons that would disqualify filing a Private Lawsuit.
    i. If there's already a signed HUD Conciliation Agreement to resolve your HUD complaint
    ii. An Administrative Law Judge has commenced a hearing for your complaint. *None of which apply to this case.*

**Moral to the story:** *The Government Tort Claim requirements are common knowledge to the FHEO. The FHEO follows these guidelines, to the point, of where they refer each case to their appropriate place, so that the process can continue, which the Government Tort Claim is a respected part of. This leaves the claim that I failed to follow the proper procedure, without merit.*

**MY CHANCES AT THE HEARING**

  I prefer to be honest in life and in all aspects, this one being no different. I give all due respect to Judges in general. I knew coming into the hearing on 09/29/2022, that I would be facing the same amount of respect that my case had already been given, which is not worth measuring, because of the biased actions that had been taken in the beginning and the recent forced time in which I've been left in limbo. But I'm determined to face my violators on all fields. It began with the question about what I was trying to say the Defendants had done, but when it was interpreted by the Judge as something to do with my apartment having failed the inspection, I knew that her source was the Defendants rantings, which I'd seen and firmly opposed as the actual reason why I had filed. I made a point to clarify the actions that the OHA had plotted against my family, in the 7th AC, to deny any misinterpretations. In fact, because Atty Hamilton had misinterpreted it so far off base, by saying I was upset because the Defendants had terminated my voucher and how my voucher was never terminated, this was when I chose to translate my complaint into plain English for a better understanding. This latest version, whether from the ongoing misinterpretation of Atty Hamilton or from somehow drawing a similar conclusion, failed to address the true stance that had formed against us. Atty Hamilton's intentional avoidance of & maneuvering around the severe actions that the OHA

4

had used against us, was her way of keeping the Defendants behind the Courts scenes. The same dumbfounded approach is now being utilized to deflect the spotlight back on me, and allowed. Atty Hamilton has mastered avoiding each of my major points since the beginning, by picking & choosing the common parts that would never have given cause for filing a case. When not taking this approach, she's back to bringing my cases legitimacy into question and presenting the Defendants nobility and misleading claims of her Defendants going above and beyond to accommodate the Plaintiff, which are far from the truth. The extremely sad part of this case is the fact that the Defenses evasive maneuvers are not only allowed but also supported by the Judge, who has issued the demand for the Defendants to respond to the allegations, but repeatedly fail to follow through with the enforcing of these demands. They haven't been court ordered to respond to the following allegations:

**ALL DEFENDATS: Answer the following:**

- Why was an 'Intent to Terminate Residency for a Failed Inspection' mailed to the Plaintiff, over a month prior to the actual inspection?
    - How many other Section 8 recipients received the same document?
    - How many other Section 8 recipients have ever received this same document?
        - If any, for what reason?
    - If it wasn't a part of normal procedure, what made it necessary in the Plaintiff's case?
    - How may times have this document been issued to OHA clients, since this occasion?
- Why after issuing the Plaintiff this warning, would you fail to Schedule this Inspection, that was obviously of enough vital importance for this particular family & unit?
    - Why didn't you reschedule (even though it was never scheduled), the Inspection of such importance, once you realized that you had failed at your duty to schedule it?
        - What made this Inspection of vital importance, no longer important?
    - Why did you decide to enter this unscheduled Inspection as a failed Inspection?
        - How could you place the blame for this unscheduled Inspection that you were responsible for scheduling, on the Plaintiff's family, as if the Inspection was actually conducted and failed to me HQS standards?
            - How could the 4 of you, then forcefully remove the Plaintiff from his home with the failed inspection as the sole reason for his family's removal?

5

- - - What reason did you have for refusing to accept the fact that the Inspection passed the following week?
    - Why did you deny the Plaintiff's plea for reinstatement?
    - Didn't you realize that when the inspection passed, that the Plaintiff's claim that it had been completed over a month prior as the Plaintiff claimed?
      - Weren't you told by the Plaintiff that none of the repairs were determined to be tenant caused?
  - What made the Plaintiff's forced removal from his residency mandatory, with the Plaintiff having no fault in the damage or scheduling of the inspection?
  - How could you conspire and force an innocent family to begin a new life, with no direction or plan, to live life HOMELESS?
- Why was kicking the Plaintiff's out MANDATORY?
- **SUSANA**:
  - Why did you say that your hands were tied, in response to the Plaintiff'' pleas for you not to kick his family out of their home?
  - Who wouldn't allow you to let the Plaintiff's continue their residency at Oceana?
- Why wasn't it until 08/12/2019, that I received the document entitled, 'Termination of Residency'?
  - Why after I called you and pleaded with you to allow us to remain in our home because the inspection had passed, the fact that we didn't want to move, how my disability would worsen, no money to move & rent storage and moving out from the 2nd floor with a hip in need of surgery would make it impossible; did you say your hands were tied, that Sara the Inspector didn't know what she was talking about in re to a reinstatement, and that I needed to hurry to the office to pick up my HCV voucher, because it had been active since 08/01/2019 and I needed to hurry because time was running?
  - Why on 08/03/2019, when the Plaintiff went to the OHA office to ask why the OHA's rent portion hadn't been paid, did Patricia Lozano, tell the Plaintiff that the computer said he longer wanted to stay at Oceana and wanted to move out? *The plaintiff informed Ms. Lozano, that it wasn't true and explained to her how he had given you a*

*statement confirming that fact, at your request, a month prior. She asked that he provide another statement so that the OHA portion could be released, which he did.*
- Why didn't the computer confirm your claim to the Plaintiff, that his new HCV Voucher had begun on 08/01/2019?
- Why on 08/05/2019, did the Plaintiff receive a document in the mail entitled, 'Intent to Terminate Residency Due to Failed Inspection'?

- **Margery**: After learning about you conveniently placed Man who you appointed to serve as the 1st contact before meeting with you, I emailed you on 10/23/2019 to plead for you to intervene because of the actions being taken against me by your staff. I emailed you 5-6 more times between that date and April of 2020, with the last 2 emails being more about a needed intervention because of the fact that my son had been taken by Child Protective Services, due to us being homeless. In 2014, I contacted you by email on 2 occasions and you responded promptly.
  - Why did you fail to respond to either of my emails over the course of those months which allow their treatment to continue?
  - Why did you feel the need to pass my emails off to Angie?
  - Why did you pass the RAR my Doctor sent to you directly, off to Angie and fail to follow up on it?

- **Angie:**
  - Why did you conspire with Susana, in the creating of the 'Intent to Terminate Residency for Failed Inspection' document that both of you provided me with, over a month prior to the Inspection Deadline?
  - Why did you fail at your responsibility to schedule that Final Inspection that you warned me not to fail?
  - Why did you then conspire with Susana, Margery & Keysa, in entering the unscheduled inspection as failed, but maliciously place the blame on me, with me having no responsibility in the scheduling of it, and considering the fact that no inspection was conducted because of your failure to schedule it?
  - Why did you conspire with Susana when the Inspection passed by your refusal to accept it?

7

- o Why did you wait until the meeting in July of 2020, to tell me that you conspired with Susana, Margery & Keysa, in the decision that forced my family out of our home and into homelessness?
- o Why did you refuse my Doctor's RAR for the help I needed to acquire an apartment, which my disability prohibited?
- **Margery:**
  - o After intentionally ignoring my pleas over the course of the 6 months, why did you suddenly appear at the end of my meeting with Angie?
    - I've never seen you outside of the OHA office and you've **never** met my son or seen us together and you knew he had been taken by CPS, from the last 2 letters I emailed pleas to you. I know why you suddenly decided to make your presence known.
    - With Angies office door being 3-4 feet from yours, you were able to hear Angies's blatant refusal to honor the RAR with the help I needed and the extension I also needed, which meant my search & involvement was over with OHA.
      - Why when Judy and I said that we were ready to leave did you suddenly appear at Angie's door?
      - But more importantly, why did you say the following:
      - While looking directly at me with this sarcastic face, did you say the following:

*"Don't I remember you from a year or 2 ago? Aren't you the one with the little boy?"*

- I was able to skip over the words that initially crossed my mind, and I think I nodded because of Judy being with me, and she help me resist the 1st thought.
- I knew your intentions immediately, because I knew you were aware that I had lost my son to CPS less than a month prior, because I'd shared it with you in the last 2 letters to you. I knew you couldn't resist what would be your only attempt to salt the wound that you'd caused and kept open. I shared my pain with you

8

in hopes you'd help us, but only received more of the hate that I'd had to endure from all of you. I don't understand the ways of thoughts of sociopathic humans, but the 4 who my son & I needed, are the pinnacle.

**NOW SOME ANSWERS**

_____

**THE CAUSES OF ACTIONS RELEVANT TO THIS COMPLAINT**

**THE UNRUH CIVIL RIGHTS ACT, CA. CIV. CODE § 51**

      The Unruh Civil Rights Act provides protection from discrimination by all business establishments in California including Housing & Public Accommodations. The law requires 'Full and Equal Accommodations, Advantages & Privileges in all business establishments.  The OHA not only denied my right to full and **EQUAL** use of the accommodations and privileges in regards to the use of my apartment, but did so with the most malicious of intent, by the heartless act of the following series of events: mailing me a document of their intent to terminate my residency, over a month before the deadline date. **Note:** Besides the fact that I'd had no failed inspections in the 7 years I'd been a Section 8 recipient, leaving 'No Cause', this was the 1st and only time I'd seen or received such a document or any other Section 8 recipient I've asked, which also singled me out. This same inspection that they felt was vital enough to issue me an unprovoked warning about, because of the fact that I hadn't failed any inspection in my 1st 7 years as a Section 8 recipient, they conveniently & coincidentally failed to schedule, which was a coordination, that OHA shared exclusively with the Landlord. When a scheduling eventisn't accomplished, the normal thing to do is to reschedule if possible. What happened next, showed me what the connection between the out of the blue intent to terminate residency and the inspection scheduling failure was. Angie, my case worker's supervisor & my caseworker, with obvious malicious intent, instead of rescheduling the inspection, decided to enter it into the system as a failed inspection, but did so as if there was an actual inspection conducted and it failed to meet housing standards, but with obvious malice of forethought, decided together to place the blame on my family. They were then allowed to decide on our undue punishment, which was to force my family into the life of homelessness, after refusing my Reasonable Accommodation request to remain in our home, even though I emphasized the fact that they had failed to schedule the inspection and that it was never inspected. When it was inspected a week later, they refused to accept it. Also, as I stated in my COMPLAINT, they blatantly disregarded the guarantee on their own

9

website, of an abatement, and 120 days to stay in the apartment while searching for another unless it passed beforehand, and HUD's rescheduling of the inspection or reinstatement of the Housing Choice Voucher. This entire series of events, that sentenced an innocent family with no fault whatsoever, to nearly 2 years of homelessness, separation from one another, my son to be subjected to CPS for most of that time, etc.

These violations against my family, were committed by Angie (Supervisor) & Susana (Case Worker), and were known and supported by Margery (Director) & Keysa (Supervisor), who also failed to intervene on our behalf. HUD does allow for HA's to determine that a missed inspection as a failed inspection, but that refers to tenants who aren't present & accounted for; not when the HA fails to schedule the inspection and the blame gets put on tenants who have no fault in it or scheduling responsibility.

**HOW THE UNRUH CIVIL RIGHT ACT WAS VIOLATED?**

If you don't know, then there's no need for me to tell you. Before the sentence behind each bullet point, the word, Intention or Intentionally belongs:

- Blaming the innocent for another's failures
    - Allowing this failure to cause undo harm to another and being the decisive factor in that devastation
- Wrongful eviction of a tenant for **NO REASON WHATSOEVER**
- Conspiring in the framing & conspiring in the wrongful targeting of an innocent family
- Forced eviction upon a disabled tenant that caused monetary loses in furnishings, rental space, etc
- Forced homeless upon an undeserving while conspiring with the knowledge that wrongful blame was placed that was used to inflict undue hardship & pain.
- Denying a family's right to remain in & enjoy the dwelling that they maintained with knowledge of no tenant caused damage; who was blamed, punished, demoralized, etc. with the shared knowledge of all Defendants, that malicious intent was the cause.
tenant caused damage
- Ignoring & failing to follow the guarantees on the company's website in order to punish a family, who's undeserving.
- My family, which includes a child, was purposely targeted and forced into 2 year life of being homeless, because a Director and those under her supervision, decided to inflict punishment

        & possible death upon us, after planning & plotting to victimize us, by using their position, which was one that was meant serve and shelter individuals & families for the bad elements of the world. They used their position to betray the communities trust by ripping one of its dependents from their safe haven by deceit and subjecting them to the danger of homelessness, without remorse and in sociopathic fashion, yet still trusted to serve the public.

- If I would have had their same mentality and level of evil, I would have resorted to violence as a manner of justice, thank God I'm not that way.
- And of course, there's more

**The Unruh Civil Rights Act was not only violated, it was demolished and totally disregarded. This was a callous act of hate that featured victims who suffered from being forced into a life of homelessness & separated, with many other options readily available to them, by 1 Director, 2 Supervisors & 1 Caseworker, whom slept comfortably slept in their warm beds at night unified as a family.**

The fact that they intentionally placed the failure blame on an unresponsible family, then force the family to be homeless, is obviously of bad intent and not with any consideration for the targeted family. Any other actions would come from the same source of intent, which is shown here.

_____

**THE FAIR HOUSING ACT 24 CFR § 100.7 - LIABILITY FOR DISCRIMINATORY HOUSING PRACTICES**

      The Fair Housing Act places direct liability both on a person for their own conduct that results in a discriminatory housing practice by that person's employee or agent, where the person knew or should have known of the discriminatory conduct.

      A person is vicariously liable for a discriminatory housing practice by the person's agent or employee, regardless of whether the person knew or should have known of the conduct that resulted in a discriminatory housing practice.

      The fact that they conspired is obvious, partly from such extreme violations of disability laws, along with the subhuman treatment of my family, by 4 ladies, that anyone can see who cares enough to look, especially with the proof I have. It only takes someone who is equally as offended by these acts that are all too common in our society today. I don't expect it to be known at this level, because the disassociation has been made obvious by the blinders that are being used. But as for the next step, I'm sure morals & ethics are still in place.

**RESPONSIBILITY**

Liability in this case, lies with 3 of the four because of their positions and their ability to have done something about it, which would have shortened he pain that we were forced to endure. Margery was the Director during this time, and is directly & vicariously liable for the acts committed by her staff, which she had the duty to stop; and the acts from herself, which she had every opportunity to stop. She intentionally ignored my pleas, therefore she fits the requirement of should have known and the other automatically. Keysa & Angie (who was also directly involved) shared the same responsibilities.

I'm extremely tired from this ordeal and too tired to continue providing testimony, that goes unheard. I'll be more responsive when I reach the point where justice prevails.

This, document, along with the amount of evidence I have, I'll gladly provide to the next Court. I'm sick of corruption.

Signed:_____

Dated:_____10/03/2022_____