1  Name: Irvin Musgrove - Pro Se

2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025

3  Telephone Phone: 760-672-1325

4  Email: irvinvsoha2020@outlook.com

5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11                                                  Case No.:  20- cv- 0614
                                                              (assigned at time of filing)
12   Musgrove                                     ,  MOTION FOR RECONSIDERATION OF
                                                     VALID CAUSE OF ACTION THAT
13                                      Plaintiff(s),  WAS DETERMINED TO BE INVALID
                                                     BY JUDGE OHTA IN ERROR &
14   v.                                              POTENTIAL FUTURE PROOF OF
                                                     BIAS IF 2ND LOOK IS THE SAME
15
     Hanifin, Pierce, Machado, Sandoval-Soto       Date:
16   Oceanside Housing Authority                   Time:
                                                   Room: 4C
17                                                ,  Judge:  HON JINSOOK OHTA
                                       Defendant(s).
18

19

20

21

22

23            THIS AREA LEFT BLANK INTENTIONALLY
24

25

26

27

28

1

# MY CAUSES OF ACTION ARE LEGITIMATE

**My Intent for This Document**

*I'm going to cover only, 'The Unruh Civil Rights Act Civil Code § 51' in this document, because you blatantly denied my presented testimony the right of you giving it a legitimate look at the facts surrounding it and the only ruling possible, at the hearing. For this reason, you mentioned new evidence in your Order, therefore, I will show that, for you, this will serve as new evidence vital for my case and more vital for my civil rights and for my case to receive fair and equal considerations in the interest of justice. I will work on the other Causes of Action, for you to actually review, only after you have made the proper determination on the legitimacy of The Unruh Act, or for the Appellate Court. This will also serve as my attempt to gain your proper attention to my case and its specifics that are legitimate, so that they have knowledge of my efforts, your stance and what's legitimate.*

**CALIFORNIA'S UNRUH CIVIL RIGHTS ACT Civil Code § 51**

The Unruh Civil Rights Act applies to all business establishments which provide services, goods, or accommodations to the public. The California Supreme Court has emphasized that "business establishments" must be interpreted "in the broadest sense reasonably possible." (*Curran v. Mount Diablo Council of the Boys Scouts of Am.*, (1998) 17 Cal.4th 670, 696.) All persons within the jurisdiction of the, State of California, are free and equal, and no matter what their sex, race, color, religion, ancestry, national origin, disability, medical condition, genetic information, marital status, or sexual orientation are entitled to the full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever. As with the Unruh Civil Rights Act, the California Legislature amended the Disabled Persons Act to incorporate ADA violations and make them a basis for relief under the act. (Civ. Code, §§ 54(c), § 54.1(d); *Munson, supra,* at 674; *Wilson v. Murillo* (2008) 163 Cal.App.4th 1124, 1131.)

The Court held in Harris v. Capital Growth Investors XIV, 52 Cal. 3d 1142 (Cal. 2001), that proof of intentional discrimination was necessary to establish a violation of the Unruh Act. In 2002, the state Legislature amended the Act to **include ADA violations as violations of the Unruh Act.**

**THE EXTENT I WILL GO HERE**

The Defendants violations directly relate to both the Unruh Act & the ADA. Perhaps the reason that you weren't able to connect the Defendants actions to the Unruh Act, was because of the fact, that **we never actually discussed my 7$^{th}$AC,** in order for you to gain such an understanding. The Defendants actions were definitely intentional in each & every aspect, up to the point & past the point of 'Premeditation'. There's no way that you should be able to deny these facts that **ARE INCLUDED IN THE 7$^{TH}$AC**. I will inform you of the vital proof of their Unruh Act violations, which will confirm the intentional infliction of harm that they inflicted upon my family, and you can review the rest as I prepare it. It's obvious you didn't give proper attention to my 7$^{th}$AC, or you would have come to the true conclusion. I'm also going to mention 1 or 2 violations, and according to your response, I'll provide or not provide the rest.

**THE DEFENDANTS VIOLATIONS OF THE ACT**

The main violation they committed against my family, was after the Defendants **FAILED TO SCHEDULE** the follow up inspection, which is to ensure that repairs are made to all items noted by the Inspector during the initial inspection, that solely up to the Defendants to Schedule. This means that NO FOLLOW UP INSPECTION WAS CONDUCTED, on the 06/30/2018, deadline date. *Note: I'd been issued an 'Intent to Terminate Residents Voucher for Failed Inspection' document, over a month prior to the deadline date, that my family hadn't received during our 1st 6 years on housing nor since that date.*

**IRREFUTABLE PROOF OF THEIR INTENT TO HARM MY FAMILY**

Supervisor & Case Worker (Angie & Susana), after creating & serving me with their **'ONE OF A KIND'**, *NOTICE OF INTENT*, with **Malice of Forethought**, chose to treat their Unscheduled & Unconducted Inspection, as if it were an Inspection that was actually performed by the Inspector on that 06/30/2018 date, they also maliciously claimed that it had Failed. Next, with a Premeditated malice of forethought, they both placed the entire blame on me as the only reason for its failure, but also enforced their determination that we suffer the consequence, that they saw as fitting for my family for causing this 'Fabricated Failure', of being forcefully removed from our home, with no other alternative, to live homeless for nearly 2 years, not only with knowledge we had no fault in the failure whatsoever, but also while knowing no repair in need was tenant cause. They also **REFUSED TO ACCEPT THE ACTUAL REPAIR PASSING A WEEK LATER THAT WAS CONDUCTED BY THE INSPECTOR**

3

**WITHOUT THEIR KNOWLEDGE,** which they were very upset about it being done by the Inspector. I pleaded with Susana & Angie to allow my family to remain in our home because of the affects the move & homelessness would have on my disability and my son's schooling, the hardship of having to move from the 2nd floor with a hip in need of surgery, the lack of funds to move and acquire a storage, etc. This request satisfied the requirements of a verbal RAR, which is a legitimate method, although a written RAR is preferred.

To warn me of their intent to terminate my voucher with a form never used or heard of, fail to schedule the same inspection, enter it as actually inspected & failed, intentionally place the blame on my family that was known to be totally untrue, refuse the passing of the same inspection and determine that we become homeless for their failure to schedule, fail to reschedule their failure, failure to reinstate my voucher instead of framing my family maliciously, CONFIRMS BOTH MALICE OF FORETHOUGHT & INTENT TO CAUSE HARM, which being forced into being homeless would undoubtably cause.

**IN CLOSING**

This is enough to satisfy the Unruh Civil Rights Act requirement of MALICIOUS INTENT & the Unruh Civil Rights Act with the ADA incorporated amendments. I'm not going to include the Defendants other actions in the 7thAC, that also directly confirm that the violations are valid and are appropriately used as the 'Causes of Action', that was wrongfully determined as not legitimate in the Order following the recent hearing to Dismiss my 7thAC for not stating a claim, that was scheduled for the hearing, even though I'd already proven that Judge Curiel had sworn that it had stated a claim, but also had **ORDERED** me to file it in its current form, after his careful review and determination.

My last motion was not pertaining to the Causes of Action specifically, so this one will provide the proof necessary, to show the bias that's been used thus far in my case to an exceptionally large degree & has prejudiced my case while violating my civil rights under the law. If the above doesn't confirm that the Defendants violated the Unruh act by itself, which is only the start of the violations of it by itself, then I stand corrected, but will only accept this correction from the 9th Circuit of Appeals, due to the fact that I feel your opinions are biased, but have no other choice but to appeal your decision, to you, at this time. I also would like for this to serve as a show of my efforts, which are fatigued from having to run into the same wall up until now, and an example of your show of favoritism & use of bias, from not being able to see how

4

the above actions by the Defendants by themselves, were blatant violations, or simply unwilling to rule on them as they demand to be ruled on, which is by choice. I'm not a Pro Se Plaintiff with a filter in re to the facts, but I only intend to do so with the most amount of respect possible in the circumstances that I've been given. WITH ALL DUE RESPECT!

Signed: _____

Date: __10/18/2022_____