1  Name: Irvin Musgrove - Pro Se
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 760-672-1325
4  Email: irvinvsoha2020@outlook.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Musgrove,
Plaintiff(s),

v.

Hanifin, Pierce, Machado, Sandoval-Soto
Oceanside Housing Authority,
Defendant(s).

Case No.: 20-cv-0614
(assigned at time of filing)

**OBJECTION TO THE EXPECTATION OF ATTENDING ENE CONFERENCE WITH JUDICIAL ERRORS THAT VIOLATE BOTH PLAINTIFF'S OPPORTUNITY & CIVIL RIGHTS**

Date:
Time:
Room: 4C
Judge: HON JINSOOK OHTA

THIS AREA LEFT BLANK INTENTIONALLY

1

**THE NEED TO RULE ON ECF NO 199**

My case has been compromised in one way or another from almost the beginning, judicially. I filed a Motion on 10/26/2022 at ECF No 199, that will correct the latest wrong that was done against my case. At the video hearing, which once again was set in place on the Defendants behalf, my Cause of Action was dismissed, without any discussion and in error. Just as the Judge prior, I've had to face any discussion or hearing crippled from some type of adverse action being committed against my case. I'm not willing to enter another hearing disabled as I am in this life, because in a courtroom, I'm supposed to be free to present my case without the existence of bias & favoritism, per the courts order. I normally just keep on moving along knowing that a totally preventable crater in the road, will cause damage or leave me unprotected in some way. I've had nearly 3 years of it and enough is enough.

**OBJECTION TO AN ENE UNPREPARED DUE TO ORDER**

I object being a party to the ENE Conference, in consideration of my right to take a stand in my own defense and for my Civil Right to be treated fairly & equally under the law. To attend the ENE with my main Cause of Action being wrongfully thrown out, would be like me asking for more punishment while facing another substantial Handicap. These malicious actions have been allowed to continue without intervention, and allowed to slowly dismember my case. But I've remained humble throughout. With an honest look at the Defendants actions that are addressed in the documents at **ECF No. 199**, both the legitimacy of the Unruh Civil Rights Act would be apparent and the bias used in Judge Otha's ruling also. Without it, the ENE would be prejudiced, because he Defendants will see my case as much more less of a threat, knowing their actions, fit the Unruh Civil Rights Act to a tee. Now the most offensive and immoral acts committed by the Defendants, have no where to actually fit, where their impact would be felt and feared by the Defendants; because they should fear the consequences that they'd surely face because of the blatant, malicious, purposeful, inhumane decisions that they should have considered before they allowed them cooperatively to become actions, which makes it far worse because no voice of reason existed between the 4 Defendants. I thank God that I maintained my voice of reason or things may have turned out far differently, because I see & hear about it happening all over the world each day.

Please tell me why it is that the Defendants have absolutely no case in which to form a Defense whatsoever, but yet, they've received every advantage possible. Need confirmation of this fact? Review their documentation or ask for what they have or skim over their recent Answer, and

2

confirmed it will be. I filed my case relieved to be in a place that I've known only for protecting the rights of the innocent. Judge Curiel chose to taint my case by contacting the Oceanside City Atty after he decided on supporting the Defendants. He was so determined to assure that they wouldn't have to face the penalties for failing to file their Answer on the 3 occasions, that without hesitation, he proceeded with his plan to defraud the courts, 1st by insulting the monetary sacrifice I'd made when I paid for the filing fee out of pocket, and then by insulting my integrity by his documented suspicion about my use of Reasonable Diligence, on the service occasions, which I had used, even with Covid restrictions firmly in place and affecting the operations of every business.

He premeditated plot was built on a twofold plan of action, that would lay the foundation for him to build what was needed to accomplish his goal. It began shortly after he made contact with the Oceanside City Attorney on 03/04/2021 **[ECF No. 76],** to give his total support to the Defendants, who hadn't answered either of the 3 Summons that I'd had them served with, since I filed my Complaint on 03/31/2020. On the same day that he decided to contact the city attorney, by serving her with a copy of his 'Denial of my Request Motion for Default Judgement', was the same time that he chose to firmly question my use of Reasonable Diligence, which came off as offensive to me. I had used Reasonable Diligence, when considering how the Covid 19 restrictions had affected every business nationwide. He had a stereotypical outlook on me because of the fact that he couldn't fathom, 4 Defendants who would decide not to Answer in their own defense, without me having done something underhanded. I had mentioned to the courts prior to this, that they weren't answering because they had no defense for their hateful actions. But he continued to stereotype me. So, when he contacted them, his plot began.

**PLOT PART #1**

So, on 05/12/2021, he continued to build his plot, which began with the contacting of the City Atty with the document that included a detailed stance towards my integrity, with his stereotypical suspicion towards my use of Reasonable Diligence. She, as an attorney, knew that he'd derailed from the ethical tracks that he was sworn not to leave. Therefore, any pledge or promise he made from that point she'd embrace because of his being in the Defendants corner. Note: Due to the Atty Hamilton's complete absence of defense testimony, exhibits & witnesses, his support would be to die for. But as for him, he'd crossed over into the place of no return to normalcy. character with the Reasonable Diligence suspicion, by statin that the **ONLY** reason why my Motion for Summary Judgement had to be denied because I hadn't demonstrated that I had properly served the Defendants.

3

Then he claimed that the court hadn't screened the 5thAC, but if it had and found it shouldn't be dismissed, he would have been required to have the U.S. Marshals to serve the Defendants, because of the fact that I was receiving an IFP or Court fee waiver, pursuant to Federal Rule of Civil Procedure ("Rule") 4(c)(3). Then he went on to say the Court had erred in requiring me to personally have the Defendants served. **[ECF No 91 Page 2 Lines 8-20]**

**THE TRUTH**

First of all, I voluntarily had them served, the court never required it. But most of all, Judge Curiel used the United States own, Federal Rule Civil Procedure **with a twist,** to defraud the Court by manipulating it into a **Misrepresentation Lie,** to further this part of his plan, undetected. He actually used 2 lies for this part of his plan. First, he claimed that the Court had erred because I proceeded **in Forma Pauperis,** when he knew without a doubt that I hadn't. **[ECF No. 14]** But he needed this to be the truth for the courts for his Plot to succeed. So, he used this to establish the fact that the U.S. Marshal's were required to serve when the Plaintiff/Defendant receives an IFP. This was lie number 2 that he chose to use in the courtroom. It's true that the FRCP says that the Marshal's are required to serve in this instance, but that's **ONLY at the Plaintiff's REQUEST.** But again, he needed it to be mandatory because his biggest farce was yet to come.

**THE RIGHT TIME**

In the meantime, I had the Defendants served on my last service occasion. On this occasion, I successfully had Margery & Angie, served directly at the front door of their residences. But with Keysa & Susana, we did make 6 attempts in 4 days, but ran into a problem, when Susana's husband cut my car off by Guajome Park, in the center lane as cars swerved to avoid us, and he got out and warned us & threatened us for ½ hour. I decided not to resort to violent measures and also decided that the risk wasn't worth it. I had them served at their place of employment and by mail. Therefore, a great amount of Reasonable Diligence was used and I provided proof of it. **[ECF No.'s 77-83]** Even though I had used Reasonable Diligence that couldn't be questioned, Judge Curiel had other plans that were set in place to protect the Defendants, who once again intentionally violated the Summons and the Plaintiff's efforts. This was when he unleashed his plot's true intentions. He used both of the perjured claims in different ways to protect the Defendants. He had used the fee waiver misrepresentation, that was a total insult towards the monetary sacrifice I'd made for my family, to fool myself and the courts, into thinking that the Marshals service on the Defendants was of the FRCP, which he strengthened by bringing a meritless suspicion that my failure to use Reasonable

4

Diligence, was a contributing factor as to their repeated failures to answer. Then he used both of his fraudulent accomplishments, to pull off his most crucial part of his scheme. All of his efforts, were to guarantee that they'd Answer, even after 4 intentional failures to abide by the Summons, while protected from having to answer or face the likely consequences. He merged his efforts below:

*__Prior to the Court's Order dismissing Plaintiff's 5AC, which directed the U.S. Marshals to serve Defendants with Plaintiff's 6AC (ECF No. 91 at 14), Defendants were not served any of Plaintiff's earlier complaints. Defendants' participation in this case therefore effectively began only once they were served with Plaintiff's 6AC, on June 11, 2021. ECF Nos. 106-115.__*

The thousands of sheets of paper & substantial amount of printer ink, the substantial amount of gas, the good amount of mailings, and the exceptional amount of time I'd spent, that was used to serve 5 separate Defendants, was suddenly tossed away like a diaper. I didn't know how to feel any longer, because all of the time I'd spent on my case was done so with the utmost amount of integrity, but mostly because the Violators of my family, were totally supported and once more placed in a position where they could look down on me.

**IN A NUTSHELL**

With all due respect, his replacement has been a compliment to him but on a much smaller scale. Beginning with preferred hearings set for Motions, which averages 3 for 2 vs 0 for 22. Then there the Hearing on the Defendants Motion to Dismiss the 7$^{th}$AC. First of all, I'd sent proof that the 7$^{th}$AC was legitimate and that Judge Curiel, **ORDERED** me to file it in its current form, after he had carefully reviewed it & confirmed that it did. See both below:

*__The 7AC adds causes of action and claims for relief that were previously unexplored in earlier complaints. Plaintiff would seek relief for violations of the Unruh Civil Rights Act (California Civil Code § 51), Section 504 of the Rehabilitation Act, and for Discriminatory Conduct Under the Fair Housing Act (42 U.S.C. § 3604(3)(B)), including the Liability for Discriminatory Housing Practices (24 CFR § 100.7) and Reasonable Accommodations (24 CFR § 100.204). ECF No. 125-1 at 1. The proposed 7AC lays out the causes of action, claims for relief, and relief sought relating to these state and federal statutes more fully than previous iterations of Plaintiff's complaint. See, e.g., ECF No. 125-1 at 11-12 (describing the Section 504 claim for which Plaintiff seeks declaratory and injunctive relief).__*

***The Court hereby GRANTS Plaintiff's motion for leave to amend his complaint, and to file the proposed amended complaint attached to Plaintiff's motion as his Seventh Amended Complaint. The Court ORDERS Plaintiff to file the proposed amended complaint as it appears in its current form attached to Plaintiff's motion (ECF No. 125-1) on or before October 22, 2021.***

Yet, the hearing was set on the same grounds. But we never discussed the specifics surrounding it. Instead, the Judge and the Defense Atty, went after the manner in which I filed my complaint, not meeting the requirements of one that pertains to a Government Tort Claim. I swore to Judge Ohta that I had satisfied it and asked that she look it up if necessary. But she only asked Atty Hamilton what her opinion was on what I said. Even thought Atty Hamilton is naturally biased in defense of her clients, she took her claim that I hadn't 'AS GOSPEL'. I attempted to Motion for Reconsideration, with proof, and she quickly dismissed it. She also removed my Unruh Civil Rights Act as a Cause of Action, which is also in their defense and in error as well. The Defendants actions taken against my family and the way they were carried out, give total demand for the Unruh Act to be a party to their consequences, for having such a malicious disregard for human existence.

**Due to the prejudicial actions of Judge Curiel and Judge Ohta, and the biased interpretation of my filing properness and the intentional removal of the Cause of Action that pertains to where the Defendants used the greatest amount of malice and violated the Plaintiff's rights to the extreme and methodically. As a result, with all due respect, I decline attending an ENE Conference, behind the eight ball once more and with my case crippled needlessly, by the judicial actions of 2 Judges, and in support of the Defendants who should have been defaulted on months ago. With the Court's review of ECF No. 199, it will become clear of how much of an intentional error that was committed. I'd prefer to plead my case with the 9th Circuit, than continue to think or believe that I will finally receive fair treatment here. These concerns and the fact that I've expressed them, of course, will become a part for the 9th Circuit, to take into consideration. All it would take is a review of ECF 199 and a look into the fact that filing a District Court complaint against a Housing Authority, by 1st filing a complaint 1st with the FHEO, is proper and satisfies the Government Tort Claim requirement. But even more importantly, after those 2 bridges are crossed, a look into the fact that the Defendants have absolutely NO CASE or way to defend their actions, which is confirmed by their recent deflective and so-called Answers, to my Complaint. The Court has the power to enter Default with knowledge of a frivolous case, which theirs most definitely is.**

6

Name:_____

Date: 10/31/2022