1  Name: Irvin Musgrove - Pro Se
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 760-672-1325
4  Email: irvinvsoha2020@outlook.com
5
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11                                          Case No.:   20- cv- 0614
                                                     (assigned at time of filing)
12   Musgrove                          ,   MOTION:
13                          Plaintiff(s),  FOR CHANGE OF VENUE
                                           DUE TO FRAUD ON THE COURT BY
14   v.                                    JUDGE CURIEL TO 9TH CIRCUIT
15
     Hanifin, Pierce, Machado, Sandoval-Soto         OR
16   Oceanside Housing Authority
17                                      ,  JUDGEMENT ON THE PLEADINGS
                            Defendant(s).  DUE TO NO AFFIRMATIVE DEFENSE
18
                                            JUDGE: HON JINSOOK OHTA
19
20
21
22
23
24     THIS AREA LEFT BLANK INTENTIONALLY
25
26
27
28

1

**FRAUD ON THE COURT**

There have been several acts of *Fraud on the Court* in this case from 03/04/2021, forward; including the improper contact with the Oceanside City Attorney by Judge Curiel. **[ECF No. 76]** This was the point from which FRAUD ON THE COURT, took hold and snow balled through 07/01/2021, **[ECF No. 117],** which was the predetermined point when this contact & plot, matured the Judge's & Attorneys violation of *Rule 60 of the FRCP,* where both had the duty to not mislead the court or fail to correct misrepresentation. In fact, specifically speaking, Judge Curiel submitted the falsified misrepresentation of facts and I name Atty Hamilton, for the simple fact that I wasn't aware of Atty Ricksecker at that time as a part of the defense with Atty Hamilton, failed at her/their duty as an Officer(s) of the court, to correct these misrepresentations, and in this case as you'll see, conspired in the committing of fraud upon the court.

**Note: I will now bullet point the actions for a 'Clear & Convincing' understanding, and to detail the methodical manner in which the Fraud was carried out intentionally in support of the, yet to Answer, Defendants at the 03/04/2021 point, when 1st contact was made.**

- 03/04/2021 – Judge Curiel contacted the Oceanside City Atty, using his ORDER for Default Judgement against my case. **[ECF No 76]**
    - Point where the cooperative plot began, which will be confirmed by the acts of manipulative fraud upon the court, which are all documented.
    - This contact, was by the Order, that included the sudden concern & question of my use of Reasonable Diligence in my service occasions on the defendants and the purpose of this question came with a plan to utilize it at the designated time as a benefit to Atty Hamilton's clients, *by design*.
- 05/12/2021 – Judge Curiel stated that, on 08/04/2021, the court had granted my request to proceed '**in forma pauperis**', *by design* **[ECF No 91 Pg 1 Lines 26-27].**
    - Failed to mention that I'd paid the filing fee on 08/03/2021.
    - Then as a part of his and Atty Hamilton's plot, he stated that because I received the fee waiver, the court had erred in requiring me to have the defendants served, according to Fed. R. Civ. P. 4(c)(3), *by design* **[ECF No 91 Pg 2 Lines 11-19]**.
        - This misrepresentation was designed to use at a designated time for the benefit of her future defendants. The actual rule is cut & paste below, which he had no way of misunderstanding & surely experienced many times as a Judge:

2

(3) *By a Marshal or Someone Specially Appointed.* At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916.

- 03/11/2021 – My final service occasion, which was proven to have been done with a high degree of 'Reasonable Diligence', yet totally disregarded, as the 3 occasions prior, by Judge Curiel, *by design* **[ECF No's 77-83].**
- 06/02/2021 – Ordered the US Marshals to serve the defendants, due to the fraudulent entry that declared me ineligible to have the defendants served due to my receiving an IFP, *by design* **[ECF No 104].**
- 07/01/2021 – Date of Defendants agreed upon filing date, which only consisted of a Motion to Dismiss for Failure to State a Claim, and not an Answer to my Complaint. In fact, they've never provided an actual Answer. The coincidentally answered when the Marshals served and the Marshals served the Plaintiffs, at the office of the Oceanside City Atty, whom Judge Curiel had contacted, breaking the Ethical Lines.

**Note:** The best was yet to come:

- 10/18/2021 – Judge Curiel accepted my 7$^{th}$AC and **ORDERED** me to file it in its current form and for the defendants to respond. Then he revealed the reason for all of his actions: He used the US Marshals service to input the following that's cut & paste:

*Prior to the Court's Order dismissing Plaintiff's 5AC, which directed the U.S. Marshals to serve Defendants with Plaintiff's 6AC (ECF No. 91 at 14), Defendants were not served any of Plaintiff's earlier complaints. Defendants' participation in this case therefore effectively began only once they were served with Plaintiff's 6AC, on June 11, 2021. ECF Nos. 106-115. The Court finds it will conserve judicial resources to permit Plaintiff to amend his complaint, to file the attached proposed complaint as the Seventh Amended Complaint, and for Defendants to respond to the newly-minted causes of action in the 7AC.*

3

**CLEAN SLATE FOLLOWED BY SELF-RECUSE**

He successfully maneuvered the defendants in by intentionally committing FRAUD ONTO THE COURT, which meant the 1 ½+ I'd spend here at the courts and punctual, were maliciously erased and disregarded. They violated my rights viciously at their jobs and now I felt like a slave must have felt during those times. His blatant disregard also: *determined that the vast amount of ink & paper I'd used to print, which I also spent hours to separate & organize for each of the 5 Defendants, the time having the Defendants served with Covid 19 restrictions in place, the high-priced gas I'd used in this process, which consisted of multiple trips at times, the expense of stamps & mailing what would often be 20+ pages for each Defendant, and the actual person who spent their time to serve the Defendants on my behalf, was all done in vain.*

He then recused himself, but **ONLY AFTER** the damage from his unethical actions had been inflicted. This was a definite Fraud on the Court with intent, bordered on criminal. He knew that his actions would hurt my case & family, and that was his purpose all along. He got the defendants past having to answer for their failure to abide by 4 Summons, over the course of the 1 ½ years. If he weren't conspiring with them all along, he wouldn't have used trickery & deceit

**AWARENESS IS EVERYTHING**

First of all, for each of the 4 individual Defendants to have intentionally failed to answer and abide by the Summons for 1 ½ years +, to coincidentally answer together after the stage was set, was obviously planned, confirmed by the planned Clean Slate; the timing of the service and answer also made it obvious. His every methodical move was totally visible and typical of a Judge who chose a side and felt that the Self-Represented Plaintiff was either blind or an idiot, who wouldn't notice and the laugh would be on him. Then before the Plaintiff would know it, a Default Judgement would be his undoing. Law and court procedures that are 'fair on their faces' but administered' with an evil eye or a heavy hand, was discriminatory and violates the equal protection clause of the Fourteenth Amendment. **Yick Wo v. Hopkins, 118 US 356, (1886).** Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. **Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958).** Judges are deemed to know the law and sworn to uphold it, therefore, they can't plead ignorance of the law. I had a right to due process and the Due Process Clause guarantees more than fair process. **Washington v. Glucksberg, 521 U.S. 702, 719 (1997).**

**OFFICERS OF THE COURT**

Atty Hamilton, had a duty not to mislead the court or fail to correct a misrepresentation. Because Atty Hamilton and her defendants answered with known help from Judge Curiel, she brought fraud onto the court by failing to correct a misrepresentation, because she knew that Judge Curiel was using the Plaintiff's Reasonable Diligence alleged questionable failure in re to properly serving the defendants as a misstated fabrication. How do I know without a doubt that she knows and could have stopped the misrepresentation? She could have stopped it, because it was the dominant argument in the document that Judge Curiel mailed to her 4 months before they answered. How I know that she was aware that Reasonable Diligence was used, was by the simple fact that SHE HAS NO DEFENSE WHATSOEVER, and it would be a great affirmative defensive strategy. But to the contrary, with the document in hand 4 months prior and knowing his focus was RD, she failed to mention it, nor did she hear allegations, from 1 of the 4 defendants, about my failure to serve them on either occasion. Therefore, 4 individuals, who live separately, where 1 or 2 no longer work at the OHA, obviously have communicated, if for nothing else, but to defy the 4 courts Summons that I had served, for over 1 ½ years; which should not have been allowed during that time, nor should be allowed now, to further delay the closure their victims deserve, because the Judge used the courts influence to remove their 4 Summons violations by their falsified rebirth & complimentary actions.

The methodical manner in which the defendants reset the Summons Clock was achieved, confirms their conspiring effort, that began when Judge Curiel made 1st contact with the Oceanside City Attorney, on 03/04/2021 **[ECF No 76]**. Whether an active participant or having knowledge only, is of no matter, she joins in with the violations of Rules, 60, 60(b), 11 of the FRCP, and more, ie communications, fraud of the court, knowledge without intervention, permitting while benefitting, etc. For instance, the fee waiver falsified claim of service ineligibility, actually kicked off a chain of plotted steps, where each did its part, in the ultimate goal of the defendants having firm advantage with a clean slated Summons compliance arrangement, fraudulently acquired, yet court protected by immunity, with full rights included. Also, an attorney who misleads the court or fails to correct a misrepresentation, which Atty Hamilton did from the contact date, through the latest, when she convinced Judge Ohta that I hadn't filed my complaint to the proper place to fulfil the requirement of the Government Tort claim, as well as Judge Ohta for her part in simply taking it as Gospel.

Also, both Judge Ohta & Atty Hamilton, agreed that the Unruh Civil Rights Act should be dismissed, when there's solid proof that it belonged in its place.

**HOW COULD THEY SAY THE FOLLOWING ISN'T FITTING?**

*This begins after the 1st Inspection and prior to the follow up Inspection:*

- The Defendants Issue, **ONLY TO MY FAMILY**, a 'Notice of Intent to Terminate Voucher for Failed Inspection', over a month prior to the Inspection deadline date.
    - Singled out to my family, without motive, with what I've never received during my 8 years on Section 8, nor anyone else I've spoken to. (Automatic Discrimination by itself)
        - Singled out with no past Inspection failures or issues and it was determined that none of the repair needs were Tenant Caused (Meaning NO FAULT)
- **Failed** at **THEIR OBLIGATION** to schedule the Inspection, **that was of enough vital importance to issue such a Threat**.
- **Failed** to **RESCHEDULE** the **UNSCHEDULED INSPECTION**, which would be normal.
- **Failed** to follow their **NORMALLY UTILIZED ABATEMENT PROCEDURE**.
- I asked Wendy (the Apt Manager) and Sara (the Section 8 Inspector), what happened and was told they never contacted one another nor did OHA secure scheduling of the Inspection.
- Sara came out special that day and a week later and the Inspection passed.
- The Defendants **REFUSED** to accept the Inspection that passed, that they knew wasn't my fault, so they did so with the sole purpose of sticking to the plan and discriminating more.
- The **Defendants**, entered the Inspection as FAILED, WITH MY FAMILY HAVING NO FAULT, YET THEY CHOSE TO PLACE BLAME FOR THEIR FAILURE ON MY FAMILY IN ORDER CAUSE HARM, **what good would they have felt that homelessness would accomplish**?
- The Defendants not only, with **MALICE OF FORETHOUGHT**, intentionally **PLACED BLAME ON US FOR THEIR FAILURE**, but also, **SENTENCED MY FAMILY TO LEAVE SAFETY AND TO LIVE LIFE HOMELESS**, well aware that they were the guilty party, but also aware that we would have no means of defending ourselves, against the 4 of them, and that we would be damaged extensively as a result. This was only the start of their intentional demoralization of my family.

6

Because of their hateful actions, my son and I were separated, he was taken by CPS on March 5, 2019, from us being homeless, where he became suicidal and was moved to Pasadena in June of 2019, until February of 2020, when he went into foster care in San Marcos.

**WHAT'S OCCURRED OVERALL**

The OHA violated my family's rights & lives on a severe basis as they bullied us and railroaded us out of our home, WITH ABSOLUTELY NO MOTIVE OTHER THAN DISCRIMINATION. I came to these Courts for relief from such hateful actions, feeling content and ready to fight for my family's rights. Judge Curiel had other ideas. He chose their side, by Stereotyping me by assuming that I, whether because I was disabled or black, would be scandalous enough to falsify service, thus I hadn't used 'Reasonable Diligence', even though I had; which in his mind, could have been the ONLY reason why 4 allegedly prominent ladies who ran & operated the OHA, wouldn't Answer the Complaint in their own Defense, over the course of 1 ½ years. So, he ran to their defense, 1st by contacting the City Attorney, then manipulating the facts of the case and related laws, thus manipulating & defrauding the courts, until he committed the 5-7 acts that guaranteed their entry with a clean slate, that were undeserved and illegally acquired, by use of falsified evidence, facts and actions, then he remained to make certain that his supportive actions took full effect, and then RECUSED HIMSELF.

**HIS REPLACEMENT**

The 2nd Judge, the Hon Jinsook Ohta, only chose to respond to the 3 + motions of the Defendants, while ignoring the 22 Motions that I filed. But she didn't ignore them completely, because she did use my Motions to utilize the 90-day Judgement requirement, which was to their favor as well. But after I realized her tactic and stopped filing Motions, she took it to the 88th day. She then set another hearing, on their Motion as well, to Dismiss the 7$^{th}$AC even though I'd presented her with the proof that Judge Curiel had not only confirmed that it stated Claims, but also **ORDERED** me to file it in its current state, with capitalization & bold as emphasis. But she again showed her support by her hearing to Dismiss it, which actually had very little to do with the dismissal of it. She proceeded to wrongfully determine that I hadn't satisfied the GOVERNMENT TORT CLAIMS requirements, by disregarding my reassurances and blatantly taking the Defendants Attorney's words as Gospel, which were in error. Then she chose to STRIP AWAY MY CAUSE OF ACTION, THE UNRUH CIVIL RIGHTS ACT OF THE CALIFORNIA CIVIL CODE § 51, by claiming it wasn't proper when IT IS TOTALLY FITTING FOR THEIR ACTIONS AGAINST MY

FAMILY, it was done because of it having no CAP, which was the only true way she could assist without closing it in conflict, although it still is. I didn't come here to be bullied and wronged because I'm self-represented or for any other reason. They were malicious, evil, eager to place the blame for their failure on my family and proceeded to do so, conspired, intentional, inconsiderate, unnecessary, known that they would cause definite harm to my family.

## WHAT I'M EXPECTED TO DO

I'm expected to simply lie down and continue to take this misjustice that's been intentionally committed against me, and continues to be. I asked for RECONSIDERATION, which was proper, but again, it wasn't considered and still sits there at **[ECF No 194],** totally disregarded, when it is legitimate. If anyone has empathy, perhaps they can use my shoes for a second and see for themselves. I haven't been heard or considered for this entire 3 years, and now there are plans to lay it out for an additional year, when the 1st 2 years were wasted away because of their refusal to Answer. They worked together against me at their jobs and they successfully worked against me here at the Courts. How do I know? Even though one doesn't work there anymore, all 4 Defendants failed to answer, when without cooperation, 1, 2, or 3 would have decided to fight. But all 4 didn't for 1 ½ years, but coincidentally answered at the same time on July 1, 2021 and I filed March 31, 2020.

## WHAT I WANT TO OCCUR

I will plead my case to higher courts, because I know the facts surrounding my case are true and the discriminatory actions taken against it are as well. I won't stand here for another year as the Defense slanders me and my family and I shouldn't be made to. I want a ruling that will land my case in the 9th Circuit Court of Appeals, where I feel it will be treated fairly and impartially, which hasn't been done here and I haven't been heard or considered. I also want to go there because Judge Curiel's actions are already in place to be reviewed for 'Judicial Misconduct'. In all fairness, I'll fight for this case to be returned to where Judge Curiel changed its natural course or for my case to be actually reviewed and ruled on accordingly, with morals and ethics involved in that decision.

If I'm ruled against for fighting for my rights to fairness & equality, so be it. Favoritism has dominated here and I'm no longer willing to be a party to it. Anyone can say they won't use it, but the PROOF, will only be shown by he/she that's willing to look sincerely at the evidence, which hasn't occurred from an unbiased standpoint. Because it would be clear to see that the Defendants HAVE ABSOLUTELY NO EVIDENCE OR TESTIMONY, and I do. Also, no one here has been willing to look at Judge Curiel's actions nor the following actions that have been purposely set

against my case. My case should be set back to where it was wrongfully & illegally compromised by Judge Curiel and the penalties for not Answering the Complaint, while respecting the Summons, imposed rightfully, in the interest of justice. THEY FAILED TO ANSWER 5 TIMES WITH NO REASON BUT BY CHOICE, yet they have all rights restored, upon entry, because of the DECEITFUL & RIGHTS VIOLATING actions of Judge Curiel, WHO WAS SET ON DESTROYING MY CASE, WHICH HAS BEEN ALLOWED TO CONTINUE AND HIS GOAL IS CURRENTLY ON COURSE. I HAVE THE RIGHT TO FIGHT FOR MY RIGHTS AGAINST WHOEVER VIOLATES THEM OR ALLOWS VIOLATIONS TO PERSIST. Any Judge can rule for a Summary Judgement or a Judgement on the Pleadings at any time, on a case with no Merit, Evidence, Credibility, Testimony, Documents, etc., and NEITHER of these does the Defense have, yet they're allowed to continue to challenge in a case where the Plaintiff has numerous amounts of each. They have fought with only slander of me, while I've filed Motions for a Judgement on the Pleadings & to Dismiss their Case as Frivolous, but received no response, except from the biased Judge Curiel who of course, denied it, even though it's legitimate. Why does these Motions exist if they aren't honored across the board? I STAND IN PROTEST OF WHAT'S OCCURRED IN MY CASE!

**ACCORDING TO CANON 1:**

*The integrity and independence of judges depend in turn on their acting without fear or favor. Although judges should be independent, they must comply with the law and should comply with this Code. Adherence to this responsibility helps to maintain public confidence in the impartiality of the judiciary. Conversely, violation of this Code diminishes public confidence in the judiciary and injures our system of government under law.* Our Judiciary is surely injured and my confidence in the system is shot, but wasn't until I filed this case.

**ACCORDING TO CANON 2A:**

*An appearance of impropriety occurs when reasonable minds, with knowledge of all the relevant circumstances disclosed by a reasonable inquiry, would conclude that the judge's honesty, integrity, impartiality, temperament, or fitness to serve as a judge is impaired. Public confidence in the judiciary is eroded by irresponsible or improper conduct by judges, including harassment and other inappropriate workplace behavior.* Erosion is dominant, where a Judge went as far as to repeatedly defraud the Courts with perjured facts, in order to make & keep a Plaintiff even more inferior, in the eyes of his violators, who conspired and did the same at their place of business.

They speak about even the appearance of impropriety, which has to do with a Judge's integrity, impartiality, etc. A lack of it erodes public confidence in the judiciary by irresponsible or improper conduct, etc.

**ACCORDING TO THE JUDICIAL CONDUCT COMMISSIONS:**

*A judge commits willful misconduct if the judge violates the code of judicial conduct while acting in a judicial capacity and with malice or in bad faith—in other words, when the judge knew or should have known the act was beyond his or her power or when the judge was acting for a purpose other than faithful discharge of judicial duties. Prejudicial conduct may be committed by a judge while acting either in a judicial capacity or in other than a judicial capacity and does not require bad faith but only negligent conduct that to an objective observer would appear to be prejudicial to public esteem for the judicial office although actual notoriety is not required (see, e.g., Adams, 1995:547-48; Commission v. Milling, 1997, at 538).*

**THE ELEMENTS OF CRIMINMAL FRAUD AS PROOF OF INTENTIONAL**

- There was a misrepresentation of a material fact;
    - By Judge Curiel
- By some who knew that the material fact was false;
    - Judge Curiel
- And they intended to defraud;
    - Judge Curiel for his favored party
- A person or entity who justifiably relied on the misrepresentation of fact to make a decision; and
    - The court to make a fair & impartial ruling
- That party or entity suffered actual, quantifiable injury or damages resulting from their reliance on that intentionally false fact.
    - My case & the courts ability to remain impartial

**MY RELATED EXPERIENCE**

Judge Curiel did all of the above to me and more. His Prejudicial Conduct was in bad faith towards my case, FROM STEREOTYPING ME IN ERROR, which is prejudicial. The 6-7 actions that he purposely took against my case to give total advantage to the my & my son's violators, the Defendants, whom he had to reach out to and support, for them to actually decide to step up & become the Defendants they are today. He changed the natural course of this case, because these 4 capable Defendants, whom position begins with Director, had only ONE reason for their intentional failure to Answer; because they're GUILTY and their sudden change of hope came by way of an agreement of protection. He questioned my use of 'Reasonable Diligence' in having them served, knowing all along that I had fulfilled that requirement, otherwise IT WOULD HAVE BEEN USED AS THEIR ONE & ONLY LINE OF DEFENSE. Without his communicating with them, to vow that he'd get them a clean slate upon entry, they would never have answered. Why do you think he blatantly lied to the Courts, while willing to put himself & his reputation at risk, if not to save them from cunning of the big bad wolf. I'm rightfully the way that I am, because my confidence in receiving fairness has been corrupted by the predetermined actions, that he dedicated himself to & used his position as a Judge to carry out, and recused himself, only after the damage was done. He falsified facts and committed other maneuvers to bring the Defendants in clean-slated, 1 ½ + months after I filed and after having them served on 3 occasions, and the 4th proven to have Reasonable Diligence, which his false court revelations, worded by stating, "*Defendants were not served any of Plaintiff's earlier complaints. Defendants' participation in this case therefore effectively began only once they were served with Plaintiff's 6AC, on June 11, 2021*" **[ECF No. 133 top of page 5]**; leaving my every effort & sacrifice, SIMPLY ERASED. This would determine that the vast amount of ink & paper I'd used to print, which I also spent hours to type, separate & organize for each of the 5 Defendants, the times I had the Defendants served with Covid 19 restrictions in place, the high priced gas I'd used in this process, which consisted of multiple trips at times, the expense of stamps & mailing, what would often be heavy with 20+ pages for each Defendant, and the actual person who spent their time to serve the Defendants on my behalf, was all done in vain, which he totally disregarded, as if it were a piece of used paper. I felt more victimized than ever from having to live the true 'Cinderella Story', which immediately made me feel totally inferior to the ones who felt as he did, without a 2nd thought while taking the necessary steps to cause our homeless fate.

     Now I'm expected to give them more time to become haughtier for their actions, which is a luxury that they've been given by the Courts. They intentionally made me wait 1 ½ + years, and now

their attorneys are pushing for another year on top of that. No one is willing to look sincerely into it, and I have a right to appeal his actions because they were discriminatory at the very least. They were purposeful with intent to destroy my case, otherwise, why perform actions that would do just that? When I reach the higher courts, they will immediately recognize the intent behind his actions, which is already underway, and those who continued his efforts, by not giving my case the respect and consideration it truly deserves, in order to counter the repulsive stance that he took against my case, and the methodical manner in which he accomplished the erasure, of the time I'd spent on this case. His intentional erasure of my involvement, left my efforts & rights like that of a slave, back in that period of time. I believe my case will qualify for help from an equal rights perspective, that may be worthy of media attention as well, because I HAVE BEEN WRONGED BY DISCRIMINATION AND I'M NOT HAPPY WITH MY VIOLATORS, BEING PLACED OVER ME, WHEN THEY BROKE THE LAWS AT THEIR PLACE OF BUSINESS AND WITH THE COURTS. I DETEST FAVORITISM. I HAVE REMAINED CIVIL THROUGHOUT. If I'm out of line and supposed to be elated by this treatment, please tell me the error of my ways. I know that a true reexamination of the removal of the Unruh Civil Rights Act, will present proof that there was more support for the damage that's already been done to my case. It's been impossible for me to locate Case Law related to the OHA actions or Judge Curiel's, which gives hope that their treatment of the innocent & victimized is isolated, in the higher levels of the Courts especially.

**IN CLOSING**

As I've stated, my case is only appropriate for the 9th Circuit Court of Appeals, due to the mishandling of it here, which is an understatement. I don't feel comfortable here as a person violated by the Defendants, and don't feel that I will receive fair & impartial treatment by the courts. I'm already without the Unruh Civil Rights Act by the same design, but I will have it reinstated, simply due to the Defendants actions. I will appeal my case to where it truly will be heard and considered as the one-sided case that it is, which is NOT my doing, but that of the cooperative actions of the Defendants. I should not be in opposition to them **&** the courts as I've been forced to do. Their failure to schedule the Inspection at their place of business and failure to Answer at these courts in the time specified on the Summons, should have rightfully been their stopping point, with no leave to advance further, which is where Judge Curiel made the change that wrongfully changed the natural course of this case. If I'm sanctioned for defending my rights, so be it, maybe I'll qualify for a fee waiver. So, I'm requesting that these courts forward my case to the place where I feel comfort, and again, this is

not of my own doing. I'm asking the court to do what it takes to refer me & my case to the 9th Circuit Court of Appeals. Nearly 2 years that were blatantly erased, is enough for me. How should they be allowed to have the right to come here late, and it be erased to place another year on my family, when I've been prompt from the very beginning. That once again, equals my family being punished because of their failure. It states that when a case is reassigned, it's often to another city, so that the same will be less likely to happen again, but his actions were supported in a lower profile way, but followed all the same.

LegalMatch website below:

**What Happens to the Trial If Fraud on the Court Occurs?**

Fraud on the court is considered to be one of the most serious violations that can occur within a court of law. If fraud on the court occurs, the entire case is voided or cancelled. This means that any ruling or judgment that the court has issued will be rendered void. Additionally, the case will need to be retried, and with different court officials. This is often done in an entirely different venue in order to avoid further instances of fraud on the court. In especially serious cases of fraud on the court, the case may be tried in an entirely different county of the state.

Here – Judge Curiel did the worst to my case.

Here – It's normally rendered void or cancelled.

Here – Being that there's no judgement, it should be returned to where it was before he corrupted it. Which would leave the Defendants in Default while having to answer to the Summons. None of the service occasions should have been questioned and no claim of not being served confirms this.

Here – They often make the venue a different one to avoid questionable and probable supportive actions like those done to this case.

**The problem is I don't feel comfortable or that I'll receive fair treatment in this venue. I already have experience favoritism at the hearing. I will get that taken off after I prove the actions were complimentary in support of his. It's my right.**

**FINAL THOUGHT**

**The answer is simple: Go by the evidence, that's unexplored thus far, and do what's right and rule in my favor due to the fact that they have NO case or ability to defend their actions, or disregard the evidence that's at your disposal, and follow the biased trail that's been marked with the bread crumb that makes up their Defense, that will release me to the ethical path that I've been destined to follow. Thank you for your consideration.**

1
2
3
4
5
6
7
8
9
10
11     NAME: IRVIN MUSGROVE

      Digital Signer: IRVIN MUSGROVE
      DN: C=US, E=IRVINVSOHA2020@OUTLOOK.COM, CN=IRVIN MUSGROVE
      Date: 2022.11.17 09:42:18 -08:00

12
13     DATE: 11/22/2022
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28