IRVIN MUSGROVE
1540 S ESCONDIDO BLVD, APT 2310
ESCONDIDO, CA 92025
Phone: (760) 672-1325
Email: IRVINSOHA2020@OUTLOOK.COM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSGROVE,<br><br>        Plaintiff,<br><br>v.<br><br><br>HANIFIN,<br><br>        Defendant | **CASE:** 20-CV-00614-JO-MJB<br>**PLAINTIFF'S MOTION IN OPPOSITION OF DEFENDANTS MOTION FOR DEFAULT JUDGMENT & MOTION FOR FRAUD ON THE COURT, TO BE ADDRESSED PRIOR TO ANY OTHER MOTION, IN ORDER TO UPHOLD THE PLAINTIFF'S CONSTITUTIONAL RIGHT TO 'DUE PROCESS' & 'EQUAL PROTECTION' UNDER THE LAW. TO ALLOW FRAUD TO BE A PART OF A CASE IS A VIOLATION OF THIS RIGHT**<br><br>JUDGE: HON JINSOOK OHTA |

# THIS AREA LEFT BLANK INTENTIONALLY

**FYI**

This case has been judicially prejudiced against me, to give favor to the defendants, on many occasions. Judge Curiel committed fraud against me in various ways, which I have detailed on a prior document, and he did so, specifically to give unfair & unethical advantage to the defendants, whom his actions clearly supported. He began his assault against me, when he 1st made contact with Atty Barbara Hamilton on 03/04/2021, (Ref to ECF #76), and committed these fraudulent actions until his self-recusal on 01/05/2022 (ECF #153). His fraudulent actions, were all done in progressive fashion, in order to allow the defendants to finally answer my complaint on 07/01/2022 (ECF #117), without having to face a Default Judgment. His actions allowed for the defendants to have a clean slate upon entry, by using fraud that was intentionally done, by slandering me in the process, by the false claim that I received a fee waiver, claiming that the court erred, in having me to serve as a result, and having the marshals to serve, in order to negate my service occasions.

The defendants were served the complaint & summons, 4-5 times by me, which they intentionally chose not to provide an answer to, for a period of 1 year & 4 months. Atty Hamilton now says that this case has been in the courts for over 3 years, as part of her reason for asking the courts for a dismissal, but mentions nothing about her clients blatant show of disrespect for the ploy not to answer until Judge Curiel appointed the Oceanside City Attorney, Atty Hamilton. It had to be an agreed upon decision for 4 defendants, one of which had retired, to fail on 4 occasions, the last of which 2 were served in hand at their homes, yet each failed to answer until the arrangement on 07/01/2021, when the coast was in the process of being cleared. After making improper contact with Atty Hamilton on 03/04/2021, he fraudulently misrepresented facts of the case to enable the defendants to answer without consequences for their failure to answer, and remained an additional 6 months to guarantee their fresh start, by his claim that I hadn't served them, which was fraud in itself, that slandered me at the same time. His every move was coordinated with Atty Hamilton, which led to the 07/01/22 date of entry, and began after his initial contact with her. His excuse was to question my use of Reasonable Diligence, when I had the defendants served, and the agreement was for her to answer, after her clients were served by the U.S. Marshals, which took another slander of the reasonable diligence I used in my service occasions, and a blatant disregard for the time, money for gas, copies, postage and especially the $400 filing fee that I sacrificed on 08/03/2020 (ECF #14), which I paid to the courts after waiting

5 months to be granted a fee waiver, which was needlessly and coincidentally granted the day after. The final service occasion that I had them served on 03/11/2021 (ECF #'s77-83), was served with the utmost amount of reasonable diligence, as were the prior occasions, with Covid 19 restrictions in place. What Judge Curiel couldn't explain, was the fact that if reasonable diligence hadn't been used, or the defendants never received the documents that I had served, this allegation would have been a part of this case, in the form of a complaint or allegation. The fact that it's not a part of this case, serves as confirmation that they were served on each & every occasion.

  The defendants purposely had me wait for 1 year & 4 months, by totally ignoring/disregarding several court summons', and Judge Curiel, protected them from the natural actions from the court, by manipulating and falsifying facts surrounding this case, violating my 14th Amendment right to 'Due Process' and 'Equal Protections' under the law. After spending worthless months awaiting the answer from defendants who defied me as well as the court by ignoring the summons', and 10 months while Judge Curiel, as an officer of the court, bypass simple bias with discriminatory actions, made in defense of the defendants, who are those who also violated my rights, Atty Hamilton, criticizes me for not following the court orders, that demand that I simply 'Accept' the fraud that been embedded in my case to give and that gave the defendants unfair advantage of a flawless entry after 2 months shy of 1 ½ years. It's hard for me to understand how Judge Ohta and Atty Hamilton, can expect me to accept it, and when I refuse to accept it, threaten me with sanctions, as officers of the court who insist that I comply with the fraud, which from what I've read, is the worst that an officer can do against the court, with no associated statute of limitations. Me, my son, who's now 16 and understands what's happening and also a victim of the defendants, nor anyone that I know and knows of this case, can understand how I could receive such discriminatory treatment from a Court of Law.

  This treatment didn't end with Judge Curiel, it continued. It's no coincidence, that I filed the Motion to Address the Fraud on the Court, and she files a Motion to Dismiss…With Prejudice. Anything but get to the truth of the matter, because that wouldn't play into her hands, and the actions that brought the defendants an error-free entry, with all rights, will be exposed and justice would prevail. As long as I can file for an Appeal, I'd rather be rid of this madness, and appeal my case to a higher court, so that all of the misconduct that's been done, can rightfully be exposed, and hopefully, stiff consequences to follow. I want to see how the higher courts will feel about a Judge who commits fraud, one who supports it bullying legal technique, and a lawyer who lies

about my filing this case and the judges ruling simply on her mistaken word. I can prove my case without any problem, if I were given my right to Due Process and the Constitution demands. I know she's not going to consider my Motion at (ECF #222), which I get from the way she's conducted this case in a one-sided fashion. I'm so over the corruption from this department and only those within it, hopefully they're unique and not wide-spread, so that others experience the same. What's the use of standing up for your rights that have been violated, turn to a place where bias/partiality has no place, only to be treated with the same callous treatment, that's actually worse, because of who's doing it, where relief is meant to be, with a proven case, which is definite where impartiality exists. I'm so over this, that I don't have much to say, and I know my life will return, when I'm free & clear of this court and in the appeal process, where Atty Hamilton, will have to do her job sincerely, because favoritism will not be a factor.

**I've been asking for months, for the right to present the Fraud on the Court actions, heard and ruled on by the courts, which has no statute of limitations, only to run into the refusal to do so, or actually with no acknowledgement that I mentioned it in writing; it's been simply ignored. This is a serious violation of my Constitutional right to 'Due Process' of the law. This, along with the other requests, will be forwarded with my case, to the Court of Appeals, in order for this repeated intentional failure to be reviewed, and the appropriate actions be taken, and they'll disregard this also, after its review, because they have no intention to expose a fellow colleague's malicious actions taken against his the rules & laws, he was sworn to uphold. Any who refuse to address and rightfully take the proper steps after fraud has been proven to exist, a merely supporters of it and the damage it's caused to those who it was used to affect; exactly like a friend who was with a friend who murdered other humans, but failed to take the necessary actions to prevent it or at the least, attempted to do so.**

Name: Irvin Musgrove

*Digital Signer: Irvin Musgrove*
*DN: C=US, E=irvinvsoha2020@outlook.com, CN=Irvin Musgrove*
*Date: 6/9/2023 08:04:25 -07:00*

Date: 06/09/2023