1  Name: Irvin Musgrove - Pro Se
2  Address: 1540 S Escondido Blvd Apt 2310, Escondido, CA 92025
3  Telephone Phone: 760-672-1325
4  Email: irvinvsoha2020@outlook.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Musgrove,
    Plaintiff(s),
v.
Hanifin, Pierce, Machado, Sandoval-Soto
Oceanside Housing Authority,
    Defendant(s).

Case #: 20-cv-00614-JO-BM

**PLAINTIFF'S EMERGENCY MOTION TO IMMEDIAELY ADDRESS & REMOVE THE FRAUD UPON THE COURT BY JUDGE CURIEL, BY JUDGE OHTA, CREDIT MY RIGHT TO DUE PROCESS & = PROTECTION, BY APPROVING MY 03/07-11/21 SERVICE ON THE DEFENDANTS, AFFECTED BY THE FRAUD, ALLOWING THEIR FAILURE TO ANSWER, & HER DUTY AS A <u>MANDATORY</u> REPORTER OF THE FRAUDULENT ACTIONS**

JUDGE: HON JINSOOK OHTA

# THIS AREA LEFT BLANK INTENTIONALLY

1

**JUDICIAL RESPONSIBILITY**

It behoves the judiciary to support measures that hold it accountable. While the majority of judges serve with honour, ethical missteps should be corrected, and major breaches of trust should be acknowledged. The judiciary should be willing to help develop ethical standards and be an active part of any enforcement mechanism. **melissaann.evans,** *Judicial Misconduct and Public Confidence in the Rule of Law*, //www.unodc.org (last visited Jun 26, 2023)

A critical aspect of reporting on the judicial branch is understanding the legal duty of judges to report the misconduct of other judges. Under § 3D(1) ("canon") of the California Code of Judicial Ethics, a judge must take "appropriate corrective action" when a judge becomes aware of misconduct by another judge. But court records, court reporter transcripts, and other sources indicate that judges routinely ignore this legal duty. In fact, many judges assist colleagues in *covering up* misconduct. *Judges Must Report Serious Misconduct by Colleagues: Duty To Self-Police Mandatory Under State Law,* CALIFORNIA JUDICIAL BRANCH NEWS SERVICE, https://www.cjbns.org/cjbns-blog/2019/1/16/judges-must-report-serious-misconduct-by-colleagues-duty-to-self-police-mandatory-under-state-law (last visited Jun 26, 2023)

---

**7 ELEMENTS OF A FRAUD CLAIM**

The elements of a fraud claim, which is premised on a defendant's false promise or false representation, are:

(1) that the defendant made a promise or represented that a fact was true;

(2) that the defendant did not intend to perform this promise, or the representation was false, when he made it;

(3) that the defendant intended that the plaintiff rely on the promise or the false representation;

(4) that the plaintiff reasonably relied on the promise or the false representation;

(5) that the defendant did not perform the promised act or the representation was false;

(6) that the plaintiff was harmed; and

(7) that the plaintiff's reliance on the promise or representation was a substantial factor in causing its harm.

**Note:** *This would pertain to Judges and litigant requirements even more main reason is that a Judge is mandated to remain impartial, and not be biased towards either party.*

I'll cover numbers 1-7 above, by number in re to Judge Curiel's actions of fraud:

    1) Judge Curiel's position, stand for a promise that he'd represent the truth in all he said.

2) Once he chose sides, he knew made the choice to utilize fraud, and knew that his representations were false when he made them.

3) He intended that my case be affected by the misrepresentations & choices he made.

4) He knew my case would be harmed by his words and false representations, especially because of the credibility of his judicial position.

5) He also knew that I paid the filing fee, which he intentionally chose not to mention, and that I had the defendants served with reasonable diligence.

6) My case was harmed to give advantages to the defendants, which was a violation of my Constitutional right to 'Due Process', 'Equal Protections' & an 'Impartial Decision Maker.

7) Major aspects of my case were totally dependent on Judge Curiel's honesty, but his false representations, were the total cause of the harm to my case, which allowed the defendants to intentionally refuse to answer 4 Summons over 1 year & 4 months, and then answer clean slated, by humiliating me.

**MY ATTEMPTS TO HAVE JUDGE ADDRESS THE FRAUD**

I've attempted to have Judge Ohta to address the Fraud Upon the Court (FOC), for months now, but only received demands to continue with the case, with the fraud still a part of it, which the 2nd Judge and Atty Barbara Hamilton readily took part in. Judge Ohta has even threatened sanctions and Atty Hamilton, has recently filed a motion for Summary Judgment and Sanctions, for my defiance of court orders. I don't consider myself to be in defiance of court orders, only standing on what I've learned is one of the worst violations against the court, and as a result, not complying with a Judge who is acting outside of her judicial capacity, for trying to bully me into accepting the fraud, instead of doing her duty to ensure that it isn't an active part of my case. She has however, taken away the 'Unruh Civil Rights Act', which was by design, because it's perfectly fitting, for the manner in which the defendants violated the rights of my family. I will have it returned on appeal, because I know its place. She also ruled that I filed my complaint in a place that doesn't satisfy the requirement of the Government Tort Claim, purely on the word of Atty Hamilton, which is also TOTALLY wrong.

But the bias is strongly practiced here also, as it was with Judge Curiel. I'm not one to use a filter, when I speaking the truth, so I may sound harsh, but I won't apologize for it. Her recent order, was more about my errors, with a mention of the Unruh Act, and my need to introduce new laws, etc., but it should never have been touched. But of course, she failed to touch on what I also provided proof of, which was the fact that I filed my case properly, so the error could remain, without being corrected. If she would have read my complaint, she'd have known that the Unruh

Act was appropriate as well, and if she has, she wouldn't admit it, but quick to remove it, because it would benefit the defendants, in re to damages that would be allowed, no matter how much my son and I deserve them. But the appeals court is much more willing to remain intact, ethically. The support of fraud, tells it all. I'm rightfully frustrated, from being treated in such a way by 2 or 3 Judges, and I manage to maintain an ethical stance, no matter what's sent my way, but I won't let it go, as long as there's a chance that something can be done to correct it and review the actions of those responsible, without bias. I'm not going to be passive or humble, while actions are blatantly being committed against me, although when a judge becomes aware of it, they must take appropriate action, and I REPEATEDLY MAKE HER AWARE OF THE FOC.

**Note:** *I'm not going to detail every FOC in long paragraph form as before, because of the history of the biased review of it, so I'll do it in bullet format, which is as effective, but with a lower humiliation of my time.*

**THE METHODICAL FOC BY JUDGE CURIEL**

**Note:** *From 03/04/2021, the day he made contact with Atty Hamilton to support the defendants, until 01/05/2022, the day Judge Curiel recused himself, he committed methodical acts of fraud, each of which, was done in progression, in support of the next act.*

1) 03/04/2021 – Judge Curiel contacted Barbara Hamilton, with an Order Denying my Request for Default Judgement, which also detailed his questioning my use of 'Reasonable Diligence', when having the defendants served, which was a sudden & coincidental concern. **In the final paragraph, he reminded me that I must properly effect service of the complaint on the defendants. [ECF # 76]** He'd go on to say that I hadn't proven that I effected personal service on the defendants, while this was at the heightened time of Covid 19, where RESTRICTIONS were put in place, which I couldn't break; these were his discriminatory thoughts, in support of the defendants, at the exact time of contact with Atty Hamilton.

2) 05/12/2021 – Claimed that the court erred in having me to personally complete service, because the court had granted the motion to proceed IFP on 08/04/2020 **[ECF #91 ln 1-19],** which he did in order to accomplish the future goal that was set, which he remained in place to complete. Also, the 1st mention of the Marshals **[ECF 91 ln 13-15].**
    a. Failed to mention that on 08/03/2020, I paid the $400 filing fee, after waiting for the fee waiver for 5 months, by sacrificing for that month, in order to do so. He couldn't miss the payment on the docket. **[ECF No 14]**

4  - 3 -
MOTION FOR DETERMINATION OF FRAUD UPON THE COURT BY JUDGE

i. He had no problem declaring my service occasions, the gas I'd used, printer paper, postage, time, mileage, etc. as done in vain, but my payment was the 1st paid, therefore I paid the filing fee in total, and didn't receive or utilize a fee waiver.

➢ His intent & purpose behind this misrepresentation would come later.

3) **REWIND TO 03/11/2021** – From 03/07-11/2021, I had the defendants served with the utmost amount of Reasonable Diligence, where Angie Hanifin & Margery Pierce, were served directly at the door **[ECF #'s 77-83].** The reason the other 2 defendants weren't served in person, is explained on **ECF #82 & 83.**

    a. This credible and compliant service on the defendants, didn't prompt an answer by Angie & Margery, because Judge Curiel had already informed them it would be neutralized or they would have answered at that time; so even though they were served directly, they had no fear of the summons.

        i. Defendants could have been defaulted against at this point.

4) 05/12/2021 – Judge Curiel dismissed my 5th Amended Complaint, and informed me that the court would not require the Plaintiff to personally serve the defendants the 6th AC, because it would have the Marshals serve the defendants, at the plaintiff's request, should the 6th AC, not be dismissed.

5) 06/02/2021 – Ordered the U.S. Marshals to effect service of the 6th AC, but had me to fill out a request for them to do so. There was an underlying reason for the Marshals to serve, that had nothing to do with my being ineligible, because I wasn't.

6) 07/01/2021 – Defendants coincidentally answered, with Atty Romell filing a Motion to Dismiss for failure to state a claim on my 6th AC.

    a. She did so with no thought of her clients, answering to the summons, or the possibility of having a restricted entry, due to their failures to answer.

7) 10/18/2021 – This was the point when the goal all along, of Judge Curiel became evident. This was when he stated, *"Prior to the Court's Order dismissing Plaintiff's 5AC, which directed the U.S. Marshals to serve Defendants with Plaintiff's 6AC (ECF No. 91 at 14), Defendants were not served any of Plaintiff's earlier complaints. Defendants' participation in this case therefore effectively began only once they were served with Plaintiff's 6AC, on June 11, 2021.*

a. This was how he fraudulently guaranteed them immunity from facing any penalties from their repeated failures to answer, especially the last service occasion by me, that satisfied the Reasonable Diligence requirements.
   i. This also, was a direct insult to the ½+ years that I'd spent on this case and the expenses I'd incurred, including the $400, that I spent on the filing of this case. The Marshal involvement had one purpose, to protect the defendants while damaging my case, and violating my right to 'Due Process', 'Equal Protection', & an 'Impartial Decision Maker'.
8) 10/18/2021 – Judge Curiel, stated the fact that my 7th AC, was proven to be an acceptable complaint, that stated a claim **[ECF #133 ln 16-27].** In fact, he **ORDERED** me to file it with the court, as it appeared in its current form.
   a. Even though he ordered me to file it, later, Atty Hamilton filed a Motion to Dismiss it for Failure to State a Claim **[ECF # 151].**

---

**SUMMARY**

Judge Curiel, began with contacting Atty Hamilton, and then misrepresented that I received a fee waiver, for a planned event with Atty Hamilton. He then used the fraudulent misrepresentation, and the right that an IFP recipient to have the Marshals serve, for the specific reason of gaining the defendants ability to answer the summons, with immunity. All of which was for the purpose of damaging my case. He also, refused to accept my service on the defendants, with reasonable diligence, and cleared the slate of their failure to answer. The vital part of this, is the fact that the defendants HAVE NOT, used his concerns that I hadn't served them properly, because I did. He used this discriminatory misrepresentation and stereotype, to begin this plotted scheme, that he remained 10 months to complete, and then recused himself, but far too late. He remained only to use the planned fraud, to give advantage to the defendants, which must be removed from this case. Judge Ohta, as I've included in the beginning, has a duty to address it, report it and remove it from my case, or she should be considered a party to it, which her actions basically confirm. At this point, this is on an emergency basis, because she's allowed it to exist for a long period of time, and the plaintiff to be affected by it, mentally, emotionally and physically.

NAME:_____

DATE: 06/27/2023_____