

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 23-3922 |
| Originating Case Number: | 3:20-cv-00614-JO-BLM |
| Case Title: | Musgrove v. Hanifin, et al. |

**Wednesday, November 15, 2023**
Irvin Musgrove                                             Appeal Transcript Order Due

**Friday, December 15, 2023**
Irvin Musgrove                                             Appeal Transcript Due

**Wednesday, January 24, 2024**
Irvin Musgrove                                             Appeal Opening Brief Due

**Friday, February 23, 2024**
Angie Hanifin                                              Appeal Answering Brief Due
Oceanside Housing Authority                                Appeal Answering Brief Due
Margery Pierce                                             Appeal Answering Brief Due
Keysa Machado                                              Appeal Answering Brief Due
Susana Sandoval-Soto                                       Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**