| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 15 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ANGIE HANIFIN; et al.,<br><br>        Defendants - Appellees. | No. 23-3922<br><br>D.C. No.<br>3:20-cv-00614-JO-BLM<br><br>Southern District of California,<br>San Diego<br><br>MANDATE |

The judgment of this Court, entered April 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT