UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



MUSGROVE
[Plaintiff],

Plaintiff,

v.

[Defendant],
HANIFIN

Defendant.

Case No.: 20-cv-00614

[Title] Request/Motion FOR A CHANGE OF JUDGE DUE TO A CONFLICT OF INTEREST

I need my case reviewed by a judge other than Judges Curiel, Ohta or Major, due to a conflict of interest. Judge Curiel committed the fraud and judges Ohta & Major supported it and refused to address it. I filed 43 motions over 1½ years which they refused. Judge Ohta denied finding any fraud which is literally impossible. My filing will explain in more detail. I need it expedited because they put me through a lot of abuse. Other actions need to take place, but that can wait. My case needs to be set back to the point before the fraud occurred or a default judgment against the defendants.

Signed: Irwin M~~

1