Case 3:20-cv-00614-JO-BLM    Document 253    Filed 06/23/25    PageID.1752    Page 1 of 2

FILED
Jun 23 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ RC    DEPUTY

1  **DECLARATION OF IRVIN MUSGROVE IN SUPPORT OF RICO INJURIES**

I, Irvin Musgrove, declare under penalty of perjury pursuant to 28 U.S.C. § 1746.

**1. OUT-OF-POCKET EXPENSES**

I incurred the following costs combatting fraud:

| Expense | Amount | Proof (Exhibit) |
| --- | --- | --- |
| Filing Fees | $400 | Receipts (Ex. A) |
| Copies/Postage | $120 | Invoices (Ex. B) |
| PACER/Research Costs | $300 | Statements (Ex. C) |
| Total | $720 | |

*See Diaz v. Gates*, 420 F.3d 897 (9th Cir. 2005) *(recovery allowed for litigation costs)*.

**2. QUANTIFIED TIME EXPENDED**

I spent **430 hours** over 1 year & 2 months drafting 43 motions to expose fraud, calculated as follows:

- **Hourly Rate**: $50/hour (federal witness fee standard, *28 U.S.C. § 1821*).
- **Total Time Value**: 430 × $50 = **$21,500**.

**Breakdown**:

- 10 hours/motion × 43 motions = 430 hours.
- Contemporaneous notes of time spent (Ex. D).

*See Oscar v. Univ. Students Co-op.*, 965 F.2d 783 (9th Cir. 1992) (lost time compensable if documented).

**3. CONSTITUTIONAL HARM**

- 1 -

Defendants' fraud caused:

- **Procedural Injury**: Denial of impartial tribunal (*Evans v. City of Chicago, 434 F.3d 916 (7th Cir. 2006)*).
- **Dignitary Harm**: Emotional distress from judicial corruption (*Chattanooga Foundry, 203 U.S. 390 (1906)*).

**4. REQUESTED RELIEF**

Per *Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479 (1985)*, I seek:

1. **Treble Damages**: $21,500 × 3 = **$64,500**
2. **Punitive Damages**: **$500,000** for willful fraud (*Smith v. Wade, 461 U.S. 30 (1983)*).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6/20/2025

Signature: *[signature]*

Irvin Musgrove

*Pro Se*

- 2 -