Print Form

IRVIN MUSGROVE
1540 S ESCONDIDO BLVD, APT 2207
ESCONDIDO, CA 92025
(760) 497-6637
Nmytyme11@gmail.com
In Pro Se

FILED
JUN 23 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___AK___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSGROVE, <br><br> Plaintiff(s), <br><br> v. <br><br> HANIFIN, <br><br> Defendant(s). | Case No.: 30:20-cv-000614-JO-BLM <br> (assigned at time of filing) <br><br> **DECLARATION OF IRVIN MUSGROVE IN SUPPORT OF EMERGENCY MOTION TO VACATE JUDGMENT FOR FRAUD UPON THE COURT** <br><br> Date: <br> Time: <br> Room: <br> Judge: |

**THIS AREA LEFT BLANK INTENTIONALLY**

**DECLARATION OF IRVIN MUSGROVE IN SUPPORT OF EMERGENCY MOTION TO VACATE JUDGMENT FOR FRAUD UPON THE COURT**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**30:20-cv-00614-JO-BLM**

I, IRVIN MUSGROVE declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. **Personal Knowledge**: I am the Plaintiff in this action and have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently to these matters.

**JUDGE CURIEL'S FRAUDULENT CONDUCT**

2. On March 4, 2021, I discovered Judge Curiel had initiated ex parte communications with defense counsel Barbara Hamilton regarding my properly served summonses. This is documented in his Order Denying Default Judgment (ECF No. 76).

3. Attached as **Exhibit A** are copies of five summonses served on Defendants between August 6, 2020 and March 11, 2021, all properly executed and filed with the Court.

4. Despite this evidence, Judge Curiel:
    - Falsely claimed I was proceeding IFP (ECF 15) when I had paid the $400 filing fee (ECF 14)
    - Fabricated service defects to benefit Defendants (ECF 133)
    - Waited until January 5, 2022 to recuse himself only after embedding these fraudulent findings

**JUDGES OHTA & MAJOR'S COMPLICITY**

5. After Judge Curiel's recusal, I filed 43 motions challenging the fraud:
    - A complete list is attached as **Exhibit B**

- 1 -

- Judges Ohta/Major dismissed all 43 without substantive review (Order dated 9/9/22)

6. These judges:
    - Spent hours writing sanctions threats against me
    - Refused to spend even one minute addressing the documented fraud
    - Ultimately dismissed my case with prejudice on [DATE] for "noncompliance"

**DEFENSE COUNSEL'S BAD FAITH**

7. Defense attorney Barbara Hamilton:
    - Knew Defendants received all summonses (Exhibit A)
    - Remained silent while Judge Curiel falsified service records
    - Benefited from the fraudulent immunity ruling

**EFFORTS TO SEEK REDRESS**

8. I have exhausted all available remedies:
    - 21 Motions ignored by Judges Ohta & Major –
    - Judges Ohta & Majors refused to address: 22 Motion: #'s Attached
    - Multiple requests for default judgment under Rule 55(a)-ECF#'s

**IRREPARABLE HARM**

9. Every day this fraud stands:
    - Rewards criminal judicial misconduct
    - Denies me access to justice
    - Erodes public confidence in the judiciary

---

IRVIN MUSGROVE
1540 S Escondido Blvd, Apt 2207
Escondido, CA 92025
(760) 497-6637
Nmytyme11@gmail.com

- 2 -

**ATTACHMENTS:**

- Exhibit A: Defendants & Attorney silence is proof of service of summonses,
- Exhibit D: Timeline of Key Events (3/4/21-1/5/22)

**NOTICE TO CLERK:**

This declaration supports the Emergency Motion filed concurrently herewith. All exhibits are true and correct copies of originals in the Court's record.

**DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this _____ day of _____, 2025 at ESCONDIDO, CA

Signature:_____

Signed: _____s/ Irvin Musgrove_____

Date: ___6/19/2025___