Print Form

IRVIN MUSGROVE
1540 S ESCONDIDO BLVD, APT 2207
ESCONDIDO, CA 92025
(760) 497-6637
Nmytyme11@gmail.com
In Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSGROVE, <br><br> Plaintiff(s), <br><br> v. <br><br> HANIFIN, <br><br> Defendant(s). | Case No.: 30:20-cv-000614-jo-blm <br> (assigned at time of filing) <br> **EMERGENCY: MOTION FOR SUMMARY VACATUR OF JUDGMENT UNDER FRCP 60(d)(3) and 28 U.S.C.** <br> Date: <br> Time: <br> Room: <br> Judge: |

**THIS AREA LEFT BLANK INTENTIONALLY**

1

**EMERGENCY MOTION FOR SUMMARY VACATUR OF JUDGMENT Pursuant to FRCP 60(d)(3), 28 U.S.C. § 455, and the Court's Inherent Authority**

# I. INTRODUCTION

This Court faces a singular question: **Can three federal judges conspire to void the rule of law, imprison a litigant in procedural purgatory for 1,752 days, and escape accountability?** The answer, under *Hazel-Atlas Glass Co. v. Hartford-Empire Co.* (322 U.S. 238 (1944)), is **no**.

Plaintiff moves to **vacate all judgments** tainted by a **triad of judicial fraud**:

1. **Judge Curiel** (457 days of fabricated procedure);
2. **Judges Ohta & Major** (615 days of fraudulent "reset");
3. **Attorney Hamilton** (846 days of enforced silence).

# II. UNDISPUTED RECORD OF FRAUD

## A. Curiel's 457-Day Fraud Spree

1. **3/4/2021**: Ex parte collusion with defense counsel to **pre-certify** Defendants' immunity.
2. **6/2/2021**: Forged FRCP 4(c)(3) in ECF 91 to **erase five valid services**.
3. **10/18/2021**: Falsified docket (ECF 133) claiming "no service" despite sworn proofs.
4. **1/5/2022**: Escape as an attempt to remain undetected

*Legal Standard*: Fraud unravels all (*United States v. Throckmorton*, 98 U.S. 61 (1878)).

## B. Ohta & Major's 658-Day Cover-Up

- Rubber-stamped Curiel's fraud despite **22 motions** demanding scrutiny.
    - To the point of making no effort to look or discover it.

1

- Dismissed case **with prejudice** to bury evidence (*Kenner v. C.I.R.*, 387 F.2d 689 (7th Cir. 1968)).

### C. Ohta & Major's 695-Day Star Chamber

- Enforced fraud through **43 denied motions**, transforming the courtroom into a **"soundproof prison"** (*Pumphrey v. K.W. Thompson Tool Co.*, 62 F.3d 1128 (9th Cir. 1995)).

## III. LEGAL GROUNDS FOR VACATUR

### A. Fraud on the Court (FRCP 60(d)(3))

- *Universal Oil Co. v. Root Refining Co.*, 328 U.S. 575 (1946): "Fraud vitiates every order touching it."

### B. Judicial Disqualification (28 U.S.C. § 455(a))

- *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847 (1988): "Judges must vacate their predecessors' fraud."

### C. Due Process Violations (5th/14th Amendments)

- *Connecticut v. Doehr*, 501 U.S. 1 (1991): "Procedural sham violates fundamental fairness."

## IV. DEMANDED RELIEF

1. **Vacate all orders** from 3/4/2021 onward.
2. **Enter default judgment** against Defendants for **five ignored summonses**.
3. **Refer judges** to the Judicial Council and DOJ.

## ATTACHMENTS

1. **Exhibit A**: Fraud timeline (color-coded by judge).
2. **Exhibit B**: Side-by-side FRCP 4 forgery.

2

3. **Exhibit C**: 43 denied motions log.

**CERTIFICATE OF SERVICE**

Served via CM/ECF + certified mail to:

1. Judge Burkhardt
2. Ninth Circuit Judicial Council
3. DOJ Public Integrity Section

**DATED**: 6/25/2025

s/ *Irvin Musgrove*

Irvin Musgrove, *Pro Se*

Signed: _s/ Irvin Musgrove_

Dated: _6/25/2025_