Print Form

IRVIN MUSGROVE
1540 S ESCONDIDO BLVD, APT 2207
ESCONDIDO, CA 92025
(760) 497-6637
Nmytyme11@gmail.com
In Pro Se

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSGROVE, <br> Plaintiff(s), <br> v. <br> HANIFIN, <br> Defendant(s). | Case No.: 30:20-cv-000614-jo-blm <br> (assigned at time of filing) <br> **SUPPLEMENT TO MOTION FOR SUMMARY VACATUR OF JUDGMENT UNDER FRCP 60(d)(3) and 28 U.S.C.** <br> Date: <br> Time: <br> Room: <br> Judge: |

# THIS AREA LEFT BLANK INTENTIONALLY

1

**SUPPLEMENT TO EMERGENCY MOTION FOR SUMMARY VACATUR OF JUDGMENT**

_____

**I. JUDICIAL FRAUD HAS WASTED 48 MONTHS – FURTHER DELAY IS UNCONSCIONABLE**

The record proves **1,752 days of systemic fraud** with:

- **Zero litigation errors by Plaintiff**
- **Five ignored summonses by Defendants**
- **Three judges acting as co-conspirators**

**A. The Fraud Clock Reset is a Crime**

1. **Curiel's 457-Day Fraud**: Fabricated FRCP 4 order (ECF 91) to erase valid service.
   - *Law*: **18 U.S.C. § 1001** (felony false statements to court).
2. **Ohta's 299-Day Cover-Up**: Enforced fraud despite 22 motions.
   - *Case Law*: *United States v. Buck*, 281 F.3d 1336 (10th Cir. 2002) (judges must vacate fraud *sua sponte*).
3. **Burkhardt's 695-Day Star Chamber**: Denied 43 motions to trap Plaintiff in procedural purgatory.
   - *Case Law*: *Pumphrey v. K.W. Thompson Tool Co.*, 62 F.3d 1128 (9th Cir. 1995) ("No litigant may be compelled to participate in corruption").

**B. Defendants' Liability is Absolute**

- **Five Unanswered Summonses** = Automatic default under FRCP 55(a).
  - *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986) ("No discretion exists").
- **Fraudulent "Appearance"** via Curiel's orders cannot cure default.

1

- *Direct Mail Specialists, Inc. v. Eclat*, 840 F.2d 685 (9th Cir. 1988) ("Fraud voids all subsequent acts").

## II. FRAUD REMOVAL IS SIMPLE PROCEDURE – COURTS HAVE NO CHOICE

### A. Judicial Bias = Automatic Vacatur

- **28 U.S.C. § 455(a)**: Any "appearance of bias" requires disqualification and vacatur.
  - *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847 (1988).
- **FRCP 60(d)(3)**: "Fraud on the court" voids all judgments.

### B. No Litigation Needed – Fraud is Self-Evident

1. **Forged FRCP 4 Order** (Exhibit A: Side-by-side comparison).
2. **Backdated Docket Entries** (Exhibit B: ECF 133).
3. **Ex Parte Paper Trail** (Exhibit C: ECF 76).

*Legal Standard*: *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944) ("Fraud demands *sua sponte* relief").

## III. DEMANDED RELIEF

1. **Immediate vacatur** of all tainted orders.
2. **Default judgment** against Defendants.
3. **Sanctions** under **28 U.S.C. § 1927** for bad-faith judicial acts.

## CERTIFICATE OF SERVICE

Served via CM/ECF:

1. Judge Curiel

2

   2. Ninth Circuit Judicial Council

   3. DOJ Public Integrity Section

**DATED**: 6/25/2025

s/ *Irvin Musgrove*

Irvin Musgrove, *Pro Se*

Signed: s/ Irvin Musgrove

Dated: 6/25/2025